

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 26 P 3: 29

LORETTA G. WHYTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO. 00-0252<br>SECTION: SECT. B MAG. 5 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION FOR APPROVAL OF AD INTERIM STIPULATION, RESTRAINING ORDER, DISSOLUTION OF WARRANTS FOR ARRESTS, NOTICE TO CLAIMANTS AND OTHER RELIEF

NOW COMES American Commercial Lines LLC ("ACL") and American Commercial Barge Line LLC ("ACBL"), as owner and charterer of the Barge LCD 4907 respectively, through undersigned counsel, and apply to the Court for the relief provided in Supplemental Rule F, approving the Ad Interim Stipulation filed by them, restraining all other proceedings against ACL, ACBL and the Barge LCD 4907 and their underwriters relating to the casualty described in the Complaint, dissolving all warrants of arrests against the Barge LCD 4907 in such proceedings, and directing notice to all claimants. Mover submits a proposed order detailing the precise relief requested and states their grounds in support of this motion and the memorandum attached hereto.

N0460430.1

1

DATE OF ENTRY JAN 3 1 2000

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc.No. ___

Respectfully submitted,

_____
GLENN G. GOODIER, (#06130)
Jones, Walker, Waechter,
  Poitevent, Carrère & Denègre, L. L. P.
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: (504) 582-8174
Attorney for American Commercial Lines LLC and
  American Commercial Barge Line LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 26th day of January, 2000.

_____
GLENN G. GOODIER

N0460430.1

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO.<br><br>SECTION: |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER APPROVING PETITIONERS AFFIDAVIT
OF VALUE AND DIRECTING THE ISSUANCE OF NOTICE
TO CLAIMANTS AND RESTRAINING PROSECUTION OF CLAIMS**

A complaint having been filed herein on the 26th day of January, 2000, by American Commercial Lines LLC ("ACL") and American Commercial Barge Line LLC ("ACBL"), as owner and charterer respectively of the Barge LCD 4907, for exoneration from or limitation of liability pursuant to 46 U.S.C. §183 et seq. and Rule F of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for any loss, damage, death, injury or destruction caused by or resulting from the spill of diesel fuel into the Mississippi River from the Barge LCD 4907 on July 28, 1999 while the vessel was moored to the Orion Refining Corporation dock in Norco, Louisiana, Mile 126 AHP lower Mississippi River, as is more fully described by the facts and circumstances set forth

in the Complaint, and ACL and ACBL having filed an Affidavit of Value of the said vessel and there be no pending freight, and having filed approved security therefor and for costs, all as required by the rules of this Court and the law; NOW, THEREFORE, upon motion of ACL and ACBL, through their undersigned attorneys:

I.

IT IS ORDERED that the stipulation for value of Complaintants collective interest in the Barge LCD 4907 in the amount of Three Hundred Sixty-Five Thousand and NO/100 ($365,000.00) Dollars, with interest thereon at the rate of six (6%) percent per annum from the date thereof and for costs, executed on the 25th day of January, 2000 by ACL as principal and secured by St. Paul Fire and Marine Insurance Company as surety, and filed herein, be accepted as a stipulation for value for the purpose of the limitation proceeding and the Barge LCD 4907 and that it be approved as to form, quantum and surety.

II.

IT IS FURTHER ORDERED that any claimant who may properly become a party hereto may contest the amount or value of Complaintants' respective interest in the vessel, as fixed in said Affidavit, and may move the Court for due appraisal of said interest, and may apply to have the amount increased or diminished, as the case may be, on determination of the Court of the amount of the value of said interest.

III.

IT IS FURTHER ORDERED that a notice shall be issued out of and under the seal

N0460760.1                                             2

of this Court to all persons asserting claims with respect to which the claimant seeks exoneration or limitation, admonishing them to file their respective claims with the Clerk of Court, in writing, and to serve on Complaintant's counsel Glenn G. Goodier a copy thereof on or before the 9th day of March, 2000, or be defaulted, and if any claimant desires to contest the right to exoneration from or the right to limitation of liability, he shall file and serve on the attorney for Complaintants an Answer to the Complaint on or before the said date, unless his claim has included an Answer to the Complaint, so designated, or be defaulted.

IV.

IT IS FURTHER ORDERED that the aforesaid notice shall be published in the form required by Supplemental Rule F of the Federal Rules of Civil Procedure once per week for four successive weeks prior to the date fixed for the filing of such claims in the New Orleans Times Picayune, 3800 Howard Avenue, New Orleans, Louisiana 70115, (504) 822-6660 and copies of the notice shall also be mailed in accordance with Supplemental Rule F.

V.

IT IS FURTHER ORDERED that the commencement and/or further prosecution of any action or proceeding against ACL, ACBL or any of its property, the Barge LCD 4907, and any of the insurers of Complaintants or said vessel with respect to any claim for which Complaintant seeks exoneration from or limitation of liability including any claim arising out of or connected in any way with any loss, damage, death, injury or destruction resulting from

the casualty described in the Complaint be and the same is hereby stayed and restrained, and all prior orders, rulings or decrees issued in conjunction with any heretofore filed suits or claims by stayed and restrained until the hearing of determination of this proceeding.

VI.

IT IS FURTHER ORDERED that Complaintants may make service of this order as a restraining order through the United States Post office by mailing a conformed copy thereof to the person or persons to be restrained or their respective attorneys, or alternatively, by hand delivery.

New Orleans, Louisiana, this 31st day of January, 2000.

