```
                                                          FILED
                                                     U.S. DISTRICT COURT
                                                   EASTERN DISTRICT OF LA
         UNITED STATES DISTRICT COURT               2000 FEB 24  P 5: 10
            EASTERN DISTRICT OF LOUISIANA            LORETTA G. WHYTE
```

| | |
|---|---|
| IN THE MATTER OF AMERICAN | CIVIL ACTION |
| COMMERCIAL LINES LLC AS | |
| OWNER OF THE BARGE LCD 4907 | NO.: 00-0252 |
| AND AMERICAN COMMERCIAL | |
| BARGE LINE LLC AS CHARTERER | SECTION: B |
| AND OPERATOR OF THE BARGE LCD | |
| 4907, PRAYING FOR EXONERATION | |
| FROM AND/OR LIMITATION OF LIABILITY | |

## MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, come Balena Henderson et al, appearing as Claimants, who respectfully move this Honorable Court for an Order granting them an expedited hearing of their "Motion to Extend Deadlines to File Claims and Answers" before the March 9, 2000 deadline currently imposed by the Court's January 31, 2000 Order expires.

Respectfully Submitted:

**MARKS & LEAR, APLC**
A Professional Law Corporation
301 St. Charles St.
Baton Rouge, LA
(225) 383 - 5678

By: _____
William B. Collier, Bar Roll #17516
Steve M. Marks, Bar Roll #8930

DATE OF ENTRY FEB 29 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER OF THE BARGE LCD 4907 AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER AND OPERATOR OF THE BARGE LCD 4907, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO.: 00-0252<br><br>SECTION: B |

**ORDER**

IT IS ORDERED that the Motion for Expedited Hearing filed on behalf of Balena Henderson, et al. is hereby GRANTED and the Motion to Extend Deadlines to File Claims and Answers filed on behalf on Balena Henderson, et al., ~~filed _____ is hereby REASSIGNED for the regular motion day~~ *shall be heard on March 3, 2000 without need of oral argument. Opposition memoranda to the instant motion to extend deadlines shall be filed no later than 12 noon on March 2, 2000.*

New Orleans, Louisiana, _Feb 28_, 2000.

_____
JUDGE IVAN LEMELLE
UNITED STATES DISTRICT COURT