FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR -2 A 9: 29

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**LEMELLE, J.**
**March 1, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, LLC, as owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation Liability | CIVIL ACTION<br><br>NO. 00-252<br><br>SEC. "B"(5) |

      Before the Court is Balena Henderson's Motion to Extend Deadlines for Filing Claims and Answers. The Court has been advised that the petitioner agrees with an extension from March 9th to May 7. Accordingly,

      **IT IS ORDERED** that Balena Henderson's Motion to Extend Deadlines for Filing Claims and Answers hereby is **GRANTED**. All persons asserting claims with respect to which the petitioner seeks exoneration or limitation of liability have until the **7th day of May, 2000** to file their claims and

DATE OF ENTRY MAR 0 2 2000

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc.No. 7

answers pursuant to the instructions given in the Court's order of January 26, 2000 (Rec Doc. No. 3).

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE