FILED
U.S. DISTRICT COURT

MAR 8  3 53 PM '00

... WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN          CIVIL ACTION
COMMERCIAL LINES LLC AS OWNER
OF THE BARGE LCD 4907 AND
AMERICAN COMMERCIAL BARGE         NO: 00-0252
LINE LLC AS CHARTERER AND
OPERATOR OF THE BARGE LCD 4907,
PRAYING FOR EXONERATION FROM      SECTION: B
AND/OR LIMITATION OF LIABILITY

### MOTION FOR EXPEDITED HEARING

NOW INTO COURT, through undersigned counsel, come Margie Richard, et al, appearing as Claimants, who respectfully move this Honorable Court for an Order granting them an expedited hearing of their "Motion to Extend Deadlines to File Claims and Answers" before the March 9, 2000 deadline currently imposed by the Court's January 31, 2000 Order expires.

Respectfully Submitted:

_____
Randal L. Gaines  #17576
A Professional Law Corporation
311 Devin
LaPlace, LA  70068
(504) 652-3299

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been forwarded to all counsel of record, properly addresses thereto, postage prepaid, US Mail this ___6th___ day of ___March___, 2000.

_____
Randal L. Gaines

DATE OF ENTRY MAR 10 2000

Doc. No. _8_

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER OF THE BARGE LCD 4907 AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER AND OPERATOR OF THE BARGE LCD 4907, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO: 00-0252<br><br>SECTION: B |

### NOTICE OF REQUEST FOR EXPEDITED HEARING

PLEASE TAKE NOTICE, that although the next regular hearing date for this Motion is March 15, 2000, at 9:00 o'clock a.m. Claimants, Margie Richard, et al, have requested that an expedited hearing of their Motion to Extend Deadline to File Claims and Answers before Judge Ivan Lemelle, 500 Camp Street, Rm. C 151, New Orleans, Louisiana.

Respectfully Submitted:

_____
Randal L. Gaines   #17576
A Professional Law Corporation
311 Devin
LaPlace, LA  70068
(504) 652-3299

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been forwarded to all counsel of record, properly addresses thereto, postage prepaid, US Mail this ___6th___ day of ___March___, 2000.

_____
Randal L. Gaines

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER OF THE BARGE LCD 4907 AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER AND OPERATOR OF THE BARGE LCD 4907, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO: 00-0252<br><br>SECTION: B |

### MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING

MAY IT PLEASE THE COURT:

As part of the limitation proceeding, the Court entered its January 31, 2000 "Notice to Claimants for Exoneration from or Limitation of Liability" which at paragraph two (2) contained the customary Supplemental Rule F (4) and (5) provisions for publishing notice of the limitation and set March 9, 2000 as the deadline by which all Claimants must file claims or be defaulted. Paragraph two (2) also sets March 9, 2000 as the deadline for Claimants to file and answer to ACL & ACBL's complaint.

Because March 15, 2000 is the Court's next available regular motion haring date, an expedited hearing of this motion is vitally necessary so that this motion may be addressed by the Court before the March 9, 2000 claim and answer deadline passes. As expedited hearing is also required because Local Rule 7.2 E ordinarily requires motions to be filed fifteen (15) days before their noticed hearing date, which could cause this motion to be set after the March 9, 2000 deadline.

Accordingly, Margie Richard, et al, move the Court for an Order granting them an

expedited hearing of their "Motion to Extend Deadline for Filing Claims and Answers" before March 9, 2000.

Respectfully Submitted:

_____
Randal L. Gaines  #17576
A Professional Law Corporation
311 Devin
LaPlace, LA 70068
(504) 652-3299

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been forwarded to all counsel of record, properly addresses thereto, postage prepaid, US Mail this ___6th___ day of ___March___, 2000.

_____
Randal L. Gaines.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC AS OWNER OF THE BARGE LCD 4907 AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER AND OPERATOR OF THE BARGE LCD 4907, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NO: 00-0252<br><br>SECTION: B |

### ORDER

IT IS ORDERED that the Motion for Expedited Hearing filed on behalf of Margie Richard, et al, is hereby GRANTED and the Motion to Extend Deadlines to File Claims and Answers ~~filed on behalf of ___, et al filed ___ is hereby~~ shall be heard on ~~REASSIGNED for the regular motion day~~ March 9, 2000 at 9 o'clock a.m.

New Orleans, Louisiana, March 9, 2000.

_____
JUDGE IVAN LEMELLE
UNITED SATES DISTRICT COURT