**MINUTE ENTRY**
**LEMELLE, J.**
**March 9, 2000**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 10 A 11: 59

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, LLC, as owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation Liability | CIVIL ACTION<br><br>NO. 00-252<br><br>SEC. "B"(5) |

Before the Court is Margie Richard's Motion to Extend Deadline to File Claims and Answers. When ruling on the motion of Balena Henderson on March 1, 2000 (Rec. Doc. No 7), the Court extended the deadline for filing claims and answers from March 9th to May 7th. Although the Court did not extend the time period for publishing notice of the limitation action, the Court finds that sufficient notice was provided during the previous publication period. Accordingly,

**IT IS ORDERED** that Margie Richard's Motion to Extend Deadline to File Claims and Answers hereby is **DENIED**. The deadline to file claims and answers will remain May 7, 2000. Further, the petitioner shall not be responsible for publishing the notice beyond the period provided in this Court's order of January 26, 2000 (Rec. Doc. No. 3).

IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY MAR 10 2000

Fee_____
Process____
X Dktd____
__ CtRmDep__
Doc.No.____