

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br><br>SECTION: "B"<br><br>MAGISTRATE (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ORDER NOTING DEFAULT

American Commercial Lines LLC ("ACL") and American Commercial Barge Line LLC ("ACBL"), plaintiffs herein, praying for exoneration and/or limitation of liability, respectfully move the Court to issue an Order noting the default of claimants in this matter, and in support thereof, represent the following:

I.

That on the 31st day of January 2000, the Court issued its Order directing issuance of notice and restraining prosecution of claims and setting the cut-off date for the filing of all

N0503326.1





claims at March 9, 2000.

## II.

The Notice of Complaint was published in *The Times-Picayune* on February 2, 9, 16 and 23, 2000 as established by the attached Affidavit of Robert J. Chaisson, Accounts Receivable Manager of *The Times-Picayune* Publishing Corporation.

## III.

Thereafter, on the 1st day of March 2000, counsel allegedly representing claimants asked the Court for an extension of time within which to file responsive pleadings and the Court granted the extension of time until the 7th day of May, 2000. By Minute Entry of March 9, 2000, the Court reconfirmed the extension until May 7, 2000 and further ordered that there as no necessity of additional publication.

## IV.

Prior to the required publication, counsel for plaintiffs-in-limitation served upon counsel for all known claimants a copy of the Complaint, Ad Interim Stipulation, Stipulation for Costs, Notice of Filing Complaint, together with the Court's Order. Those notices were served upon the following counsel:

1. Balena Henderson, and all others represented by her attorney, William B. Collier, 301 St. Charles Street, Baton Rouge, Louisiana 70802.

2. Various unnamed residents of St. Charles Parish, purportedly represented by counsel, Daniel E. Becnel, 106 W. 7th Street, Post Office Drawer H, Reserve, Louisiana 70084.

3. Various unnamed residents of St. Charles Parish, purportedly represented by counsel, Randall Gaines, 311 DeVon, LaPlace, Louisiana 70068.

V.

That on or before the default date Answers and Claim were filed by the Court and copies delivered to undersigned counsel for those claimants whose names appear on Exhibit "A" hereto.

WHEREFORE, plaintiffs-in-limitation respectfully pray that the Court issue an Order noting the defaults of all claimants who have failed to file claims herein.

Respectfully submitted,

_____
GLENN G. GOODIER (#06130)
Jones, Walker, Waechter,
  Poitevent, Carrère & Denègre, L. L. P.
201 St. Charles Avenue
New Orleans, LA 70170-5100
Telephone: (504) 582-8175
Attorney for American Commercial Lines LLC
  and American Commercial Barge Line LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br><br>SECTION: "B"<br><br>MAGISTRATE (5) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER NOTING DEFAULT

WHEREAS on January 31, 2000, this Court having duly issued a Monition against all persons claiming damages for and any and all loss or damage or injury caused by or resulting from the spill of diesel fuel in the Mississippi River from the Barge LCD 4907 on July 28, 1999 as set forth in the Complaint herein, and requiring all persons to make proof of their claim on or before March 9, 2000 at the Office of the Clerk of this Court in the United States District Court for the Eastern District of Louisiana, subject to the right of any person interested to question or to controvert same, and the publication of said

N0503326.1

Monition having been duly given as required by the rules and practices of this Court, and further, the Court having extended the time to all persons to make proof of that claim until May 7, 2000, all of which appears by the pleadings and affidavits filed herein;

WHEREAS, it appears from the record of this Court that the claims attached as Exhibit "A" hereto have been presented pursuant to said Monition; and

IT ALSO APPEARING that due proclamation having been made for all persons having or claiming damage for any and all loss, damage and injury arising out of the aforesaid oil spill, on the return of said Monition to appear and answer the Complaint herein, and present their claims, and that no other person or corporations having appeared,

NOW, on motion of attorneys for plaintiffs-in-limitation,

IT IS ORDERED, ADJUDGED and DECREED that the default of all persons or corporations claiming damages for any and all loss, damage or injury caused by or resulting from the aforesaid spill of diesel fuel in the Mississippi River from the Barge LCD 4907 on July 28, 1999 and not having filed a claim as aforesaid, be and the same are hereby noted and entered and the filing or presentation thereafter of any such claims or answers be and they are forever restrained; hereby

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all issues raised by the Complaint herein and answers thereto, stand for trial before the Court according to the rules and practices thereof;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the proof of all claims so filed as aforesaid be and the same hereby are suspended until the trial and determination of this action.

New Orleans, Louisiana, this 10th day of May, 2000.

LORETTA G. WHYTE, Clerk
UNITED STATES DISTRICT COURT

By *Aubry E Steward*
Deputy Clerk

N0503326.1                              3