IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 MAY 12 P 4: 34
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN THE MATER OF AMERICAN COMMERCIAL LINES LLC AS OWNER OF THE BARGE LCD 4907 AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER AND OPERATOR OF THE BARGE LCD 4907, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0252<br><br>SECTION: B<br><br>MAGISTRATE: 5 |

### MOTION IN OPPOSITION TO DEFENDANT'S MOTION FOR ORDER NOTING DEFAULT

Margie Richard, plaintiff herein respectfully move the court to deny defendant's Order noting thedefault of claimants in this matter and represent the following:

I.

Plaintiffs are aware of the Court's May 7th deadline in this matter. As attorney for plaintiffs, I am a sole practitioner and lacked the manpower resources to process the numerous claimants. I recently hired a part-time employee solely for the purpose of data input in this matter.

II.

Due to the unfamiliar methods of programming of the data used by the new employee, my office had substantial difficulty retrieving the claimants data pursuant to meeting the courts deadline.

III.

My office recently hired a computer consultant to reprogram and retrieve the data.

DATE OF ENTRY
MAY 1 6 2000

Fee_____
Process____
X Dktd_____
__ CtRmDep__
__ Doc. No. 13

IV.

Allowing plaintiffs to submit their claims at this time will not prejudice defendants. Denying plaintiffs request at this time would cause substantial hardship to claimants in regards to pursuing their claims.

WHEREFORE claimants pray that they be allowed to file their claim in this matter.

Respectfully Submitted By:

Randal L. Gaines  #17576
Attorney At Law
311 Devon
LaPlace, LA  70068
(504) 652-3299

CERTIFICATE OF SERVICE

I hereby certify that I have on this 12th day of May, 2000 served a copy of the within pleading on all counsel of record via the United States Postal Service, properly addressed, and postage prepaid.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATER OF AMERICAN COMMERCIAL LINES LLC AS OWNER OF THE BARGE LCD 4907 AND AMERICAN COMMERCIAL BARGE LINE LLC AS CHARTERER AND OPERATOR OF THE BARGE LCD 4907, PRAYING FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | CIVIL ACTION<br><br>NUMBER: 00-0252<br><br>SECTION: B<br><br>MAGISTRATE: 5 |

## ORDER

Considering the foregoing:

IT IS ORDERED, ADJUDGED AND DECREED that Claimants listed herein be allowed to file their claims in this matter.

New Orleans, Louisiana this 15th day of May, 2000.

_Denied as Moot._ [handwritten annotation, signed 5/15/00]

_____
Judge, United States District Court