

```
        FILED
   U.S. DISTRICT COURT
   EASTERN DISTRICT OF LA

   2000 OCT 23  AM 11: 24

     LORETTA G. WHYTE
          CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO: 00-0252<br><br><br>SECTION "B" (5) |

* * * * * * * * * * * * * *

### O R D E R

It having come to the Court's attention that C.A. 00-2967, *Margie Richard, Gaynell Johnson, Felecia Macon, Bryant Devon and Alvin Smith, Jr. vs. American Commercial Lines, LLC, Orion Refining Corporation, XYZ Insurance Company and The St. Charles Parish Department of Waterworks,* is related to the above case, accordingly,

IT IS ORDERED that the above matters are hereby consolidated.

Pursuant to the Court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

The Clerk of Court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

```
  DATE OF ENTRY

  OCT 2 3 2000
```



All entries shall be made on the master docket sheet only, with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case and to file such designation and copies of the documents with the clerk within five days of the deconsolidation order.

Dated at New Orleans, Louisiana, this ___20th___ day of October, 2000.

_____
**IVAN L.R. LEMELLE**
**UNITED STATES DISTRICT JUDGE**