```
UNITED STATES DISTRICT COURT
           FILED
      October 24, 2000
EASTERN DISTRICT OF LOUISIANA
      Loretta G. Whyte
           Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN COMMERCIAL　　　　CIVIL ACTION
LINES LLC, as Owner of the Barge LCD 4907, and
AMERICAN COMMERCIAL BARGE LINE LLC,　　　　NO. 00-0252
as Charterer and Operator of the Barge LCD 4907,　　　c/w 00-2967
Praying for Exoneration from and/or Limitation of
Liability　　　　　　　　　　　　　　　　　　　　SECTION "B" (5)

## AMENDED PRELIMINARY CONFERENCE NOTICE

     A **PRELIMINARY CONFERENCE** will be held **BY TELEPHONE** on **TUESDAY, NOVEMBER 14, 2000 at 10:45 A.M.**, for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

     The Court will initiate the telephone conference call and will be represented at the conference by its Courtroom Deputy Clerk. **TRIAL COUNSEL** are to participate in this conference. If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements. If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

*Audry E. Steward*
_____
Audry E. Steward
COURTROOM DEPUTY CLERK, SECTION B
(504) 589-7747

## NOTICE

**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

**COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.**

```
FEE_____
PROCESS___
XDKTD_____
CRTRMDEP__
DOCUMENT NO.___
```