```
                    FILED
              U.S. DISTRICT COURT
            EASTERN DISTRICT OF LA

              2000 OCT 25 PM 12:08

                LORETTA G. WHYTE
                     CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARGIE RICHARD, GAYNELL JOHNSON, FELECIA MACON, BRYANT DEVON AND ALVIN SMITH, JR. | CIVIL ACTION<br><br>NO. 00-2967<br>c/w 00-252 |
| VERSUS | |
| AMERICAN COMMERCIAL LINES, LLC, ORION REFINING CORPORATION, XYZ INSURANCE COMPANY AND THE ST. CHARLES PARISH DEPARTMENT OF WATERWORKS | SECTION B<br><br>MAGISTRATE (5) |

### *EX PARTE* MOTION FOR APPOINTMENT OF VISITING ATTORNEY AS CO-COUNSEL FOR ORION REFINING CORPORATION

NOW INTO COURT, through undersigned counsel, comes defendant Orion Refining Corporation who respectfully requests that this Honorable Court permit Alexander C. Papandreou of the law firm of Shook, Hardy & Bacon L.L.P., Chase Tower, 600 Travis Street, Suite 1600, Houston, Texas 77002-2911, to appear and participate, pursuant to Local Rule 83.2.6 E, as co-counsel in the instant matter. Mr. Papandreou is a member of the State Bar of Texas and has been admitted to practice before The Supreme Court of Texas, the highest court of that state, since November 4, 1994. He is currently in good standing before The Supreme Court of Texas. (*See* Certificate of Good Standing from the Supreme Court of Texas, attached hereto as Exhibit "A.") Additionally, Mr. Papandreou has also been admitted to practice before numerous courts of the

```
DATE OF ENTRY
 NOV 0 3 2000
```

United States. (*See* Affidavit of Alexander Papandreou, attached hereto as Exhibit "B.") Neither disciplinary proceedings nor criminal charges have been instituted against Mr. Papandreou. (*See* Exhibit "B.")

      Undersigned local counsel, who is a member of the bar of this Court, shall be responsible, pursuant to Local Rule 83.2.6 E, to the Court at all stages of the proceedings. For the aforesaid reasons, defendant Orion Refining Corporation respectfully requests this Honorable Court permit Alexander C. Papandreou to serve as co-counsel in the instant matter.

      Respectfully submitted:

*[signature]*

BURGESS E. McCRANIE, (9172)
SIDNEY J. HARDY (1938) (T.A.)
RICHARD A. HOUSTON, III (25100)
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 N. Causeway Boulevard
Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Counsel for Defendant Orion Refining Corporation

*[signature]*

ALEXANDER C. PAPANDREOU (Texas Bar No. 00791401)
Shook, Hardy & Bacon L.L.P.
Chase Tower
600 Travis Street, Suite 1600
Houston, Texas 77002-2911
Telephone: (713) 227-8008
Counsel for Defendant Orion Refining Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 25th day of October, 2000.

_____
SIDNEY J. HARDY
RICHARD A. HOUSTON, III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARGIE RICHARD, GAYNELL JOHNSON, FELECIA MACON, BRYANT DEVON AND ALVIN SMITH, JR. | CIVIL ACTION<br><br>NO. 00-2967 |
| VERSUS | |
| AMERICAN COMMERCIAL LINES, LLC, ORION REFINING CORPORATION, XYZ INSURANCE COMPANY AND THE ST. CHARLES PARISH DEPARTMENT OF WATERWORKS | SECTION B<br><br>MAGISTRATE (5) |

## ORDER

IT IS HEREBY ORDERED that the *Ex Parte* Motion for Appointment of Visiting Attorney As Co-Counsel for Orion Refining Corporation is GRANTED.

IT IS FURTHER ORDERED that Alexander C. Papandreou of the law firm of Shook, Hardy & Bacon L.L.P., Chase Tower, 600 Travis Street, Suite 1600, Houston, Texas 77002-2911 shall be permitted to appear and participate as co-counsel on behalf of defendant Orion Refining Corporation in the instant matter.

New Orleans, Louisiana, this ___31st___ day of ___October___, ~~2000~~.

_____
UNITED STATES DISTRICT JUDGE