

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 16 PM 12:03

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO: 00-0252<br>c/w 00-2967<br><br>SECTION "B" (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

It having come to the Court's attention that C.A. 00-3147, *Aaron Brown, Aaron Smith, Aaron Spears, Adam Reynaud and Adele Adams vs. Orion Refining Corporation and The Parish of St. Charles,* is related to the above consolidated cases, accordingly,

IT IS ORDERED that the above matters are hereby consolidated.

Pursuant to the Court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

The Clerk of Court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

All entries shall be made on the master docket sheet only, with a notation listing the

DATE OF ENTRY
NOV 1 6 2000

Fee\_\_\_\_\_
\_\_Process\_\_\_\_
X Dktd\_\_\_\_
\_\_CtRmDep\_\_\_
Doc.No.\_\_22\_\_

cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case and to file such designation and copies of the documents with the clerk within five days of the deconsolidation order.

Dated at New Orleans, Louisiana, this ___9th___ day of November, 2000.

                                      **IVAN L.R. LEMELLE**
                                      **UNITED STATES DISTRICT JUDGE**