```
                                            FILED
                                    U.S DISTRICT COURT

                                    Dec 12   4 19 PM '00

                                    LORETTA G. WHITE
                                         CLERK
```

MINUTE ENTRY
LEMELLE, J.
December 12, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NOS. 00-0252, c/w<br>00-2967, 00-3147<br><br>SECTION "B" (5) |

* * * * * * * * * * * * * * *

The preliminary conference, scheduled for December 12, 2000, has been converted to a status conference before the District Judge on January 18, 2001 at 3:00 p.m. A pretrial conference and trial on the merits will be selected at that time, along with discovery cut-off dates.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
DEC 1 3 2000