```
                    FILED
                U.S. DISTRICT COURT
              EASTERN DISTRICT OF LA

              2000 DEC 14  PM 4: 34

                LORETTA G. WHYTE
                      CLERK
```

**MINUTE ENTRY**
**LEMELLE, J.**
**December 14, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERICIAL LINES, L.L.C., As Owner of the Barge LCD 4907 AND AMERICAN COMMERICAL BARGE LINE, L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or limitation of Liability | CIVIL ACTION<br><br>NO: 00-0252 c/w<br>00-2967,<br>00-3147<br><br>SEC. "B"(4) |

A status conference is scheduled for January 18, 2001 at 3:00 p.m. in the captioned matter. Due to a conflict on the Court's docket, the Court must move the conference to an earlier time on the same date. Accordingly,

**IT IS ORDERED** that the status conference scheduled for January 18, 2001 at <u>3:00 p.m.</u> is **CHANGED** to January 18, 2001 at <u>2:00 p.m.</u>

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
DEC 1 5 2000

```
___Fee_____
___Process___
 X _Dktd_ OLO_
 ✓ _CtRmDep_
   Doc.No. 24
```