

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO: 00–0252<br>c/w  00-2967<br>c/w  00-3147<br><br>SECTION "B" (5)<br><br>This Pleading Applies Only to Cases No. 00-2967 and 00-3147. |

MOTION TO WITHDRAW AS COUNSEL

NOW INTO COURT comes defendant, Orion Refining Corporation, who respectfully requests that Burgess E. McCranie La. Bar. 9172 of the law firm of Campbell, McCranie, Sistrunk, Anzelmo & Hardy be removed as counsel of record in the above captioned matters. Mr. McCranie was inadvertently included on the pleadings of these matters. Orion Refining Corporation will retain Sidney J. Hardy La. Bar No. 1938 of the law firm of Campbell, McCranie, Sistrunk, Anzelmo &

DATE OF ENTRY
JAN 0 2 2001

1

___Fee___
___Process___
_X_ Dktd
___CtRmDep___
Doc.No.___

Hardy as trial attorney in these matters.

                    Respectfully submitted:

                    _____
                    SIDNEY J. HARDY (1938) (T.A.)
                    RICHARD A. HOUSTON, III (25100)
                    CAMPBELL, McCRANIE, SISTRUNK,
                      ANZELMO & HARDY
                    3445 N. Causeway Boulevard
                    Suite 800
                    Metairie, Louisiana  70002
                    Telephone:  (504) 831-0946
                    Counsel for Defendant Orion Refining
                    Corporation

                    Of Counsel

                    ALEXANDER C. PAPANDREOU (TX. BAR 00791401)
                    Shook, Hardy & Bacon L.L.P.
                    Chase Tower
                    600 Travis Street, Suite 1600
                    Houston, TX 77002-2911
                    Telephone:  (713) 227-8008
                    Counsel for Defendant Orion Refining Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 21st day of December, 2000.

```
_____
SIDNEY J. HARDY
RICHARD A. HOUSTON, III
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:  00–0252<br>c/w  00-2967<br>c/w  00-3147<br><br>SECTION "B" (5)<br><br>This Pleading Applies Only to Cases No. 00-2967 and 00-3147. |

ORDER

IT IS HEREBY ORDERED that Burgess E. McCranie La. Bar. 9172 of the law firm of Campbell, McCranie, Sistrunk, Anzelmo & Hardy is removed as counsel of record in the above captioned matters. IT IS FURTHER ORDERED THAT Sidney J. Hardy La. Bar No. 1938 of the law firm of Campbell, McCranie, Sistrunk, Anzelmo & Hardy will be listed as trial attorney on behalf of Orion Refining Corporation in these consolidated matters.

New Orleans, Louisiana, this 2nd day of January, 2001.

_____
UNITED STATES DISTRICT JUDGE

4