FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 25 PM 2: 04

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**LEMELLE, J.**
**January 18, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERICIAL LINES, L.L.C., As Owner of the Barge LCD 4907 AND AMERICAN COMMERCIAL BARGE LINE, L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or limitation of Liability | CIVIL ACTION<br><br>NO: 00-0252 c/w<br>00-2967,<br>00-3147<br><br>SEC. "B"(4) |

A status conference was held this day in the captioned matter with the following counsel present: Glenn G. Goodier for American Commercial Barge Line, L.L.C., Sid Hardy and Alexander C. Papandreau for Orion Refining Corporation, Allen Zainbecker for St. Charles Parish, and Walter Willard and Randal R. Gaines for the claimants. The status of the case as well as unique aspects of this limitation action and consolidated cases involving 2,399 claimants were discussed. Accordingly,

**IT IS ORDERED** that counsel for the parties shall participate, in person, in a conference

DATE OF ENTRY
JAN 2 6 2001

Fee _____
Process _____
X / Dktd _____
✓ / CtRmDep _____
Doc.No. 26

**within the next two (2) weeks** to discuss preliminary issues to help with motion practice and discovery in this matter. The parties shall develop a preliminary discovery form that the claimants can complete with respect to their claims. Additionally, the parties shall develop a discovery schedule for this matter. Counsel for the plaintiffs shall be responsible for initiating the conference.

**IT IS FURTHER ORDERED** that counsel for the parties shall exchange, on or before **January 29, 2001**, with all other counsel of record any non-privileged documents (including but not limited to reports, evaluations, medical examinations/reports) in their possession or in the possession of their clients, which relate to the spill at issue in this case.

**IT IS FURTHER ORDERED** that counsel for the parties shall file on or before **February 19, 2001** a joint report, which shall contain the proposed claimant form and the discovery schedule. Any objections of the parties to the discovery schedule or proposed preliminary discovery form shall be noted in the report.

**IT IS FURTHER ORDERED** that counsel for the parties shall appear in person before the undersigned judge on **March 1, 2001 at 2:30 p.m.** for a status conference.

**IT IS FURTHER ORDERED** that the parties shall consider the possibility of amicable resolution of this matter and shall contact the Magistrate Judge for a settlement conference if it appears that such discussions will be productive.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE