PLEASE FILE IN RECORD

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 23  AM II: 32

LORETTA G. WHYTE
CLERK

IN THE MATTER OF AMERICAN COMMERCIAL
LINES LLC, as Owner of the Barge LCD 4907,
and AMERICAN COMMERCIAL BARGE LINE
LLC, as Charterer and Operator of the Barge
LCD 4907, Praying for Exoneration from and/or
Limitation of Liability

CIVIL ACTION

NO. 00-0252
c/w 00-2967
c/w 00-3147

**SECTION "B" (5)**


RECEIVED
FEB 2 0 2001
Judge Ivan L. R. Lemelle
Section B

\* \* \* \* \* \* \*

**JOINT REPORT OF COUNSEL**

NOW COME all counsel of record who submit the following Joint Report of Counsel as ordered by the Court's minute entry dated January 18, 2001:

All counsel convened at 2:30 p.m. on February 2, 2001 at Alan Zaunbrecher's office.  The following agreements were made:

1)   All non-privileged documents related to the spill in possession of all parties have been exchanged as of this date.

2)   By February 12, 2001, counsel for plaintiffs will submit a written evaluation and settlement offer to defense counsel.

3)   By March 1, 2001, the plaintiffs will provide written responses to Orion's Interrogatories and Requests for Production directed to the individually named plaintiffs in the two putative class actions.

4)   By March 15, 2001, Orion will provide responses to plaintiffs' Interrogatories and Requests for Production of Documents.

5)   ACBL will give the plaintiffs ninety (90) additional days from February 2, 2001 to file individual discovery responses to ACBL's discovery directed to all 2,399 individual claimants in the limitation action.

___Fee_____
___Process_____
_X_ Dktd_____
_✔_ CtRmDep____
   Doc.No._____

6)    Counsel for plaintiffs agree to investigate and evaluate the appropriateness of class certification, and they anticipate notifying defense counsel of their intentions in this regard by March 1, 2001.

7)    The Interrogatories and Requests for Production of Documents issued by ACBL to the limitation claimants shall constitute the proposed discovery form; however, the parties will consider a "check off" form similar to the one used in the "Bogalusa chemical release" litigation (copies of both are attached).

8)    Following completion of the above steps, counsel will reconvene to schedule expert designations and reports, expert deposition cut-off dates, and other trial matters.

_____         _____
ALAN A. ZAUNBRECHER (#13783)        GLENN G. GOODIER
3850 N. Causeway Boulevard          201 St. Charles Avenue
Lakeway II - Suite 1070             Suite 4800
Metairie, Louisiana 70002           New Orleans, Louisiana 70119
(504) 833-7300                      (504) 582-8174
Counsel for St. Charles Parish      Counsel for American Commercial
                                    Barge Lines


_____         _____
RANDAL L. GAINES                    WALTER WILLARD
311 Devon                           1540 N. Broad Street
Laplace, Louisiana 70068            New Orleans, Louisiana 70119
(504) 652-3299                      (504) 945-0042
Counsel for Plaintiffs              Counsel for Plaintiffs


_____         _____
ALEXANDER C. PAPANDREOU             SIDNEY J. HARDY
600 Travis Street, Ste. 1600        3445 N. Causeway Boulevard, Ste. 800
Houston, Texas 77002-2911           Metairie, Louisiana 70002
(713) 227-8008                      (504) 831-0946
Counsel for Orion Refining Corp.    Counsel for Orion Refining Corp.

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br><br>SECTION "B" [Judge Ivan L.R. Lemelle]<br><br>MAG. (5) [Mag. Judge Alma L. Chasez] |

## REQUEST FOR PRODUCTION OF DOCUMENTS

TO:   Plaintiffs (See Attached)
      Through their attorney of record:
      William B. Collier, Esq.
      301 St. Charles Street
      Baton Rouge, Louisiana  70802

PLEASE TAKE NOTICE that the defendants, American Commercial Lines LLC ("ACL") and American Commercial Barge Line LLC ("ACBL"), through undersigned counsel request that you produce under Rule 34 of the Federal Rules of Civil Procedure at the offices of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P., 201 St. Charles Avenue, Suite 4800, New Orleans, LA 70170-5100, within thirty (30) days of service of this request, the following documents and things:

In the following Request for Production of Documents:

1.    "Accident" means the alleged accidental oil spill which occurred on or about July 28, 1999 for which you have filed a claim in this limitation proceeding.

2.    "Document" means any written material of any kind including but not limited to, letters, correspondence, memoranda, books, records, recordings, data, notes, e-mails, journals, logs, binders, notebooks, faxes, reports, diaries, pamphlets, magazines, compilations, summaries, printed materials, computer notes and forms.

For each document produced in response to the questions below you must:

1.    A assign each document a number.

2.    Mark the document with the assigned number followed by your last name. (<u>Example</u>:    Exhibit 2, A.J. Johnson)

3.    Do not mark the document in a manner which would cover any writing on the document.

4.    List the relevant document number when answering the individual requests below. Thus, for each document listed or identified below, you must note the document number.    (<u>Example</u>:    Medical records attached hereto as Exhibit 2, A.J. Johnson).  The number in the document must correspond to the number designated by you in each answer.

## <u>REQUEST FOR PRODUCTION NO. 1.</u>:

Please produce any and all documents that relate to any medical condition or injury you claim as a result of the accident.  This request includes but is not limited to any and all medical reports, records, notes, charts, written documentation, x-rays, films, CT scans, MRI, or test results concerning any examination and/or treatment.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1**:

Please mark and assign a number to each document which you have attached hereto.

Medical Reports: _____

Medical Records: _____

Medical Notes: _____

Medical Charts: _____

X-Rays: _____

Films: _____

CT Scans: _____

MRI: _____

Test Results relating to any examination or treatment: _____

_____

Other: _____

_____

If no documentation is produced hereto, please state the reason for such omission in

the space provided: _____

_____

_____

**REQUEST FOR PRODUCTION NO. 2.**:

Please produce any and all documents that relate to any medical condition, disease or injury

that you have or have other than those which you claim were caused by the accident.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2**:

List and assign a number to each document responsive to Request for Production No. 2 in the space provided below:

1. _____

2. _____

3. _____

4. _____

5. _____

**REQUEST FOR PRODUCTION NO. 3.**:

Please produce any and all documents that relate to any medical condition, disease or injury that you sustained or had prior to the accident that is similar to those allegedly caused by the accident.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 3**:

List and assign a number to each document produced responsive to Request for Production

No. 3 in the space provided below:

1.    _____

2.    _____

3.    _____

4.    _____

5.    _____

**REQUEST FOR PRODUCTION NO. 4.**:

Please produce documents which show or support any amount you claim as damages

resulting from the accident.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4**:

List and assign a number to each document produced responsive to Request for Production

No. 4 in the space provided below:

1.  _____

2.  _____

3.  _____

4.  _____

5.  _____

## REQUEST FOR PRODUCTION NO. 5.:

Please produce any notice of claim form, proof of claim form, questionnaire or other document in which you have provided information concerning the nature and substance of your claims in this matter.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 5:

Mark and assign a number to each document which you have attached hereto:

Claim Forms:                _____

Proof of Claim Forms:       _____

Questionnaire: _____

Other: _____

_____

     If no documentation is provided herein, please state the reason for such omission in

the space provided: _____

_____

_____

**REQUEST FOR PRODUCTION NO. 6.:**

     For each person whom you expect to call as an expert witness, please produce all documents,

including without limitation, notes, reports, textbooks, treatises, articles, scientific and technical

publications, studies, other literature which your experts have considered or upon which your experts

may rely.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6**:

     Please mark and assign a number to each document which you have attached hereto.

