FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 23 AM 8:58

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AARON BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-2967<br>C/W 00-0252, 00-3147 |
| AMERICAN COMMERCIAL LINES, LLC,<br>ORION REFINING CORPORATION, XYZ<br>INSURANCE COMPANY AND THE ST. CHARLES<br>PARISH DEPARTMENT OF WATERWORKS | SECTION: B<br><br>MAGISTRATE (5) |

### MOTION TO ENROLL AS COUNSEL FOR AARON BROWN, ET AL

NOW INTO COURT, come plaintiffs, Aaron Brown, et al who respectfully request permission to allow Walter I. Willard, of the firm of Murray, Darnell & Willard, LLC of New Orleans, to enroll as counsel for petitioners pursuant to Local Rule 83.2.12. Upon Order of the Court, Mr. Willard will substitute for original counsel for petitioner William Collier, with his full consent hereto, and Willard currently serves as co-counsel in the related matters, case

DATE OF ENTRY
FEB 26 2001

Fee
Process
Dktd
CtRmDep
Doc. No.

numbers 00-0252 and 00-3147.

        Respectfully submitted,

        **MARKS & LEAR, PLC**

        William B. Collier
        301 St. Charles Street
        Baton Rouge, Louisiana  70802
        Telephone: (225) 383-5678

        **MURRAY, DARNELL & WILLARD, L.L.C.**

        Walter I. Willard, Bar No. 2185
        1540 N. Broad Street
        New Orleans, Louisiana 70119
        Telephone: (504) 945-0042

        **Attorneys for Plaintiffs, Aaron Brown, et al**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AARON BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-2967<br>C/W 00-252; 00-3147 |
| AMERICAN COMMERCIAL LINES, LLC,<br>ORION REFINING CORPORATION, XYZ<br>INSURANCE COMPANY AND THE ST. CHARLES<br>PARISH DEPARTMENT OF WATERWORKS | SECTION: B<br><br>MAGISTRATE (5) |

### ORDER

CONSIDERING THE ABOVE AND FOREGOING:

IT IS ORDERED that Walter I. Willard be allowed to enroll as counsel for petitioners, Aaron Brown, et al in the above referenced matter.

New Orleans, Louisiana, this 23rd day of February, 2001.

_____
**JUDGE**