```
                                         FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2001 FEB 23 AM 8:58

                                       LORETTA G. WHYTE
                                            CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AARON BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-2967<br>C/W 00-0252, 00-3147 |
| AMERICAN COMMERCIAL LINES, LLC,<br>ORION REFINING CORPORATION, XYZ<br>INSURANCE COMPANY AND THE ST. CHARLES<br>PARISH DEPARTMENT OF WATERWORKS | SECTION: B<br><br>MAGISTRATE (5) |

## MOTION TO RESCHEDULE STATUS CONFERENCE

NOW INTO COURT, come petitioners, Aaron Brown, et al through undersigned counsel, respectfully request of the court that the status conference now scheduled for Thursday, March 1, 2001 at 2:00 p.m., be rescheduled for the following reasons, to wit:

**1.**

Mover urges that the requested rescheduling of the status with the court would better facilitate settlement discussion between the parties, noting that most recently petitioners have tendered a non-binding settlement offer to the defendants *en globo*.

**2.**

Further, movers urge the court that it is the intention of the petitioners to engage the defendants further in settlement dialogue in advance of the likely efforts to seek class

DATE OF ENTRY
FEB 2 6 2001

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.____

certification in the state court-arising claims brought by the petitioners, now totaling approximately thirty-six hundred individuals.

**3.**

While efforts have been made, and are ongoing, counsel for petitioners has been unable to secure responses from defendants' counsel as to their concurrence on the motion.

**4.**

Petitioners urge this honorable court that the requested rescheduling further would eliminate a scheduling conflict of one to two petitioners' counsel, the undersigned in particular, who will be out of town engaged in CLE studies through the date of the now scheduled conference.

Accordingly, counsel for petitioners respectfully request that this motion to reschedule the status conference be granted.

Respectfully submitted,

MURRAY, DARNELL & WILLARD, L.L.C.

Walter I. Willard, Bar No. 2185
1540 N. Broad Street
New Orleans, Louisiana 70119
Telephone: (504) 945-0042

**Attorneys for Petitioners, Aaron Brown, et al**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AARON BROWN, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-2967<br>C/W 00-252; 00-3147 |
| AMERICAN COMMERCIAL LINES, LLC,<br>ORION REFINING CORPORATION, XYZ<br>INSURANCE COMPANY AND THE ST. CHARLES<br>PARISH DEPARTMENT OF WATERWORKS | SECTION: B<br><br>MAGISTRATE (5) |

### ORDER

CONSIDERING THE ABOVE AND FOREGOING:

IT IS ORDERED that the motion requesting rescheduling of the status conference between all parties and the court, now scheduled for March 1, 2001 at 2:00 p.m., be and same is hereby Granted. It is Further Ordered that Movant shall contact all counsel of record to determine whether all counsel are available for a status conference on March 20 at 10:00 A.M., March 21 at 3:00 p.m., or March 29 at 10:00 a.m. Movant shall notify the Court of the most convenient date and time so that a minute entry confirming said conference can be issued.

New Orleans, Louisiana, this ___ day of _____, 2001.

_____
JUDGE

2/23/01

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on:

1. Randal L. Gaines, Esq.
   311 Devon
   LaPlace, LA 70068

2. Alexander C. Papandreou, Esq.
   SHOOK, HARDY & BACON, L.L.P.
   600 Travis Street, Suite 1600
   Houston, Texas 77002-2911

3. Glenn G. Goodier, Esq.
   201 St. Charles Avenue, Suite 4800
   New Orleans, LA 70170-5100

4. Sidney J. Hardy, Esq.
   3445 N. Causeway Blvd., Suite 800
   Metairie, Louisiana 70002

5. Alan A. Zaunbrecher, Esq.
   Lakeway II - Suite 1070
   3850 N. Causeway Blvd
   Metairie, LA 70002-1752

by facsimile transmission and placing a copy of same in the United States mail, postage prepaid and properly addressed, this 22 day of February, 2001.

_____
WALTER I. WILLARD