FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 28  PM 4: 36

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**LEMELLE, J.**
**February 28, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERICIAL LINES, L.L.C., As Owner of the Barge LCD 4907 AND AMERICAN COMMERICAL BARGE LINE, L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or limitation of Liability | CIVIL ACTION<br><br>NO:   00-0252 c/w<br>        00-2967,<br>        00-3147<br><br>SEC. "B"(4) |

A status conference is scheduled for March 1, 2001 at 2:00 p.m. in the captioned matter. Due to a CLE conflict on the calendar of one of the attorneys, the Court will continue the conference to another date. Accordingly,

**IT IS ORDERED** that the status conference scheduled for March 1, 2001 at 2:00 p.m. is **CONTINUED** to **March 29, 2001 at 10:00 a.m.**

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 0 1 2001

Fee_____
Process____
X Dktd_____
  CtRmDep___
  Doc.No.__30__