FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR -2 AM 8:58

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
LEMELLE, J.
March 29, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN
COMMERCIAL LINES, L.L.C.,
As Owner of the Barge LCD 4907 AND
AMERICAN COMMERCIAL BARGE LINE,
L.L.C., as Charterer and Operator
of the Barge LCD 4907, Praying
for Exoneration from and/or
Limitation of Liability

CIVIL ACTION

NO: 00-0252
c/w 00-2967,
00-3147

SEC. "B"(5)

REF: ALL CASES

On this date, the Court held a status conference in this matter with the following counsel in attendance: Glenn G. Goodier for the petitioner/defendant vessel, Walter I. Willard and Randal L. Gaines for the claimants/plaintiffs, and Richard A. Houston, Alan A. Zaunbrecher, and Alexander C. Papandreou for the other defendants. The following items were discussed and **ORDERED**:

(1) The parties shall meet and discuss the Court's draft of the Case management and Scheduling Order and shall submit to the Court no later than Monday, April 2, 2001 at 10:00 a.m. proposed dates for the pretrial deadlines. The parties are encouraged to provide

DATE OF ENTRY
APR 0 2 2001



the Court with other terms or deadlines by which they wish to be governed regarding the captioned matter.

(2) The parties shall continue working toward completing the initial disclosures which remained incomplete at the time of the conference.

(3) The motion for class certification for the claimants/plaintiffs represented by Mr. Gaines was filed as a separate document on the same date on which the original petition was filed. However, although the petition for the claimants/plaintiffs represented by Mr. Willard seeks recognition as a class, a separately filed motion for class certification could not be located in the record of this Court. The claimants/plaintiffs represented by Mr. Willard shall produce for the Court the Motion for Class Certification that they filed in the 29th Judicial District Court for the Parish of St. Charles, State of Louisiana. If said motion does not exist, the claimants/plaintiffs represented by Mr. Willard shall file within the next 14 days a motion for class certification and either provide evidence of "good cause" that justifies recognition at this time or provide authority establishing that the request made in the original petition comports with Louisiana law.

(4) The parties shall continue to pursue amicable resolution of this matter.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

2