

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "B"<br><br>MAG. (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO COMPEL PLAINTIFF TO RESPOND TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

**NOW INTO COURT**, through undersigned counsel, comes Petitioners in Limitation, American Commercial Lines LLC ("ACL") and American Commercial Barge Line LLC ("ACBL"), and who move this Court for an Order compelling all claimants to answer the Request for Production of Documents and Interrogatories propounded to them on June 9, 2000, for those reasons more fully set forth in the attached memorandum.

N0662559.1

Respectfully submitted:

_____
GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L. L. P.
201 St. Charles Avenue, Suite 4800
New Orleans, LA 70170-5100
Telephone:(504) 582-8174
Attorney for American Commercial
  Lines LLC and American
    Commercial Barge Line LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 4th day of May, 2001.

_____
GLENN G. GOODIER

N0662559.1

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "B"<br><br>MAG. (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
MOTION TO COMPEL PLAINTIFF TO RESPOND TO
INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

American Commercial Lines LLC ("ACL") and American Commercial Barge Line LLC ("ACBL") filed a Complaint for Exoneration from and/or Limitation of Liability on January 26, 2000 arising out of an alleged spill of diesel fuel that occurred on July 28, 1999 at the Orion Refining Corporation's Dock in Norco, Louisiana. Allegations had been made that some of the spilled diesel fuel flowed into the water intake of the Parish of St. Charles Department of Waterworks, located downriver from the Orion Refining Corporation Dock.

N0662492.1

A number of residents of the area alleged personal injuries as a result of the diesel spill. Some 2,399 alleged claimants (see Exhibit "A" for List of Claimants) timely filed a claim in the limitation proceeding and all other potential claimants were defaulted by the court on May 10, 2000.

On June 9, 2000, limitation claimants propounded the attached Interrogatories (Exhibit "B") and Request for Production of Documents (Exhibit "C") to the 2,399 plaintiffs who filed claims and whose names are included on Exhibit "A". Approximately eleven (11) months have now elapsed since the discovery was filed and not one of the claimants have responded to a single Interrogatory or a single Request for Production, nor have they filed objections to any of the Interrogatories or Request for Production of Documents.

The claimants propounded discovery to the defendants, which has been fully answered. Discovery has been propounded to defendants in the companion purported class action and these defendants have responded. However, not a single claimant has responded to a single discovery request.

After propounding the June 9, 2000 discovery, counsel for the named claimants contacted undersigned counsel asking for an informal extension of time to respond to the discovery. Counsel for claimants was to get back to counsel for the limitation plaintiffs with a realistic timetable, but none was forthcoming. By letter of October 4, 2000 (Exhibit "D"), undersigned counsel set a telephone conference for October 12, 2000 at 10:00 a.m. to discuss why claimants had not responded to the discovery, as it was the intention of ACL and ACBL to file motions to compel.

Undersigned counsel spoke to plaintiffs' counsel's partner, Mr. Parker, on October 12, 2000. Mr. Parker indicated that his partner was ill and he asked for a forbearance in responding to the discovery. He admitted that nothing had been done to gather information and that not a single answer to a single interrogatory or request for production had been gathered at that time. Mr. Parker was to get back to undersigned counsel with a realistic date for responding to the discovery. There was no follow-up.

On July 25, 2000, Marjorie Richard, Gaynell Johnson, Felecia Macon, Bryant Devon and Alvin Smith, Jr. filed a "Class Action Petition for Damages" in the 29th Judicial District Court for the Parish of St. Charles, State of Louisiana against American Commercial Lines LLC (in violation of the Court's Stay Order in the limitation proceeding), Orion Refining Corporation, XYZ Insurance Company, and the St. Charles Parish Department of Waterworks. The 29th Judicial District Court for the Parish of St. Charles dismissed the claim against American Commercial Lines LLC. Orion removed the case to this Court, where it was consolidated with ACL's and ACBL's limitation action.

On February 2, 2001, counsel for all parties met, pursuant to the Court's January 18, 2001 Minute Entry. (Exhibit "E"). The purpose of the meeting was to discuss, among other things, the outstanding discovery. During that conference it was agreed that ACBL and ACL would grant plaintiffs in the limitation proceeding an additional 90 days from the February 2, 2001 conference date, or until May 3, 2001 to file responses to the Interrogatories and Request for Production of Documents. May 3, 2001 has now come and gone and there are still no responses to the discovery, despite the eleven (11) month forbearance by defendants

given to the claimants to answer.

Rule 37 of the Federal Rules of Civil Procedure provides that a party may request an order compelling another party to respond to discovery and to pay as a sanction, the reasonable expenses, including attorney's fees, caused by the failure to so respond. In support of this motion, ACL and ACBL provide certification pursuant to Local Rule 37.1E and M. That certification and this memorandum clearly show that counsel for ACBL and ACL have conferred with claimants' counsel on several occasions and agreed to a final deadline for the filing of responses of May 3, 2001. The deadline has now passed, the answers are long overdue, there have been no objections to either the Interrogatories or the Request for Production of Documents filed into the record and, accordingly, the Court should order that the claimants respond to this discovery within two (2) weeks, failing which, their cases should be dismissed. The information requested in the discovery is reasonable and is necessary for the defense of the claims.

Respectfully submitted:

_____
GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L. L. P.
201 St. Charles Avenue, Suite 4800
New Orleans, LA 70170-5100
Telephone:(504) 582-8174
Attorney for American Commercial
 Lines LLC and American
  Commercial Barge Line LLC

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 4th day of May, 2001.

                                                 /s/ Glenn G. Goodier
                                               GLENN G. GOODIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO.  00-0252<br>c/w  00-2967<br>c/w  00-3147<br>SECTION "B"<br><br>MAG. (5) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## LOCAL CIVIL RULE 37.1E & M CERTIFICATE

On June 9, 2000, undersigned counsel propounded Interrogatories and Request for Production of Documents to the claimants listed on Exhibit "A" to the Memorandum in Support. In a telephone conversation with counsel for the claimants, an informal extension of time was granted to the claimants to respond. By letter of October 4, 2000 (Exhibit "D" to the Memorandum), undersigned counsel set a telephone conference for October 12, 2000 at 10:00 a.m. to discuss why no answers had been filed. On October 12, 2000, undersigned counsel spoke to counsel for claimants, who suggested that no answers had been gathered

N0662567.1

from any of the claimants, but that he would "get back in touch" with some idea of a reasonable schedule to respond to the discovery. On February 2, 2001, all counsel met, pursuant to the Court's January 18, 2001 Minute Entry to discuss, among other things, outstanding discovery. During that conference, it was agreed that limitation plaintiffs would grant claimants an additional 90 days from February 2, 2001, or until May 3, 2001 to respond to the outstanding discovery. To date, no responses to that discovery have been forthcoming, nor have any objections been filed into the record.

/s/ Glenn G. Goodier
GLENN G. GOODIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "B"<br><br>MAG. (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendants, American Commercial Lines LLC ("ACL") and American Commercial Barge Line LLC ("ACBL"), will bring on before this Honorable Court, the attached Motion to Compel Plaintiff to Respond to Interrogatories and Requests for Production of Documents for hearing on May 23, 2001, at 11:00 a.m., or as soon thereafter as counsel may be heard.

N0662765.1

Respectfully submitted:

_____
GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L. L. P.
201 St. Charles Avenue, Suite 4800
New Orleans, LA 70170-5100
Telephone:(504) 582-8174
Attorney for American Commercial
 Lines LLC and American
  Commercial Barge Line LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 4th day of May, 2001.

_____
GLENN G. GOODIER

N0662765.1                                    2

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**