```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA

                                              2001 MAY -8 AM 11:25

                                               LORETTA G. WHYTE
                                                     CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
MAY 7, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN           CIVIL ACTION
COMMERCIAL LINES, L.L.C., ETC.
                                    NUMBER: 00-252
                                    & cons. cases

                                    SECTION: "B"(5)

                                    REF: ALL CASES

A settlement conference in the above matter is hereby **SCHEDULED** for July 13, 2001 at 2:00 PM. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

                                    ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAY 0 8 2001

Fee_____
Process___
X Dktd____
_ CtRmDep__
Doc.No. 34