```
                                                   FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA

                                              2001 MAY -8 AM 11:25

                                               LORETTA G. WHYTE
                                                    CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
MAY 7, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., ETC. | CIVIL ACTION<br><br>NUMBER: 00-252<br>& cons. cases<br><br>SECTION: "B"(5)<br><br>REF: ALL CASES |

Oral argument on American Commercial Lines LLC and American Commercial Barge Line LLC's Motion to Compel will be conducted on May 23, 2001 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

                                             ALMA L. CHASEZ
                                   UNITED STATES MAGISTRATE JUDGE

```
DATE OF ENTRY
MAY 0 8 2001
```