

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 15 PM 1:49

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:    00–0252<br>c/w    00-2967<br>c/w    00-3147<br><br>SECTION "B" (5) |

## MOTION FOR EXPEDITED HEARING

NOW INTO COURT comes defendant Orion Refining Corporation ("Orion") who respectfully requests an expedited hearing of its Motion to Compel Responses to Interrogatories and Requests for Production. A similar motion to compel discovery responses has been filed on behalf of American Commercial Lines and is set for hearing on May 23, 2001, at 11:00 a.m. before Magistrate Chasez. Because of the similarity of the motions and the relative simplicity of this motion seeking to compel discovery responses, considerations of judicial economy warrant hearing both motions at the same time. Additionally, one of the counsel for Orion must travel from Houston, Texas, and having both hearings on the same day would prevent him from having to travel to New Orleans twice for discovery motions.

Undersigned counsel has spoken with counsel for the Brown plaintiffs, and he has no

1

DATE OF ENTRY

MAY 1 6 2001



· objection to having Orion's Motion to Compel heard on May 23rd. Undersigned counsel has attempted, unsuccessfully, to contact counsel in the <u>Richard</u> case to determine whether he would consent.

Respectfully submitted:

SIDNEY J. HARDY (1938) (T.A.)
RICHARD A. HOUSTON, III (25100)
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 N. Causeway Boulevard
Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Counsel for Defendant Orion Refining
Corporation


Of Counsel

ALEXANDER C. PAPANDREOU
  (TX. BAR 00791401)
Shook, Hardy & Bacon L.L.P.
Chase Tower
600 Travis Street, Suite 1600
Houston, TX 77002-2911
Telephone:   (713) 227-8008
Counsel for Defendant Orion Refining Corporation


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 15th day of May, 2001.

Sidney J. Hardy
Richard A. Houston


2

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:    00–0252<br>c/w    00-2967<br>c/w    00-3147<br><br>SECTION "B" (5) |

## ORDER

IT IS HEREBY ORDERED that the Motion for Expedited hearing filed on behalf of Orion Refining Corporation is GRANTED.  The Motion to Compel Responses to Interrogatories and Requests for Production will be brought for hearing on the 23rd day of May., 2001, at 11:00 a.m., before the Honorable Magistrate Alma L. Chasez, United States District Court, 500 Camp Street, New Orleans, Louisiana, with oral argument.

New Orleans, Louisiana, this __16__ day of __May__, 2001.


_____
MAGISTRATE ALMA L. CHASEZ