

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00–0252<br>c/w   00-2967<br>c/w   00-3147<br><br>SECTION "B" (5) |

### MOTION TO COMPEL
### RESPONSES TO ORION'S INTERROGATORIES
### AND REQUESTS FOR PRODUCTION

Defendant, Orion Refining Corporation, moves the court to compel plaintiffs, Margie Richard, Gaynell Johnson, Felecia Macon, Bryant Devon, Alvin Smith, Jr., Aaron Brown, Aaron Smith, Aaron Spears, Adam Reynaud, and Adele Adams, to answer interrogatories and requests for production for the reasons that the interrogatories and requests for production which were propounded on Dcember 6, 2000, pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure. As discussed in the attached memorandum, the delays for responding to this discovery provided in the above stated rules have now lapsed.

Respectfully submitted:

_____
SIDNEY J. HARDY (1938) (T.A.)
RICHARD A. HOUSTON, III (25100)
CAMPBELL, McCRANIE, SISTRUNK,
   ANZELMO & HARDY
3445 N. Causeway Boulevard
Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Counsel for Defendant Orion Refining
Corporation

Of Counsel

ALEXANDER C. PAPANDREOU
   (TX. BAR 00791401)
Shook, Hardy & Bacon L.L.P.
Chase Tower
600 Travis Street, Suite 1600
Houston, TX 77002-2911
Telephone:   (713) 227-8008
Counsel for Defendant Orion Refining Corporation

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 15th day of May, 2001.

_____
Sidney J. Hardy
Richard A. Houston

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00–0252<br>c/w   00-2967<br>c/w   00-3147<br><br>SECTION "B" (5) |

**MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RESPONSES TO ORION'S INTERROGATORIES AND REQUESTS FOR PRODUCTION**

MAY IT PLEASE THE COURT:

On July 21, 2000 and July 25, 2000, the <u>Brown</u>[1] and <u>Richard</u>[2] petitions respectively were filed in the 29th Judicial District Court for the Parish of St. Charles. Both petitions sought to assert class-action claims against Orion Refining Corporation ("Orion"), among other defendants, for an incident which occurred on or about July 28, 1999, wheN an unknown quantity of diesel fuel allegedly entered the St. Charles Parish water supply. Defendant Orion subsequently removed both suits to the United States District Court for the Eastern District of Louisiana. Once removed, both suits were consolidated with a Limitation of Liability action then pending in the Eastern District.[3]

On December 6, 2001, defendant Orion propounded interrogatories and requests for production to all named plaintiffs, specifically Margie Richard, Gaynell Johnson, Felecia Macon,

---

[1] <u>Aaron Brown et al. v. Orion Refining Corp. et al.</u>, Docket No. 53,737E, 29th JDC.

[2] <u>Margie Richard et al. v. American Commercial Lines, L.L.C. et al.</u>, Docket No. 53,756E, 29th JDC.

[3] <u>In the Matter of American Commercial Lines, L.L.C.</u>, Action No. 00-0252(B)(5) E.D.La. U.S.D.C.

1

Bryant Devon, Alvin Smith, Jr., Aaron Brown, Aaron Smith, Aaron Spears, Adam Reynaud, and Adele Adams, requesting a variety of relevant information necessary so that counsel for Orion can begin to prepare a defense in this matter.[4]

Answers were originally due on January 5, 2001, yet undersigned counsel received no response. Subsequently, all counsel met and agreed to the Joint Report of Counsel, wherein it was determined that plaintiffs would respond to Orion's discovery by March 1, 2001. That date, too, passed without proper response.

Later, on March 29, 2001, a status conference was held with the Court. It was agreed at the conference that plaintiffs would provide complete answers to Orion's discovery within a week. However, more than a month has passed without any response.

On April 20, 2001, undersigned counsel wrote to counsel in both the Richard and Brown cases requesting discovery responses and putting counsel on notice that, if proper responses are not received, counsel would have no choice but to file a Motion to Compel. (See Correspondence, attached as Exhibit E.) Despite the letter, plaintiffs' counsel still have not adequately responded to the discovery requests.

It has now been more than six months since the discovery requests were propounded to plaintiffs through their counsel. Despite generous forbearance, Orion has still not received a response. The time for providing responses to the interrogatories has now elapsed. Orion is entitled to have the information requested in order to properly prepare this action for trial.

