UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 MAY 18 PM 2: 15
LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN | * | CIVIL ACTION |
| COMMERCIAL LINES LLC as Owner of the | * | |
| Barge LCD 4907 and AMERICAN COMMERCIAL | * | NO. 00-0252 |
| BARGE LINE LLC as Charterer and Operator of the | * | c/w  00-2967 |
| Barge CLD 4907, Praying for Exoneration from | * | c/w  00-3147 |
| and/or Limitation of Liability | * | SECTION " B " |
| | * | |
| | * | MAGISTRATE (5) |

* * * * * * * * * * * * * * * * * * * * * * * * * * * **

## NOTICE OF ADDRESS CHANGE

ON MOTION of Walter I. Willard, who represents claimant/petitioners in the captioned consolidated matters and hereby notifies the Court and opposing counsel that effective May 1, 2001 his new address is:

THE WILLARD FIRM
10555 Lake Forest Boulevard, Suite 3F
New Orleans, Louisiana 70127
Telephone No. (504) 244-9474
Telefax No. (504) 241-6725

Respectfully submitted:

THE WILLARD FIRM

_____
WALTER I. WILLARD (LSBA No. 2185)
10555 Lake Forest Boulevard, Suite 3F
New Orleans, Louisiana 70127
Telephone: (504) 244-9474
Telefax: (504) 241-6725

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep
___ Doc.No. 39

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on all counsel of record by U.S. Mail, postage prepaid or by facsimile this 16th day of May, 2001.

_____
WALTER I. WILLARD (LSBA No. 2185)