FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 22 AM 9:44

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
LEMELLE, J.
May 21, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., As Owner of the Barge LCD 4907 AND AMERICAN COMMERCIAL BARGE LINE, L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or limitation of Liability | CIVIL ACTION<br>NO: 00-0252 c/w<br>00-2967,<br>00-3147<br>Ref: 00-3147<br>SEC. "B"(5) |

Plaintiffs have noticed their Motion to Certify Class Action (Rec. Doc. No. 38) for hearing on June 13, 2001. The plaintiffs' cite the failing health of their original counsel as the "good cause" justifying consideration of their motion beyond the 90 day delay provided in Local Rule 23.1(B). This Court will refrain from deciding the "good cause" issue until the hearing on the motion. However, this Court, using deadlines agreed upon by the parties, had already set November 14, 2001 as the date to hear the class certification motions. The Court finds that the currently noticed hearing does not allow sufficient time for class certification discovery.

DATE OF ENTRY
MAY 22 2001

Accordingly,

**IT IS ORDERED** that the hearing date for the plaintiffs' Motion for Class Certification (Rec. Doc. No. 38) is **CONTINUED** from June 13, 2001 **to November 14, 2001 at 9:00 a.m.**  The Court **WILL** receive oral argument on the motion at that time.

**IT IS FURTHER ORDERED** that any opposition to the motion on the ground of untimeliness or any other basis shall be filed on or before November 2, 2001 as indicated in this Court's Case Management Order (Rec. Doc. No. 31).

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE