UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 MAY 22 PM 2: 10

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge CLD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO. 00-0252<br>c/w  00-2967<br>c/w  00-3147<br>SECTION " B "<br><br>MAGISTRATE (5) |

MEMORANDUM IN OPPOSITION
TO MOTION TO COMPEL RESPONSES
TO INTERROGATORIES AND REQUEST FOR PRODUCTION AND
INCORPORATED MOTION FOR RULE 26(c), F.R.C.P. PROTECTIVE ORDER

MAY IT PLEASE THE COURT:

Now comes claimant/petitioners Aaron Brown, Aaron Smith, Aaron Spears, Adam Reynaud and Adele Adams, pursuant to Rules 33 and 34 of the Federal Code of Civil Procedure, for purposes of responding to the Motion to Compel discovery, filed in this action by defendants American Commercial Lines and American Commercial Barge Lines, as well as Orion Refining Corporation.

Respondents must object to the underlying discovery requests on the grounds of prematurity, vagueness and violation of Rule 26(c) of the Federal Rules of Civil Procedure.

Defendants/petitioners in limitation action American Commercial Lines and American Commercial Barge Lines, hereinafter referred to collectively as "ACBL", and defendants

Fee_____
Process____
X  Dktd_____
CtRmDep____
Doc.No. 41

Orion Refining Corporation, hereinafter referred to as "Orion", seek responses to outstanding discovery. Respondents urge that the motions by both parties are premature in that neither defendant/movant has requested an appropriate conference with petitioners' counsel for the purposes of discussing an orderly approach to managing the anticipated full scope of discovery. Such a conference respondents urge is indicated due to the complex nature of this litigation, and the sheer number of claimants. As the court will note, claimants in this action total 2399, and companion claimants in the related cause of action entitled *Margie Richard, et al* total nearly an additional 1400.

Without a specific plan of action, designed in an all-counsel conference and necessarily face-to-face, the movant/defendants present to the respondent/petitioners a task that is both overly burdensome and needlessly expensive. Efforts of the movers, as such, are in directly violation of Rule 26(c) of the Federal Rules of Civil Procedure[1].

Pursuant to this Rule, respondents urge properly that the court issue a protective order excusing the discovery responses until such time as the requesting defendants have attempted to engage the petitioner/claimants in a face-to-face conference for purposes of designing an orderly plan to complete the outstanding discovery.

---

[1] 26(c), F.R.C.P. provides as follows: Upon motion by a party or by the person from whom discovery is sought, accompanied by a certification that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action, and for good cause shown, the court in which the action is pending or alternatively, on matters relating to a deposition, the court in the district where the deposition is to be taken may make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including one or more of the following: [Further text omitted.]

Respectfully submitted:

THE WILLARD FIRM

_____
WALTER I. WILLARD (LSBA No. 2185)
10555 Lake Forest Boulevard, Suite 3F
New Orleans, Louisiana 70127
Telephone: (504) 244-9474

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on all counsel of record by U.S. Mail, postage prepaid or by facsimile this 22nd day of May, 2001.

_____
WALTER I. WILLARD (LSBA No. 2185)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF AMERICAN | * | CIVIL ACTION |
| COMMERCIAL LINES LLC as Owner of the | * | |
| Barge LCD 4907 and AMERICAN COMMERCIAL | * | NO.  00-0252 |
| BARGE LINE LLC as Charterer and Operator of the | * | c/w  00-2967 |
| Barge CLD 4907, Praying for Exoneration from | * | c/w  00-3147 |
| and/or Limitation of Liability | * | SECTION " B " |
| | * | |
| | * | MAGISTRATE (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

FEDERAL CODE OF CIVIL PROCEDURE RULE 26(c) CERTIFICATION

The undersigned certifies that a good faith effort has been made, without success, to confer with all parties in this litigation in an effort to resolve the dispute without involvement of the Court.

Respectfully submitted:

THE WILLARD FIRM

_____
WALTER I. WILLARD (LSBA No. 2185)
10555 Lake Forest Boulevard, Suite 3F
New Orleans, Louisiana 70127
Telephone: (504) 244-9474

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on all counsel of record by U.S. Mail, postage prepaid or by facsimile this 22nd day of May, 2001.

_____
WALTER I. WILLARD (LSBA No. 2185)