

MINUTE ENTRY
CHASEZ, M.J.
MAY 23, 2001

              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN        CIVIL ACTION
COMMERCIAL LINES, L.L.C., ETC.
                                    NUMBER: 00-252
                                    & cons. cases

                                    SECTION: "B"(5)

                                    REF: ALL CASES

                         <u>HEARING ON MOTION</u>

APPEARANCES:   Glenn Goodier, Sid Hardy, Alexander Papandreou,
                Brett Bollinger, Walter Willard, Randal Gaines

MOTION:

(1) ACL and ACBL's Motion to Compel Plaintiffs to Respond to
    Interrogatories and Requests for Production of Documents;
(2) Orion's Motion to Compel Responses to Interrogatories and
    Requests for Production.

_____ :   Continued to

_____ :   No Opposition

 1,2 :   Opposition (combined)



_____ :   Local Rules 37.1E, 33.2, 36.1, 7.1E

## ORDERED

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

___2___ :   Granted. Plaintiffs are to answer Orion's outstanding discovery requests by June 17, 2001. Orion is to file the appropriate motion if plaintiffs fail to do so.

_____ :   Denied.

___1___ :   Other. A Court-approved claim form, a copy of which is attached, is to be mailed to all claimants by plaintiffs' counsel no later than June 1, 2001. Counsel shall also provide claimants with a stamped, return envelope addressed to Clerk, U.S. District Court, 500 Camp Street, Room C-151, New Orleans, Louisiana 70130 and further mark the outside of the envelope with the words "Claim Form". Those forms are to be completed by the claimants and returned to the Clerk's Office directly by the claimant with a postmark of no later than July 2, 2001. A claimant's failure to do so shall be the subject of an appropriate motion from petitioners in limitation. The settlement conference for July 13, 2001 is hereby converted to a status conference.

Claimants are specifically advised that failure to legibly fill out the form in its entirety and return it as indicated above, may result in the dismissal of all their claims in these consolidated litigations, with prejudice, for failure to comply with a Court order.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF                              CIVIL ACTION
AMERICAN COMMERCIAL LINES, L.L.C.,            NO. 00-252 AND
ET AL                                         CONSOLIDATED CASES

                                              SECTION: "B" (5)

CLAIM FORM

1. NAME: _____

2. ADDRESS: _____

3. SOCIAL SECURITY NO.: _____

4. DID YOU SUFFER INJURY AS A RESULT OF A SPILL IN THE MISSISSIPPI RIVER ON JULY 28, 1999?  YES _____ NO _____

5. IF YES, WHAT INJURY DID YOU SUFFER? _____
_____

6. HOW LONG DID YOUR INJURY LAST? _____

7. DID YOU TAKE ANY MEDICATION TO TREAT YOUR INJURY? YES___NO___

8. IF YES, WHAT MEDICATION DID YOU TAKE? _____

9. DID YOU SEE A DOCTOR FOR YOUR INJURY? YES _____ NO _____

10. IF YES, GIVE THE NAME AND ADDRESS OF THE DOCTOR(S) WHO TREATED YOU: _____
_____

11. ON WHAT DATE(S) DID YOU SEE THE DOCTOR? _____
_____

12. WHAT DID THE DOCTOR DO TO TREAT YOU FOR THIS INJURY? _____

_____

13. WERE YOU HOSPITALIZED FOR YOUR INJURIES?  YES \_\_\_\_  NO _____

14. IF YES, IN WHAT HOSPITAL WERE YOU TREATED AND ON WHAT DATES(S)? _____

_____

15. DID YOU MISS WORK AS RESULT OF BEING INJURED ON JULY 28, 1999?  YES _____  NO _____

16. IF YES, STATE THE NAME AND ADDRESS OF YOUR EMPLOYER AND THE AMOUNT OF TIME YOU MISSED FROM WORK? _____

_____

_____


     I DECLARE PURSUANT TO 28 U.S.C. 1746, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.



                              _____
                              CLAIMANT'S SIGNATURE

                              _____
                              PRINT NAME

                              _____
                              DATE


     PER ORDER OF THE COURT, CLAIMANT UNDERSTANDS THAT THE FAILURE TO FILL OUT THIS FORM IN ITS ENTIRETY AND TO RETURN IT TO THE COURT, POSTAGE PREPAID, ON OR BEFORE JULY 2, 2001 MAY RESULT IN DISMISSAL OF CLAIMANT, WITH PREJUDICE, FROM THESE CONSOLIDATED LITIGATIONS FOR FAILURE TO PROSECUTE A CLAIM.

     RETURN FORM TO: CLERK, U.S. DISTRICT COURT
                    500 CAMP STREET, ROOM C-151
                    NEW ORLEANS, LOUISIANA, 70130

NOTE ON OUTSIDE OF THE ENVELOPE THE WORDS "CLAIMS FORM".