FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 16 PM 3: 40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION NO: 00–0252 c/w   00-2967 c/w   00-3147 Applies to C.A. No. 00-3147 Only SECTION "B" (5) |

## MOTION TO DISMISS

NOW INTO COURT comes defendant Orion Refining Corporation who, through undersigned counsel, respectfully requests this Honorable Court to dismiss the claims set forth by plaintiffs Aaron Brown, Aaron Smith, Aaron Spears, Adam Reynaud, and Adele Adams on the grounds that they have failed to respond to discovery. For the reasons set forth in the attached memorandum, dismissal is the appropriate remedy to plaintiff's failure to comply with this Court's Order of respond to Orion's discovery requests.

Respectfully submitted:

SIDNEY J. HARDY (1938) (T.A.)
RICHARD A. HOUSTON, III (25100)
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 N. Causeway Boulevard
Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Counsel for Defendant Orion Refining
Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this __16__ day of July, 2001.

_____
Sidney J. Hardy
Richard A. Houston

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:  00–0252<br>c/w  00-2967<br>c/w  00-3147<br>Applies to C.A.<br>  No. 00-3147 Only<br>SECTION "B" (5) |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the forgoing Motion to Dismiss will be brought for hearing on the _8th_ day of _August_, 2001 at _9:00_ a.m., before the Honorable Ivan L. Lemelle, U.S. District Judge, United States District Court, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted:

_[signature]_

SIDNEY J. HARDY (1938) (T.A.)
RICHARD A. HOUSTON, III (25100)
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 N. Causeway Boulevard
Suite 800
Metairie, Louisiana  70002
Telephone:  (504) 831-0946
Counsel for Defendant Orion Refining
Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this /6 day of July, 2001.

_____
Sidney J. Hardy
Richard A. Houston

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00–0252<br>c/w   00-2967<br>c/w   00-3147<br>Applies to C.A.<br>No. 00-3147 Only<br>SECTION "B" (5) |

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

On July 21, 2000 and July 25, 2000, the Brown[1] and Richard[2] petitions respectively were filed in the 29th Judicial District Court for the Parish of St. Charles. Both petitions sought to assert class-action claims against Orion Refining Corporation ("Orion"), among other defendants, for an incident which occurred on or about July 28, 1999, when an unknown quantity of diesel fuel allegedly entered the St. Charles Parish water supply. Defendant Orion subsequently removed both suits to the United States District Court for the Eastern District of Louisiana. Once removed, both suits were consolidated with a Limitation

---

[1]   Aaron Brown et al. v. Orion Refining Corp. et al., Docket No. 53,737E, 29th JDC.

[2]   Margie Richard et al. v. American Commercial Lines, L.L.C. et al., Docket No. 53,756E, 29th JDC.

1

of Liability action then pending in the Eastern District.[3]

On December 6, 2001, defendant Orion Refining Corporation ("Orion") propounded interrogatories and requests for production to all named plaintiffs, requesting a variety of relevant information necessary so that counsel for Orion can begin to prepare a defense in this matter.

Answers were originally due on January 5, 2001, yet undersigned counsel received no response. Subsequently, all counsel met and agreed to the Joint Report of Counsel, wherein it was determined that plaintiffs would respond to Orion's discovery by March 1, 2001. That date, too, passed without any proper response.

Later, on March 29, 2001, a status conference was held with the Court. It was agreed that plaintiffs would provide complete answers to Orion's discovery within a week. However, more than a month has passed without any response.

On May 15, 2001, defendant Orion Refining Corporation, filed a Motion to Compel Responses to Orion's Interrogatories and Requests from Production, attached as Exhibit 1. Prior to the May 23, 2001, hearing date, counsel for Orion received responses on behalf of Margie Richard, Gaynell Johnson, Felecia Macon, Bryant Devon, Alvin Smith, Jr. (the "Richard" plaintiffs). However, no response was received from the remaining plaintiffs, Aaron Brown, Aaron Smith, Aaron Spears, Adam Reynaud, and Adele Adams (the "Brown" plaintiffs), and the hearing on the motion to compel proceeded as to them.

---

[3] In the Matter of American Commercial Lines, L.L.C., Action No. 00-0252(B)(5) E.D.La. U.S.D.C.

2

Immediately following the hearing, the Court Ordered as follows:

Granted. Plaintiffs are to answer Orion's outstanding discovery requests by June 17, 2001. Orion is to file the appropriate motion if plaintiffs fail to do so. Order of the Court, attached as Exhibit 2.

Despite the Court's order, as well as defendant Orion's forbearance from filing this motion for several days, plaintiffs Aaron Brown, Aaron Smith, Aaron Spears, Adam Reynaud, and Adele Adams have still not responded to defendant's discovery.

At this stage in the proceedings, the failure of the <u>Brown</u> plaintiffs to respond to discovery warrants the dismissal of the action which they have brought against Orion, Civil Action No. 00-3147. Federal Rule of Civil Procedure states in pertinent part:

> (b) Failure to Comply with Order
> (2) Sanctions by Court in Which Action is Pending
> If a party...fails to obey an order to provide or permit discovery, including an order made under subdivision (a) of this rule...the court in which the action is pending may make such orders in regard to the failure as are just, and among others the following:
> (C) An order striking out pleadings or parts thereof, or staying further proceedings until the order is obeyed, or dismissing the action or proceeding or any part thereof, or rendering a judgment by default against the disobedient party
> Fed. Rule of Civ. Pro. 37.

The plaintiffs' refusal to respond to discovery, in spite of a Court order to do so, has completely stalled the discovery and class certification processes. Without responses to this initial discovery from the putative class representatives, undersigned counsel has not been in a position to even begin the exhaustive discovery necessary prior to the class certification hearing scheduled for November 14, 2001.

There is simply no legitimate justification for the failure to respond to discovery submitted over seven months ago. The only appropriate response under such circumstances is the dismissal of Civil Action No. 00-3147 brought by Aaron Brown, Aaron Smith, Aaron Spears, Adam Reynaud, and Adele Adams.

Respectfully submitted:

SIDNEY J. HARDY (1938) (T.A.)
RICHARD A. HOUSTON, III (25100)
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 N. Causeway Boulevard
Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Counsel for Defendant Orion Refining
Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 16 day of July, 2001.

Sidney J. Hardy
Richard A. Houston

4

**SEE RECORD FOR EXHIBITS OR ATTACHMENTS NOT SCANNED**