

```
                                           FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2001 JUL 17 AM 11: 12

                                    LORETTA G. WHYTE
                                         CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
JULY 13, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN         CIVIL ACTION
COMMERCIAL LINES, L.L.C., ETC.
                                  NUMBER: 00-252
                                  & cons. cases

                                  SECTION: "B"(5)

                                  REF: ALL CASES


A status conference was held this date; in attendance were:

      Glenn Goodier
      Sid Hardy
      Alan Zaunbrecher
      Walter Willard
      Randal Gaines


The copying of the claim forms is to be completed within the next ten (10) days. By August 13, 2001, petitioners-in-limitation are to file a motion to dismiss the claims of those individuals who suffered no injuries, filed no claim forms, or filed claim forms in

DATE OF ENTRY
JUL 1 7 2001



an untimely fashion. A status/discovery conference will be held on August 14, 2001 at 1:30 p.m. to discuss the progress of this litigation as to any claimants who are not the subject of the motion to dismiss.

Orion anticipates filing a motion regarding the <u>Brown</u> plaintiffs' alleged failure to respond to discovery. Discovery directed to the issue of class certification is to be propounded by the defendants by July 18, 2001 who are also to move to seek expedited answers/responses to same by August 10, 2001. The <u>Brown</u> and <u>Richard</u> plaintiffs are to consider whether to submit joint answers/responses to that discovery.

                                      ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE