

MINUTE ENTRY
CHASEZ, M.J.
JULY 18, 2001

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN         CIVIL ACTION
COMMERCIAL LINES, L.L.C., ETC.

                                      NUMBER: 00-252
                                      & cons. cases

                                      SECTION: "B"(5)

                                      REF: ALL CASES


    The Clerk is directed to compile a list a master list of the claim forms submitted in the above-captioned.


                                        _____
                                        ALMA L. CHASEZ
                                      UNITED STATES MAGISTRATE JUDGE


DATE OF ENTRY
JUL 2 0 2001

Doc.No. 45