FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JUL 23 PM 4: 49

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "B" (5) |

\* \* \* \* \* \* \*

## ORDER

At a recent conference of all counsel, the Court ordered the defendants in the consolidated class actions to submit discovery directed to the class certification issues on or before July 18, 2001.

In order to allow sufficient time for further discovery and/or depositions before the hearing on class certification set for November 14, 2001, it is necessary that plaintiffs file responses to this discovery on an expedited basis.

Accordingly:

IT IS HEREBY ORDERED that plaintiffs file answers and responses to defendants' discovery no later than August 10, 2001.

New Orleans, Louisiana, this 20 day of July, 2001.

_____
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
JUL 2 4 2001

Doc. No. 46

PLEASE MAIL:

Randal L. Gaines, Esq.
311 Devon
LaPlace, LA 70068

Sidney J. Hardy, Esq.
3445 N. Causeway Boulevard
Suite 800
Metairie, LA 70002

Glenn G. Goodier, Esq.
201 St. Charles Avenue
Suite 4800
New Orleans, LA 70170-5100

Walter I. Willard, Esq.
1540 N. Broad Street
New Orleans, LA 70119

Alan A. Zaunbrecher, Esq.
3850 N. Causeway Boulevard
Lakeway II - Suite 1070
Metairie, LA 70002