```
                                              FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF LA

                                      2001 AUG -6 PM 12: 23

                                         LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
LEMELLE, J.
August 6, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., As Owner of the Barge LCD 4907 AND AMERICAN COMMERCIAL BARGE LINE, L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or limitation of Liability | CIVIL ACTION<br><br>NO: 00-0252 c/w<br>00-2967,<br>00-3147<br><br>SEC. "B"(5) |

Ref: 00-3147

Before the Court is Orion Refining Corporation's Motion to Dismiss (Rec. Doc. No. 43). Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to the motion, set for hearing on August 8, 2001, has been submitted. Further, no one has filed a motion to continue the hearing or filed a motion for extension of time within which to oppose the motion. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

```
  DATE OF ENTRY
   AUG 0 6 2001
```

```
___Fee_____
___Process___
_X_Dktd_____
___CtRmDep___
   Doc.No. 47
```

**IT IS ORDERED** that the motion is **GRANTED**.

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty (30) days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, will be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16, 83. A statement of costs conforming to L.R. 54.3 shall be submitted by all parties desiring to be awarded costs and attorney's fees no later than eight (8) days prior to the hearing of the motion for reconsideration.

                                                           */s/ Ivan L.R. Lemelle*
                                        IVAN L.R. LEMELLE
                          UNITED STATES DISTRICT JUDGE