FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 16 PM 3: 11

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
AUGUST 14, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN
COMMERCIAL LINES, L.L.C., ETC.

CIVIL ACTION

NUMBER: 00-252
& cons. cases

SECTION: "B"(5)

REF: ALL CASES


A status conference was conducted in the above matter this

date.

PRESENT:  Alan Zaunbrecher
          Rick Houston
          Glenn Goodier
          Ruth Schuster
          Walter Willard
          Randal Gaines

Based upon responses to the court-ordered claim forms, defense

counsel has filed a motion to dismiss as to various claimants

herein.  That matter has been placed on the docket of the District

DATE OF ENTRY
AUG 1 7 2001

___Fee_____
___Process__ 6
_X_/Dktd_____
_✓_CtRmDep__ 49
Doc.No._____

Judge for consideration.

On or before August 17th, defense counsel is to identify for plaintiffs' counsel the names of the individual claimants as to whom there is no current motion to dismiss which will be brought. Of these people, defense counsel may identify up to 350 individuals for whom defendant wishes to obtain answers to outstanding discovery on or before September 17, 2001. Plaintiffs' counsel is to provide discovery information as to at least 300 of these individuals by September 17th.

If the outstanding interrogatories and/or requests for production which defendants have propounded are too onerous in plaintiffs' estimation, the Court intends to resolve this issue on an expedited basis on Wednesday, August 22, 2001 at 11:00 a.m. Plaintiffs' counsel shall notify opposing counsel and the Court on or before Friday, August 17th if this issue needs to be placed on the Court's August 22nd motion docket.

On the 17th of each succeeding month following September, 2001, plaintiffs' counsel shall provide discovery responses for another 300 of their clients until the outstanding interrogatories and requests for production have been answered for all individuals represented by counsel herein. Should defense counsel not receive written responses to discovery for at least 300 individuals on the

2

17th of each month, the appropriate motion shall be filed with the Court immediately.

Discovery on the issue of class certification may move along a parallel track with the discovery discussed hereinabove. Counsel defending the class certification issue indicated that he may wish to file motions similar to those filed by Mr. Goodier on behalf of ACBL. Counsel discussed whether they wished to seek a continuance of the class certification hearing from the District Judge until all outstanding discovery could be responded to by plaintiffs.

There will be a further status conference herein on January 22, 2002 at 2:00 p.m.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

3