FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 17  PM 12: 53

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:  00–0252<br>c/w    00-2967<br>c/w    00-3147<br><br>SECTION "B" (5)<br>Applies to 00-2967 ONLY |

## MOTION AND INCORPORATED MEMORANDUM TO BAR CLAIMS OF CERTAIN PUTATIVE CLASS MEMBERS

Defendant Orion Refining Corporation ("Orion"), through undersigned counsel, hereby moves to adopt and incorporate the citations, argument, and legal reasoning set forth in the Motion to Dismiss Certain Claims Against Limitation Petitioner, Memorandum in Support of Motion to Dismiss Certain Claims Against Limitation Petitioners, and Statement of Material Facts Not at Issue filed on behalf of American Commercial Barge Line, L.L.C.  For the reasons set forth in ACBL's Motion and Supporting Memoranda, defendant Orion respectfully requests that this Honorable Court bar any claimant in the limitation action who failed to properly and adequately submit the necessary claim forms pursuant to the Court's Order of May 24, 2001, from becoming a member of the putative class action or asserting any other claims against Orion.

Respectfully submitted:

SIDNEY J. HARDY (1938)
RICHARD A. HOUSTON (25100)
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this _17_ day of August, 2001.

SIDNEY J. HARDY
RICHARD A. HOUSTON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**IN THE MATTER OF AMERICAN COMMERCIAL**
**LINES, L.L.C., as Owner of the Barge LCD 4907,**
**and AMERICAN COMMERCIAL BARGE LINE**
**L.L.C., as Charterer and Operator of the Barge**
**LCD 4907, Praying for Exoneration from and/or**
**Limitation of Liability**

**CIVIL ACTION**
**NO:**   **00–0252**
**c/w**   **00-2967**
**c/w**   **00-3147**

**SECTION "B" (5)**
**Applies to 00-2967 ONLY**

## O R D E R

Considering the foregoing motion;

**IT IS ORDERED** that defendant, Orion Refining Corporation's Motion and Incorporated

Memorandum to Adopt Motion to Dismiss filed on behalf of American Commercial Barge Line,

L.L.C. is hereby GRANTED.

New Orleans, Louisiana, this ___ day of _____, 2001.


_____

UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN COMMERCIAL
LINES, L.L.C., as Owner of the Barge LCD 4907,
and AMERICAN COMMERCIAL BARGE LINE
L.L.C., as Charterer and Operator of the Barge
LCD 4907, Praying for Exoneration from and/or
Limitation of Liability

CIVIL ACTION
NO:   00–0252
c/w   00-2967
c/w   00-3147

SECTION "B" (5)
Applies to 00-2967 ONLY

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant, Orion Refining Corporation ("Orion") will bring

on before this Honorable Court, the attached Motion and Incorporated Memorandum to Bar Claims

of Certain Putative Class Members for hearing on September 5, 2001 at 9:00 a.m., or as soon

thereafter as counsel may be heard.

Respectfully submitted:

_____
SIDNEY J. HARDY (1938)
RICHARD A. HOUSTON (25100)
CAMPBELL, McCRANIE, SISTRUNK,
   ANZELMO & HARDY
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 17th day of August, 2001.

SIDNEY J. HARDY
RICHARD A. HOUSTON