FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 23 AM 10: 40

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
CHASEZ, M.J.
AUGUST 22, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN                CIVIL ACTION
COMMERCIAL LINES, L.L.C., ETC.
                                         NUMBER: 00-252
                                         & cons. cases

                                         SECTION: "B"(5)

                                         REF: ALL CASES

A status conference was conducted in the above matter this date; in attendance were:

   PRESENT:  Brett Bollinger
             Glenn Goodier
             Walter Willard

The Court does not believe that the written discovery propounded by ACL and ACBL is too onerous. Accordingly, the discovery is to be answered within the time frame set forth in the Court's minute entry of August 14, 2001, subject to the following.

DATE OF ENTRY
AUG 2 3 2001



Counsel for ACL and ACBL is to provide claimants' counsel with the names and addresses of those claimants from whom they want answers to their discovery. If a particular claimant is not making a wage claim, he/she need not provide employment or tax information. With respect to document request Nos. 9 and 10, claimants may submit a copy of their driver's license or State-issued identification card in lieu of a birth certificate or voter registration card.

*ALC*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE