UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 22  PM 12: 34

LORETTA G. WHYTE
       CLERK

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "B" (5) |

\* \* \* \* \* \* \*

### MOTION AND INCORPORATED MEMORANDUM
### TO BAR CLAIMS OF CERTAIN PUTATIVE CLASS MEMBERS

Defendant, the Parish of St. Charlres, through undersigned counsel, hereby moves to adopt and incorporate the citations, argument, and legal reasoning set forth in the Motion to Dismiss Certain Claims Against Limitation Petitioners, Memorandum in Support of Motion to Dismiss Certain Claims Against Limitation Petitioners, and Statement of Material Facts Not at Issue filed on behalf of American Commercial Barge Line, L.L.C.  For the reasons set forth in ACBL's Motion and Supporting Memoranda, defendant St. Charles Parish respectfully requests that this Honorable Court bar any claimant in the limitation action who failed to properly and adequately submit the necessary claim forms pursuant to the Court's Order of May 24, 2001, from becoming a member of the putative class action or asserting any other claims against St. Charles Parish.

Respectfully submitted:

_____
ALAN A. ZAUNBRECHER (#13783)
BRETT M. BOLLINGER   (#24303)
3850 N. Causeway Boulevard
Lakeway II - Suite 1070
Metairie, Louisiana 70002
(504) 833-7300

DATE OF ENTRY

AUG 27 2001

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been served on all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid, this 17 day of August, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "B" (5) |

\* \* \* \* \* \* \*

### ORDER

Considering the foregoing motion;

IT IS HEREBY ORDERED that defendant, St. Charles Parish's Motion and Incorporated Memorandum to Adopt Motion to Dismiss filed on behalf of American Commercial Barge Line, L.LC. is hereby GRANTED.

New Orleans, Louisiana, this 23rd day of August, 2001.

said motion shall be heard on September 5, 2001 with the other motions on this issue.

_____
UNITED STATES DISTRICT JUDGE