FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG 28 PM 1:53

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN COMMERCIAL
LINES, L.L.C., as Owner of the Barge LCD 4907, and
AMERICAN COMMERCIAL BARGE LINE L.L.C., as
Charterer and Operator of the Barge LCD 4907, Praying
for Exoneration from and/or Limitation of Liability

CIVIL ACTION
NO: 00-0252
c/w 00-2967
c/w 00-3147

SECTION "B" (5)

## MOTION TO CONTINUE HEARING AND INCORPORATED MEMORANDUM

MAY IT PLEASE THE COURT:

This comes to request postponement of a hearing date on a Motion to Dismiss/Motion to Compel filed by petitioners, American Commercial Lines, L.L.C. and American Commercial Barge Line, L.L.C. (hereinafter "ACBL"). Movers are the 2,399 claimants in this limitation action, one of three consolidated matters, who seek of the court sufficient response time within which to file an adequate opposition to this Motion, and to seek participation of each and every original claimant.

The petitioners, ACBL, as well as related defendants, have consented to grant of additional time of two weeks, while claimants urge that four weeks would be more appropriate. Movers herein ask that the matter be rescheduled within the court's discretion.

In bringing this Motion to Continue Hearing, claimants urge as noted above that none of the remaining defendants in the related actions, Orion Refining Corporation and

DATE OF ENTRY
AUG 29 2001

Fee_____
Process_____
X Dktd_____
  CtRmDep_____
  Doc.No. 53

the Parish of St. Charles, Waterworks Department, raise objection to this motion. *Local Rule 7.9W* .

Respectfully submitted,

/s/ Walter I. Willard
WALTER I. WILLARD (Bar No. 2185)
Deer Park, Suite 3F
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921
Counselor for the Claimant/Petitioners Aaron Spears, Adam Reynaud, Adele Adams, Aaron Smith, Aaron Brown, and other similarly situated claimants, totaling 2399.

## ORDER

Considering the foregoing, it is Ordered that the hearing in this matter, now set for September 5, 2001, be and same is hereby scheduled for September 26, 2001 at 9:00 am without oral argument.

New Orleans, Louisiana this 28th day of August, 2001.

_____
Judge, United States District Court


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served upon all counsel of record by facsimile and placing a copy of same in the U.S. Mail, postage prepaid on this 27 day of August, 2001.

/s/ Walter I. Willard
Walter I. Willard

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "B" (5) |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that claimants/petitioners in the limitation action and related causes of action, now bring on before this Honorable Court, the underlying Motion and Incorporated Memorandum to Bar Claims of Certain Putative Class Members, and Opposition thereto, for hearing on September 19, 2001 at 9:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

_____
WALTER I. WILLARD, BAR NO. 2185
Deer Park, Suite 3F
10555 Lake Forest Boulevard
New Orleans, Louisiana 70127
Telephone: (504) 244-9922
Telefax: (504) 244-9921
Counselors for the Claimant/Petitioners
Aaron Spears, Adam Reynaud, Adele Adams, Aaron Smith, Aaron Brown, and other similarly situated claimants, totaling 2339.