UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN COMMERCIAL
LINES, L.L.C., as Owner of the Barge LCD 4907, and
AMERICAN COMMERCIAL BARGE LINE L.L.C., as
Charterer and Operator of the Barge LCD 4907, Praying
for Exoneration from and/or Limitation of Liability

CIVIL ACTION
NO: 00-0252 WHYTE
c/w 00-2967
c/w 00-3147
00-252
SECTION "B" (5)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 AUG 29 PM 3:57
CLERK

## SUPPLEMENTAL MOTION AND INCORPORATED MEMORANDUM

MAY IT PLEASE THE COURT:

This is a request for clarification of the judgment in this matter dated August 28, 2001, seeking to reschedule the hearing on September 5, 2001 regarding outstanding discovery. The requested motion to reschedule and the proposed judgment contemplated inclusion of Motions filed by all three defendants in this matter, St. Charles Parish, Waterworks Department, Orion Refinery Corporation, as well as defendant/petitioner in limitation, American Commercial Lines, L.L.C. and American Commercial Barge Lines, L.L.C. ("ACBL"). Movers urge that the Order be supplemented accordingly.

WHEREFORE, claimants/petitioners Aaron Spears, Adam Reynaud, Adele Adams, Aaron Smith, Aaron Brown, and other similarly situated, request that the court issue the attached proposed Supplemental Judgment, continuing respective motions of all three parties defendant.

Respectfully submitted,

WALTER I. WILLARD (Bar No. 2185)
Deer Park, Suite 3F
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921

DATE OF ENTRY
AUG 30 2001

___Fee___
___Process___
_X_ Dktd
___CtRmDep
Doc.No. 54

C\My Documents\W.Willard Correspondence\Orion Refining Corporation-ACBL\Supplemental Motion.doc

SUPPLEMENTAL ORDER

Consider the foregoing, it is Ordered that the hearing in this matter, now set for September 5, 2001, be and same is hereby scheduled for *September 26*, 2001 at *9:00 AM without oral argument*[1]. **This Order applies to motions filed by all defendants**[2].

New Orleans, Louisiana this 29th day of August, 2001.

_____
JUDGE, UNITED STATES DISTRICT COURT


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served upon all counsel of record by facsimile and placing a copy of same in the U.S. Mail postage prepaid on this 29th day of August, 2001.

_____
Walter I. Willard

---

[1] Italicized language supplied by the court in order of August 28, 2001.
[2] Bold language supplements original order of August 28, 2001.

C:\My Documents\W.Willard Correspondence\Orion Refining Corporation-ACBL\Supplemental Motion.doc

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "B" (5) |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that claimants/petitioners in the limitation action and related causes of action, now bring on before this Honorable Court, the underlying Motion and Incorporated Memorandum to Bar Claims of Certain Putative Class Members, and Opposition thereto, for hearing on September 26, 2001 at 9:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

_/s/ Walter I. Willard_
WALTER I. WILLARD, BAR NO. 2185
Deer Park, Suite 3F
10555 Lake Forest Boulevard
New Orleans, Louisiana 70127
Telephone: (504) 244-9922
Telefax: (504) 244-9921)
Counselors for the Claimant/Petitioners
Aaron Spears, Adam Reynaud, Adele Adams, Aaron Smith, Aaron Brown, and other similarly situated claimants, totaling 2339.