FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2001 SEP 11 AM 9:23
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO: 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "B" (5) |

**MOTION FOR CONTINUANCE OF HEARINGS WITH INCORPORATED MEMORANDUM AND MOTION TO SUSPEND MAGISTRATE ORDER UNTIL HEARING ON ALL MATTERS**

A. Introduction

Movers are Aaron Brown, et al. and Respondents are American Commercial Barge Lines, et al. ("ACBL"), Orion Refining Corporation, and St. Charles Parish Waterworks Department.

Movers have sued Respondents for damages sustained as a direct consequence of the release of diesel fuel from the barge LCD 4907 and /or Orion Refining Corporation's facilities, and affected waters flowing into the public water supply for St. Charles Parish. This resulted in Movers' physical, mental and/or emotional injuries, fright, inconvenience, and interruption of or intrusion into their personal lives.

This case currently has hearing dates set on September 19, 2001 and September 26, 2001, and October 3, 2001 concerning related matters.

B. Request for Continuance and Suspension of Pending Order

Movers ask the court to continue this case in the interest of judicial efficiency. In bringing this Motion to Continue Hearing, claimants urge that of the three defendant parties in the related actions, ACBL, Orion Refining Corporation, and the Parish of St. Charles, Waterworks Department, only the defendant, ACBL, raises limited objection to

DATE OF ENTRY
SEP 13 2001

___Fee___
___Process___
X  Dktd
___CtRmDep___
Doc.No. 57

this motion on grounds that September 26, 2001 would be appropriate for consolidation. *Local Rule 7.9W.* ACBL does not concur in movants' suggestion that all three should be scheduled for the October 3, 2001 date. However, movants would urge that failure to all three matters for the same date of October 3, 2001 would not complete the consolidation sought by this motion in an efficient manner. Counsel for Orion Refining Corporation concurs in the October 3, 2001 consolidation, while Mr. Zaunbrecher, counsel for St. Charles Parish Waterworks Department, agreed to abide by the decision of Mr. Hardy/Mr. Houston, counsel for Orion Refining Corporation.

This request for continuance is not for delay, but to ensure that the case proceed in an orderly, efficient manner particularly in the discovery phase of this complex litigation.

### C. Conclusion and Request for Relief

For these reasons, the movers ask the court to continue September 19, 2001 and September 26, 2001 hearings in this case until <u>October 3</u>, <u>2001</u> at <u>9:00</u> a.m. Further, mover requests that the court suspend implementation of the Magistrate's pending Order until the matter is heard before the court.

Respectfully submitted,

THE WILLARD FIRM

WALTER I. WILLARD (Bar No. 2185)
Deer Park, Suite 3F
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921

## CERTIFICATE OF SERVICE

I hereby certify that (1) there is limited opposition to this Motion for Continuance by ACBL, one of the defendant parties, on grounds that September 26, 2001 would be appropriate for consolidation, and (2) that a copy of the above and foregoing Motion has been served upon all counsel of record by facsimile and placing a copy of same in the U.S. Mail, postage prepaid on this 11 day of September, 2001.

**Walter I. Willard**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "B" (5) |

### ORDER

Considering the foregoing, it is Ordered that the hearings in this matter, now set for September 19, 2001 and September 26, 2001, be and same are hereby scheduled for October 3, 2001 at 9:00 a.m. along with the pending Motion now scheduled for that date. Secondly, it is further urged that the Magistrate's pending Order dated August 14, 2001 regarding the discovery be suspended until further order by the court.

New Orleans, Louisiana this 12 day of September, 2001.

_____
Judge, United States District Court