

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 14  PM 4:08   SEP 1 4 2001

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "B"<br><br>MAG. (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXPEDITED HEARING

**NOW INTO COURT**, through undersigned counsel, comes Petitioners in Limitation, and ask this Court for an expedited hearing on its Motion to Reconsider and Vacate Court's Order, by reason of the fact that there is insufficient time for the normal delays for hearing, in that the Order affects the hearing of a motion set for September 26, 2001 and further, that the Order allows for the suspension of a Magistrate's Order which required responses by certain Claimants by September 17, 2001.

N0706404.1

DATE OF ENTRY
SEP 1 8 2001

___Fee_____
___Process___
X_Dktd_____
✓_CtRmDep____
___Doc.No.___

## ORDER

Petitioners in Limitation's request for expedited hearing of its motion is granted and the motion is set for the 21st day of September, at 11 o'clock. without oral argument. The opposition shall be filed by September 20, 2001 and shall address the issue of the stay of the Magistrate Judge's order.

New Orleans, Louisiana, this 17th day of September, 2001.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

_____
GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone:(504) 582-8174
Attorney for Defendants,
American Commercial Lines L.L.C. and
American Commercial Barge Line L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 14th day of September, 2001.

_____
GLENN G. GOODIER