

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN COMMERCIAL        CIVIL ACTION
LINES, L.L.C., AS OWNER OF THE BARGE
LCD 4907, AND AMERICAN COMMERCIAL           NO. 00-0252
BARGE LINE L.L.C., AS CHARTERER AND         c/w 00-2967
OPERATOR OF THE BARGE LCD 4907,                 00-3147
PRAYING FOR EXONERATION FROM AND/OR
LIMITATION OF LIABILITY                     SEC. "B"(5)

## ORDER AND REASONS

Claimants' objection to the Magistrate Judge's August 14, 2001 discovery order is **OVERRULED**. Said order is not clearly erroneous; nor is it an abuse of discretion.

New Orleans, Louisiana, this 20th day of September, 2001.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 2 0 2001