

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00–0252<br>c/w   00-2967<br>c/w   00-3147<br>Section "B" (5) |

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO BAR CLAIMS OF CERTAIN PUTATIVE CLASS MEMBERS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Orion Refining Corporation, ("ORION") who respectfully request this Honorable Court grant leave to file the attached Supplemental Memorandum in Support of Motion to Bar Claims of Certain Putative Class Members. Plaintiffs' Opposition Memorandum to defendants Motion puts forth arguments which should be addressed prior to the Court's ruling on defendant's Motion.

Respectfully submitted:

_____
SIDNEY J. HARDY (1938)
RICHARD A. HOUSTON (25100)
CAMPBELL, McCRANIE, SISTRUNK,
   ANZELMO & HARDY
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

DATE OF ENTRY
SEP 2 4 2001

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 21 day of September, 2001.

_____
SIDNEY J. HARDY
RICHARD A. HOUSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00–0252<br>c/w   00-2967<br>c/w   00-3147<br>Section "B" (5) |

## ORDER

IT IS HEREBY ORDERED, that the Motion to File Supplemental Memorandum in Support of Motion to Bar Claims of Certain Putative Class Members is hereby GRANTED.

NEW ORLEANS, Louisiana, this _24th_ day of September, 2001.

_____
JUDGE