

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO: 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>Section "B" (5) |

### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO BAR CLAIMS OF CERTAIN PUTATIVE CLASS MEMBERS

Through its Motion and Incorporated Memorandum to Bar Claims of Certain Putative Class Members, Orion Refining Corporation ("ORION") sought to adopt the arguments and citations filed on behalf of American Commercial Lines, L.L.C. in its Motion to Dismiss Certain Claims against Limitation Petitioners. By doing so, Orion seeks to dismiss the potential claims of three groups of putative class members: (1) those putative class members who failed to file a claim form in the Limitation Action; (2) those putative class members who failed to timely provide a claim form in the Limitation Action; (3) those putative class members who denied that they were injured on the claim forms filed in the Limitation Action.

Plaintiffs' Opposition Memorandum objects to the dismissal of putative class members who either failed to submit a claim form at all or whose submission was untimely. As justification for this violation of the Court's Order, plaintiffs suggest that the United States Post Office failed to



deliver many of the claim forms. However, no evidence is attached to plaintiffs' Opposition Memorandum in Support of this theory, which represents mere speculation.

Additionally, plaintiffs' Opposition Memorandum argues that those potential claimants who indicated they were uninjured as a result of this incident should not have their claims dismissed. In support of this position, plaintiffs theorize that "[m]any claimants in this case assumed injury to mean 'physical injury' and failed to consider 'fear and fright' and mental anguish as an injury." (Plaintiffs' Opposition to Motion and Incorporated Memorandum to Bar Claims of Certain Putative Class Members, page 2.) Plaintiffs' argument, though, ignores the contents of the cover letter sent out with the claim forms. The May 29, 2001 letter from Walter Willard to all individuals who received a claim form states:

> This [claim form] will provide the defendants with the extent of the injury caused by the diesel spill into the Mississippi River. You may have had diarrhea, nausea, headaches, breathing problems, etc., as a result, **or simply fear or fright of affects of diesel in our drinking water.**  (emphasis added) (Letter from Walter Willard, attached as Exhibit "A").

This correspondence clearly demonstrates that all of the individuals who submitted claim forms were advised that if they had suffered fear or fright, they should include this as an injury on the claim form. The fact that they did not do so establishes that they suffered no such injury.

For these reasons, as well as the reasons set forth in defendant's Motion and Incorporated Memorandum to Bar Claims of Certain Putative Class Members, defendant Orion Refining Corporation respectfully request that its Motion be GRANTED.

Respectfully submitted:

_____
SIDNEY J. HARDY (1938)
RICHARD A. HOUSTON (25100)
CAMPBELL, McCRANIE, SISTRUNK,
 ANZELMO & HARDY
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 21st day of September, 2001.

_____
SIDNEY J. HARDY
RICHARD A. HOUSTON

# THE WILLARD FIRM
## ATTORNEYS AT LAW

DEER PARK ■ SUITE 3F
10555 LAKE FOREST BOULEVARD
NEW ORLEANS, LOUISIANA 70127

WALTER I. WILLARD*
*LL.M., ENERGY AND
ENVIRONMENTAL LAW
ALSO ADMITTED IN NJ & PA

OFFICE (504) 244-9474
FAX (504) 241-6725

May 29, 2001

All Clients

Re:  July 28, 1999 - Diesel Spill in St. Charles Parish Water System, at Orion Refinery
Aaron Brown and others, et als. v. Orion Refining, et als
U.S.D.C. (E.D., LA), Civil Action No. 00-0252, and consolidated cases

**\*POSTMARK DEADLINE/RESPOND BY: JULY 2, 2001\***
**IF YOU DO NOT RETURN COMPLETED FORM BY JULY 2, 2001,
YOUR CLAIM MAY BE DISMISSED BY ORDER OF THE COURT.**

Dear Clients:

As you may know, this firm joined in to assist Will Collier of Marks & Lear, of Baton Rouge as your attorneys. In further pursuit of your claims, it will be necessary that you fill out the attached short two-page form, one form per individual, adult or child. This will provide the defendants with the extent of the injury caused by the diesel spill into the Mississippi River. You may have had diarrhea, nausea, headaches, breathing problems, etc., as a result, or simply fear or fright of affects of diesel in our drinking water.

As indicated, the forms, for each individual, must be complete and must be post-marked by JULY 2, 2001. A settlement conference with the defendant companies will follow two weeks after that date. If you wish to be included in the case further, in any settlement, or otherwise, you must return completed forms for each family member in the enclosed self-addressed envelope by July 2, 2001.

Please return the enclosed questionnaire IMMEDIATELY. As your attorneys, that's all we ask of you; so don't put off what you can do today.

With kindest regards, I remain,

Walter I. Willard

Enclosure

**EXHIBIT**
"B"

A PROFESSIONAL LAW CORPORATION