

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 25 PM 4:58

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w  00-2967<br>c/w  00-3147<br>SECTION "B"<br><br>MAG. (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM IN OPPOSITION TO PLAINTIFFS' OPPOSITION TO MOTION AND INCORPORATED MEMORANDUM TO BAR CLAIMS OF CERTAIN PUTATIVE CLASS MEMBERS

American Commercial Lines, L.L.C. and American Commercial Barge Line, L.L.C. (hereinafter referred to collectively as "ACL") offer this Memorandum in Opposition to Plaintiffs' Opposition to Motion and Incorporated Memorandum to Bar Claims of Certain Putative Class Members filed by Claimants in Limitation ("Claimants"). ACL has

N0727307.1

not filed a motion to bar claims of class members as class certification is not an issue in the limitation proceeding and certification has not occurred in the remaining consolidated cases.

It is unclear as to which motion Claimants desire to respond to when Claimants state that they are opposing defendant's "Joint Motion to Bar Claims of Certain Putative Class Members." There is no "joint motion" currently pending before this court. For the purpose of this reply, it is presumed that Counsel is referring to ACL's Motion to Dismiss Certain Claim Against Limitation Petitioners. Such Motion was not a "joint motion" and was filed by and on behalf of ACL. Due to the uncertainty, ACL is compelled to reply in order to protect its interest inasmuch as they may be affected by this motion.

**Failure of Counsel to Comply With the Magistrate's Order is Inexcusable Under the Fact of This Case Regardless of the Operation of the U.S. Postal Service**

Claimants state that certain claims should not be dismissed due to the fact that the U.S. Mail did not "perfect delivery" presumably due to the fact that counsel failed to provide the correct addresses for "20%" of his clients. For those clients who did actually receive their claim form, counsel asserts that an undisclosed number of those individuals had less than 30 days to execute and return the form which form counsel agrees was "abbreviated". Presumably the Court created an abbreviated claim form so that it would take less than a single day, and surely less than 30 days, to complete and place in the mail. Further, counsel

N0727307.1                                   2

for Claimants does not state when the forms were placed in the mail.[1] Regardless, timely delivery by the postal service and/or lack of diligence exercised by counsel is not grounds for relief from judgment where ACL has waited well over a year to receive discovery in this case.

Further, Claimants argue that notifying plaintiffs by the U.S. Mail may not be sufficient to notify all parties in this case. However, the Court placed no constraints on counsel with regard to notifying clients that a claim form must be filed, and in fact counsel should not have felt so constrained. When certain individuals had not returned claim forms, a flier was distributed listing the names of the absent Claimants and inviting such Claimants to respond to the notice in order to preserve their right to remain in this lawsuit. (See Exhibit A). Counsel's failure to maintain current contact information for its clients should not be grounds for relief. Counsel's dissatisfaction with his own notice procedures and failure to ensure that the forms were properly distributed are similarly not grounds for relief.

Claimants cite <u>Ellis v. Georgia Pacific Corporation</u>, 550 So.2d 1310 (La. App. 1st Cir. 1989) for the proposition that the court could have ordered notice to the class in a different form. The <u>Ellis</u> case is inapposite. In that case, "a long delayed process of discovery" had taken place. Thereafter, a hearing was held wherein the district court certified the action as a class action. Subsequently, the court ordered notice of the pendency

---

[1] Randal Gaines drafted a cover letter to attach to the claim forms dated June 1, 2001 (Exhibit "C"). Walter Willard's cover letter was dated May 29, 2001 (Exhibit "B"). Presumably, therefore, the forms were sent out on or before June 1, 2001. However, the claim forms did not have to be postmarked until July 2, 2001, approximately one month after mailing.

of the class action to be published by electronic and print media. Ellis has no bearing in this case because Ellis involved post class certification notices. A class certification hearing has not occurred in the instant case and class certification issues and notices do not impinge on the rights of ACL in the limitation case. The names of all Claimants in the limitation proceeding are known or should be known to their lawyers. Their names are listed as Claimants in the limitation proceeding.

