

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "B"<br><br>MAG. (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS WITH PREJUDICE

**NOW COMES,** American Commercial Lines, LLC and American Commercial Barge Line, LLC ("Petitioners in Limitation") who move this Court for an Order dismissing those claimants listed in Exhibit A of the Memorandum filed in support of this Motion for failing to respond to discovery and for violating the Magistrate's Discovery Order. The reasons this Court should dismiss these claimants is more fully set forth in the Memorandum filed in

N0729437.1

support of this Motion.

                                              Respectfully submitted,

                                              GLENN G. GOODIER (#06130)
                                              Jones, Walker, Waechter, Poitevent,
                                                Carrere & Denegre, L.L.P.
                                              201 St. Charles Avenue, Suite 4800
                                              New Orleans, Louisiana 70170-5100
                                              Telephone: (504) 582-8174
                                              Attorney for Defendants,
                                              American Commercial Lines L.L.C. and
                                                American Commercial Barge Line L.L.C.

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 28th day of September 2001.

                                              GLENN G. GOODIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "B"<br><br>MAG. (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

American Commercial Lines, LLC and American Commercial Barge Line, LLC (hereinafter jointly referred to as "Limitation Petitioners") propounded Interrogatories and Requests for Production of Documents to Claimants on June 9, 2000. Approximately 11 months after discovery was propounded, no Claimant had responded or filed objections to discovery. After numerous attempts to resolve the matter, Limitation Petitioners filed a Motion to Compel on May 4, 2001. Magistrate Chasez heard the Motion to Compel and issued a Minute Entry on May 24, 2001 providing a court approved claim form to be delivered to all Claimants no later than June 1, 2001. Thereafter, Magistrate Chasez ordered

N0729699.1

Claimants to respond to discovery propounded by Limitation Petitioners. Magistrate Chasez's Order called for Limitation Petitioners to provide a list of 330 names for initial discovery. That list is attached hereto as Exhibit A. Counsel for Claimants was ordered to provide discovery to Limitation Petitioners for 300 of the listed individuals on or before September 17, 2001.

To date, claimants have failed to respond to the initial round of discovery for the first 300 Claimants which was due by September 17, 2001 in clear defiance of this Court's Order. Petitioners in Limitation waited 11 days after the September 17, 2001 due date before filing this Motion to Dismiss in an effort to allow counsel for claimants time to respond to discovery. After telephone conferences on May 25 and May 26, it became apparent that counsel for claimants would not produce the discovery within a reasonable amount of time. Therefore, the time for filing discovery in accordance with Magistrate Chasez's Order has expired and Limitation Petitioners move that claimants who failed to return discovery in accordance with Magistrate Chasez's Order should be dismissed from this case with prejudice.

This Court has the discretion to dismiss these claims with prejudice for failure to comply with discovery orders under FRCP 37(b)(2)(C) which states:

> [i]f a party fails to obey an order entered under Rule 26(app.), the court in which the action is pending may make such order in regard to the failure as are just, and among others the following...dismissing the action or proceeding or

> any part thereof or rendering a judgment by default against the disobedient party

See FRCP 37(b)(2)(C); see Coane v. Ferrara Pan Candy Co., 898 F.2d 1030 (5th Cir. 1990); Prince v. Poulos, 876 F.2d 30 (5th Cir. 1989); Reed v. Commercial State Bank of El Campo, 861 F.2d 1381 (5th Cir. 1988); Dendinger v. First National Corp., 1992 W.L. 21742 (E.D. LA. 1992); Technical Chemical Co. v. IG-Low Products Corp., 812 F.2d 222 (5th Cir. 1987); and Trucks Charge Inc. v. Armstrong Webber Co. 818 F.2d 427 (5th Cir. 1987).

In this case there is a clear record of delay on the part of claimants as claimants have stubbornly and repeatedly failed to comply with the Magistrate's orders. The above cited procedural history of this case indicates such a delay which is unwarranted and is subject to the sanction of dismissal with prejudice by this Court. Tszke v. Aline & TCO Inc., 1993 W.L. 4047 (E.D. La. 1993).

