FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 28 AM 11: 32

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO: 00-0252<br>c/w  00-2967<br>c/w  00-3147<br><br>SECTION "B" (5) |

## MOTION TO CONTINUE CLASS CERTIFICATION HEARING

NOW INTO COURT, through undersigned counsel, comes Orion Refining Corporation, who respectfully requests that this Honorable Court continue the hearing on Class Certification presently scheduled for November 14, 2001. The November 14, 2001, hearing date does not provide sufficient opportunity to conduct the necessary discovery required prior to a determination of the Class Certification issues presented by this case. Additionally, Defendant request that the related deadlines regarding class certification set forth in Section 19 of the Court's Joint Scheduling and Case Management Order also be continued.

DATE OF ENTRY
OCT 0 3 2001

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
Doc.No. 72

Defendant has consulted with counsel for all parties in this class action proceeding and they have no objections to this Motion.

Respectfully submitted:

_____
SIDNEY J. HARDY (1938)
RICHARD A. HOUSTON (25100)
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana  70002
Telephone: (504) 831-0946

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 24 day of September, 2001.

_____
SIDNEY J. HARDY
RICHARD A. HOUSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00–0252<br>c/w   00-2967<br>c/w   00-3147<br><br>SECTION "B" (5) |

### ORDER

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that defendant's Motion to Continue Class Certification Hearing is CONTINUED. The class certification hearing scheduled for November 14, 2001, along with those related deadlines set forth in Section 19 of the Court's Joint Scheduling and Case Management Order are CONTINUED. It is further ordered that the parties shall confer and submit a joint proposed revised list of deadlines which they want continued. A copy of the list of proposed deadlines shall be submitted on disk in wordperfect 6.1 or 8.0 format.

New Orleans, Louisiana, this 1st day of October, 2001.

_____
UNITED STATES DISTRICT JUDGE