

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "B"<br><br>MAG. (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

American Commercial Barge Lines, L.L.C. and American Commercial Barge Line L.L.C. ("Limitation Petitioners") respectfully request leave to file the attached Reply Memorandum to Claimant's Memorandum in Opposition to Petitioners In Limitation's Motion to Dismiss in order to correct misrepresentations contained therein as well as to provide the Court with data upon which it can fully analyze the claims asserted.



DATE OF ENTRY
OCT  3 2001



N0729914.1

Respectfully submitted,

GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174
Attorney for Defendants,
American Commercial Lines L.L.C. and
American Commercial Barge Line L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 28th day of September, 2001.

GLENN G. GOODIER

N0729914.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "B"<br><br>MAG. (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>O R D E R</u>

**Considering the foregoing Motion for Leave to File a Reply Memorandum;**

**IT IS HEREBY ORDERED** that the leave to file the Reply Memorandum is hereby granted.

New Orleans, Louisiana, this 2nd day of October, 2001.

_____
JUDGE

N0730324.1