FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 OCT 10 PM 3:32

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION NO: 00-0252 c/w 00-2967 c/w 00-3147 SECTION "B" (5) |

## MOTION FOR LEAVE OF COURT TO FILE RESPONSE MEMORANDUM

Aaron Brown, et al. respectfully request leave of court, pursuant to Local Rule 7.5E, to file the attached Response to Reply Memorandum to American Commercial Barge Lines, L.L.C. and American Commercial Barge Line, L.L.C. ("Limitation Petitioners") Motion to Dismiss in order to further clarify erroneous assertions made therein.

Respectfully submitted,

THE WILLARD FIRM

_____
WALTER I. WILLARD (Bar No. 2185)
Deer Park, Suite 3A
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921

DATE OF ENTRY
OCT 1 1 2001

Fee _____
Process _____
X Dktd _____
___ CtRmDep
Doc.No. 76

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Memorandum has been served upon all counsel of record by placing a copy of same in the U.S. Mail, postage prepaid on this 9th day of October, 2001.

_____
Walter I. Willard

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "B" (5) |

## ORDER

Considering the foregoing Motion for Leave to file a Reply Memorandum;

**IT IS HEREBY ORDERED** that the leave to file the Reply Memorandum is hereby granted.

New Orleans, Louisiana this 11th day of October, 2001.

_____
JUDGE

_____
Judge, United States District Court