FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 OCT 11  PM 12: 46

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION NO: 00-0252 c/w 00-2967 c/w 00-3147 SECTION "B" (5) |

### RESPONSE TO REPLY MEMORANDUM OF PETITIONERS IN LIMITATION'S MOTION TO DISMISS

Now into court, through undersigned counsel, come Aaron Brown, et al., who oppose the Motion to Dismiss brought by Petitioners in Limitation for the following reasons:

Movers urge two grounds for their Response Memorandum, particularly in effort to correct misrepresentations in claimants' opposition to Motion to Dismiss, and secondly, to provide the court with data upon which the court can fully analyze these claims.

In response to these unmitigated and misleading assertions, claimants urge this honorable court that no party in this proceeding has challenged the viability of the Limitation of Liability Act. As its statutory existence remains viable, claimants are well aware of the legal and procedural framework in which this case arises.

Secondly, claimants in this Limitation Action would not and do not urge the court to handle this proceeding in any manner contrary to law.

Finally, and in all other regards, claimants urge the court to use its vast discretion in effort to bring tenets of judicial economy and efficiency to this proceeding. This,

77

claimants respectfully urge, may be achieved only by court intervention to further construct a discovery vehicle which addresses the particular needs of a case of this complexity and volume within the context of the Limitation of Liability Act.

Respectfully submitted,

THE WILLARD FIRM

_____
WALTER I. WILLARD (Bar No. 2185)
Deer Park, Suite 3A
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Memorandum has been served upon all counsel of record by placing a copy of same in the U.S. Mail, postage prepaid on this 9th day of October, 2001.

_____
Walter I. Willard