FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 OCT 16 PM 2:47

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO: 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "B" (5) |

## MOTION FOR LEAVE OF COURT TO FILE SUPPLEMENTAL OPPOSITION

Aaron Brown, et al. respectfully request leave of court, pursuant to Local Rule 7.5E, to file the attached Supplemental Opposition to American Commercial Barge Lines, L.L.C. and American Commercial Barge Line, L.L.C. ("Limitation Petitioners") Motion to Dismiss.

Respectfully submitted,

THE WILLARD FIRM

_____
WALTER I. WILLARD (La. Bar No. 2185)
Deer Park, Suite 3A
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921

DATE OF ENTRY
OCT 1 8 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION NO:   00-0252 c/w 00-2967 c/w 00-3147 SECTION "B" (5) |

## ORDER

Considering the foregoing Motion for Leave of Court to file Supplemental Opposition;

**IT IS HEREBY ORDERED** that the Motion for Leave to file Supplemental Opposition be granted.

New Orleans, Louisiana this 17th day of October, 2001.

_____
JUDGE