FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 OCT 18 A 8: 25

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "B"<br><br>MAG. (5) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM

American Commercial Lines LLC and American Commercial Barge Line LLC ("Limitation Petitioners") respectfully request leave to file the attached Reply Memorandum to Claimants' Supplemental Opposition filed with this Court on October 16, 2001.

DATE OF ENTRY
OCT 2 2 2001

N0738101.1

Respectfully submitted,

*[signature: Ruth Schuster]*

GLENN G. GOODIER (#06130)
RUTH B. SCHUSTER (# 26506)
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174
Attorney for Defendants,
American Commercial Lines L.L.C. and
 American Commercial Barge Line L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 17th day of October, 2001.

*[signature: Ruth Schuster]*

RUTH B. SCHUSTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "B"<br><br>MAG. (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Leave of Court to File a Reply Memorandum to Claimants' Opposition;

IT IS HEREBY ORDERED that the motion for leave to file a reply be granted.

New Orleans, Louisiana, this 19th day of October, 2001.

_____
JUDGE

N0738101.1                                3