```
                    FILED
              U.S. DISTRICT COURT
             EASTERN DISTRICT OF LA

              2001 NOV -6  AM 8:31

              LORETTA G. WHYTE
                    CLERK
```

MINUTE ENTRY
LEMELLE, J.
October 24, 2001

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., As Owner of the Barge LCD 4907 AND AMERICAN COMMERCIAL BARGE LINE, L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or limitation of Liability | CIVIL ACTION<br><br>NO: 00-0252 c/w<br>00-2967,<br>00-3147<br><br>SEC. "B"(5)<br><br>REF: ALL CASES |

A status conference is scheduled for October 25, 2001 at 3:00 p.m. in the captioned matter. Due to a conflict on the Court's calendar, the Court will continue the conference to another date. Accordingly,

**IT IS ORDERED** that the status conference scheduled for October 25, 2001 at 3:00 p.m. is **CONTINUED** to **December 5, 2001 at 10:00 a.m.**

```
                            _____
                                IVAN L.R. LEMELLE
                            UNITED STATES DISTRICT JUDGE
```

DATE OF ENTRY
NOV 0 6 2001

___Fee_____
___Process____
X /Dktd_____ Ø
  /CtRmDep___
  Doc.No.____ 82