FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 NOV -8 PM 4:52

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
LEMELLE, J.
November 8, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN            CIVIL ACTION
COMMERCIAL LINES, L.L.C.,
As Owner of the Barge LCD 4907 AND   NO: 00-0252 c/w
AMERICAN COMMERCIAL BARGE LINE,          00-2967,
L.L.C., as Charterer and Operator of the Barge   00-3147
LCD 4907, Praying for Exoneration from and/or
limitation of Liability              SEC. "B"(5)

                                     Ref: 00-2967, 00-3147

The plaintiffs' Motion for Class Certification is scheduled for hearing on November 14, 2001. In light of the recent dismissals by this Court and delays in discovery,

**IT IS ORDERED** that the hearing date for the plaintiffs' Motion for Class Certification is **CONTINUED** from November 14, 2001 to **December 19, 2001 at 9:00 a.m.** The Court **WILL** receive oral argument on the motion at that time.

**IT IS FURTHER ORDERED** that if any of the parties has a conflict on this date, he shall confer with all counsel of record regarding their availability on future motion days before seeking a continuance of the December 19th date. The motion shall provide at least two hearing dates on which all counsel are available.

DATE OF ENTRY
NOV 0 9 2001

IVAN L. R. LEMELLE
UNITED STATES DISTRICT JUDGE