

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00–0252<br>c/w   00-2967<br>c/w   00-3147<br><br>SECTION "B" (5) |

### MOTION TO CONTINUE HEARING

NOW INTO COURT, through undersigned counsel, comes defendant, Orion Refining Corporation, who respectfully requests that this Honorable Court continue the hearing on Class Certification currently scheduled for December 19, 2001. Undersigned counsel has been advised by both counsel for St. Charles Parish and counsel for plaintiffs that they have conflicts which preclude them from attending the Class Certification hearing as it is currently scheduled.

Defendant Orion respectfully requests that the Court reschedule the Class Certification hearing for February 20, 2002 at 9:00 a.m. Alternatively, defendant would request that the hearing

DATE OF ENTRY
NOV 1 9 2001



be rescheduled to February 6, 2002. Undersigned counsel has conferred with both counsel for St. Charles Parish and counsel for plaintiffs, who indicate they are available on both dates.

Respectfully submitted:

SIDNEY J. HARDY (1938)
RICHARD A. HOUSTON (25100)
CAMPBELL, McCRANIE, SISTRUNK,
    ANZELMO & HARDY
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 15th day of November, 2001.

SIDNEY J. HARDY
RICHARD A. HOUSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00–0252<br>c/w   00-2967<br>c/w   00-3147<br><br>SECTION "B" (5) |

## ORDER

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that the hearing date for the Plaintiffs' Motion for Class Certification is **CONTINUED** from December 19, 2001 to February _6_, 2002 at 9:00 a.m. The Court **WILL** receive oral argument on the motion at that time.

New Orleans, Louisiana, this _16th_ day of _November_, 2001.

_____
UNITED STATES DISTRICT JUDGE