

MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 15, 2001

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., ETC. | CIVIL ACTION |
| VERSUS | NUMBER: 00-252 & cons. cases |
| | SECTION: "B"(5) |
| | REF: ALL CASES |

    A status conference was conducted in the above matter this date.

    PRESENT:  Glenn Goodier, Ruth Schuster, Walter Willard

    Defendant has agreed to furnish plaintiff with a diskette containing the names and addresses of all of the claimants who filed forms with the Court.  Plaintiff sought that this diskette be in a format which could be altered in order to allow for the printing of mailing labels therefrom.  Defendant argued that



DATE OF ENTRY
NOV 21 2001

providing plaintiff with readily convertible information is not its responsibility.

The Court opines that defendant's obligation to provide information is met by the furnishing of the diskette containing all the information pertaining to name and last known address. If this diskette is not in the format which is usable for printing of mailing labels, plaintiff will simply have to utilize other methods for generating those labels.

Since plaintiff will have a comprehensive list of all claimants together with their last known addresses, plaintiff may furnish information to defendant on a "rolling" basis, provided that information for at least 300 people is provided each month. In the event that information for 300 people is not provided for any given month, the names of the individuals who plaintiff attempted to contact to make up those 300 people shall be given to defendant so that appropriate motions may be filed with the Court.

                                              _____
                                              ALMA L. CHASEZ
                                              UNITED STATES MAGISTRATE JUDGE