```
                                              FILED
                                        U.S. DISTRICT COURT
                                      EASTERN DISTRICT OF

                                      2001 DEC -3 PM 3:

                                       LORETTA G. WHYTE
                                              CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
NOVEMBER 30, 2001

              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN         CIVIL ACTION
COMMERCIAL LINES, L.L.C., ETC.

VERSUS                                   NUMBER: 00-252
                                                      & cons. cases

                                                      SECTION: "B"(5)

                                                      REF: ALL CASES

      The status conference scheduled for January 22, 2002 in the above matter is hereby **RESCHEDULED** for February 6, 2002 at 2:00 p.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

                                                ALMA L. CHASEZ
                                  UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
DEC 0 4 2001

Fee _____
Process _____
X / Dktd _____
_ / CtRmDep _____
Doc.No. 90