

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 DEC 17 AM 8:29

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO: 00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "B" (5) |

## MOTION TO ADOPT PROPOSED CLASS REPRESENTATIVES AND INCORPORATED MEMORANDUM

MAY IT PLEASE THE COURT:

Movers, claimant/petitioners in the suit of Aaron Brown, et al. v. American Commercial Lines, LLC ("ACL"), American Commercial Barge Line, LLC. ("ACBL"), Orion Refining Corporation, and St. Charles Parish Waterworks Department, case no. 00-3147, now consolidated with the matter of Margie Richard, et al v. ACL, ACBL, Orion Refining Corporation, and St. Charles Parish Waterworks Department, case no. 00-2967, now proceed pursuant to court order of December 7, 2001, to adopt as the representative claimant/petitioners for all putative class members, those claimant/petitioner representatives in the case of Margie Richard, et al., substituting these petitioners for previously named petitioners, Aaron Brown, et al v. ACL, ACBL, Orion Refining Corporations, and St. Charles Parish Waterworks Department.

WHEREFORE, claimant/petitioners request that the court adopt the proposed class representatives' names in Civil Action No. 00-2967.

DATE OF ENTRY
DEC 17 2001

Fee_____
Process____
X/Dktd____
✓ CtRmDep____
Doc. No.____

Respectfully submitted,

*Walter I. Willard*
WALTER I. WILLARD (Bar No. 2185)
Deer Park, Suite 3A
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served upon all counsel of record by placing a copy of same in the U.S. Mail postage prepaid on this 14th day of December, 2001.

*Walter I. Willard*
Walter I. Willard

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION NO:   00-0252 c/w 00-2967 c/w 00-3147 SECTION "B" (5) |

## ORDER

Considering the foregoing Motion to Adopt Proposed Class Representatives;

**IT IS HEREBY ORDERED** that petitioners' Motion to Adopt Proposed Class Representatives for all putative class members in the suit of Aaron Brown, et al. v. ACL, ACBL, Orion Refining Corporation, and St. Charles Parish Waterworks Department, case no. 00-3147, substituting those petitioner representatives in the case of Margie Richard, et al, case no. 00-2967, be granted.

New Orleans, Louisiana this 17th day of December, 2001.

_____
JUDGE