```
                                            FILED
                                        U.S. DISTRICT COURT
                                       EASTERN DISTRICT OF LA

                                       2001 DEC 18 PM 1:52

                                        LORETTA G. WHYTE
                                             CLERK
```

**MINUTE ENTRY**
**LEMELLE, J.**
**17 DECEMBER 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IT IS ORDERED** that the below listed Section "B" cases are permanently reallotted to Judge Kurt D. Engelhardt, Section "N" of this Court, effective December 17, 2001.

**CRIMINAL ACTION CASE:**

**01-235 - United States of America v. Allen Richardson**
(PTC 01/31/02 @ 4:00 pm; JT 02/19/02 @ 8:30 am)

**CIVIL ACTION CASES:**

**00-0252 c/w 00-2967 & 00-3147 - IN RE: American Commercial Lines, LLC, et al**
(PTC 07/18/02 @ 2:00 pm; JT 08/12/02 @ 8:30 am)

**01-0078 - Thomas A. Wall, et al v. MN Mining & Mfg. Co.**
(No dates set)

**01-0940 c/w 01-1150 - Thyssen, Inc. v. M/V Nobility, et al**
(PTC 08/13/02 @ 2:00 pm; NJT 08/26/02 @ 9:00 am)

**01-3061 - Jerry Ohler v. Cleggett-Lucas, et al**
(Motion to Remand set 01/09/02 @ 9:00 am)

**REALLOTTED TO SECT. N**

DATE OF ENTRY DEC 1 8 2001

Fee ____
Process ____
X Dktd ____
___ CtRmDep ____
___ Doc.No. 99