FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 DEC 19 PM 4: 31

LORETTA G. WHYTE
CLERK

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION NO:    00-0252 c/w 00-2967 c/w 00-3147 SECTION "N" |

## MOTION WITH INCORPORATED MEMORANDUM TO EXTEND DISCOVERY RESPONSE TIME

Now into court, through undersigned counsel, come Margie Richard, et al., who request this court to extend the United State District Judge Ivan Lemelle's court-ordered December 19, 2001 discovery delay time, pursuant to Rule 6 of the Federal Rules of Civil Procedure, for the following reasons:

At issue in this Motion and Memorandum to Extend Discovery Response Time thereto is the court ordered December 19, 2001 extension for discovery group responses listed in Petitioner in Limitation's Exhibit "D" and Exhibit "F". (*See Notice of Order and Judgments filed December 5, 2001 Exhibit "A"*).

In bringing the Motion, plaintiff/movants would urge, first, that the court extend the discovery group's response time in order to clarify the proper designation of the affected claimants in Exhibit "D". Since Exhibit "D" is a list of plaintiff/claimants returned envelopes filed timely, there is no reasonable justification or need for an extension of those claimants that already timely filed Claim Forms. Plaintiff/movants instead request an extension for those claimants who had missing addresses and/or did

not timely file, such as those claimants listed in Petitioner in Limitation's Exhibit "A", Exhibit "E", and Exhibit "F" as already previously included in the December 5, 2001 court order (*See Exhibit "A"*).

Although claimant/movers are very appreciative for the court's intervention in granting the additional response time, the plaintiff/claimants find that the granting of additional time for those claimants who timely filed Claim Forms listed in Exhibit "D" not necessary.

For these reasons, claimants pray that the following relief will be considered by this honorable court: that the December 19, 2001 court ordered discovery responses be extended to allow clarification of the court order itself for all affected claimants listed on Exhibit "D" and that instead an extension be granted to those claimants who had missing addresses and/or did not timely file Claim Forms.

Respectfully submitted,

THE WILLARD FIRM

*Walter I. Willard*
WALTER I. WILLARD (Bar No. 2185)
Deer Park, Suite 3A
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion and Incorporated Memorandum has been served upon all counsel of record by placing a copy of same in the U.S. Mail, postage prepaid on this 19th day of December, 2001.

Walter I. Willard

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION NO:   00-0252 c/w 00-2967 c/w 00-3147 SECTION "B" (5) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that plaintiff/movers, now bring on before this Honorable Court, the underlying Motion and Incorporated Memorandum to Extend the Discovery Response Time for hearing on January 9, 2002 at 9:30 a.m., or as soon thereafter as counsel may be heard.

THE WILLARD FIRM

Respectfully submitted,

_____
WALTER I. WILLARD, (Bar No. 2185)
Deer Park, Suite 3A
10555 Lake Forest Boulevard
New Orleans, Louisiana 70127
Telephone: (504) 244-9922
Telefax: (504) 244-9921
Counselors for the Claimants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "B" (5) |

## ORDER

Considering the Motion and Incorporated Memorandum to Extend the Discovery Response Time brought by the plaintiff/movants, the court rules as follows:

The court grants the Motion and hereby orders that the December 19, 2001 court ordered discovery response deadline be extended to allow those claimants with missing addresses and/or untimely filed Claim Forms to file claims with the court pursuant to FRCP 6.

New Orleans, Louisiana this _____ day of _____, 2001.

_____
Judge, United States District Court

# United States District Court
# Eastern District of Louisiana



## Notice of Orders or Judgments
### Fed. R. Civ. P. 77(d)
### Fed. R. Crim. P. 49(c)

12/07/01

**Date:**

**To:** Walter I. Willard
The Willard Firm
10555 Lake Forest Blvd. Suite 3A
New Orleans, LA 70127

Re: Case Number: 2:00-cv-00252          Document Number: 92

If this fax cannot be delivered as addressed,
please call (504) 589-7654.

Number of pages including cover sheet: 5

Please visit our Web site at www.laed.uscourts.gov
Motion dates are now available on our web site.

**** NOTICE: Attached is an Official Announcement from the Clerk ****


Exhibit "A"




```
                FILED
         U.S. DISTRICT COURT
         EASTERN DISTRICT OF LA

         2001 DEC -7 AM 10:51

         LORETTA G. WHYTE
                CLERK
```

**MINUTE ENTRY**
**LEMELLE, J.**
**December 5, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., As Owner of the Barge LCD 4907 AND AMERICAN COMMERCIAL BARGE LINE, L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO: 00-0252<br>c/w 00-2967, 00-3147<br><br>SEC. "B"(5)<br><br>REF: ALL CASES |

On this date, the Court held a status conference in this matter with the following counsel in attendance: Glenn G. Goodier for the petitioner/defendant vessel, Walter I. Willard and Randal L. Gaines for the claimants/plaintiffs, and Alan A. Zaunbrecher and Sidney J. Hardy for the other defendants. The following items were discussed and **ORDERED**:

(1) St. Charles Parish's Motion to Dismiss (Rec. Doc. No. 52) is **Granted in part and Denied in part** for the reasons articulated in this Court's Order and Reasons entered on November 26, 2001 (Rec. Doc. No. 89).

```
DATE OF ENTRY
  DEC - 7 2001
```

```
Process_____
Dktd_____
CtRmDep_____
Doc.No._____72
```

(2)  The petitioner and defendants' claim that the portions of their motions to dismiss, which sought to bar the claims of certain putative class members identified in Exhibits "D" and "F" to the Petitioner's Motion to Dismiss (Rec. Doc. No. 48) who failed to timely submit claim forms were not completely resolved in the Order and Reasons entered on November 26, 2001 (Rec. Doc. No. 89). For the reasons stated in the Order and Reasons, that those portions of the motions are **DENIED**. The putative claimants identified in Exhibits "D" and "F" to the Petitioner's Motion to Dismiss will not be dismissed provided that the claim forms are submitted, consistent with all other provisions of the Magistrate Judge's and this Court's orders, no later than **December 19, 2001.**

(3) The court will not order counsel for the defendants or vessel to reformat disks, containing address information regarding the putative claimants, which were generously provided to the plaintiffs in the absence of any court obligation. The plaintiffs are not entitled to rely on other parties to do their work.

(4) Counsel for Civil Action No. 00-3147 shall file **within seven days of entry of this order**, a motion to adopt the proposed class representatives named in Civil Action No. 00-2967.

(5) The Court is not inclined at this juncture to continue the hearing on the Motion to Certify Class set for **February 6, 2002**. The parties must be able to make a showing that they have conducted substantial discovery (especially *via* depositions) on the class

2

certification issue before this Court will entertain a motion to continue. If this threshold is satisfied, any such motion shall be filed on an expedited basis.

(6) Adults may include on their claim forms information regarding their **minor** children. Children aged 18 and over as well as other adults living in a household shall complete a separate claim form. Nevertheless, the information for the minor children shall be complete information as requested on the form. The plaintiffs have until **January 5, 2002** to correct deficiencies regarding multiple claimants on the same claimant form. Any disputes regarding whether a particular claim form is deficient shall be directed to the assigned Magistrate Judge.

(7) The parties shall continue to pursue amicable resolution of this matter. A joint letter explaining the status of settlement efforts shall be submitted to chambers no later than **January 25, 2002.**

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

3