

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w  00-2967<br>c/w  00-3147<br>SECTION "N"<br><br>MAG. (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO DISMISS CLAIMANTS FAILING TO PRODUCE DISCOVERY BY DECEMBER 1, 2001

**NOW COMES** Petitioners in Limitation who move this Court for an Order dismissing, with prejudice, the claims of those claimants listed on Exhibit "B" to the memorandum filed in support of this motion for failing to timely respond to discovery and for violating the orders of Judge Lemelle and Magistrate's Chasez.

N0762406.1

The reasons that this Court should dismiss all of these claimants and award sanctions is more fully set forth in the memorandum filed in support of this motion.

Respectfully submitted,

_____
GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone:(504) 582-8174
Attorney for Defendants,
American Commercial Lines L.L.C. and
American Commercial Barge Line L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this /9th day of December, 2001.

_____
GLENN G. GOODIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w  00-2967<br>c/w  00-3147<br>SECTION "N"<br><br>MAG. (5) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STATEMENT OF MATERIAL FACTS NOT AT ISSUE

1. Two thousand, three hundred ninety-nine claimants timely filed a claim in this Limitation.

2. Petitioners in Limitation propounded Interrogatories and Requests for Production of Documents to all 2,399 claimants on June 9, 2000.

3. To this day, no claimant has responded to that discovery.

4. Magistrate Chasez ordered that discovery propounded to 330 claimants by Limitation Petitioners be answered by a minimum of 300 claimants by September 17, 2001.

N0706404.1

5. Claimants not responding to discovery by September 17, 2001 were given an extension of time within which to respond until December 1, 2001.

6. Those claimants listed on Exhibit "B" to the memorandum filed in support of this motion did not respond to discovery by December 1, 2001.

Respectfully submitted,

_____
GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone:(504) 582-8174
Attorney for Defendants,
American Commercial Lines L.L.C. and
American Commercial Barge Line L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this ___20___ day of December 2001.

_____
GLENN G. GOODIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>No. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N"<br><br>MAG. (5) |

### MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CLAIMANTS FAILING TO RESPOND TO DISCOVERY BY DECEMBER 1, 2001

American Commercial Lines L.L.C. and American Commercial Barge Line L.L.C., as owner and charter respectively of the barge LCD 4907 (hereinafter jointly referred to as "Limitation Petitioners") filed a Complaint for exoneration from and/or limitation of liability in the United States District Court for the Eastern District of Louisiana, bearing Civil Action No. 00-0252 arising out of an oil spill which occurred on June 12, 2000 at the Orion Refining Corporation dock located in Norco, Louisiana. Thus far, this case has involved an arduous process of unjustifiable discovery delays which have been prejudicial to Petitioners in Limitation.

I.  **Background**

The discovery delays in this case commenced nineteen months ago. Limitation Petitioners propounded Interrogatories and Requests for Production of Documents to Claimants on June 9, 2000. Approximately 11 months after discovery was propounded, no Claimant had responded or filed objections to discovery. After numerous attempts to resolve the matter, Limitation Petitioners filed a Motion to Compel on May 4, 2001. Magistrate Chasez heard the Motion to Compel and

N0763874 1

issued a Minute Entry on May 24, 2001 providing a Court Approved Claim Form to be delivered to all Claimants no later than June 1, 2001. Thereafter, Magistrate Chasez ordered Claimants to respond to discovery propounded by Limitation Petitioners. Magistrate Chasez's Order ordered Limitation Petitioners to provide a list of 330 names and addresses for initial discovery. That list is attached hereto as Exhibit A. Counsel for Claimants was ordered to provide discovery to Limitation petitioners for 300 of the listed individuals on or before September 17, 2001.

The September deadline passed and Claimants failed to respond to discovery in accordance with the Magistrate's Order. Therefore, Limitation Petitioners filed a Motion to Dismiss those Claimants who did not respond to discovery. On November 26, 2001, Judge Lemelle entered an Order granting Claimants who had failed to produce discovery on or before September 17, 2001, an extension of time within which to produce discovery through December 1, 2001. Thereafter, counsel for Claimants was dissatisfied with the two and on-half month extension of time within which to gather discovery and filed a Motion for an Extension of Time which was denied by this Honorable Court on December 6, 2001.

The time for filing discovery in accordance with the Orders of Judge Lemelle and Magistrate Chasez has expired and Limitation Petitioners move that claimants who failed to return discovery in accordance with Magistrate Chasez's Order should be dismissed from this case with prejudice.

## II.    Claimants Failing to Respond to Discovery Should be Dismissed

Exhibit B attached hereto contains a list of the 213 Claimants who failed to respond to discovery by December 1, 2001.[1] Limitation Petitioners have been waiting for discovery for over

---

[1] Limitation Petitioners reserve their rights to object to the incomplete and insufficient responses of those Claimants listed in Exhibit A which are not the subject of this motion.

