FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 DEC 28 PM 4:03

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "B"<br><br>MAG. (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN OPPOSITION TO
## PLAINTIFFS' MOTION TO EXTEND DISCOVERY RESPONSE TIME

Once again, certain of the claimants are asking for more time to respond to discovery after more than 18 months have passed since American Commercial Barge Line LLC's ("ACBL") first discovery was sent to all claimants. These certain claimants have not responded to any discovery despite numerous extensions of time granted by the Court.

This motion by plaintiffs is confusing. On August 13, 2001 ACBL filed a motion to dismiss certain claims against limitation petitioners supported by a memorandum. (See

N0767303 1

motion to dismiss and memorandum attached as Exhibit "1"). ACBL attached various exhibits in support of its motion, several of which came from a database constructed by ACBL for this action.

Exhibit "A" to ACBL's memorandum was a list of all claimants who filed an answer in the limitation proceeding. As is stated in Exhibit "1", ACBL filed discovery to all 2,399 claimants whose names are included on Exhibit "A" and when no answers were forthcoming, a motion to compel was filed.

Magistrate Chasez heard the motion to compel and issued a Minute Entry on May 24, 2001 attaching a Court approved form to be mailed to all claimants with said claim to be returned to the Clerk's Office with a postmark of no later than July 2, 2001. Exhibit "D" to the memorandum is a list of those claimants who did not timely file a claim form. There are 741 claimants who did not file a claim form by the time set by Magistrate Chasez.

In the motion filed by counsel for certain claimants, he states that Exhibit "D" "is a list of plaintiffs/claimants returned envelopes filed timely". Exhibit "D" is not a list of plaintiffs/claimants who returned envelopes filed timely but, as stated above, is a list of claimants who filed no claim forms, as is clearly delineated as the caption of Exhibit "D".

Exhibit "F" to the memorandum is a list of those claimants who filed claim forms but the claim forms were postmarked after the July 2, 2001 deadline sent by the Magistrate.

In this Court's December 5, 2001 Minute Entry, the Court granted those individuals listed on Exhibits "D" and "F" to the memorandum an extension of time through

December 19, 2001 to send in the initial claim form required by the Magistrate's Initial Discovery Order.

There is no confusion here and it is clear that any of the claimants who did not submit a claim form by December 19, 2001 should be dismissed.

Respectfully submitted,

_____
GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone:(504) 582-8174
Attorney for Defendants,
American Commercial Lines LLC and
American Commercial Barge Line LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 28th day of December, 2001.

_____
GLENN G. GOODIER

N0767303.1                                    3