

MINUTE ENTRY
ENGELHARDT, J.
January 3, 2002

               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES,L.L.C., as Owner of the Barge LCD 4907, et al | CIVIL ACTION NO. 00-252 c/w 00-2967 c/w 00-3147 SECTION:"N" |

    The claimants have filed a Request for an Expedited Status Conference regarding the petitioners' three Motions to Dismiss claimants for failing to timely respond to discovery and claimants' Motion to Extend the Discovery Response Times, which motions were filed in the captioned consolidated limitation proceedings, involving approximately two thousand, three hundred ninety-nine claimants, and a complex discovery schedule contemplating claimants' responses scheduled at monthly intervals based timely submissions by petitioners-in-limitation. Considering that judicial efficiency counsels in favor of ensuring that this "behemoth" advance beyond the discovery stage, and place the parties in a position to conclude these

DATE OF ENTRY
JAN - 3 2002

consolidated proceedings *via* settlement or trial on the merits with prompt dispatch,

**IT IS ORDERED** that a status conference be held in chambers before the Honorable Kurt D. Engelhardt, on Thursday, January 10, 2002 at 10:30 AM to discuss the resolution of the petitioners' three Motions to Dismiss, the claimants' Motion to Extend Discovery Response Time, and opposition memoranda filed on behalf of the respective parties, as well as the expeditious advancement of the proceedings to a just conclusion.

UNITED STATES DISTRICT JUDGE