_____
UNITED STATES DISTRICT COURT JUDGE


Respectfully submitted,

_____
GLENN G. GOODIER (#06130)
Jones, Walker, Waechter,
  Poitevent, Carrère & Denègre, L. L. P.
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: (504) 582-8175
Attorney for American Commercial Lines LLC
  and American Commercial Barge Line LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all known potential parties and/or their counsel to this proceeding, by mailing the same to each by First Class United States Mail, properly addressed and postage prepaid on this 26th day of January, 2000.

/s/ Glenn G. Goodier
GLENN G. GOODIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. **00-0252**<br><br>SECTION: **SECT. B MAG. 5** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE TO CLAIMANTS OF COMPLAINT
FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is given that American Commercial Lines LLC ("ACL") and American Commercial Barge Line LLC ("ACBL"), as owner and charterer of the Barge LCD 4907 respectively filed a Complaint pursuant to 46 U.S.C. §183 et seq., claiming the right to exoneration from or limitation of liability for all claims for loss, damage, death, injury or destruction allegedly caused or arising out of or resulting from the diesel oil spill that occurred on July 28, 1999 when diesel oil spilled from the Barge LCD 4907 which was moored at the Orion Refining Corporation dock in Norco, Louisiana at approximately Mile 126 AHP lower Mississippi River, all as is more fully set forth in the Complaint.

All persons, firms or corporations asserting claims with respect to which the Complaint seeks limitation are admonished to file their respective claims under oath with the

N0460371.1                    1

Clerk of Court, 500 Camp Street, New Orleans, Louisiana 70130 and to serve on the attorneys for ACL and ACBL, Glenn G. Goodier, 201 St. Charles Avenue, 51st Floor, New Orleans, Louisiana 70170-5100, a copy thereof on or before the 9th day of March, 2000, at 5:00 p.m. or be defaulted.

Personal attendance is not required.

Any claimant desiring to contest either the right of exoneration from or the right to limitation of liability shall file and serve an Answer to the Complaint, unless his claim has included an Answer, all as required by Rule F of the Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims, or be defaulted.

New Orleans, Louisiana, this 31st day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

_____
GLENN G. GOODIER, T.A. (#06130)
Jones, Walker, Waechter,
  Poitevent, Carrère & Denègre, L. L. P.
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: (504) 582-8174
Attorney for American Commercial Lines LLC
  and American Commercial Barge Line LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all known potential parties and/or their counsel by mailing the same to each by First Class United States Mial, properly addressed and postage prepaid on this 26th day of January, 2000.

_____
GLENN G. GOODIER

N0460371.1                    3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. **00-0252**<br><br>SECTION: **SECT. B MAG. 5** |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MONITION AND CITATION TO ISSUE
<u>NOTICE OF LIMITATION PROCEEDING</u>**

THE PRESIDENT OF THE UNITED STATES OF AMERICA, TO THE MARSHAL OF THE UNITED STATES FOR THE EASTERN DISTRICT OF LOUISIANA

GREETINGS:

WHEREAS, a Complaint was field in the United States District Court for the Eastern District of Louisiana on the 26th day of January, 2000, by American Commercial Lines LLC and American Commercial Barge Line LLC, as owner and charterer respectively of the Barge LCD 4907 (hereafter referred to as "Complaintants") praying for the reasons mentioned in their Complaint for exoneration from, or limitation of, their liability concerning the losses, damages, destruction of property or other occurrences occasioned by or resulting from the occurrence described in the Complaint, and praying that a Monition issue out of this

N0460200.1                                                      1

Court citing all persons claiming any damages of whatsoever kind to appear before the Court and make due proof of their respective claims and answer the allegations of the Complaint or be forever barred and permanently enjoined from making and filing any such claims, and that if it should appear that Claimants are liable for any losses or damages or any kind whatsoever, it may be so finally decreed by this Court; and

That Complaintants have filed an Ad Interim Stipulation for Value of the Barge LCD 4907, approved by the Court, in the sum of Three Hundred Sixty-Five Thousand and NO/100 ($365,000.00) Dollars, the Ad Interim Stipulation have been executed by the Court on the 26th day of January 2000 by ACL as principal and secured by a surety issued by St. Paul Fire & Marine Insurance Company and, Complaintants further agreeing to such increases in the security, as the Court may order from time to time, and the Court having directed by an order signed and entered on the 31st day of January 2000, that a Monition issue against all persons claiming damages of any kind whatsoever occasioned by such occurrence, citing them to file their respective claim with the Clerk of Court and to serve on or mail to Glenn G. Goodier, attorney for Complaintants at his offices at 201 St. Charles Ave., 51st Floor, New Orleans, Louisiana 70170-5100, a copy therefor on or before 5:00 p.m. on the 9th day of March, 2000, or be defaulted, and YOU ARE ALSO COMMANDED to cite such claimants to appear and answer the Complaint herein on or before the last named date, or within such further time as the Court may grant, and to have and receive such relief as may be due.

N0460200.1                                         2

AND WHAT YOU HAVE DONE IN THE PREMISES, DO YOU THEN MAKE THIS RETURN TO THIS COURT, TOGETHER WITH THIS WRIT.

Witness the Honorable _Ivan L. R. Lemelle_, Judge of the United States District Court for the Eastern District of Louisiana, this 31st day of January, 2000.

LORETTA G. WHYTE

BY: _J. Koster_
CLERK OF COURT

N0460200.1                                         3