          Notes: _____

          Reports: _____

          Text Books: _____

          Treatises: _____

          Articles: _____

Scientific and Technical publications: _____

Studies: _____

Other literature: _____

If no documentation is provided in response to this request, please state the reason

for such omission in the space provided: _____

_____

_____

_____

**REQUEST FOR PRODUCTION NO. 7.:**

Please produce any documents sent by you, your attorney or representative or obtained by

you or your attorney or representative from any federal, state, parish or local agencies, organizations

or groups with respect to the accident.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

List and assign a number to each document produced responsive to Request for Production

No. 7 in the space provided below:

1. _____

2. _____

3. _____

4. _____

5. _____

**REQUEST FOR PRODUCTION NO. 8.:**

Any documents or other records of wages earned by you during the five(5) years prior to the

accident and since the accident, including but not limited to tax returns, all W-2 forms and pay check

stubs for these periods of time.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

Mark and assign a number to each document which you have attached hereto

Tax Returns:
      2000 _____
      1999 _____
      1998 _____
      1997 _____
      1996 _____
      1995 _____
      1994 _____

W-2 Forms:
      2000 _____
      1999 _____
      1998 _____
      1997 _____
      1996 _____

<pre>
        1995    _____
        1994    _____

Pay check stubs:
        2000    _____
        1999    _____
        1998    _____
        1997    _____
        1996    _____
        1995    _____
        1994    _____
</pre>

Other: _____

_____

If no documentation is produced hereto, please state the reason for such omission in

the space provided:    _____

_____

_____

## REQUEST FOR PRODUCTION NO. 9.:

Any written or oral statements obtained by you or on your behalf relative to the accident.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 9:

List and assign a number to each document produced responsive to Request for Production

No. 9 in the space provided below:

1. _____

2. _____

3. _____

4. _____

5. _____


**REQUEST FOR PRODUCTION NO. 10.**:

     Any and all photographs, films, video tapes, drawings or diagrams pertaining in any way to the accident.


**RESPONSE TO REQUEST FOR PRODUCTION NO. 10**:

     List and assign a number to each document produced responsive to Request for Production No. 10 in the space provided below:

          Photographs:        _____

          Films:               _____

          Videotapes:         _____

Drawings:                _____

Diagrams:                _____

Other: _____

_____

      If no documentation is produced hereto, please state the reason for such omission in

the space provided: _____

_____

_____

**REQUEST FOR PRODUCTION NO. 11.:**

      Any and all documents, tangible or physical evidence relating in any way to your claim, the

accident, the cause of the accident, your injuries, your damages, or your causes of action in this

proceeding.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

      List and assign a number to each document produced responsive to Request for Production

No. 11 in the space provided below:

    1.   _____

2.    _____

3.    _____

4.    _____

5.    _____


**REQUEST FOR PRODUCTION NO. 12.:**

All documents in your possession substantiating the claims that you may have for medical expenses, past or future.


**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

List and assign a number to each document produced responsive to Request for Production No. 12 in the space provided below:

1.    _____

2.    _____

3. _____

4. _____

5. _____

**REQUEST FOR PRODUCTION NO. 13.:**

Any documents in support of any claim you may have for lost wages, past or future.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

List and assign a number to each document produced responsive to Request for Production No. 13 in the space provided below:

1. _____

2. _____

3. _____

4. _____

5. _____

**REQUEST FOR PRODUCTION NO. 14.:**

Any documents in support of any claim you may have for expenses you claim to have incurred as a result of the accident or for property damage.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

List and assign a number to each document produced responsive to Request for Production No. 14 in the space provided below:

1. _____

2. _____

3. _____

4. _____

5. _____

**REQUEST FOR PRODUCTION NO. 15.:**

Any document supporting any other claims for damages that you have asserted or will assert in this action.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

List and assign a number to each document produced responsive to Request for Production No. 15 in the space provided below:

1.  _____

2.  _____

3.  _____

4.  _____

5.  _____

**REQUEST FOR PRODUCTION NO. 16.:**

Please provide a copy of your birth certificate.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16** (Check one and fill in the applicable

blanks):

_____    A copy of my birth certificate is attached hereto as Exhibit _____

_____    Other (Explain):    _____

_____

_____

**REQUEST FOR PRODUCTION NO. 17.** (Check one and fill in the applicable blanks):

Please provide a copy of your marriage certificate(s).

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

_____    A copy of my marriage certificate is attached hereto as Exhibit _____

_____    I have never been married.

_____    Other (Explain):    _____

_____

_____

**REQUEST FOR PRODUCTION NO. 18.:**

Please provide an executed copy of any contract with an attorney you have entered into

relating to this accident.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 18** (Check one and fill in the applicable blanks):

_____ A copy of the relevant contract is attached hereto as Exhibit _____

_____ The document requested has not been executed for the reasons set forth below:

_____

_____

_____

_____ I have not entered into a contract with any attorney in this matter.

_____ Other (Explain): _____

_____

_____

**REQUEST FOR PRODUCTION NO. 19.** (Check one and fill in the applicable blanks):

Please execute the attached Medical Release for medical records.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

_____ The executed medical release is attached hereto as Exhibit _____

_____ The document requested has not been executed for the reasons set forth below:

_____

_____

_____

<u>_____</u>    Other (Explain):    _____

_____

_____


## REQUEST FOR PRODUCTION NO. 20.:

Please execute the attached Social Security request for detailed earnings information and return it to counsel for ACBL and ACL.


## RESPONSE TO REQUEST FOR PRODUCTION NO. 20 (Check one and fill in the applicable blanks):

<u>_____</u>    The executed Social Security request for detailed earnings information is

attached hereto as Exhibit _____

<u>_____</u>    The document requested has not been executed for the reasons set forth below:

_____

_____

_____

<u>_____</u>    Other (Explain):    _____

_____

_____

**REQUEST FOR PRODUCTION NO. 21.:**

Please sign and execute the attached authorizations to obtain copies of income tax returns and/or itemized returns.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 21 (Check one and fill in the applicable blanks):**

_____ The executed and signed authorizations are attached hereto as Exhibit ____

_____ The documents requested have not been executed for the reasons set forth below: _____

_____

_____

_____ Other (Explain): _____

_____

_____

**REQUEST FOR PRODUCTION NO. 22.:**

Please sign and execute the attached Employment Records authorization form and return to counsel for ACBL and ACL.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 22:**

_____ The signed and executed copy of the Employment Record authorization form

is attached hereto as Exhibit _____

_____ The document requested has not been executed for the reasons set forth below:

_____

_____

_____

**REQUEST FOR PRODUCTION NO. 23.:**

Any documents you intend to introduce at the trial of this matter.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 23:**

The list of documents intended to be introduced at trial in this matter are as follows:

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

8. _____

9. _____

10. _____

You may use additional sheets of paper as necessary.