Rule 37 of the Federal Rules of Civil Procedure provides that a party may request an order compelling another party to respond to discovery and to pay as a sanction, the reasonable expenses, including attorney's fees, caused by the failure to so respond. In support of this motion, Orion

---

[4] Defendant Orion Refining Corporation's First Set of Interrogatories in the Richard case is attached as Exhibit A; Defendant Orion Refining Corporation's First Set of Requests for Production in the Richard case is attached as Exhibit B; Defendant Orion Refining Corporation's First Set of Interrogatories in the Brown case is attached as Exhibit C; Defendant Orion Refining Corporation's First Set of Requests for Production in the Brown case is attached as Exhibit D.

Refining Corp. provides certification pursuant to Local Rule 37.1E. That certification and this memorandum clearly show that counsel for Orion have conferred with plaintiffs' counsel on several occasions and established a final deadline for the filing of responses of April 30, 2001. That deadline has now passed, the answers are long overdue, there have been no objections to either the Interrogatories or the Request for Production of Documents filed in the record and, accordingly, the Court should order that the claimants respond to this discovery within two (2) weeks, failing which, their case should be dismissed. The information requested in the discovery is reasonable and is necessary for the defense of plaintiffs' claims.

Respectfully submitted;

SIDNEY J. HARDY (1938) (T.A.)
RICHARD A. HOUSTON, III (25100)
CAMPBELL, McCRANIE, SISTRUNK,
 ANZELMO & HARDY
3445 N. Causeway Boulevard
Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Counsel for Defendant Orion Refining
Corporation

Of Counsel

ALEXANDER C. PAPANDREOU
 (TX. BAR 00791401)
Shook, Hardy & Bacon L.L.P.
Chase Tower
600 Travis Street, Suite 1600
Houston, TX 77002-2911
Telephone:   (713) 227-8008
Counsel for Defendant Orion Refining Corporation

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 15th day of May, 2001.

Sidney J. Hardy
Richard A. Houston

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:  00–0252<br>c/w  00-2967<br>c/w  00-3147<br><br>SECTION "B" (5) |

## LOCAL RULE 37.1E CERTIFICATION

On December 6, 2000, undersigned counsel propounded Interrogatories and Requests for Production to the named plaintiffs in the <u>Richard</u> and <u>Brown</u> Class Action Petitions, namely Margie Richard, Gaynell Johnson, Felecia Macon, Bryant Devon, Alvin Smith, Jr., Aaron Brown, Aaron Smith, Aaron Spears, Adam Reynaud, and Adele Adams. Answers were originally due on January 5, 2001, yet undersigned counsel received no response.

Subsequently, in satisfaction of the requirements of Local Rule 37.1E, all counsel met on February 2, 2001, wherein it was agreed that plaintiffs would respond to Orion's discovery by March 1, 2001. Despite that agreement, as well as a subsequent meeting on March 29, 2001, at which plaintiffs' counsel agreed to provide responses within a week, and correspondence from undersigned counsel dated April 20, 2001, Attached as Exhibit E to the Memorandum in Support, warning that a Motion to Compel would be filed if no response was forthcoming by April 30, 2001, counsel for

1

Orion has still not received responses to discovery.

Respectfully submitted:

*/s/ Sidney J. Hardy*
_____
SIDNEY J. HARDY (1938) (T.A.)
RICHARD A. HOUSTON, III (25100)
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 N. Causeway Boulevard
Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Counsel for Defendant Orion Refining
Corporation

Of Counsel

ALEXANDER C. PAPANDREOU
   (TX. BAR 00791401)
Shook, Hardy & Bacon L.L.P.
Chase Tower
600 Travis Street, Suite 1600
Houston, TX 77002-2911
Telephone:    (713) 227-8008
Counsel for Defendant Orion Refining Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 15 day of May, 2001.

_____
Sidney J. Hardy
Richard A. Houston

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO: 00–0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "B" (5) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the forgoing Motion to Compel Responses to Interrogatories and Requests for Production will be brought for hearing on the _____ day of _____, 2001 at _11:00_ a.m., before the Honorable Magistrate ALma L. Chasez, United States District Court, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted,

_____
SIDNEY J. HARDY (1938) (T.A.)
RICHARD A. HOUSTON, III (25100)
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 N. Causeway Boulevard
Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Counsel for Defendant Orion Refining Corporation

        Of Counsel

        ALEXANDER C. PAPANDREOU
          (TX. BAR 00791401)
        Shook, Hardy & Bacon L.L.P.
        Chase Tower
        600 Travis Street, Suite 1600
        Houston, TX 77002-2911
        Telephone:   (713) 227-8008
        Counsel for Defendant Orion Refining Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 15th day of May, 2001.

        _____
        Sidney J. Hardy
        Richard A. Houston

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**