Counsel also asserts an objection to the Magistrate Judge's proposed time frame for completing claim form. The Order of the Magistrate Judge on the issue of timing was never appealed by Claimants. Under the Federal Rules, objection to the Magistrate's ruling should have been made within 10 days. Months later, such objection is moot.

### Claimants Were Instructed By Counsel as to the Meaning of the Term "Injury" and Counsel was Available to Claimants If Confusion Arose

Counsel next argues that Claimants alleging that they suffered no injury should not be dismissed because the Claimants did not understand what the word "injury" meant. Counsel states:

> Many Claimants in this case assumed injury to mean physical injury and failed to consider fear and fright and mental anguish as an injury.

Counsel does not give a specific or general example of any individual who was confused so that this assertion is reduced to nothing more than a hypothetical situation.

Incredibly, counsel for Claimants actually states that Claimants "strongly contend that <u>further and more detailed discovery</u> will certainly reveal that the vast majority of claimants" suffered from fear or fright. Claimants have refused to complete discovery as ordered by the court and continue to engage in delay tactics in order to prevent ACL from obtaining discovery in this case, however, now that discovery on an individual basis could potentially assist counsel, discovery is urged. Undoubtably, counsel for Claimants will want to produce discovery narrowly limited to issues involving fear and fright. It is incomprehensible that such a tactic would be successful in this Honorable Court so that Claimants' Motion must be denied.

Nevertheless, Counsel for Claimants guarded against the possibility that Claimants would not understand the word "injury". In the cover letter accompanying the Court approved claim form on May 29, 2001, signed by Walter Willard, Claimants were told exactly what type of injuries they may have had due to a spill of diesel fuel oil. The letter states:

> In further pursuit of your claims, it will be necessary that you fill out the attached short two-page form, one form per individual, adult or child. This will provide the defendants with the extent of the injury caused by the diesel spill into the Mississippi River. <u>You may have had diarrhea, nausea, headaches, breathing problems, etc. as a result **or simply fear or fright** of effects of diesel oil in our drinking water</u>.

*See* Willard letter of May 29, 2001 (attached hereto as Exhibit B)

Further, Randal Gaines cover letter of June 1, 2001 which accompanied the Court approved claim form states that the Claimants in fact suffered injuries amd were entitled to monetary relief as a result. That letter reads in part as follows:

> My office is currently representing you in your claim for payment/compensation **for injuries** arising out of the July 28, 1999 diesel spill on the Missippi River in Norco.
>
> The good news is that we have a **settlement conference** in July 13, 2001 **to discuss how much money each person is to receive**. You and each member of your family must fill out the enclosed form(s) and mail it back to the U.S. District Court . . . . by July 1, 2001.

*See* Gains letter of June 1, 2001. (Attached hereto as Exhibit "C").

Due to the fact that the cover letters of counsel either explained the injury which could have potentially been suffered, including fear or fright, or simply stated that the Claimant had in fact suffered an injury, it is difficult to reconcile the contention that the Claimants were ignorant of the meaning of the term "injury". Claimants' motion must be denied.

### Claimants Cannot Opt Out of a Limitation Proceeding

A limitation of liability proceeding ensures that a concursus of claims will be brought against the shipowner. In a limitation proceeding, a cause of action must be brought within the time allowed by the court or be forever barred. The Limitation of Liability statutes do not provide for an "opt out" mechanism; therefore, Claimants' motion must be denied.

## Conclusion

Accordingly, ACL asks that this Court deny the relief request under Plaintiffs' Opposition to Motion and Incorporated Memorandum to Bar Claims of Certain Putative Class Members.

Respectfully submitted,

_____
GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone:(504) 582-8174
Attorney for Defendants,
American Commercial Lines L.L.C. and
American Commercial Barge Line L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 25th day of September, 2001.