A sanction short of dismissal would only serve to allow claimants another extension of time to file discovery in this case which would clearly prejudice the Limitation Petitioners right to discovery. The consistent delay in this case is seriously impinged on Limitation Petitioners' ability to become informed as to the scope of the claims asserted against it.

In addition to dismissal of these claims, under FRCP37(b), this Court has the discretion to award reasonable expenses, including attorney fees, caused by a failure to comply with a discovery order. Shipes v. Trinity Industries, 987 F.2d 311 (5th Cir. 1993).

Such a sanction is clearly warranted at this phase in the litigation where Petitioners in Limitation have been forced repeatedly to engage Claimants in motion practice in an attempt to have Claimants participate in discovery as this Court has ordered.

Accordingly, defendants are entitled to dismissal with prejudice of the claims of those claimants who have failed to respond to discovery by the deadline of September 17, 2001 in clear violation of this Court's order. Limitation Petitioners also move for an award of court costs and attorneys' fees incurred as a result of the failure to respond to discovery.

Respectfully submitted,

GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174
Attorney for Defendants,
American Commercial Lines L.L.C. and
  American Commercial Barge Line L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 28th day of September, 2001.

_____
GLENN G. GOODIER

**FIRST DISCOVERY GROUP- DUE 9/17/01**

| | Last Name | First | Middle | Street Address | City | State |
|---|---|---|---|---|---|---|
| 1 | Adams | Darrius | T | | | |
| 2 | Albert | Junius | Sr | 2813 Concordia Drive | LaPlace | LA |
| 3 | Albert | Junius | Jr. | 2813 Concordia Drive | LaPlace | LA |
| 4 | Alexander | Kevin | Jr. | | | |
| 5 | Alexander | Kevin | J., Sr. | | | |
| 6 | Anderson | Veronica | | 2104 St. Charles Place | La Place | LA |
| 7 | Anderson | Lakeshia | | 737 E. Harding St. | Destrehan | LA |
| 8 | Antione | Brenda | | 105 Cathy St, | Norco | LA |
| 9 | Arceneaux | Patrick | | 1104 Bellevue Dr. | Laplace | LA |
| 10 | Arceneaux | Dionne | | | | |
| 11 | Arlie | Leatrice | W. | 809 St. Andrews Blvd. | Laplace | LA |
| 12 | Atsina | Karen | | | | |
| 13 | Augillard | Yolanda | | 224 Union Street | Montz | LA |
| 14 | Austin | Walter | | 2847 Richland Street | Kenner | LA |
| 15 | Austin | Waltrey | | | | |
| 16 | Bailey | Sherman | | 850 East East St. | New Sarpy | LA |
| 17 | Banks | Junius | Jr. | 17 Cathy Street | Norco | LA |
| 18 | Bennet | Lesia | | 573 West Harding St. | Destrehan | LA |
| 19 | Bergeron | Albert | | 185 Kathy Drive | Laplace | LA |
| 20 | Bias | Rose | O. | 1528 Cambronne Street | New Orleans | LA |
| 21 | Bias | Eric | Sr. | 805 East Lawson | New Sarpy | LA |