N0763874.1

one and a half years, and have been unable to assess the exact nature of the claims asserted against them as a result. The delays caused by the failure of these claimants to respond to the Court ordered discovery in violation of the Magistrate's Order warrants dismissal pursuant to F.R.C.P. 37. This Court has the discretion to dismiss the case with prejudice under F.R.C.P. 37(b)(2)(C) which states:

> ... If a party fails to obey an order entered under Rule 26(f), the court in which the action is pending may make such order in regard to the failure as are just, and among others the following ... dismissing the action or proceeding or any part thereof or rendering a judgment by default against the disobedient party. ...

See Coane v. Ferrara Pan Candy Co., 898 F.2d 1030 (5th Cir. 1990); Prince v. Poulos, 876 F.2d 30 (5th Cir. 1989); Reed v. Commercial State Bank of El Campo, 861 F.2d 1381 (5th Cir. 1988); Dendinger v. First National Corp., 1992 WL 21742 (E.D. La. 1992); Technical Chemical Co. v. Ig-Lo Products Corp., 812 F.2d 222 (5th Cir. 1987); and Truck Treads, Inc. v. Armstrong Rubber Co., 818 F.2d 427 (5th Cir. 1987).

In this case, there is a clear record of delay on the part of claimants and no valid reason for such delay has been given. Such delay is unwarranted and subject to the sanction of dismissal with prejudice by this Court. Tszker v. Alinentco, Inc., 1993 WL 70478 (E.D. La. 1993); Taylor v. Lavergne, 1999 W.L. 179346 (Ed. La. 1999)(Rule 37(d) permits the district court to dismiss an action when a party fails to answer Interrogatories or provide Responses to Request for Production).

Where the Court had issued previous discovery orders which the party intentionally disregarded without indicating that they were confused by the orders or unable to comply, the Fifth Circuit has upheld dismissal with prejudice, agreeing that lesser sanctions would be futile. Bluitt v. Arco Ken Co, 777 F.2d 188, 190 (5th Cir. 1985); See also Larson v. Scott, 157 F. 3d 1030 (5th Cir. 1998) (upholding district court's dismissal for failure to prosecute when Magistrate specifically

warned failure to comply with the Court Order might result in dismissal); <u>Truck Treads, Inc. v. Armstrong Railroad Co.</u>, 818 F.2d 427 (5th Cir. 1987) (upholding dismissal with prejudice where counsel acted with bad faith and contumacious conduct in failing to respond to Court's Order to comply with discovery requests which included express warning of sanction); <u>Kabbe v. Rotan Mosle, Inc.</u>, 752 F.2d 1083 (5th Cir. 1985) (upholding dismissal with prejudice where plaintiff received notice of deposition on three occasions and failed to appear, and district court specifically cautioned him that sanction would be used).

Thus, the sanction of dismissal is warranted in cases where the record reflects deliberate, repeated refusals to comply with discovery requests. <u>Bonaventure v. Butler</u>, 593 F.2d 65 (5th Cir. 1979); <u>See</u> also <u>Jones v. Louisiana State Bar Association</u>, 602 F.2d 94 (5th Cir. 1979); <u>Factory Air Conditioning Corp. v. Westside Toyota, Inc.</u>, 579 F.2d 334 (5th Cir. 1978) (buyer's failure to furnish answers to Interrogatories despite attorney's repeated request and despite having been put on notice that the Court was not going to tolerate further delay warranted dismissal of counterclaim and Entry of Judgment for seller); <u>In re: Liquid Carbonic Truck Driver's Chemical Poisoning Litigation, MVL Docket No. 252, v. Turner</u>, 580 F.2d 819 (5th Cir. 1978) (federal court did not abuse discretion in dismissing a case as to certain plaintiffs in view of the record showing that such plaintiffs refused to respond to discovery ordered, seriously prejudicing defendant in preparation of the case, showing callous disregard of court orders by such plaintiffs, and repeated failure to timely complete answers to Interrogatories).

While the Court had considered the sanction of dismissal to be harsh, such consideration should not be used to protect willful or bad faith non-compliance with a court order as the Supreme Court has indicated in <u>National Hockey League v. Metropolitan Hockey Club</u>, 427 U.S. 639 (1976)

N0763874.1

where the Court upheld a decision dismissing a case for repeated failure to timely answer written interrogatories. The Court quoted:

> After seventeen months where crucial interrogatories remain substantially unanswered despite numerous extensions granted at the eleventh hour and, in many instances, beyond the eleventh hour, and not withstanding several admonitions by the court and promises and commitments by the plaintiffs, the court does conclude that the conduct of the plaintiffs demonstrates the callous disregard of the responsibilities counsel owe to the court and to their opponents. The practices of the plaintiff exemplify flagrant bad faith when after being expressly directed to perform an act by a date certain . . . they failed to perform and compounded that non-compliance by waiting until five days afterwards before they filed any motions. Moreover, this action was taken in the face of warnings that their failure to provide certain information could result in the imposition of sanctions under Federal Rule of Civil Procedure 37. If the sanction of dismissal is not warranted by the circumstances of this case, then the Court can envisage no set of facts whereby that sanction should ever be applied.