**REQUEST FOR PRODUCTION NO. 24.**:

Copies of your water bills for the months of May, June, July and August of 1999.


**RESPONSE TO REQUEST FOR PRODUCTION NO. 24**:

_____ A copy of my water bill for the month of May 1999 is attached hereto as

Exhibit _____


_____ A copy of my water bill for the month of June 1999 is attached hereto as

Exhibit _____


_____ A copy of my water bill for the month of July 1999 is attached hereto as

Exhibit _____


_____ A copy of my water bill for the month of August 1999 is attached hereto as

Exhibit _____


_____ I did not have water service during this time.


_____ Some or all documents responsive to this Request have not been produced for

the following reasons:          _____

_____

**REQUEST FOR PRODUCTION NO. 25.:**

All documents which evidence your residence in May, June, July and August of 1999, including, but not limited to bill of sale, mortgage, rental agreement, property tax bill and voter registration card.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 25:**

Please check each document which you have attached hereto:

| | | |
|---|---|---|
| Bill of Sale: | | _____ |
| | May | _____ |
| | June | _____ |
| | July | _____ |
| | August | _____ |
| Mortgage: | | _____ |
| Rental Agreement: | | _____ |
| Property Tax Bill: | | _____ |
| Voter Registration Card: | | _____ |
| Other: _____ |

If no documentation is produced hereto, state the reason for such omission in the space provided: _____

_____

**REQUEST FOR PRODUCTION NO. 26.:**

A Xerox copy of your driver's license and voter registration card.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 26 (Check all that apply and fill in the applicable blanks:**

_____ A copy of my driver's license is attached hereto as Exhibit ____

_____ I have never had a driver's license.

_____ A copy of my voter registration card is attached hereto as Exhibit ____

_____ I have never been a registered voter.

_____ Other: _____

_____

_____ If no documentation is produced hereto, please state the reason for such omission in the space provided: _____

_____

_____

**REQUEST FOR PRODUCTION NO. 27.:**

Copies of the birth certificates of all those living with you at the time of the accident.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 27 (Check one and fill in the applicable blanks):**

_____ Copies of birth certificates for the following people are attached hereto as

Exhibits _____

1. _____

2. _____

3. _____

4. _____

5. _____

6. _____

7. _____

_____ If individuals lived with you at the time of the accident but no birth certificates

are produced hereto, please state the reason for such omission in the space provided:    _____

_____

_____

_____

_____ No one lived with me at the time of the accident.

**REQUEST FOR PRODUCTION NO. 28.**:

Any documents supporting your claim that ACL or ACBL are liable to you for damages as

a result of the accident.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 28:

List and assign a number to each document produced responsive to Request for Production

No. 28 in the space provided below:

1. _____

2. _____

3. _____

4. _____

5. _____

## REQUEST FOR PRODUCTION NO. 29.:

Any documents that show that a party(ies) other than ACL or ACBL is responsible or partly

responsible for the damages you allegedly sustained as a result of the accident.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 29**:

Please list each document produced:

1. _____

2. _____

3. _____

4. _____

5. _____

**REQUEST FOR PRODUCTION NO. 30.**:

Any documents obtained by you that in anyway describe, discuss or refer to the substance you claim was spilled into the Mississippi River by ACBL or ACL at the time of the accident.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 30**:

List and assign a number to each document produced responsive to Request for Production No. 28 in the space provided below:

N0620420.1                              - 27 -

1. _____

2. _____

3. _____

4. _____

5. _____


**REQUEST FOR PRODUCTION NO. 31.:**

Copies of any lawsuits filed by you at any time other than a claim filed in this captioned limitation proceeding.


**RESPONSE TO REQUEST FOR PRODUCTION NO. 31 (Check one and fill in the applicable blanks):**

_____ Copies of each lawsuit (other than the captioned lawsuit) filed by me or on my behalf at any time are attached hereto as Exhibit _____

_____ I have never filed a lawsuit or had a lawsuit filed on my behalf.

_____ Other (Explain): _____

_____

_____

**REQUEST FOR PRODUCTION NO. 32.:**

      Copies of any documents which in anyway relate to any arrests or convictions you have had.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 32 (Check one and fill in the appropriate blanks):**

_____ A copy of all documents relating to my arrests and convictions are attached

            hereto as Exhibit _____

_____ I have never been arrested or convicted of a crime.

_____ Other (Explain): _____

_____

_____

**REQUEST FOR PRODUCTION NO. 33.:**

      List each and every person who assisted you in answering the questions presented above.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 33:**

_____

_____

_____

**I DECLARE (OR CERTIFY OR VERIFY OR STATE) UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed
On _____        _____
          (Date)                                    (Signature)

                                             _____
                                               (Print Name)

Respectfully submitted,

**GLEN G. GOODIER  (#06130)**
**RUTH B. SCHUSTER  (#26506)**
Jones, Walker, Waechter, Poitevent, Carrère
 & Denègre, L. L. P.
201 St. Charles Avenue, 48th Floor
New Orleans, Louisiana  70170-5100
Telephone:  504/582-8174
Attorneys for
American Commercial Lines L.L.C. and
American Commercial Barge Line L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel by

placing same in the U.S. Mail, properly addressed with first class postage prepaid, this _____ day

of _____, 2001.

**RUTH B. SCHUSTER**

## IN RE: CHEMICAL RELEASE AT BOGALUSA
## OCTOBER 10, 1995 THROUGH OCTOBER 25, 1995
## PROOF OF CLAIM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CLAIMANT INFORMATION

__Identification of Claimant__

1.   Are you the claimant?  _____Yes  _____No
     *If no, complete questions 2-7; If yes, skip to question 8*

2.   What is your relationship to the claimant?

     _____Parent  _____Legal Guardian  _____Executor/Executrix

     _____Tutor/Tutrix  _____Other(State Relationship) _____

3.   Is claimant deceased?  _____Yes  _____No
     *If yes:*

     Date of death:_____/_____/_____

4.   Name of Legal Representative:_____
                                   *Last*          *First*        *Middle*
5.   Mailing Address of Legal Representative: _____

     _____
                                   *City*          *State*        *Zip Code*

6.   Telephone Number of Legal Representative: _____

7.   Legal Representative Social Security No. _____

__All remaining questions and other information to be answered in this Proof of Claim form pertain
solely to the Claimant__

8.   Claimant's Name: _____
                        *Last*              *First*          *Middle*
9.   Social Security Number: _____-_____-_____

10.  Date of Birth: _____/_____/_____

11.  Driver's License Number:_____State_____

12.  Sex:    Female_____         Male_____

13.  Current Address: _____

     _____
                        *City*               *State*          *Zip Code*
14.  How long have you been at this address?_____