_____
GLENN G. GOODIER

# NOTICE

## ORION REFINERY DIESEL SPILL ON JULY 28, 1999

Anyone knowing the whereabouts of the listed claimants are asked to notify them immediately to file a Claim Form with:

Clerk of Court, U.S. District Court
500 Camp Street, Room C-151
New Orleans, LA 70130

---

Claimants may obtain Claim Forms from:

Ethel M. Douglas
825 East McAdoo St. (between 8th and 9th Streets)
New Sarpy, LA 70078

---

SPECIAL NOTE: THE COURT IMPOSED ORIGINAL DEADLINE OF JULY 2, 2001 MAY CAUSE CLAIMS TO BE DISMISSED, WITHIN THE COURT'S DISCRETION.

EXHIBIT A

Walter L. Willard
THE WILLARD FIRM, Attorneys at Law
Deer Park, Suite 3F
New Orleans, LA 70127

**NOTICE DATE: JULY 30, 2001**

## ORION DIESEL SPILL, JULY 28, 1999 MISSING CLAIMANTS
## ALPHABETICALLY LISTED

Adams III, Leary
Adams, Donna
Adams, E. for A. Walters
Adams, Ernestine
Adams, Johnny
Anderson, Cora
Anderson, Jr., Russell
Anderson, Judith
Anderson, Judith for Kiyon
Anderson, Kenisha
Anderson, K. for Rowland
Anderson, LR., Ronland
Anderson, Sr., Michael
Anthony, Jr., Thomas
Aubert, Tyron
Audrey Eugene
Augillard, Carrie
Augillard, Leo
Bailey, Dorothy
Bailey, Karen
Bailey, Mark
Bailey, Shavonne
Baker, Cleopatra
Baker, Shaymonique
Ball, Sr. Rodney
Barney, Kathryn
Barre, Pamela
Barre, Pamela for Jr.
Bartley, Roland
Bell, Herman
Bell, Latrica
Blossomgame, M. for Mayah
Blue, Shirley
Blue, Willie
Bolden, Cornell
Bolden, Juanita
Bolden, Juantia for Cornell
Braud, Clarita
Braud, Clarita for Eugene
Braud, Sr., Vernel
Breaux, Ima
Breaux, Lawrence
Brickham, Jr., Russell
Brickham, Sr., Russell
Broch, P. for Reshad Jones
Broch, Priscilla
Brown, Earl
Brown, Jr., Wardell
Brown, M. for A. Narcisse
Brown, Milton
Brown, Moneke
Brown, Monyke for Skeem
Brown, Sharon
Brown, Sophia
Brown, Tina
Bruad, Vernel Jr.
Burks, Alice
Burnett, Betty
Burnett, Myron
Burnett, Ryan

Cato, Bryant
Chapman, Brenda
Chapman, James
Chapman, Shantee
Charles, Cashondra
Charles, Marion
Charles, Marshall
Charles, Sandra
Charles, T. for Mar. Smith
Charles, T. for Marrick Smith
Charles, Tattier
Charles, Trishan
Clay, Carbrina
Clay, Sr., Jody
Clay, Sr., Jody for Jared
Clay, Sr. for Jarnell
Clay, Sr., Jody for Jr.
Cohoes, Angela
Cohoes, Angela for Alex.
Collins, B. Troy. Roberton
Collins, Brenda
Collins, Brenda for
Collins, Mary
Cook, John
Cook, Louria
Cook, Quantina
Cook, Tawanda
Cousin, Veronica
Cousin, Veronica
Dabney, Audrey
Dabney, Audrey for
Dabney, Deloyd, III
Dabney, L. for Jr.
Dabney, Larry for Kawanna
Dabney for Dameion
Daigle, L. for Gertrudge
Daigle, L. for Paige
Daigle, Larry
Daigle, Larry for Joseph
Daigle, Larry for Jr.
Dangerfield, Mary for Ebony
Dangerfield, Mary for Jamer.
Dangerfield, Mary for Ken.
Davis, Antoinette
Diminique, Georgianna
Douglas, Ethyl
Douglas, Natasha
Douglas, Racquel
Douglas, Rewa
Early, Denisha
Early, Dormez
Early, Joeanne
Edwards, Delores
Eugene, Beverly
Eugene, Charles
Eugene, Lucy
Eugene, Lucy for Ced.
Eugene, Lucy for Richard
Eugene, Shontell