| 22 | Bias | Nicole | | 805 East Lawson | New Sarpy | LA |
| 23 | Bias | Bre'Oana | | 805 East Lawson | New Sarpy | LA |
| 24 | Blackmore | Steve | | | | |
| 25 | Bodnar | Linda | Oddo | 286 Carolyn Drive | Destrehan | LA |
| 26 | Bodnar | Ronald | | 286 Carolyn Drive | Destrehan | LA |
| 27 | Borne | Trevon | A | P.O. Box 508 | Edgard | LA |
| 28 | Borne | Tre' | A. | | | |
| 29 | Breaux | Akira | | | | |
| 30 | Bridges | Alexis | M. | 816 E.S. Johnson St. | Destrehan | LA |
| 31 | Bridges | Alincia | M. | 816 E.S. Johnson | Destrehan | LA |
| 32 | Bridges | Montel | | 816 E.S. Johnson Street | Destrehan | LA |
| 33 | Bridges | Ashley | | 816 E.S. Johnson | Destrehan | LA |
| 34 | Briscoe | Janaica | | 56 Diamond Road | | LA |
| 35 | Briscoe | Javen | | 56 Diamond Road | Norco | LA |
| 36 | Briscoe | Wayne | | 56 Diamond Road | Norco | LA |
| 37 | Brown | Dwayne | A. | | | |
| 38 | Brown | Stacey | M. | 235 Annez Street | New Sarpy | LA |
| 39 | Brown | Dondre' | Darnell, Sr. | 325 Good Hope St. | Norco | LA |
| 40 | Brown | Rosa | Lee | 906 East McAdoo St. | New Sarpy | LA |
| 41 | Brown | Gladys | L | 2716 Yorktown Drive | La Place | LA |
| 42 | Brown | Joshua | V. | 301 River Oaks Drive | Destrehan | LA |
| 43 | Brown | Lawrance | | | | |
| 44 | Bruce | Ellis | | | | |
| 45 | Bryant | Sclonda | | #1 Summerton Dr. Apt E-36 | St. Rose | LA |
| 46 | Burks | Diondra | | 323 River Oaks Drive | Destrehan | LA |
| 47 | Burrell | Karen | | 2720 Cambridge Drive | LaPlace | LA |
| 48 | Campbell | Davin | Sr. | 425 1st Street | Norco | LA |
| 49 | Carter | Annie | | 803 E. Lawson St. | New Sarpy | LA |
| 50 | Charles | Wayland | Jr. | 1701 Cartier Dr | | |
| 51 | Charles | Trishan | J. | 1701 Cartier Dr | | |
| 52 | Charles | Perry | J. | 1701 Cartier Dr | | |
| 53 | Chopin | Branette | | | | |
| 54 | Chopin | Daniel | A. | | | |
| 55 | Chopin | Dantirio | | | | |
| 56 | Chopin | Darius | | 803 East Lawson St. | New Sarpy | LA |
| 57 | Chopin | Donovan | | 803 East Lawson St | New Sarpy | LA |
| 58 | Cojoe | Raeyen | T. | 228 4th Street Apt. B | St. Rose | LA |
| 59 | Cojoe | Raeven | T. | 228 4th Street Apt B | St. Rose | LA |
| 60 | Coleman | Clayton | | 1937 WilliamsBurg Dr. | Laplace | LA |
| 61 | Coleman | Mae | | 1937 WilliamsBurg Dr. | Laplace | LA |
| 62 | Coleman | Katrina | | 1930 Paul Maillard Road | | |
| 63 | Coleman | Kendrelle | | 1930 Paul Maillard Rd. | | |
| 64 | Coleman | Mary | | 1930 Paul Maillard Rd. | Boutte | LA |
| 65 | Coleman | Eddie | | 238 First St. | St. Rose | LA |
| 66 | Coler | Aaron | | 235 Annez Street | New Sarpy | LA |
| 67 | Common | Secret | D | 202 East Street | | |
| 68 | Counsel | Kevin | Jr. | | | |
| 69 | Creecy | Cynthia | J. | P.O. Box 289 | New Sarpy | LA |
| 70 | Cummings | Estella | | 501 Mockingbird St. | St. Rose | LA |