Id. at 427 U.S. at 640-641.

Therefore, over-leniency is to be avoided where it results in inadequate protection of discovery rights. Diaz v. Southern Drilling Corporation, 427 F.2d 118 (5th Cir. 1970); In Re Liquid Carbonic Truck Driver's Chemical Poisoning Litigation, NVL Docket No. 252 v. Turner, 580 F.2d 819 (5th Cir. 1978); Emerick v. Fenick Industries, Inc., 539 F.2d 1379 (5th Cir. 1976) (when a defendant demonstrates flagrant bad faith and callous disregard of its discovery responsibilities, the district court's choice in sanction is not an abuse of discretion).

## **CONCLUSION**

The record of delay in this case is clear where Claimants have repeatedly failed to comply with the Courts' Orders. Claimants have refused to respond to discovery after numerous extensions of time and other assistance was granted by the Court. The contumacious conduct and delays

N0763874.1

presented by Claimants in this case frames the purpose of FRCP 37 and warrants dismissal of claims of those Claimants who have repeatedly failed to respond to Court ordered discovery. A lesser sanction has proven to be futile and has caused an undue burden, administrative costs, and unnecessary expense on this Court and on Limitation Petitioners. Further delay, without the sanction of dismissal with prejudice, violates Limitation Petitioners rights in the discovery process.

Accordingly, Limitation Petitioners move this Honorable Court to grant this Motion to Dismiss with Prejudice those Claimants in Exhibit "B" for failure to respond to discovery as ordered by the Magistrate and Judge Lemelle by December 1, 2001 in violation of this Court's Order of November 26, 2001. Limitation Petitioner's further move for an award of court costs and attorney's fees incurred as a result of failure to respond to discovery.

Respectfully submitted,

GLENN G. GOODIER (#06130)
RUTH B. SCHUSTER (#26506)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8438
Attorneys for Defendants:
American Commercial Lines L.L.C. and
American Commercial Barge Line, L.L.C.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 20th day of December, 2001.

GLENN G. GOODIER

N0763874.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN<br>COMMERCIAL LINES LLC as<br>Owner of the Barge LCD 4907<br>and AMERICAN COMMERCIAL<br>BARGE LINE LLC as Charterer and<br>Operator of the Barge LCD 4907,<br>Praying for Exoneration from and/or<br>Limitation of Liability | CIVIL ACTION<br><br>No. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N"<br><br>MAG. (5) |

NOTICE OF HEARING

PLEASE TAKE NOTICE that defendants, American Commercial Lines L.L.C. and American Commercial Barge Line L.L.C. will bring on before this Honorable Court, the attached Motion to Dismiss Certain Claims against Limitation Petitioners, American Commercial Lines L.L.C. for hearing on January 9, 2001 at 9:30 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

GLENN G. GOODIER (#06130)
RUTH B. SCHUSTER (#26506)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8438
Attorneys for Defendants:
American Commercial Lines L.L.C. and
American Commercial Barge Line, L.L.C.

N0763874.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 20th day of December, 2001.