15. Was your home address in October 1995 different than your current address?

_____ Yes          _____ No

If Yes, please provide your address in October 1995:

Address: _____ Apt #: _____

_____
City                    State                Zip Code

16. Day Phone No: _____    Night Phone No: _____

17. Claimant's Mailing Address: _____

_____
City          State          Zip

18. Any other name previously known by (e.g., maiden name): _____

19. Nearest relative or friend not living with you:

_____
Last Name          First Name          Middle          Suffix

_____
Mailing Address

_____
City                        State                Zip

_____
Day Phone                              Night Phone

20. Marital Status in October 1995:

_____ Single  _____ Married  _____ Divorced  _____ Widow/Widower

If married, spouse's name: _____

21. Current Marital Status:

_____ Single  _____ Married  _____ Divorced  _____ Widow/Widower

If married, spouse's name: _____

22. Are other members of claimant's immediate family or household making a claim?

_____ Yes          _____ No          _____ Don't Know
*If yes, please complete Schedule I:*

IMPORTANT NOTE: TO BE INCLUDED IN THIS CLASS ACTION, <u>EACH</u> FAMILY MEMBER OR
HOUSEHOLD MEMBER MUST SUBMIT A SEPARATE PROOF OF CLAIM

## Claimant's Employment

23.  Currently Employed? _____ Yes _____ No

*If currently employed, complete the following:*
Employer:_____

Employer's Address:_____

_____
                    *City*          *State*          *Zip*
Dates of Employment:_____

Job Title:_____

Job Duties:_____

## Incident Information

24.  When did you become aware and where were you <u>WHEN YOU BECAME AWARE</u> of the incident of October 1995?
     *(Complete street address, or nearest street number, or nearest intersection, etc.)*

     Date: _____     Time:_____am/pm.

     Street:_____ Apt.#:_____

     City:_____ State:_____ Zip:_____

     Nearest Intersection:_____

     If not at a specific address, where were you:_____

25.  Were you: _____ Inside _____ Outside _____ Vehicle

     Other:_____
              *Describe*

26.  Did you Evacuate? _____ Yes _____ No     *If yes, complete Schedule A*

27.  Did you Shelter In Place? _____ Yes _____ No     *If yes, complete Schedule A-1*

28.  Are you claiming you were exposed to hazardous fumes or materials as a result of the incident of October 1995?

     _____ Yes _____ No     *If yes, complete Schedule B*

29.  If you claim you were exposed to hazardous fumes or materials as a result of the incident of October 1995, were there any other individuals with you?

     _____ Yes _____ No     *If yes, please complete Schedule K*

30.   Are you claiming physical symptoms as a result of the incident of October 1995?

_____Yes      _____No     *If yes, complete Schedule C (Section I, VII)*

31.   Are you claiming a physical or emotional injury as a result of the incident of October 1995?

_____Yes      _____No     *If yes, complete Schedule C (Section II,  VII, VIII)*

32.   Are you claiming aggravation to a pre-existing condition as a result of the incident of October 1995?

_____Yes      _____No     *If yes, complete Schedule C (Section III, VII, VIII)*

33.   Did you suffer any fear and fright as a result of the incident of October 1995?

_____Yes      _____No     *If yes, complete Schedule C (Section IV)*

34.   Did you suffer from any other mental disorder or injury other than fear, fright, and/or emotional upset as a result of the incident of October 1995?

_____Yes      _____No     *If yes, complete Schedule C (Section V, VII, VIII)*

35.   Did you have any additional medical expenses as a result of the incident of October 1995, other than those listed for health care providers?

_____Yes      _____No     *If yes, complete Schedule C (Section VI,VII)*

36.   Are you claiming a wage loss as a result of the incident of October 1995?

_____Yes      _____No     *If yes, complete Schedule D*

37.   Are you claiming a business loss as a result of the incident of October 1995?

_____Yes      _____No     *If yes, complete Schedule E*

38.   Are you claiming any property loss as a result of the incident of October 1995?

_____Yes      _____No     *If yes, complete Schedule F (real and/or personal)*

39.   Are you claiming any other type of damages other than those above as a result of the incident of October 1995?

_____Yes      _____No     *If yes, complete Schedule G*

40.   Have you received any monies from any source *and/or* signed a release or settlement documents in connection with the incident of October 1995?

_____Yes      _____No     *If yes, complete Schedule H*

41.   Have you taken any prescription medication as a result of the incident of October 1995?

_____Yes      _____No     *If yes, complete Schedule J*

42.   Have you taken any non- prescription medication as a result of the incident of October 1995?

_____ Yes     _____ No     *If yes, complete Schedule J*

43.   Are you represented by an attorney in this matter? _____ Yes _____ No
      *If yes, complete the following:*

      Name:_____

      Address:_____

      _____

      Telephone_____Date of Contract: _____/_____/_____

## SCHEDULE A

### EVACUATION

1. Were you told to evacuate? _____Yes _____ No

2. If yes, who told you to evacuate?_____

3. Did you miss work or school, or were unable to return home, as a result of the evacuation?
   _____Yes _____No   *If yes, when did you return:*

   Work_____ Date_____ Time_____

   Home_____ Date_____ Time_____

   School_____ Date_____ Time_____

4. Where did you evacuate from?

   _____

   | *Street Number* | *Street* | *Apt #* |

   _____

   | *City* | *State* | *Zip Code* |

   If not at a specific address, where were you?_____

5. Where did you evacuate to?

   _____

   | *Street Number* | *Street* | *Apt #* |

   _____

   | *City* | *State* | *Zip Code* |

   If not at a specific address, where were you?_____

6. Date/Time Left:_____/_____/_____     _____:_____a.m./p.m

7. Date/Time Returned: _____/_____/_____     _____:_____a.m./p.m.

8. If you were unable to return on October 25,1995, please state why?

   _____

   _____

9. Did you incur any out of pocket expenses for evacuation? _____Yes _____No
   *If yes, complete the following , and attach any receipts available*

   | Expense Description | Amount | Documented |
   |---|---|---|
   | _____ | $_____ | Yes/No |
   | _____ | $_____ | Yes/No |

| _____ | $_____ | Yes/No |
| _____ | $_____ | Yes/No |
| _____ | $_____ | Yes/No |

## SCHEDULE A-1
## SHELTER IN PLACE

1.  Were you told to shelter in place? _____ Yes _____ No

2.  If yes, who told you to shelter in place?_____

3.  Did you miss work or school, or were unable to return home, as a result of sheltering in place?
    _____-_____ Yes _____ No   *If yes, when did you return:*

    Work_____     Date_____     Time_____

    Home_____     Date_____     Time_____

    School_____     Date_____     Time_____

4.  Where did you shelter in place? (*Complete street address*)

    _____
    *Street Number*                    *Street*                                   *Apt #*

    _____
    *City*                             *State*                                    *Zip Code*

    If not at a specific address, where were you?_____

5.  Date/Time Began:_____ / _____ / _____      _____ : _____ a.m./p.m

6.  Date/Time Ended: _____ / _____ / _____            _____ : _____ a.m./p.m.

7.  When were you allowed to leave?_____      _____
                                    *Date*                          *Time*

8.  Did you incur any out of pocket expenses for sheltering in place? _____ Yes _____ No
    *If yes, complete the following , and attach any receipts available*

    | Expense Description | Amount | Documented |
    |---|---|---|
    | _____ | $_____ | Yes/No |
    | _____ | $_____ | Yes/No |
    | _____ | $_____ | Yes/No |
    | _____ | $_____ | Yes/No |
    | _____ | $_____ | Yes/No |

## SCHEDULE B
## EXPOSURE

1.    Did you detect an odor? _____ Yes _____ No
      *If yes,*

      What time did you detect an odor? _____:_____ a.m/p.m.