Furnett, Ryan
Ghergich, Jr., Luke
Ghergich, Jr., Mary
Gracianette, Rebecca
Griffin, Augustine
Griffin, Jr., Alex
Grimes, Carlton
Grimes, Jr., Joseph
Gross, Flora
Gross, Jacquelyn
Gross, Thomas
Grows, Jr., Lawrence
Guillard, Lionell
Guillard, Shelia
Guillory, Hebert
Hagans, Sylvia
Hart, T. for Tyjonique Joseph
Hart, Terry
Hart, Terry for Keith Hart, Jr.
Hart, Terry for Lakeitha Hart
Hart, Terry for Sherineka
Hart, Terry for Tanisha Hart
Hartley, Barbara
Harvey, David
Harvey, M. for R. Joseph, Jr.
Harvey, Mercenta
Hawkins, Bellota
Hawkins, Briah
Hawkins, Mark
Hawkins, Mark
Hayes, Ida
Henderson, Tanisha
Henley, Chad
Henley, Linda
Henry, Sr., Marvin,
Henry, Wanda
Henry, Wanda for Jr.
Holmes, Catherine
Holmes, Dannie for Mattie
Howard, Karika
Howard, Karika for Lloyd
Howard, Karika for Luis
Howard, Karika for Lsiah
Howard, Lloyd
Ingram, Marvine
Isom, Shelia for Jerome Isom
Isom, Sheba for Malcolm
Isovi, Shelia
Jackson, Gregory
Jackson, Mary
Jackson, Russell
Jackson, S. for Devin Cook
Jackson, S. for Rod. Gentry
Jackson, Stephanie
Jacque, Lynelle
Jacque, Lynelle for Durell
Jacque, Lynelle for Dwan
James, Baptiste
James, Rhonda

| | | |
|---|---|---|
| Butler, Jr., Kenneth | Evans, Oscar | Ja___, Rhonda for Freddie |
| Butler, Jr., Leneth | Fenroy, Tiffany | Ja___, Rhonda for Fredika |
| Cade, L. Glourean Nolan | Firmin, Delilah | Jenkins, Lashanne for Devin |
| Cade, Lionel | Fitcheard, Cecelia | Jenkins, Thomas |
| Campbell, Jada | Fleming, Timothy | Johns, K.C. |
| Campbell, Sr, for Flora | Forest, Shawn for Savannah | Johnson, Carla |
| Campbell, Sr. Davin for Jr. | Foster, Stan | Johnson, Enjolica |
| Campbell, Sr., Davin | Francis, Elbert | Johnson, Halley |
| Castillo, Luis | Frank, Twyla | Johnson, Jr., Ernest |
| Cato, Bryant | Frost, Nathaniel | Johnson, M. for Marcel |
| | | Johnson, M. for Mayla |

FROM :THE WILLARD FIRM     FAX NO. :     Case 2:00-cv-00252-KDE   Document 70   Filed 09/25/2001   Page 12 of 17   07 2001 03:01PM  P7