- 1 -

EXHIBIT "A"

**FIRST DISCOVERY GROUP- DUE 9/17/01**

| Last Name | First | Middle | Street Address | City | State |
|---|---|---|---|---|---|
| 71 Daigle | Eleanor | R | 118 Clayton Dr. | Norco | LA |
| 72 Daks | William | | | | |
| 73 Daniels | Keshana | R. | 222 Clement Street | New Sarpy | LA |
| 74 Darensburg | Yolanda | | | | |
| 75 Davis | Imani | | 613 Turtle Creek Lane | St. Rose | LA |
| 76 Dees | Laverne | | 228 Terrace Street | Destrehan | LA |
| 77 Deggs | Tre' | N. | 329 Mockingbird Lane | St. Rose | LA |
| 78 Deggs | Troy | | 329 Mockingbird Lane | St. Rose | LA |
| 79 Deggs | Albertha | | | | |
| 80 Dewey | Benjamin | | 283 Meadows | | |
| 81 Diaz | Ana | M | 121 Marino Drive | | |
| 82 Diaz | Delvis | A. | 121 Marino Drive | | |
| 83 Dixon | Shontell | | 2413 Cambridge Drive | LaPlace | LA |
| 84 Dorsey | Earl | | | | |
| 85 Dorsey | Barbara | | 1103 Killer Street | Luling | LA |
| 86 Dorsey | LaTasha | | 1103 Kinler Street | Luling | LA |
| 87 Doss | Khalfani | J | 213 Turtle Creek Lane | | |
| 88 Douglas | Lloyd | | | | |
| 89 Douglas | Loretta | B | | | |
| 90 Douglas | Melvin | | 220 East Street | | |
| 91 Douglas | Veronica | | 772 E. S. Johnson St. | New Sarpy | LA |
| 92 Duhe | Karen | | 204 East 10th Street | Reserug | LA |
| 93 Duhe | Jamarr | | 204 East 10th Street | Reserve | LA |
| 94 Duhe | Lamarr | | 204 East 10th Street | Reserve | LA |
| 95 Dunmiles | Terrance | Lewis | 369 Pioneer Drive | Hahville | LA |
| 96 Dunn | Barbara | | 244 Tower Lane | Montz | LA |
| 97 Early | Donhosea | | 835 East Easy St. | | |
| 98 Edmond | Gayle | | | | |
| 99 Edwards | Delores | | 721 East Hoover | New Sarpy | LA |
| 100 Elpheage | Stacie | | 509 Short St. | Norco | LA |
| 101 Elsworth | Dennis | K | 282 St. Charles | New Sarpy | LA |
| 102 Etienne | Helen | | 155 Kenner Lane | LaPlace | LA |
| 103 Eugene | Azondra | Adine | 525 Bethune St. | | |
| 104 Evans | James | | | | |
| 105 Everett | Lionel | | | | |
| 106 Evers | Aline | W | 1017 Luling Estates Dr. | | |
| 107 Fagan | Karlanda | | 217 Ormond Meadows Dr. | Destrehan | |
| 108 Favaroth | Chanel | W. | 222 Meadows Drive | Desterhan | LA |
| 109 Felton | Tony | | 5733 Wildair Drive | New Orleans | LA |
| 110 Fenderson | Kendall | | 859 East McAdoo Street | New Sarpy | LA |
| 111 Flowers | Darrell | | 906 East McAdoo | New Sarpy | LA |
| 112 Flowers | Darrell | Sr. | 906 E. McAdoo | New Sarpy | LA |
| 113 Flowers | Jamirer | | 906 E. McAdoo | New Sarpy | LA |
| 114 Flowers | Jasmine | | 906 E McAdoo | New Sarpy | LA |
| 115 Flowers | James | | 906 E McAdoo | New Sarpy | LA |
| 116 Flowers | She'Quita | L. | | | |
| 117 Flowers | Catina | | | | |
| 118 Flowers | Barbara | L. | | | |
| 119 Flowers | Robert | Sr. | 4116 Tulane Dr | Kenner | LA |
| 120 Flowers | Robert | Jr. | 4116 Tulane Dr. | Kenner | LA |
| 121 Flowers | Cynthia | R. | 4116 Tulane Dr | Kenner | LA |
| 122 Flowers | Ire'anne | R | 4116 Tulane Dr | Kenner | LA |
| 123 George | Terrence | Keith | 213 St Charles St. | Destrehan | LA |
| 124 Gibson | Barry | R. | | | |
| 125 Gomez | Leon | Jr | 816 E. S. Johnson Street | Destrehan | LA |
| 126 Gomez | Deon | | 816 E.S. Johnson Street | Destrehan | LA |
| 127 Gooch | Mary | N. | 55 Mockingbird Lane | St. Rose | LA |
| 128 Green | Latanya | Patrice | | | |
| 129 Grimes | Tanaka | | 822 East McAdoo | | |
| 130 Grimes | Tylan | | 822 East McAdoo St. | | |
| 131 Grimes | Tyler | | 822 East McAdoo St | | |
| 132 Grimes | Kenya | Kewanette | 317 8th Street | Destrehan | LA |
| 133 Grimes | Johnny | | 169 Diamond Rd | | |
| 134 Grimes | Johntrel | | 169 Diamond Road | Norco | LA |
| 135 Grimes | Johnny | Jr. | 169 Diamond Rd | | |
| 136 Grimes | Jermika | | 169 Diamond Road | | |
| 137 Grimes | Jernika | y | 169 Diamond Road | | |
| 138 Grimes | Johnneil | E | 169 Diamond Rd | Norco | LA |
| 139 Hart | Keith | Jr. | | | |