                                                    GLENN G. GOODIER

N0763874.1

# FIRST DISCOVERY GROUP- DUE 9/17/01

| # | LAST NAME | FIRST NAME | MIDDLE |
|---|---|---|---|
| 1 | Adams | Darrius | T. |
| 2 | Albert | Junius | Jr. |
| 3 | Albert | Junius | Sr |
| 4 | Alexander | Kevin | J., Sr. |
| 5 | Alexander | Kevin | Jr. |
| 6 | Anderson | Lakeshia | |
| 7 | Anderson | Veronica | |
| 8 | Antione | Brenda | |
| 9 | Arceneaux | Dionne | |
| 10 | Arceneaux | Patrick | |
| 11 | Arlie | Leatrice | W. |
| 12 | Atsina | Karen | |
| 13 | Augillard | Yolanda | |
| 14 | Austin | Walter | |
| 15 | Austin | Waltrey | |
| 16 | Bailey | Sherman | |
| 17 | Banks | Junius | Jr. |
| 18 | Bennett | Lesia | |
| 19 | Bergeron | Albert | |
| 20 | Bias | Bre'Oana | |
| 21 | Bias | Eric | Sr. |
| 22 | Bias | Nicole | |
| 23 | Bias | Rose | O. |
| 24 | Blackmore | Steve | |
| 25 | Bodnar | Linda | Oddo |
| 26 | Bodnar | Ronald | |
| 27 | Borne | Tre' | A. |
| 28 | Borne | Trevon | A |
| 29 | Breaux | Akira | |
| 30 | Bridges | Alexis | M. |
| 31 | Bridges | Alincia | M. |
| 32 | Bridges | Ashley | |
| 33 | Bridges | Montel | |
| 34 | Briscoe | Janaica | |
| 35 | Briscoe | Javen | |
| 36 | Briscoe | Wayne | |
| 37 | Brown | Dondre' | Darnell, Sr. |
| 38 | Brown | Dwayne | A. |
| 39 | Brown | Gladys | L |
| 40 | Brown | Joshua | V. |
| 41 | Brown | Lawrance | |
| 42 | Brown | Rosa | Lee |
| 43 | Brown | Stacey | M. |
| 44 | Bruce | Ellis | |
| 45 | Bryant | Sclonda | |
| 46 | Burks | Diondra | |
| 47 | Burrell | Karen | |
| 48 | Campbell | Davin | Sr. |
| 49 | Carter | Annie | |
| 50 | Charles | Perry | J. |
| 51 | Charles | Trishan | J. |
| 52 | Charles | Wayland | Jr. |
| 53 | Chopin | Branette | |
| 54 | Chopin | Daniel | A. |
| 55 | Chopin | Dantirio | |
| 56 | Chopin | Darius | |
| 57 | Chopin | Donovan | |
| 58 | Cojoe | Raeven | T. |
| 59 | Cojoe | Raeyen | T. |
| 60 | Coleman | Clayton | |
| 61 | Coleman | Eddie | |
| 62 | Coleman | Katrina | |
| 63 | Coleman | Kendrelle | |
| 64 | Coleman | Mae | |
| 65 | Coleman | Mary | |
| 66 | Coler | Aaron | |
| 67 | Common | Secret | D |
| 68 | Counsel | Kevin | Jr. |
| 69 | Creecy | Cynthia | J. |
| 70 | Cummings | Estella | |
| 71 | Daigle | Eleanor | R. |
| 72 | Daks | William | |

- 1 -


EXHIBIT A

**FIRST DISCOVERY GROUP- DUE 9/17/01**

| # | Last | First | Middle |
|---|---|---|---|
| 73 | Daniels | Keshana | R. |
| 74 | Darensburg | Yolanda | |
| 75 | Davis | Imani | |
| 76 | Dees | Laverne | |
| 77 | Deggs | Albertha | |
| 78 | Deggs | Tre' | N. |
| 79 | Deggs | Troy | |
| 80 | Dewey | Benjamin | |
| 81 | Diaz | Ana | M. |
| 82 | Diaz | Delvis | A. |
| 83 | Dixon | Shontell | |
| 84 | Dorsey | Barbara | |
| 85 | Dorsey | Earl | |
| 86 | Dorsey | LaTasha | |
| 87 | Doss | Khalfani | J. |
| 88 | Douglas | Lloyd | |
| 89 | Douglas | Loretta | B. |
| 90 | Douglas | Melvin | |
| 91 | Douglas | Veronica | |
| 92 | Duhe | Jamarr | |
| 93 | Duhe | Karen | |
| 94 | Duhe | Lamarr | |
| 95 | Dunmiles | Terrance | Lewis |
| 96 | Dunn | Barbara | |
| 97 | Early | Donhosea | |
| 98 | Edmond | Gayle | |
| 99 | Edwards | Delores | |
| 100 | Elpheage | Stacie | |
| 101 | Elsworth | Dennis | K |
| 102 | Etienne | Helen | |
| 103 | Eugene | Azondra | Adine |
| 104 | Evans | James | |
| 105 | Everett | Lionel | |
| 106 | Evers | Aline | W. |
| 107 | Fagan | Karlanda | |
| 108 | Favaroth | Chanel | W. |
| 109 | Felton | Tony | |
| 110 | Fenderson | Kendall | |
| 111 | Flowers | Barbara | L. |
| 112 | Flowers | Catina | |
| 113 | Flowers | Cynthia | R. |
| 114 | Flowers | Darrell | Sr. |
| 115 | Flowers | Darrell | |
| 116 | Flowers | Ire'anne | R |
| 117 | Flowers | James | |
| 118 | Flowers | Jamirer | |
| 119 | Flowers | Jasmine | |
| 120 | Flowers | Robert | III |
| 121 | Flowers | Robert | Jr. |
| 122 | Flowers | She'Quita | L. |
| 123 | George | Terrence | Keith |
| 124 | Gibson | Barry | R. |
| 125 | Gomez | Deon | |
| 126 | Gomez | Leon | Jr. |
| 127 | Gooch | Mary | N. |
| 128 | Green | Latanya | Patrice |
| 129 | Grimes | Jermika | |
| 130 | Grimes | Jernika | y |
| 131 | Grimes | Johnneil | E. |
| 132 | Grimes | Johnny | Jr. |
| 133 | Grimes | Johnny | |
| 134 | Grimes | Johntrel | |
| 135 | Grimes | Kenya | Kewanette |
| 136 | Grimes | Tanaka | |
| 137 | Grimes | Tylan | |
| 138 | Grimes | Tyler | |
| 139 | Hart | Keith | Jr. |
| 140 | Hayes | Brandon | D |
| 141 | Hayes | Kayyonna | Nekia |
| 142 | Hill | Cheyney | Shelvin Elaine |
| 143 | Hollins | Jonre | |
| 144 | Hollins | Kristin | |