      How strong was it? _____ (On a scale of 1 to 10 – 1 being weak and 10 being strongest)

      Over time did the odor change? _____ Yes _____ No
      *If yes, did it*

      _____ Increase or _____ Decrease

2.    Please list all dates, locations and what you were doing at the time you claim to have been exposed
      to hazardous fumes or materials as a result of the incident of October, 1995?

a.    Date:_____    Approximate Time:_____ am/pm.

      Street Address:_____ Apt No._____

      City:_____ State:_____ Zip:_____

      Nearest Intersection:_____

      If not at a specific address, where were you:_____

      Were you: _____ inside _____ outside _____ vehicle _____ other

      If other, describe:_____

      Activity:_____

b.    Date:_____    Approximate Time:_____ am/pm.

      Street Address:_____ Apt No._____

      City:_____ State:_____ Zip:_____

      Nearest Intersection:_____

      If not at a specific address, where were you:_____

      Were you: _____ inside _____ outside _____ vehicle _____ other

      If other, describe:_____

      Activity:_____

## ATTACH ADDITIONAL PAGES IF NECESSARY

Printed: 08/31/99                    9                    File No:_____

**SCHEDULE C**
**PHYSICAL AND EMOTIONAL CLAIMS**

**SECTION I**

Please list **all** Physical Symptoms claimed, including pulmonary and neurological, as a result of the incident of October 1995:

1.  Physical Symptom:_____

    Date Begin: ____/____/_____  Date Ended: ____/____/_____

    Medical Treatment: _____ Yes  _____No

    Health Care Provider:_____

    Address:_____

    Medical Expense Amount $_____ Documented: _____Yes _____No

2.  Physical Symptom:_____

    Date Begin: ____/____/_____  Date Ended: ____/____/_____

    Medical Treatment: _____ Yes  _____No

    Health Care Provider:_____

    Address:_____

    Medical Expense Amount $_____ Documented: _____Yes _____No

3.  Physical Symptom:_____

    Date Begin: ____/____/_____  Date Ended: ____/____/_____

    Medical Treatment: _____ Yes  _____No

    Health Care Provider:_____

    Address:_____

    Medical Expense Amount $_____ Documented: _____Yes _____No

**PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY**

**SCHEDULE C**
**PHYSICAL AND EMOTIONAL CLAIMS**

**SECTION II**

Please list all personal injuries claimed as a result of the incident of October 1995:

1.    Personal Injury:_____

Date Begin: ____/____/_____    Date Ended: ___/_____/_____

Medical Treatment: _____ Yes    _____No

Health Care Provider:_____

Address:_____

Medical Expense Amount $_____Documented: _____Yes _____No

2.    Personal Injury:_____

Date Begin: ____/____/_____    Date Ended: ___/_____/_____

Medical Treatment: _____ Yes    _____No

Health Care Provider:_____

Address:_____

Medical Expense Amount $_____Documented: _____Yes _____No

3.    Personal Injury:_____

Date Begin: ____/____/_____    Date Ended: ___/_____/_____

Medical Treatment: _____ Yes    _____No

Health Care Provider:_____

Address:_____

Medical Expense Amount $_____Documented: _____Yes _____No

**PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY**

**SCHEDULE C**
**PHYSICAL AND EMOTIONAL CLAIMS**

**SECTION III**

If claiming aggravation to Allergies, Asthma, or Respiratory Problems diagnosed prior to the incident of October 1995 complete the following:

1.  Pre-existing Condition: _____

    Date of initial onset: _____/_____/_____ Date of onset of aggravation: ____/_____/_____

    Med.Treatment: _____Yes_____ No

    Health Care Provider _____

    Address:_____

    Medical Expense Amount $_____Documented: _____ Yes _____No

2.  Pre-existing Condition: _____

    Date of initial onset: _____/_____/_____ Date of onset of aggravation: ____/_____/_____

    Med.Treatment: _____Yes_____ No

    Health Care Provider _____

    Address:_____

    Medical Expense Amount $_____Documented: _____ Yes _____No

3.  Pre-existing Condition: _____

    Date of initial onset: _____/_____/_____ Date of onset of aggravation: ____/_____/_____

    Med.Treatment: _____Yes_____ No

    Health Care Provider _____

    Address:_____

    Medical Expense Amount $_____Documented: _____ Yes _____No

**PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY**

## SCHEDULE C
## PHYSICAL AND EMOTIONAL CLAIMS

**SECTION III**
Please list all other Pre-Existing Conditions claimed to have been aggravated as a result of the incident of October 1995:

1.    Pre-existing Condition: _____

    Date of initial onset:_____/_____/_____ Date of onset of aggravation:____/_____/_____

    Med.Treatment: _____Yes_____ No

    Health Care Provider:_____

    Address:_____

    Medical Expense Amount $_____Documented: _____Yes _____No

2.    Pre-existing Condition: _____

    Date of initial onset:_____/_____/_____ Date of onset of aggravation:____/_____/_____

    Med.Treatment: _____Yes_____ No

    Health Care Provider:_____

    Address:_____

    Medical Expense Amount $_____Documented: _____Yes _____No

3.    Pre-existing Condition: _____

    Date of initial onset:_____/_____/_____ Date of onset of aggravation:____/_____/_____

    Med.Treatment: _____Yes_____ No

    Health Care Provider:_____

    Address:_____

    Medical Expense Amount $_____Documented: _____Yes _____No

## PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY

## SCHEDULE C
## PHYSICAL AND EMOTIONAL CLAIMS

### SECTION IV

Please complete the following for your claim for fear and fright:

1.  Feelings experienced:_____

    _____

    Date these feelings began: _____/_____/_____        Time:_____am/pm

    How long did these feeling last?

    _____Years    _____Months _____Days _____Hours _____Ongoing

    Date these feelings ended:_____/_____/_____

    If ongoing, please explain:_____

2.  Feelings experienced:_____

    _____

    Date these feelings began: _____/_____/_____        Time:_____am/pm

    How long did these feeling last?

    _____Years    _____Months _____Days _____Hours _____Ongoing

    Date these feelings ended:_____/_____/_____

    If ongoing, please explain:_____

3.  Feelings experienced:_____

    _____

    Date these feelings began: _____/_____/_____        Time:_____am/pm

    How long did these feeling last?