| | | |
|---|---|---|
| Johnson, Mark | Moses, Cheryl | Scoot, J. for Aleze Platenburg |
| Johnson, Montrice | Moses, Willie | Scoot, Jasmine |
| Johnson, Patrica | Murphy, Cora | Scott, Jennaro |
| Johnson, Patrica for Angela | Murphy, Jr., Roy M. | Scott, Katherine |
| Johnson, Patrica for Jason | Murphy, Jr., Roy M. for Taij. | Scott, Katherine for Christina |
| Jones, Darren | Murphy, Mathew | Scott and Tiffany Scott |
| Jones, Jr., Raymond | Murphy, Roy | Scott, Marilyn |
| Jones, Jr., William | Nelson, Mary | Scott, Melissa |
| Jones, Markell | Nelson, Sheryl | Scott, Melissa for Lakeihah |
| Jones, Paulette | Northern, Adarian | Scott, Melissa for Lakyron |
| Jones, Peaches | Northern, Monicka | Scott, Melissa for LaShante |
| Jones, Robert | Norwood, Lincoln | Scott, Melissa for Lionel |
| Jones, Sr., Raymond for Dae. | Norwood, Mary | Scott, Nikeisha |
| Jones, Sr., William | Nroman, Jimmy | Scott, Oreyonda |
| Joseph, Bennie | Oliver, Valery | Scott, William |
| Joseph, Mary | Oliver, Valery | Selders, Thelma |
| Joseph, W. for R. Preston, III | Oreyonda Scott for Ahmad | Sharlow, Desiree |
| Joseph, Willie Mae | Pagues, Marilyn | Sherman, Andri |
| Keno, David | Parquet, Felton, Sr. | Sherman, Elizan |
| King, Carol | Parquet, Jeremy | Simmons, Rosalie |
| King, Farietta | Parquet, Lois | Singleton, Brenda |
| King, Loretia | Parquet, Lois | Singleton, Dougherty |
| King, Suzotte | Parquet, Lois | Singleton, Sr., Bryan O. |
| King, Troy | Parquet, Lois | Smith, Aaron |
| Lane, Rubystine | Parquet, Lois | Smith, Alex |
| Lane, Shanette | Parquet, Sr., Felton | Smith, Alfred |
| Lane, Sr., Eric | Patteron, for Alexis and III | Smith, Ashley |
| Lane, Wallace | Patteron, Jr., Freeman | Smith, Brenatta |
| Larry Dabney for Nedra | Patterson, Deletha | Smith, Donna |
| Larry, D. for Davon Morris | Patterson, Floyd G. | Smith, Donna for Dwaynea |
| Larry, D. for Kiedra | Patterson, Marquerite | Smith, Kajaun |
| Larry, D. for Komar | Paul, Alvin J. | Smith, Dorothy |
| Lee, Brenda | Payne, Elenora | Smith, Dorthy |
| Lee, Brenda | Payne, Elnora for George | Smith, James |
| Lee, Darrell | Payne, Johnie | Smith, Jeanette |
| Lee, John | Payne, Taganyka | Smith, Marie |
| Lee, Kenneth | Pegues, Marilyn | Smith, Pierre |
| Lee, Knox | Perkins, Taja | Smith, Richard |
| Lee, Laura | Perrilloux, Ferdinand | Smith, Richard for Davon |
| Lee, Laura for Kaitlyn Mack | Perrilloux, Jr. for III | Smith, Rosaline |
| Lee, Linda | Peters, Chevelle | Smith, Sr., Louis |
| Lee, William | Peters, Chevelle | Smith, Veronica |
| Lewis, Hurley | Peters, Travis | Smith, Veronica for |
| Lewis, Jacob | Pinedo, Ruby | Smothers, Ushanna |
| Long, Darryl | Piper, Patrice | Spears, Aaron |
| Love, Deron | Piper, Roosevelt for family | Stewart, Tiffany |
| Lumar, Edna | Piper, Roosvelt | Stewart, Tiffany for Essence |
| Lumar, Edna for Kerchannan | Piper, Roosvelt for Jairon | Stewart, Tiffany for Savahn |
| Lumbar, Edna | Polk, Durell | Straughter, Calvin |
| Lyes, Jr., Alvin | Polland, Althera | Straughter, Cosa |
| Lyes, Marcia | Posey, Jr., Michael | Straughter, Mecie |
| Lyes, Marcia for Emareya | Posey, Jr., Michael for | Swilley, Delcahia |
| Lyes, Marcia for Joshua Lyes | Posey, M. for My. Henderson | Tattier, C. for Jessica Kenner |
| Martin, Geraldine | Preston, Sr., Roosevelt | Taylor, Brian |
| Martin, Jr., August | Raphile, B. for Cutis Deville | Taylor, Jr., ____ |
| Mashia, Blenny | Raphile, Brenda | (___McAdoo Street, |
| Mason, D. for Asia Sumin | Ray, Ann | New Sarpy, LA) |
| Mason, Demetri | Ray, Burnell | Taylor, Kendall |
| Massengale, Lorene | Richard, Dewanda | Taylor, Kevin |
| Massengale, Mary | Rideaux, Leonard | Taylor, N. for Raeven Cojoe |
| Massengale, Robert | Roberts, Dawyne | Taylor, Nicole for Taylor, |
| Massengale, Steven | Robertson, Derek | Nicole for Racyen T. Cojoe |
| Mattews, Terry | Robertson, Edward | Taylor, Sharon |
| McKnight, Jeffery | Robertson, Tanza | Thomas, Courtney |