| # | Last Name | First | Middle | Street Address | City | State |
|---|---|---|---|---|---|---|
| 140 | Hayes | Kayyonna | Nekia | 529 1st Street, Apt 4 | Norco | LA |
| 141 | Hayes | Brandon | D | 529 1st Street, Apt 4 | Norco | LA |
| 142 | Hill | Cheyney | Shelvin Elaine | 529 First St | | |
| 143 | Hollins | Kristin | | 1700 York Towne Dr | La Place | LA |
| 144 | Hollins | Jonre | | 218 Cathey Street | Norco | LA |
| 145 | Hollins | Latanya | | 1700 Yorktowne Dr. | Laplace | LA |
| 146 | Howard | Broderick | R. | 744 Terrace St | Destrehan | LA |
| 147 | Howard | Lloyd | Jr. | 925 Terrace Stree4t | New Sarpy | LA |
| 148 | Howard | Karika | | 923 Terrace Street | New Sarpy | LA |
| 149 | Howard | Lloyd | III | 923 Terrace St | New Sarpy | LA |
| 150 | Howard | Isiah | | 923 Terrace Street | New Sarpy | LA |
| 151 | Howard | Linda | M | 16423 Old Spanish Trail | | |
| 152 | Howard | Sherry | | | | |
| 153 | Howard | Freddie | | | | |
| 154 | Ingram | Takeem | | 100 East Street | Norco | LA |
| 155 | Ingram | Frank | Sr. | 100 East St. | | |
| 156 | Ingram | Willie | Sr | 603 Kinler Street | Lurling | LA |
| 157 | Ingram | Annie | | 603 Kinler Street | Luling | LA |
| 158 | Ingram | Martha | | 100 East Street | | |
| 159 | Ingram | Marvine | | 100 East Street | Norco | LA |
| 160 | Jackson | Graylyn | M. | 529 first Street #2 | Norco | LA |
| 161 | Jackson | DeLawrance | | | | |
| 162 | Jackson | Traveon | M | 529 1st Street, Apt 4 | Norco | LA |
| 163 | James | Craig | | 121 E. 12th Street | Edgard | LA |
| 164 | Jenkins | Joy | | | | |
| 165 | Jenkins | Joiya | | | | |
| 166 | Jenkins | Unborn Baby | | 79 East Street | Norco | LA |
| 167 | Jenkins | Thomas | | 524 Turtle Creek | St. Rose | LA |
| 168 | Johns | KC | | | | |
| 169 | Johnson | Kimberly | | | | |
| 170 | Johnson | Clever | | 56 Diamond Road | | |
| 171 | Johnson | Gary | Lee, Sr | | | |
| 172 | Jones | Nathaniel, Jr. | C | 222 East 12th Street | Reserve | LA |
| 173 | Jordan | Audrey | | | | |
| 174 | Joseph | Lamont | | 124 Peter Lane | St. Rose | LA |
| 175 | Joseph | Oscar | | 525 Mockingbird Lane | St Rosa | LA |
| 176 | Joseph | Devon | | 802 East Hoover St. | New Sarpy | LA |
| 177 | Kennedy | Diane | | 258 Meadows Drive | Destrehan | LA |
| 178 | Keys | Jean | | | | |
| 179 | King | Bernice | | 202 Apricot Street | LaPlace | LA |
| 180 | King | Wyatt | | 222 Diamond Road | Norce | LA |
| 181 | King | Stefon | | | | |
| 182 | Knight | Thaddeus | | | | |
| 183 | Knight | Beverly | | 41 B Cathy St. | Norco | LA |
| 184 | LaBranche | Jessie | E. | 122 Evangline Road | Montz | LA |
| 185 | LaBranche, Jr | Murphy | J. | 122 Evangeline Road | Montz | LA |
| 186 | LaGrue' | Kristopher | | 162 East Street | | |
| 187 | Landry | Kamryn | Tiree | 166 Diamond Rd | Norco | LA |
| 188 | Lawson | Elizabeth | | 6324 Howard Avenue | Marrero | LA |
| 189 | Layosa | Martin | Ray | 137 Clayton Drive | Norco | LA |
| 190 | Layosa | Amber | L. | 137 Clayton Drive | Norco | LA |
| 191 | Lebaux | Stella | | 173 Kenner Dr. | Laplace | LA |
| 192 | Lee | Donald | | 337 Homewood Place | Reserve | LA |
| 193 | Lee | Craige | Jr. | 18 Diamond Road | | |
| 194 | Lee | Craige | Sr. | 18 Diamond Rd | | |
| 195 | Lewis | Trevine | A. | | | |
| 196 | Lewis | Emmanuel | | | | |
| 197 | Lewis | Joann | | | | |
| 198 | Lewis | Claude | | 844 East Harding St | New Sarpy | LA |
| 199 | Logan | Glen | Sr | 34 Diamond Road | Norco | LA |
| 200 | Logan | Glen | Jr. | 34 Diamond Road | Norco | LA |
| 201 | Major | Jermika | Marie | | | |
| 202 | Mashia | Jason | | 240 Diamond Street | Norco | LA |
| 203 | Mashia | Jordan | | 240 Diamond Street | Norco | LA |
| 204 | Mashia | Sybil | M. | 240 Diamond Street | Norco | LA |
| 205 | Mason | Brandi | | 725 East McAdoo Street | New Sarpy | LA |
| 206 | Massengale | Michael | J. | 548 W. Lawson Street | Destrehan | LA |
| 207 | Maxon | De'Nae | Denise | 849 Apple Street | Norco | LA |
| 208 | McClain | Matilda | | | | |
| 209 | McKnight | Jefferey | | | | |