**FIRST DISCOVERY GROUP- DUE 9/17/01**

| # | Last | First | Middle |
|---|---|---|---|
| 145 | Hollins | Latanya | |
| 146 | Howard | Broderick | R. |
| 147 | Howard | Freddie | |
| 148 | Howard | Isiah | |
| 149 | Howard | Karika | |
| 150 | Howard | Linda | M. |
| 151 | Howard | Lloyd | III |
| 152 | Howard | Lloyd | Jr. |
| 153 | Howard | Sherry | |
| 154 | Ingram | Annie | |
| 155 | Ingram | Frank | Sr. |
| 156 | Ingram | Martha | |
| 157 | Ingram | Marvine | |
| 158 | Ingram | Takeem | |
| 159 | Ingram | Willie | Sr |
| 160 | Jackson | DeLawrance | |
| 161 | Jackson | Graylyn | M. |
| 162 | Jackson | Traveon | M. |
| 163 | James | Craig | |
| 164 | Jenkins | Joiya | |
| 165 | Jenkins | Joy | |
| 166 | Jenkins | Thomas | |
| 167 | Jenkins | Unborn Baby | |
| 168 | Johns | KC | |
| 169 | Johnson | Clever | |
| 170 | Johnson | Gary | Lee, Sr. |
| 171 | Johnson | Kimberly | |
| 172 | Jones | Nathaniel, Jr. | C. |
| 173 | Jordan | Audrey | |
| 174 | Joseph | Devon | |
| 175 | Joseph | Lamont | |
| 176 | Joseph | Oscar | |
| 177 | Kennedy | Diane | |
| 178 | Keys | Jean | |
| 179 | King | Bernice | |
| 180 | King | Stefon | |
| 181 | King | Wyatt | |
| 182 | Knight | Beverly | |
| 183 | Knight | Thaddeus | |
| 184 | LaBranche | Jessie | E. |
| 185 | LaBranche | Murphy | J., Jr. |
| 186 | LaGrue' | Kristopher | |
| 187 | Landry | Kamryn | Tiree |
| 188 | Lawson | Elizabeth | |
| 189 | Layosa | Amber | L. |
| 190 | Layosa | Martin | Ray |
| 191 | Lebaux | Stella | |
| 192 | Lee | Craige | Jr. |
| 193 | Lee | Craige | Sr. |
| 194 | Lee | Donald | |
| 195 | Lewis | Claude | |
| 196 | Lewis | Emmanuel | |
| 197 | Lewis | Joann | |
| 198 | Lewis | Trevine | A. |
| 199 | Logan | Glen | Jr. |
| 200 | Logan | Glen | Sr. |
| 201 | Major | Jermika | Marie |
| 202 | Mashia | Jason | |
| 203 | Mashia | Jordan | |
| 204 | Mashia | Sybil | M. |
| 205 | Mason | Brandi | |
| 206 | Massengale | Michael | J. |
| 207 | Maxon | De'Nae | Denise |
| 208 | McClain | Matilda | |
| 209 | McKnight | Jefferey | |
| 210 | Miller | I'sis | Elijnae' |
| 211 | Miller | James | Jr. |
| 212 | Miller | Jamon | |
| 213 | Mitchell | Norris | |
| 214 | Moliere | Burnell | K. |
| 215 | Moore | Sheila | |
| 216 | Morris | Arthur | III |