    _____Years    _____Months _____Days _____Hours _____Ongoing

    Date these feelings ended:_____/_____/_____

    If ongoing, please explain:_____

### PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY

**SCHEDULE C**
**PHYSICAL AND EMOTIONAL CLAIMS**

**SECTION V**

Please complete the following for your claim for mental disorder or injury other than listed above:

1.  Disorder/Injury:_____

    Date Begin:_____/_____/_____Date Ended:_____/_____/_____

    Medical Treatment _____Yes _____ No

    Health Care Provider:_____

    Address:_____

    Medical Expense Amount $_____Documented:_____Yes _____No

    Date Diagnosed _____/_____/_____Documented:_____Yes _____ No

    Diagnosed By:_____

    Address:_____

2.  Disorder/Injury:_____

    Date Begin:_____/_____/_____Date Ended:_____/_____/_____

    Medical Treatment _____Yes _____ No

    Health Care Provider:_____

    Address:_____

    Medical Expense Amount $_____Documented:_____Yes _____No

    Date Diagnosed _____/_____/_____Documented:_____Yes _____ No

    Diagnosed By:_____

    Address:_____

3.  Disorder/Injury:_____

    Date Begin:_____/_____/_____Date Ended:_____/_____/_____

    Medical Treatment _____Yes _____ No

    Health Care Provider:_____

    Address:_____

    Medical Expense Amount $_____Documented:_____Yes _____No

    Date Diagnosed _____/_____/_____Documented:_____Yes _____ No

Diagnosed By:_____

Address:_____

## PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY

**SCHEDULE C**
**PHYSICAL AND EMOTIONAL CLAIMS**

**SECTION VI**

Please provide the following information for each additional medical expense.

1.    Reason for Expense:_____

     To whom paid: _____

     Type of Expense:_____

     Date of Expense: _____/_____/_____ Documented: _____Yes _____No

     Amount $_____

2.    Reason for Expense:_____

     To whom paid: _____

     Type of Expense:_____

     Date of Expense: _____/_____/_____ Documented: _____Yes _____No

     Amount $_____

3.    Reason for Expense:_____

     To whom paid: _____

     Type of Expense:_____

     Date of Expense: _____/_____/_____ Documented: _____Yes _____No

     Amount $_____

**PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY**

**SCHEDULE C**
**PHYSICAL AND EMOTIONAL CLAIMS**

**SECTION VII**

1.   Do you now, or have you ever smoked? _____ Yes        _____ No
     *If yes,*

     _____Cigars _____Cigarettes _____Pipe

     Date Began: ____ / ____ / _____        Date Stopped: ____ / ____ / _____

     How much do/did you smoke per day:_____

**SCHEDULE C**
**PHYSICAL AND EMOTIONAL CLAIMS**

**SECTION VIII**

To the best of your recollection, please provide the following information on all health care providers (including, but not limited to, physicians, chiropractors, psychologists, psychiatrists, hospitals, clinics, physical therapists, and dentists) seen in the last 10 years that have not been previously listed on Schedule C Sections I, II, III or V.

1.  Health Care Provider:_____

    Address:_____

    Reason for visit:_____

    Date:_____

2.  Health Care Provider:_____

    Address:_____

    Reason for visit:_____

    Date:_____

3.  Health Care Provider:_____

    Address:_____

    Reason for visit:_____

    Date:_____
4.  Health Care Provider:_____

    Address:_____

    Reason for visit:_____

    Date:_____

5.  Health Care Provider:_____

    Address:_____

    Reason for visit:_____

    Date:_____


**PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY**

## SCHEDULE D
## CLAIM FOR LOST WAGES

1. _____

   *Name of Employer*                                    *Telephone*

2. _____

   *Address*                *City*              *State*        *Zip*

3  Your position/title:_____

4. Job Duties:_____

5. Did you use/lose _____sick leave _____other leave _____ vacation _____actual wages

6. What was your salary or wage before deductions in October 1995?

   $_____per hour        $_____per week        $_____per month        $_____other

   If other, please explain:_____

   **Attach a copy of latest W-2 and/or paycheck stub for period claimed, if available, and sign
   Authorization for Release of Employment Records.**

7. How much time did you lose from work? _____Days _____Hours

8. Dates of loss: From:_____        To:_____

9. What is the amount of your claim for lost income $_____

10. How did you arrive at this figure?_____

    _____

11. Did a doctor require you to be out of work? _____Yes _____No

    If yes, sign Authorization for Release of Medical Records and state the date(s) you saw a doctor,
    the name(s) of the doctor(s), and the address(es) of the doctor(s):

    _____/_____/_____        _____
          *Date*                *Doctor and/or Clinic*

    Address:_____

    Dates: _____

12. If no, state the reason for being out of work:_____

**SCHEDULE E**
**BUSINESS LOSS**

1.    Name of Business: _____

      Address:_____

2.    Federal ID Number:_____

3.    Owners:_____

4.    Type of Business:_____

5.    Describe how the business was affected:_____

      _____

           .  _____

6.    Type of Loss: _____Profit _____Inventory _____Other

7.    Amount of Loss: $_____

8.    Documented: _____ Yes _____No

**ATTACH ALL SUPPORTING DOCUMENTATION**

**SCHEDULE F**

**CLAIM FOR DAMAGE TO PROPERTY**
**REAL AND/OR PERSONAL**

**REAL PROPERTY:**

1.    Address of property damaged as a result of the incident of October 1995:

_____

*Municipal No., Street/Road/Apt.*

_____

*City/Town          State          Zip Code*

2.    Name of owner listed on title to real estate (attach documentation)

_____

3.    Complete the following information regarding the Property damaged as a result of the incident of
October 1995: **(attach receipts or estimates for repairs and attach photos if available)**

| Describe Damage | Amount | Documented |
|---|---|---|
| _____ | $ _____ | Yes/No |
| _____ | $ _____ | Yes/No |
| _____ | $ _____ | Yes/No |

## SCHEDULE F

### CLAIM FOR DAMAGE TO PROPERTY
### REAL AND/OR PERSONAL

**PERSONAL PROPERTY**

Describe damage to personal property (attach available receipts or estimates for repairs and attach photos): (INCLUDES PETS, CROPS, GARDENS, LIVESTOCK, ETC.)

1.    a. Property Description: _____

_____

b. Location

_____
*Municipal No., Street/Road/Apt.*

     .
_____
*City/Town*        *State*            *Zip Code*

c. Damage Description:_____

_____

d. Amount:_____

e. Documented:  _____Yes  _____No

2.    a. Property Description: _____

_____

b. Location

_____
*Municipal No., Street/Road/Apt.*

_____
*City/Town*        *State*            *Zip Code*

c. Damage Description:_____

_____

d. Amount:_____

e. Documented:  _____Yes  _____

## SCHEDULE G
## OTHER DAMAGE

### THIS SCHEDULE IS FOR DAMAGES OTHER THAN THOSE PREVIOUSLY STATED IN OTHER SCHEDULES

1.  Type of Damage: _____

    Description of Damage: _____

    _____

    _____

    Amount $_____ Documented: _____ Yes _____No

*Please attach any receipt or documentation available.*

2.  Type of Damage: _____

    Description of Damage: _____

    _____

    _____

    Amount $_____ Documented: _____ Yes _____No

*Please attach any receipt or documentation available.*

3.  Type of Damage: _____

    Description of Damage: _____

    _____

    _____

    Amount $_____ Documented: _____ Yes _____No

*Please attach any receipt or documentation available.*

**SCHEDULE H**
**SETTLEMENT/RELEASE**

Describe any release(s) you signed in connection with damages sustained as a result of the incident of October 1995.