McKnight, P.
McKnight, Peggy
McKnight, P. for children
Meggs, Raymond
Miller, Edward
Mitchell, Wayne
Moore, Bernice
Morris, Carolyn
Morris, Carolyn for Brandon
Morris and Daman Morris
Morris, Carolyn for Keshell

Rogers, Rachel
Rousell, Deloris
Rowland, Tinesha
Sampson, Angela
Sampson, Danielle
Sampson, Daryl
Sampson, Dynckia
Sanders, Kiesler
Sanders, Kiesler for Candi
Sanders, Kiesler for Chris
Scheidel, Charles

Thomas, Lyncoy
Thomas, Mary
Thomas, Michael
Thomas, Randell
Thomas, Sr., Michael for Jr.
Thompson, Jr., Louis
Thompson, Jr., Louis
Thompson, Louis
Thompson, Mary
Thompson, Mary

Thompson, Trina
Thompson, Trina
Thompson, Versell
Thorton, Jimmie
Trench Family
Trench, Duyonne
Trench, Shaun for Tre'shaun
Trench, Sr., Renilda
Trench, Yvette
Trench, Yvette for children
Tuckson, Travis
Ursin, L. for Kacleb Smith
Ursin, L. for Kyle Smith
Vinnett, Bert
Walker for Cortez
Walker, Dewayne
Walker, Leonard
Walker, Tiffany
Walker, Tiffany for Anthony
Walker, Tiffany for children
Walker, Tiffany for Evelyn
Washington D. for Delvin
Washington D. for Gabrielle
Washington, Chantell
Washington, Diana
Washington, Diana for Shane
Washington, Mae
Washington, T. for Troy
Washington, Tricellea
Washington, Zerick
Waston, Connie
Watson, Connie
Watson, Louise
Watts, Bradd
Wayland, Sr., Charles
Webb, Annette for children
Webb, Annette
Webb, Kenneth
Weber, F. for Antonia Brown
Weber, Felecia
Wells, Alice
Wells, Alice for Belinda
Wells, Jeffery
Wells, L.C.
White, Napoleon
Williams, A. for Frankie
Williams, Angel
Williams, Angel for Angelle
Williams, Angel for Quinetta
Williams, Cassandra
Williams, Cassandra
Williams, Cassandra
Williams, Charlie
Williams, Corey
Williams, Jamaica
Williams, Jamaica
Williams, Jamaica for Jamaal
Williams, Latosha
Williams, Lorenz
Williams, Monica for Shirl.
Williams, Monica
Williams, Richard
Williams, Sr. D. for Jr.
Williams, Sr. Darrn

Zeno, Jacquelyn
Zeno, Jacquelyn for Quinetta
Zeno, Sr., Peercy

Wilson, Clarence
Wilson, Edna
Wilson, Kiva
Wilson, S. for Kat. and Brian
Wilson, Shirley
Winding, Shakedrna
Woods, Fabian I.
Woods, Melvin
Young, Cortez
Young, Jacqueline
Young, Renise