FIRST DISCOVERY GROUP- DUE 9/17/01

| # | Last Name | First | Middle | Street Address | City | State |
|---|---|---|---|---|---|---|
| 210 | Miller | Jamon | | 730 East Harding | Destrehan | LA |
| 211 | Miller | I'sis | Elijnae' | 817 E. McAdoo Street | Destrehan | LA |
| 212 | Miller | James | Jr. | 730 East Harding | Destrehan | LA |
| 213 | Mitchell | Norris | | | | |
| 214 | Moliere | Burnell | K. | 500 Ormond Boulevard | Destrehan | LA |
| 215 | Moore | Sheila | | | | |
| 216 | Morris | Arthur | III | | | |
| 217 | Morton | Shirlene | | 223 Diamond Rd. | Norco | LA |
| 218 | Morton | Christopher | | 223 Diamond Rd. | Norco | LA |
| 219 | Morton | Gerald | L. | 612 Mockingbird Lane | St. Rose | LA |
| 220 | Morton | Sheletha | M. | 612 Mockingbird Lane | St Rose | LA |
| 221 | Morton | Robert | Sr. | 223 Diamond Road | Norco | LA |
| 222 | Morton | Robert | Jr. | 223 Diamond Road | Norco | LA |
| 223 | Noble | Dione | | 805 Terrace | New Sarpy | LA |
| 224 | Nora | Breione | R | 3772 San Francisco Drive | Destrehan | LA |
| 225 | Norman | Matilda | | 525 Bethune Street | Norco | LA |
| 226 | Parquet | Kerry | | 231 Diamond Street | Norco | LA |
| 227 | Parquet | Jeremy | | 231 Diamond Street | Norco | LA |
| 228 | Payne | Gail | L. | | | |
| 229 | Payne | Margaret | | | | |
| 230 | Payne | Edward | Sr | | | |
| 231 | Payne | Lorraine | | | | |
| 232 | Payne | Edward | Jr. | | | |
| 233 | Payne | Johnie | | 219 Terrace St | Destrehan | LA |
| 234 | Payne | Elenora | | 219 Terrace St. | New Sarpy | LA |
| 235 | Payne | Tanganyika | | 219 Terrace St. | New Sarpy | LA |
| 236 | Payton | Donna | D. | 745 Vans Lane | New Sarpy | LA |
| 237 | Pedescleaux | Dorothy | | 426 First Street | Norco | LA |
| 238 | Perkins | Harold | J. | 1705 E. Hardins Street | | |
| 239 | Perrilloux | Taj | | | | |
| 240 | Perry, Jr. | Israel | Jr. | 70 Cathey St. | Norco | LA |
| 241 | Piper | Jairon | | 169 Diamond Road | Norco | LA |
| 242 | Pollard | Dameona | | 221 Clement Street | New Sarpy | LA |
| 243 | Populis | Freddie | Jr. | | | |
| 244 | Posey | Quenisha | | | | |
| 245 | Pradia | Hardin | | 1716 East Harding | | |