**FIRST DISCOVERY GROUP- DUE 9/17/01**

| # | Last | First | Suffix/MI |
|---|---|---|---|
| 217 | Morton | Christopher | |
| 218 | Morton | Gerald | L. |
| 219 | Morton | Robert | Jr. |
| 220 | Morton | Robert | Sr. |
| 221 | Morton | Sheletha | M. |
| 222 | Morton | Shirlene | |
| 223 | Noble | Dione | |
| 224 | Nora | Breione | R. |
| 225 | Norman | Matilda | |
| 226 | Parquet | Jeremy | |
| 227 | Parquet | Kerry | |
| 228 | Payne | Edward | Jr. |
| 229 | Payne | Edward | Sr. |
| 230 | Payne | Elenora | |
| 231 | Payne | Gail | L. |
| 232 | Payne | Johnie | |
| 233 | Payne | Lorraine | |
| 234 | Payne | Margaret | |
| 235 | Payne | Tanganyika | |
| 236 | Payton | Donna | D. |
| 237 | Pedescleaux | Dorothy | |
| 238 | Perkins | Harold | J. |
| 239 | Perrilloux | Taj | |
| 240 | Perry, Jr. | Israel | Jr. |
| 241 | Piper | Jairon | |
| 242 | Pollard | Dameona | |
| 243 | Populis | Freddie | Jr. |
| 244 | Posey | Quenisha | |
| 245 | Pradia | Hardin | |
| 246 | Preston | Roosevelt | Sr |
| 247 | Price | Delores | W. |
| 248 | Quetant | Brian | J. |
| 249 | Quetant | Sean | |
| 250 | Rainey | Terrell | M. |
| 251 | Raphile | Clarence | Jr. |
| 252 | Ratcliff | Jairielle | |
| 253 | Raymond | Christine | Green |
| 254 | Reynaud | Anthony | Keith, Jr. |
| 255 | Richard | Demond | |
| 256 | Richard | Winston | P. |
| 257 | Richardson | Laporsha | |
| 258 | Rideaux | Doris | L. |
| 259 | Riley | Earline | |
| 260 | Robert | Edward | |
| 261 | Robertson | Edward | Sr. |
| 262 | Robertson | Kevin | |
| 263 | Robinson | Angela | |
| 264 | Robinson | Gerald | Jr. |
| 265 | Robinson | Gerald | |
| 266 | Robinson | Geralyn | |
| 267 | Robinson | Gurika | |
| 268 | Robinson | Kiara | |
| 269 | Rybiskie | Walter | |
| 270 | Sampson | Brandent | |
| 271 | Sanborn | Sean | L. |
| 272 | Sanchez | Elsa | |
| 273 | Sanders | Alger | Jr. |
| 274 | Sanders | Woodrick | |
| 275 | Scott | Lakeijah | T |
| 276 | Scott | Lakyron | T |
| 277 | Sherman | Andri | Etta |
| 278 | Sherman | Elizan | |
| 279 | Singleton | Bryan | Jr. |
| 280 | Smith | DaQuan | R. |
| 281 | Smith | Darius | M. |
| 282 | Smith | Delwyn | M. |
| 283 | Smith | DeRon | |
| 284 | Smith | Dewaynika | |
| 285 | Smith | Donna | Marie |
| 286 | Smith | Dontonio | |
| 287 | Smith | Dorothy | M. |
| 288 | Smith | Dwaynea | Edwardneisha |

**FIRST DISCOVERY GROUP- DUE 9/17/01**

| # | Last | First | M. |
|---|---|---|---|
| 289 | Smith | Henderson | |
| 290 | Smith | Le'Jon | |
| 291 | Smith | Luciana | |
| 292 | Smith | Ronald | |
| 293 | Smith | Sean | M. |
| 294 | Smith | Shelia | |
| 295 | Smith | Shirley | |
| 296 | Smith | Sydney | |
| 297 | Stewart | Leona | |
| 298 | Stokes | Donald | Jr. |
| 299 | Stokes | Donald | Sr. |
| 300 | Stokes | Donette | La Nae |
| 301 | Tamburello | Evette | |
| 302 | Tamburello | Salvador | |
| 303 | Taylor | Brian | M. |
| 304 | Taylor | Chenell | |
| 305 | Taylor | Kevin | M. |
| 306 | Thomas | Penny | Marie |
| 307 | Thornton | Jimmie | C. |
| 308 | Toliver | Mary | Louise |
| 309 | Walker | Anthony | |
| 310 | Walker | Christina | |
| 311 | Walker | Leonard | |
| 312 | Warren | Raynea | A. |
| 313 | Warren | Ryeisha | T. |
| 314 | Washington | Lovely | L. |
| 315 | Washington | Unborn Baby | |
| 316 | Washington | Zerick | Wayne |
| 317 | Watkins | Tramell | |
| 318 | Watson | Edward | |
| 319 | Watts | Melvin | |
| 320 | Williams | Angel | |
| 321 | Williams | Ernest | |
| 322 | Williams | Marietta | |
| 323 | Wilson | Chandalier | Satina |
| 324 | Wilson | Chandler | Scott |
| 325 | Wilson | Chandler | |
| 326 | Wilson | Chandsler | S. |
| 327 | Woods | Fabian | II |
| 328 | Young | James | E. |
| 329 | Zeringue | Deville | |
| 330 | Zeringue | Elton | J, Jr. |