1.      Released Whom:_____

        Address:_____

        Date Signed:____/_____/_____ Amount Received: $_____

                          **Please provide copy of release**


2.      Released Whom:_____

        Address:_____

        Date Signed:____/_____/_____ Amount Received: $_____

                          **Please provide copy of release**

3.      Released Whom:_____

        Address:_____

        Date Signed:____/_____/_____ Amount Received: $_____

                          **Please provide copy of release**

4.      Released Whom:_____

        Address:_____

        Date Signed:____/_____/_____ Amount Received: $_____

                          **Please provide copy of release**

5.      Released Whom:_____

        Address:_____

        Date Signed:____/_____/_____ Amount Received: $_____

        **PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY**

## SCHEDULE 1
## OTHER FAMILY CLAIMANTS

a.  Name:_____
    _____Last_____First_____Middle____

    Date of Birth: _____/_____/_____

    Relationship to claimant:_____

b.  Name:_____
    _____Last_____First_____Middle____

    Date of Birth: _____/_____/_____

    Relationship to claimant:_____

c.  Name:_____
    _____Last_____First_____Middle____

    Date of Birth: _____/_____/_____

    Relationship to claimant:_____

d.  Name:_____
    _____Last_____First_____Middle____

    Date of Birth: _____/_____/_____

    Relationship to claimant:_____

e.  Name:_____
    _____Last_____First_____Middle____

    Date of Birth: _____/_____/_____

    Relationship to claimant:_____

f.  Name:_____
    _____Last_____First_____Middle____

    Date of Birth: _____/_____/_____

    Relationship to claimant:_____

g.  Name:_____
    _____Last_____First_____Middle____

    Date of Birth: _____/_____/_____

    Relationship to claimant:_____

**PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY**

**SCHEDULE J**
**MEDICATIONS TAKEN**

**PRESCRIPTION**

Please provide the following information for all prescription medications taken as a result of the incident of October 1995:

1.     Prescription name:_____

      Prescribing doctor:_____

      Pharmacy name:_____

          Address:_____

          City:_____    State:_____    Zip:_____

      Dates taken:    From:_____    To:_____

2.     Prescription name:_____

      Prescribing doctor:_____

      Pharmacy name:_____

          Address:_____

          City:_____    State:_____    Zip:_____

      Dates taken:    From:_____    To:_____

3.     Prescription name:_____

      Prescribing doctor:_____

      Pharmacy name:_____

          Address:_____

          City:_____    State:_____    Zip:_____

      Dates taken:    From:_____    To:_____

**PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY**

**SCHEDULE J**
**MEDICATIONS TAKEN**

**NON-PRESCRIPTION**

Please provide the following information for all non-prescription medications taken as a result of the incident of October 1995:

1.  Name of medication:_____

    Dates taken:    From:_____    To:_____

2.  Name of medication:_____

    Dates taken:    From:_____    To:_____

3.  Name of medication:_____

    Dates taken:    From:_____    To:_____

4.  Name of medication:_____

    Dates taken:    From:_____    To:_____

5.  Name of medication:_____

    Dates taken:    From:_____    To:_____

6.  Name of medication:_____

    Dates taken:    From:_____    To:_____

7.  Name of medication:_____

    Dates taken:    From:_____    To:_____

8.  Name of medication:_____

    Dates taken:    From:_____    To:_____

9.  Name of medication:_____

    Dates taken:    From:_____    To:_____

**PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY**

Printed: 08/31/99                    28                    File No:_____

**SCHEDULE K**
**OTHER COMPANIONS**

**PLEASE PROVIDE THE FOLLOWING INFORMATION FOR EACH INDIVIDUAL WITH YOU WHEN YOU CLAIM YOU WERE EXPOSED TO HAZARDOUS FUMES OR MATERIALS AS A RESULT OF THE INCIDENT OF OCTOBER 1995:**

a.   Name: _____
              *Last*                    *First*                    *Middle*

     Address:_____

     City:_____ State_____ Zip_____

b.   Name: _____
              *Last*                    *First*                    *Middle*

     Address:_____

     City:_____ State_____ Zip_____

c.   Name: _____
              *Last*                    *First*                    *Middle*
     Address:_____

     City:_____ State_____ Zip_____

d.   Name: _____
              *Last*                    *First*                    *Middle*
     Address:_____

     City:_____ State_____ Zip_____

e.   Name: _____
              *Last*                    *First*                    *Middle*

     Address:_____

     City:_____ State_____ Zip_____

f.   Name: _____
              *Last*                    *First*                    *Middle*
     Address:_____

     City:_____ State_____ Zip_____

g.   Name: _____
              *Last*                    *First*                    *Middle*
     Address:_____

     City:_____ State_____ Zip_____

**PLEASE ATTACH ADDITIONAL SHEETS IF NECESSARY**

## IN RE: CHEMICAL RELEASE AT BOGALUSA
## OCTOBER 10, 1995 THROUGH OCTOBER 25, 1995

### PROOF OF CLAIM VERIFICATION

STATE OF LOUISIANA

PARISH OF WASHINGTON

BEFORE ME, the undersigned authority personally came and appeared

_____

Who, after first being duly sworn, did depose and state:

      That he/she is the Claimant or Legal Representative of the Claimant in the attached Proof of Claim, including general claimant information and schedules; that the information provided therein is true and correct; that Claimant or Legal Representative understands that said information is given under oath and is part of the litigation now pending in the Twenty-Second Judicial District, Washington Parish, Louisiana entitled "In Re: Chemical Release at Bogalusa" and bearing docket number 73341 on the docket of that court; and that under penalty of perjury the undersigned Claimant or Legal Representative states that all responses and answers set forth in the Proof of Claim are true and correct to the best of the Claimant's or Legal Representative's knowledge, information and belief.

WITNESSES:                                           SIGNATURE:

_____          _____
                                                              *Claimant's or Legal Representative's Signature*

_____          _____
                                                              *Date Signed*

SWORN TO AND SUBSCRIBED
BEFORE ME THIS _____DAY                      _____
OF _____,_____                          *· Claimant's Name (Please Print)*

                                                              _____
                                                              *Legal Representative's Name (Please Print)*

_____
Notary Public

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

I, _____, do hereby authorize any clinic, hospital , physician, dentist, or other healthcare provider who has rendered any treatments or medical services to me to release any and all medical information in your possession to_____or any representatives or agents thereof. I am a party involved in a lawsuit pending in the Twenty-Second Judicial District Court for the Parish of Washington entitled "In Re: Chemical Release at Bogalusa" and bearing docket number 73341 on the docket of that court.