# THE WILLARD FIRM
## ATTORNEYS AT LAW

DEER PARK ■ SUITE 3F
10555 LAKE FOREST BOULEVARD
NEW ORLEANS, LOUISIANA 70127

WALTER I. WILLARD*
*LL.M., ENERGY AND
ENVIRONMENTAL LAW
ALSO ADMITTED IN NJ & PA

OFFICE (504) 244-9474
FAX (504) 241-6725

May 29, 2001

All Clients

Re:   July 28, 1999 - Diesel Spill in St. Charles Parish Water System, at Orion Refinery
      Aaron Brown and others, et als. v. Orion Refining, et als
      U.S.D.C. (E.D., LA), Civil Action No. 00-0252, and consolidated cases

**\*POSTMARK DEADLINE/RESPOND BY: JULY 2, 2001\***
**IF YOU DO NOT RETURN COMPLETED FORM BY JULY 2, 2001,**
**YOUR CLAIM MAY BE DISMISSED BY ORDER OF THE COURT.**

Dear Clients:

As you may know, this firm joined in to assist Will Collier of Marks & Lear, of Baton Rouge as your attorneys. In further pursuit of your claims, it will be necessary that you fill out the attached short two-page form, one form per individual, adult or child. This will provide the defendants with the extent of the injury caused by the diesel spill into the Mississippi River. You may have had diarrhea, nausea, headaches, breathing problems, etc., as a result, or simply fear or fright of affects of diesel in our drinking water.

As indicated, the forms, for each individual, must be complete and must be post-marked by JULY 2, 2001. A settlement conference with the defendant companies will follow two weeks after that date. If you wish to be included in the case further, in any settlement, or otherwise, you must return completed forms for each family member in the enclosed self-addressed envelope by July 2, 2001.

Please return the enclosed questionnaire __IMMEDIATELY__. As your attorneys, that's all we ask of you; so don't put off what you can do today.

With kindest regards, I remain,

*/s/ Walter I. Willard*

Walter I. Willard

Enclosure

EXHIBIT B

A PROFESSIONAL LAW CORPORATION

*Attorney at Law - A Professional Law Corporation*
311 Deven
LaPlace, Louisiana 70068
(504) 652-3299 • (225) 647-3383
Fax (504) 652-3299

Gonzales Office:
1056 D East Worthey Road
P.O. Box 386 • 70707
Gonzales, LA 70737

## IMPORTANT NOTICE
### SETTLEMENT DISCUSSIONS IN PROGRESS

June 1, 2001

Dear Client:

My office is currently representing you in your claim for payment/compensation for injuries arising out of the July 28, 1999 diesel spill on the Mississippi River in Norco.

The good news is that we have a settlement conference on July 13, 2001 to discuss how much money each person is to receive. You and each member of your family must fill out the enclosed form(s) and mail it back to the U.S. District Court Clerk of Court located at 500 Camp Street, New Orleans, LA 70130 by July 1, 2001.

IN ORDER TO BE CONSIDERED FOR PAYMENT, EACH PERSON MUST FILL OUT A FORM. EACH PARENT MUST FILL OUT A FORM FOR THEMSELVES AND A SEPARATE FORM MUST BE FILLED OUT ON EACH CHILD. (ONE FORM PER EACH ADULT AND ONE FORM PER EACH CHILD. THE PARENTS CAN SIGN THE FORM FOR ALL PERSONS UNDER AGE 18.

WE ARE ASKING EACH PERSON TO MAIL THE FORM(S) BACK TO THE CLERK OF COURT IN THE ENCLOSED STAMPED ENVELOPE BY JUNE 23, 2001. THE COURT'S DEADLINE IS JULY 2, 2001. ANY CLAIMS NOT POSTMARKED BY JULY 1, 2001 WILL BE ELIMINATED.

Thank you.

Sincerely,

Randal L. Gaines

RLG/sb

EXHIBIT C