| 246 | Preston | Roosevelt | Sr. | | | |
| 247 | Price | Delores | W. | 811 East Hoover Street | New Sarpy | LA |
| 248 | Quetant | Brian | J | 235 Dianne Drive | St. Rose | LA |
| 249 | Quetant | Sean | | 235 Dianne Dr | St. Rose | LA |
| 250 | Rainey | Terrell | M. | 500 Ormond Blvd | Destrehan | LA |
| 251 | Raphile | Clarence | Jr. | 247 Belle Terre, Apt C | LaPlace | LA |
| 252 | Ratcliff | Jairielle | | 335 River Oaks Drive | destrehan | LA |
| 253 | Raymond | Christine | Green | | | |
| 254 | Reynaud | Anthony | Keith, Jr | 105 Cathy St. | Norco | LA |
| 255 | Richard | Demond | | 124 East St. | Norco | LA |
| 256 | Richard | Winston | P. | 6018 Larch Brook Rd | Houston | TX |
| 257 | Richardson | Laporsha | | 249 Meadows Drive | | |
| 258 | Rideaux | Doris | L. | 2716 Willamsburg Dr. | | |
| 259 | Riley | Earline | | 63 East Street | | |
| 260 | Robert | Edward | | | | |
| 261 | Robertson | Edward | Sr. | 266 Terrace St | | |
| 262 | Robertson | Kevin | | | | |
| 263 | Robinson | Kiara | | 29 Diamond Rd. | Norco | LA |
| 264 | Robinson | Gerald | Jr | 227 St. Charles Street | New Sarpy | LA |
| 265 | Robinson | Angela | | 603 Kinler St | | |
| 266 | Robinson | Gurika | | 227 St. Charles St | New Sarpy | LA |
| 267 | Robinson | Geralyn | | 227 St. Charles Street | New Sarpy | LA |
| 268 | Robinson | Gerald | | 227 St. Charles St. | New Sarpy | LA |
| 269 | Rybiskie | Walter | | | | |
| 270 | Sampson | Brandent | | 34 Diamond Road | Norco | LA |
| 271 | Sanborn | Sean | L. | 713 Vans Lane, Apt. 2 | New Sarpy | LA |
| 272 | Sanchez | Elsa | | 3444 East Loyola Dr. | Kenner | LA |
| 273 | Sanders | Alger | Jr. | 509 State Street | La Place | LA |
| 274 | Sanders | Woodrick | | 509 State Street | LaPlace | LA |
| 275 | Scott | Lakeijah | T | 16 1/2 Cathey Street | Norco | LA |
| 276 | Scott | Lakyron | T | 16 1/2 Cathey Street | Norco | LA |
| 277 | Sherman | Andri | Etta | 5432 Marais St. | New Orleans | LA |
| 278 | Sherman | Elizan | | 5430 Marais Street | New orleans | LA |
| 279 | Singleton | Bryan | Jr. | | | |
| 280 | Smith | Darius | M | | | |