- 5 -

**DISCOVERY NOT RECEIVED FROM FIRST DISCOVERY GROUP- DUE 9/17/01**

| # | Last Name | First | Middle |
|---|---|---|---|
| 1 | Albert | Junius | Jr. |
| 2 | Albert | Junius | Sr. |
| 3 | Anderson | Veronica | |
| 4 | Antione | Brenda | |
| 5 | Arceneaux | Dionne | |
| 6 | Arceneaux | Patrick | |
| 7 | Arlie | Leatrice | W. |
| 8 | Augillard | Yolanda | |
| 9 | Bailey | Sherman | |
| 10 | Banks | Junius | Jr. |
| 11 | Blackmore | Steve | |
| 12 | Bodnar | Linda | Oddo |
| 13 | Bodnar | Ronald | |
| 14 | Borne | Tre' | A. |
| 15 | Borne | Trevon | A |
| 16 | Breaux | Akira | |
| 17 | Bridges | Alexis | M. |
| 18 | Bridges | Alincia | M. |
| 19 | Bridges | Ashley | |
| 20 | Bridges | Montel | |
| 21 | Briscoe | Janaica | |
| 22 | Briscoe | Javen | |
| 23 | Briscoe | Wayne | |
| 24 | Brown | Dwayne | A. |
| 25 | Brown | Gladys | L |
| 26 | Brown | Lawrance | |
| 27 | Brown | Stacey | M. |
| 28 | Bruce | Ellis | |
| 29 | Burks | Diondra | |
| 30 | Carter | Annie | |
| 31 | Charles | Perry | J. |
| 32 | Chopin | Branette | |
| 33 | Chopin | Daniel | A. |
| 34 | Chopin | Dantirio | |
| 35 | Chopin | Darius | |
| 36 | Chopin | Donovan | |
| 37 | Coleman | Clayton | |
| 38 | Coleman | Eddie | |
| 39 | Coleman | Katrina | |
| 40 | Coleman | Kendrelle | |
| 41 | Coleman | Mae | |
| 42 | Coleman | Mary | |
| 43 | Coler | Aaron | |
| 44 | Common | Secret | D |
| 45 | Counsel | Kevin | Jr. |
| 46 | Creecy | Cynthia | J. |
| 47 | Daigle | Eleanor | R. |
| 48 | Daks | William | |
| 49 | Daniels | Keshana | R. |
| 50 | Darensburg | Yolanda | |
| 51 | Davis | Imani | |
| 52 | Dewey | Benjamin | |
| 53 | Dixon | Shontell | |
| 54 | Dorsey | Earl | |
| 55 | Douglas | Loretta | B. |
| 56 | Douglas | Melvin | |
| 57 | Douglas | Veronica | |
| 58 | Dunmiles | Terrance | Lewis |
| 59 | Early | Donhosea | |
| 60 | Edmond | Gayle | |
| 61 | Edwards | Delores | |
| 62 | Elpheage | Stacie | |
| 63 | Elsworth | Dennis | K |
| 64 | Etienne | Helen | |
| 65 | Eugene | Azondra | Adine |
| 66 | Evans | James | |
| 67 | Evers | Aline | W. |
| 68 | Fagan | Karlanda | |
| 69 | Fenderson | Kendall | |
| 70 | Flowers | Catina | |
| 71 | Flowers | Darrell | Sr. |
| 72 | Flowers | Darrell | |

- 1 -



**DISCOVERY NOT RECEIVED FROM FIRST DISCOVERY GROUP- DUE 9/17/01**

| # | Last Name | First | Middle |
|---|---|---|---|
| 73 | Flowers | James | |
| 74 | Flowers | Jamirer | |
| 75 | Flowers | Jasmine | |
| 76 | Flowers | She'Quita | L. |
| 77 | George | Terrence | Keith |
| 78 | Gibson | Barry | R. |
| 79 | Gomez | Deon | |
| 80 | Gomez | Leon | Jr. |
| 81 | Green | Latanya | Patrice |
| 82 | Grimes | Kenya | Kewanette |
| 83 | Grimes | Tanaka | |
| 84 | Grimes | Tylan | |
| 85 | Grimes | Tyler | |
| 86 | Hart | Keith | Jr. |
| 87 | Hayes | Brandon | D. |
| 88 | Hayes | Kayyonna | Nekia |
| 89 | Hill | Cheyney | Shelvin Elaine |
| 90 | Hollins | Jonre | |
| 91 | Hollins | Kristin | |
| 92 | Hollins | Latanya | |
| 93 | Howard | Freddie | |
| 94 | Howard | Isiah | |
| 95 | Howard | Karika | |
| 96 | Howard | Linda | M. |
| 97 | Howard | Lloyd | III |
| 98 | Howard | Lloyd | Jr. |
| 99 | Ingram | Marvine | |
| 100 | Jackson | DeLawrance | |
| 101 | Jackson | Graylyn | M. |
| 102 | Jackson | Traveon | M. |
| 103 | James | Craig | |
| 104 | Jenkins | Joiya | |
| 105 | Jenkins | Joy | |
| 106 | Jenkins | Thomas | |
| 107 | Jenkins | Unborn Baby | |
| 108 | Johnson | Clever | |
| 109 | Jones | Nathaniel, Jr. | C. |
| 110 | Jordan | Audrey | |
| 111 | Joseph | Devon | |
| 112 | Keys | Jean | |
| 113 | King | Bernice | |
| 114 | King | Stefon | |
| 115 | King | Wyatt | |
| 116 | Knight | Thaddeus | |
| 117 | LaGrue' | Kristopher | |
| 118 | Landry | Kamryn | Tiree |
| 119 | Layosa | Amber | L. |
| 120 | Lee | Craige | Jr. |
| 121 | Lee | Craige | Sr. |
| 122 | Lee | Donald | |
| 123 | Lewis | Claude | |
| 124 | Lewis | Emmanuel | |
| 125 | Lewis | Joann | |
| 126 | Lewis | Trevine | A. |
| 127 | Logan | Glen | Sr. |
| 128 | Mashia | Jason | |
| 129 | Mashia | Jordan | |
| 130 | Mashia | Sybil | M. |
| 131 | Mason | Brandi | |
| 132 | Massengale | Michael | J. |
| 133 | McClain | Matilda | |
| 134 | McKnight | Jefferey | |
| 135 | Mitchell | Norris | |
| 136 | Moore | Sheila | |
| 137 | Morris | Arthur | III |
| 138 | Morton | Gerald | L. |
| 139 | Noble | Dione | |
| 140 | Nora | Breione | R. |
| 141 | Norman | Matilda | |
| 142 | Parquet | Jeremy | |
| 143 | Parquet | Kerry | |
| 144 | Payne | Edward | Jr. |