You are hereby authorized to allow this attorney, his representatives or agents to inspect, copy and reproduce any and all medical information, bills, e-rays, progress notes, photographs, lab reports, medical reports, and prognoses which you may have in your possession concerning any injuries, sickness, disorder, or disability, or treatment thereof.

Copies of this document are to be accepted with the same authority as the original, and I specifically authorize you to release medical records without the necessity of an original authorization. The date of execution of the authorization is not to be considered as a limitation of its period of effectiveness.

CLAIMANT'S ADDRESS

_____

_____

_____          _____
                                          *Claimant's or Legal Representative's Signature*

CLAIMANT'S DATE OF BIRTH

_____          _____
                                          *Claimant's Printed Name*

CLAIMANT'S SOCIAL SECURITY NUMBER

_____          _____
                                          *Date Signed*

## AUTHORIZATION FOR RELEASE OF SOCIAL SECURITY INFORMATION

**STATE OF LOUISIANA**

**PARISH OF WASHINGTON**

BEFORE ME, the undersigned authority personally came and appeared

_____          _____
Claimant's Name                           Claimant's Social Security Number

Who, after being first duly sworn, did depose and state:

That he/she does hereby authorize the Department of Health and Human Services, Social Security Administration, to release to _____ or any representatives or agents thereof, any and all Social Security Information relative to Claimant through Claimant's lifetime including, but not limited to, disability, retirement, medical and/or income information.

Claimant's Present Address Is:_____

_____

Claimant's Date of Birth Is:_____

A photostatic copy of this authorization may serve as an original, and the date of the execution of this authorization is not to be considered as a limitation of its period of effectiveness. Claimant further agrees to hold harmless the Social Security Administration for release of any and all information.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS _____ DAY
OF _____, _____

_____
*Claimant's or Legal Representative's Signature*

_____
*Claimant's Printed Name*

_____
*Notary Public*

_____
*Date Signed*

Printed: 08/31/99                    32             File No:_____

## AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS

To:_____

    I_____, do hereby authorize you to provide to _____
or any representative or agents thereof, a complete copy of any and all records pertaining to my
employment, including, but not limited to, all personnel, payroll, medical or hospital records pertaining to
my employment.

              My full name is:_____
              My address is:_____
              _____
              _____
              My date of birth is:_____
              My SS# is:_____
              I worked in the following capacity_____

    A photostatic copy of this authorization may serve as an original, and the date of execution of this
authorization shall not be considered as a limitation of its period of effectiveness.

_____
*Claimant's or Legal Representative's Signature*

_____
*Claimant's Name Printed*

_____
*Date*

Printed: 08/31/99                    33            File No:_____

| Form **4506**<br>(Rev. May 1997)<br>Department of the Treasury<br>Internal Revenue Service | **Request for Copy or Transcript of Tax Form**<br>► Read instructions before completing this form.<br>► Type or print clearly. Request may be rejected if the form is incomplete or illegible. | OMB No. 1545-0429 |
|---|---|---|

**Note:** *Do not use this form to get tax account information. Instead, see instructions below.*

| 1a Name shown on tax form. If a joint return, enter the name shown first. | 1b First social security number on tax form or employer identification number (see instructions) |
|---|---|

| 2a If a joint return, spouse's name shown on tax form | 2b Second social security number on tax form |
|---|---|

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code

**4** Address, (including apt., room, or suite no.), city, state, and ZIP code shown on the last return filed if different from line 3

**5** If copy of form or a tax return transcript is to be mailed to someone else, enter the third party's name and address

**6** If we cannot find a record of your tax form and you want the payment refunded to the third party, check here . . . . . . ► ☐

**7** If name in third party's records differs from line 1a above, enter that name here (see instructions) ►

**8** Check only one box to show what you want. There is no charge for items 8a, b, and c:
  a ☐ Tax return transcript of Form 1040 series filed during the current calendar year and the 3 prior calendar years (see instructions).
  b ☐ Verification of nonfiling.
  c ☐ Form(s) W-2 information (see instructions).
  d ☐ Copy of tax form and all attachments (including Form(s) W-2, schedules, or other forms. The charge is $23 for each period requested.
  **Note:** *If these copies must be certified for court or administrative proceedings, see instructions and check here* . . . . . ► ☐

**9** If this request is to meet a requirement of one of the following, check all boxes that apply.
  ☐ Small Business Administration    ☐ Department of Education    ☐ Department of Veterans Affairs    ☐ Financial institution

| **10** Tax form number (Form 1040, 1040A, 941, etc.) | **12** Complete only if line 8d is checked.<br>Amount due: | |
|---|---|---|
| | a Cost for each period . . . . . . . | $ 23.00 |
| **11** Tax period(s) (year or period ended date). If more than four, see instructions. | b Number of tax periods requested on line 11 | |
| | c Total cost. Multiply line 12a by line 12b. . | $ |
| | *Full payment must accompany your request. Make check or money order payable to "Internal Revenue Service."* | |

**Caution:** *Before signing, make sure all items are complete and the form is dated.*

I declare that I am either the taxpayer whose name is shown on line 1a or 2a, or a person authorized to obtain the tax information requested. I am aware that based upon this form, the IRS will release the tax information requested to any party shown on line 5. The IRS has no control over what that party does with the information.

**Please Sign Here**

| Signature. See instructions. If other than taxpayer, attach authorization document. | Date | Telephone number of requester<br>( )<br>Best time to call |
|---|---|---|
| Title (if line 1a above is a corporation, partnership, estate, or trust) | | TRY A TAX RETURN TRANSCRIPT (see line 8a instructions) |
| Spouse's signature | Date | |

# Instructions

*Section references are to the Internal Revenue Code.*

**TIP:** If you had your tax form filled in by a paid preparer, check first to see if you can get a copy from the preparer. This may save you both time and money.

**Purpose of Form.**—Use Form 4506 to get a tax return transcript, verification that you did not file a Federal tax return, Form W-2 information, or a copy of a tax form. Allow 6 weeks after you file a tax form before you request a copy of it or a transcript. For W-2 information, wait 13 months after the end of the year in which the wages were earned. For example, wait until Feb. 1999 to request W-2 information for wages earned in 1997.

Do not use this form to request Forms 1099 or tax account information. See this page for details on how to get these items.

**Note:** Form 4506 must be received by the IRS within 60 calendar days after the date you signed and dated the request.

**How Long Will It Take?**—You can get a tax return transcript or verification of nonfiling within 7 to 10 workdays after the IRS receives your request. It can take up to 60 calendar days to get a copy of a tax form or W-2 information. To avoid any delay, be sure to furnish all the information asked for on Form 4506.

**Forms 1099.**—If you need a copy of a Form 1099, contact the payer. If the payer cannot help you, call or visit the IRS to get Form 1099 information.

**Tax Account Information.**—If you need a statement of your tax account showing any later changes that you or the IRS made to the original return, request tax account information. Tax account information lists

*(Continued on back)*

For Privacy Act and Paperwork Reduction Act Notice, see back of form.        Cat. No. 41721E        Form **4506** (Rev. 5-97)