**FIRST DISCOVERY GROUP- DUE 9/17/01**

| | Last Name | First | Middle | Street Address | City | State |
|---|---|---|---|---|---|---|
| 281 | Smith | Le'Jon | | 748 Terrace Street | New Sarpy | LA |
| 282 | Smith | Shelia | | 712 Van Lane | New Sarpy | LA |
| 283 | Smith | Shirley | | 997 E. Hoover St. | New Sarpy | LA |
| 284 | Smith | Luciana | | 807 East Easy | New Sarpy | LA |
| 285 | Smith | Sean | M. | 110 Diamond St. | Norco | LA |
| 286 | Smith | Delwyn | M. | 110 Diamond St. | Norco | LA |
| 287 | Smith | Sydney | | 923 Terrace Street | New Sarpy | LA |
| 288 | Smith | Dontonio | | | | |
| 289 | Smith | DaQuan | R. | P.O. Box 240 | Reserve | LA |
| 290 | Smith | Dorothy | M. | | | |
| 291 | Smith | Henderson | | 629 MayFlower Ct. | LaPlace | LA |
| 292 | Smith | Dewaynika | | | | |
| 293 | Smith | Dwaynea | Edwardneisha | 222 Meadows Dr | | |
| 294 | Smith | Donna | Marie | 222 Meadows Dr | | |
| 295 | Smith | DeRon | | 219 Diamond Rd | Norco | LA |
| 296 | Smith | Ronald | | 230 Washington Street | Norco | LA |
| 297 | Stewart | Leona | | | | |
| 298 | Stokes | Donald | Sr. | 74 East Street | Norco | LA |
| 299 | Stokes | Donald | Jr. | 79 East Street | Norco | LA |
| 300 | Stokes | Donette | La Nae | 79 East Street | Norco | LA |
| 301 | Tamburello | Evette | | 626 Pine Street | Norco | LA |
| 302 | Tamburello | Salvador | | 626 Pine Street | Norco | LA |
| 303 | Taylor | Chenell | | #2 Windsor St | Laplace | LA |
| 304 | Taylor | Brian | M. | #2 Windsor St | Laplace | LA |
| 305 | Taylor | Kevin | M. | #2 Windsor St | Laplace | LA |
| 306 | Thomas | Penny | Marie | 2413 Cambridge Drive | La Place | LA |
| 307 | Thornton | Jimmie | C. | 5432 Marais St | New Orleans | LA |
| 308 | Toliver | Mary | Louise | | | |
| 309 | Walker | Christina | | | | |
| 310 | Walker | Anthony | | 512 2nd Street | Norco | LA |
| 311 | Walker | Leonard | | 744 E. Macdoo | | |
| 312 | Warren | Ryeisha | T. | 222 Meadows Dr | Destrahan | LA |
| 313 | Warren | Raynea | A. | 222 Meadows Drive | Destrahan | LA |
| 314 | Washington | Lovely | L. | 725 E. Lawson | Destrehan | LA |
| 315 | Washington | Unborn Baby | | 988 Whitlow Court | LaPlace | LA |
| 316 | Washington | Zerick | Wayne | 819 East Harding | New Sarpy | LA |
| 317 | Watkins | Tramell | | 42 East St. | | |
| 318 | Watson | Edward | | 202 East St. | Norco | LA |
| 319 | Watts | Melvin | | 202 East Club Drive Apt H | St. Rose | LA |
| 320 | Williams | Angel | | 218 Ormond Meadows Drive | Destrehan | LA |
| 321 | Williams | Ernest | | 2104 St. Charles Place | La Place | LA |
| 322 | Williams | Marietta | | 218 Ormond Meadows Dr | Destrehan | LA |
| 323 | Wilson | Chandler | | 166 Diamond Rd | Norco | LA |
| 324 | Wilson | Chandler | | 166 Diamond Road | Norco | LA |
| 325 | Wilson | Chandalier | Satina | 166 Diamond Road | Norco | LA |
| 326 | Wilson | Chandsler | S. | 166 Diamond Rd | Norco | LA |
| 327 | Woods | Fabian | II | 819 East Harding | New Sarpy | LA |
| 328 | Young | James | E. | | | |
| 329 | Zeringue | Deville | | 2909 Yorktown Drive | La Place | LA |
| 330 | Zeringue, Jr. | Elton | J | 2909 Yorktown Drive | La Place | LA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "B"<br><br>MAG. (5) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the defendants, AMERICAN COMMERCIAL LINES LLC and AMERICAN COMMERCIAL BARGE LINE LLC will bring on before this Honorable Court the attached Motion to Dismiss for hearing on October 17, 2001 at 9:00 a.m. or as soon thereafter as counsel may be heard.

N0729746.1

Respectfully submitted,

_____
GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent,
  Carrere & Denegre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174
Attorney for Defendants,
American Commercial Lines L.L.C. and
  American Commercial Barge Line L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 28th day of September, 2001.

_____
GLENN G. GOODIER