**DISCOVERY NOT RECEIVED FROM FIRST DISCOVERY GROUP- DUE 9/17/01**

| # | Last Name | First | Middle |
|---|---|---|---|
| 145 | Payne | Edward | Sr. |
| 146 | Payne | Gail | L. |
| 147 | Payne | Johnie | |
| 148 | Payne | Lorraine | |
| 149 | Payne | Margaret | |
| 150 | Payne | Tanganyika | |
| 151 | Payton | Donna | D. |
| 152 | Perrilloux | Taj | |
| 153 | Perry, Jr. | Israel | Jr. |
| 154 | Piper | Jairon | |
| 155 | Pollard | Dameona | |
| 156 | Populis | Freddie | Jr. |
| 157 | Posey | Quenisha | |
| 158 | Preston | Roosevelt | Sr. |
| 159 | Price | Delores | W. |
| 160 | Quetant | Brian | J. |
| 161 | Quetant | Sean | |
| 162 | Rainey | Terrell | M. |
| 163 | Raphile | Clarence | Jr. |
| 164 | Ratcliff | Jairielle | |
| 165 | Raymond | Christine | Green |
| 166 | Reynaud | Anthony | Keith, Jr. |
| 167 | Richard | Demond | |
| 168 | Richard | Winston | P. |
| 169 | Rideaux | Doris | L. |
| 170 | Robert | Edward | |
| 171 | Robertson | Kevin | |
| 172 | Robinson | Gerald | Jr. |
| 173 | Robinson | Gerald | |
| 174 | Robinson | Geralyn | |
| 175 | Robinson | Gurika | |
| 176 | Rybiskie | Walter | |
| 177 | Sanborn | Sean | L. |
| 178 | Sanders | Alger | Jr. |
| 179 | Sanders | Woodrick | |
| 180 | Scott | Lakeijah | T |
| 181 | Scott | Lakyron | T |
| 182 | Singleton | Bryan | Jr. |
| 183 | Smith | DaQuan | R. |
| 184 | Smith | Darius | M. |
| 185 | Smith | Dewaynika | |
| 186 | Smith | Dontonio | |
| 187 | Smith | Dwaynea | Edwardneisha |
| 188 | Smith | Ronald | |
| 189 | Smith | Shirley | |
| 190 | Smith | Sydney | |
| 191 | Stewart | Leona | |
| 192 | Stokes | Donald | Jr. |
| 193 | Stokes | Donette | La Nae |
| 194 | Taylor | Kevin | M. |
| 195 | Toliver | Mary | Louise |
| 196 | Walker | Christina | |
| 197 | Walker | Leonard | |
| 198 | Warren | Raynea | A. |
| 199 | Warren | Ryeisha | T. |
| 200 | Washington | Lovely | L. |
| 201 | Washington | Unborn Baby | |
| 202 | Washington | Zerick | Wayne |
| 203 | Watson | Edward | |
| 204 | Watts | Melvin | |
| 205 | Williams | Angel | |
| 206 | Williams | Ernest | |
| 207 | Williams | Marietta | |
| 208 | Wilson | Chandalier | Satina |
| 209 | Wilson | Chandler | Scott |
| 210 | Wilson | Chandler | |
| 211 | Wilson | Chandsler | S. |
| 212 | Woods | Fabian | II |
| 213 | Young | James | E. |