

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN -7 PM 4:42

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO.  00-0252<br>c/w  00-2967<br>c/w  00-3147<br>SECTION "N"<br><br>MAG. (5) |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

## MOTION TO DISMISS CLAIMANTS FAILING TO FILE A COURT APPROVED CLAIM FORM BY DECEMBER 19, 2001

**NOW COMES** Petitioners in Limitation who move this Court for an Order dismissing, with prejudice, the claims of those claimants listed on Exhibit "A" to the memorandum filed in support of this motion for failing to timely respond to discovery and for violating the orders of Judge Lemelle and Magistrate Chasez.

The reasons that this Court should dismiss all of these claimants and award sanctions is more fully set forth in the memorandum filed in support of this motion.

N0763844.1

____Fee_____
____Process_____
_X_ /Dktd _7X2_
____/CtRmDep_____
____Doc.No._708_

Respectfully submitted,

_____

GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone:(504) 582-8174
Attorney for Defendants,
American Commercial Lines L.L.C. and
American Commercial Barge Line L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this 7th day of January, 2002.

_____

GLENN G. GOODIER

N0763844.1                                   2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN | CIVIL ACTION |
| COMMERCIAL LINES LLC as | |
| Owner of the Barge LCD 4907 | No. 00-0252 |
| and AMERICAN COMMERCIAL | c/w 00-2967 |
| BARGE LINE LLC as Charterer and | c/w 00-3147 |
| Operator of the Barge LCD 4907, | SECTION "N" |
| Praying for Exoneration from and/or | |
| Limitation of Liability | MAG. (5) |

### MEMORANDUM IN SUPPORT OF MOTION TO DISMISS CLAIMANTS FAILING TO FILE A COURT APPROVED CLAIM FORM BY DECEMBER 19, 2001

American Commercial Lines L.L.C. and American Commercial Barge Line L.L.C., as owner

and charter respectively of the barge LCD 4907 (hereinafter jointly referred to as "Limitation

Petitioners") filed a Complaint for exoneration from and/or limitation of liability in the United States

District Court for the Eastern District of Louisiana, bearing Civil Action No. 00-0252 arising out of

an oil spill which occurred on June 12, 2000 at the Orion Refining Corporation dock located in

Norco, Louisiana. Thus far, this case has involved an arduous process of unjustifiable discovery

delays which have been prejudicial to Petitioners in Limitation.

N0761158.1

## I.    Background

The discovery delays in this case commenced nineteen months ago.  Limitation Petitioners

propounded Interrogatories and Requests for Production of Documents to Claimants on June 9,

2000.  Approximately 11 months after discovery was propounded, no Claimant had responded or

filed objections to discovery.  After numerous attempts to resolve the matter, Limitation Petitioners

filed a Motion to Compel on May 4, 2001.  Magistrate Chasez heard the Motion to Compel and

issued a Minute Entry on May 24, 2001 providing a court approved claim form to be delivered by

Claimants' counsel to all Claimants no later than June 1, 2001.  The forms were to be filed with the

Court no later than July 2, 2001.  The July deadline passed and many Claimants failed to file claim

forms in accordance with the Magistrate Judge's Order.  Therefore, Limitation Petitioners filed a

Motion to Dismiss those Claimants who did not file.  On December 6, 2001, Judge Lemelle entered

an Order granting Claimants who had failed to file on or before July 2, 2001, an extension of time

through December 19, 2001.  Thereby allowing five and one-half months to complete and file the

simple claim form.  There is no doubt that it was Judge Lemelle's intention to dismiss those who did

not file.

The time for filing claim forms in accordance with the Order's of Judge Lemelle and

Magistrate Chasez has expired and Limitation Petitioners move that claimants who failed file a claim

in accordance with Magistrate Chasez's Order should be dismissed from this case with prejudice.

## II.    Claimants Failing to Respond to Discovery Should be Dismissed

Exhibit A attached hereto contains a list of the 684 Claimants who failed to file the court

ordered claim forms by December 19, 2001.[1] Limitation Petitioners have been waiting for discovery

for over one and a half years, and have been unable to assess the exact nature of the claims asserted

against them as a result. The delays caused by the failure of these claimants to respond to the Court

ordered discovery in violation of the Magistrate's Order warrants dismissal pursuant to F.R.C.P. 37.

This Court has the discretion to dismiss the case with prejudice under F.R.C.P. 37(b)(2)(C) which

states:

> . . . If a party fails to obey an order entered under Rule 26(f), the court
> in which the action is pending may make such order in regard to the
> failure as are just, and among others the following . . . dismissing the
> action or proceeding or any part thereof or rendering a judgment by
> default against the disobedient party. . . .

See Coane v. Ferrara Pan Candy Co., 898 F.2d 1030 (5th Cir. 1990); Prince v. Poulos, 876 F.2d 30

(5th Cir. 1989); Reed v. Commercial State Bank of El Campo, 861 F.2d 1381 (5th Cir. 1988);

Dendinger v. First National Corp., 1992 WL 21742 (E.D. La. 1992); Technical Chemical Co. v. Ig-

Lo Products Corp., 812 F.2d 222 (5th Cir. 1987); and Truck Treads, Inc. v. Armstrong Rubber Co.,

818 F.2d 427 (5th Cir. 1987).

In this case, there is a clear record of delay on the part of claimants and no valid reason for

such delay has been given. Such delay is unwarranted and subject to the sanction of dismissal with

prejudice by this Court. Tszker v. Alinentco, Inc., 1993 WL 70478 (E.D. La. 1993); Taylor v.

Lavergne, 1999 W.L. 179346 (Ed. La. 1999)(Rule 37(d) permits the district court to dismiss an

action when a party fails to answer Interrogatories or provide Responses to Request for Production).

---

[1]Limitation Petitioners reserve their rights to object to the incomplete and insufficient
responses of those Claimants listed in Exhibit A which are not the subject of this motion.

Where the Court had issued previous discovery orders which the party intentionally disregarded without indicating that they were confused by the orders or unable to comply, the Fifth Circuit has upheld dismissal with prejudice, agreeing that lesser sanctions would be futile.  Bluitt v. Arco Ken Co, 777 F.2d 188, 190 (5th Cir. 1985); See also Larson v. Scott, 157 F. 3d 1030 (5th Cir. 1998) (upholding district court's dismissal for failure to prosecute when Magistrate specifically warned failure to comply with the Court Order might result in dismissal); Truck Treads, Inc. v. Armstrong Railroad Co., 818 F.2d 427 (5th Cir. 1987) (upholding dismissal with prejudice where counsel acted with bad faith and contumacious conduct in failing to respond to Court's Order to comply with discovery requests which included express warning of sanction); Kabbe v. Rotan Mosle, Inc., 752 F.2d 1083 (5th Cir. 1985) (upholding dismissal with prejudice where plaintiff received notice of deposition on three occasions and failed to appear, and district court specifically cautioned him that sanction would be used).

Thus, the sanction of dismissal is warranted in cases where the record reflects deliberate, repeated refusals to comply with discovery requests.  Bonaventure v. Butler, 593 F.2d 65 (5th Cir. 1979); See also Jones v. Louisiana State Bar Association, 602 F.2d 94 (5th Cir. 1979); Factory Air Conditioning Corp. v. Westside Toyota, Inc., 579 F.2d 334 (5th Cir. 1978) (buyer's failure to furnish answers to Interrogatories despite attorney's repeated request and despite having been put on notice that the Court was not going to tolerate further delay warranted dismissal of counterclaim and Entry of Judgment for seller); In re: Liquid Carbonic Truck Driver's Chemical Poisoning Litigation, MVL Docket No. 252, v. Turner, 580 F.2d 819 (5th Cir. 1978) (federal court did not abuse discretion in

dismissing a case as to certain plaintiffs in view of the record showing that such plaintiffs refused to respond to discovery ordered, seriously prejudicing defendant in preparation of the case, showing callous disregard of court orders by such plaintiffs, and repeated failure to timely complete answers to Interrogatories).

While the Court had considered the sanction of dismissal to be harsh, such consideration should not be used to protect willful or bad faith non-compliance with a court order as the Supreme Court has indicated in National Hockey League v. Metropolitan Hockey Club, 427 U.S. 639 (1976) where the Court upheld a decision dismissing a case for repeated failure to timely answer written interrogatories. The Court quoted:

> After seventeen months where crucial interrogatories remain substantially unanswered despite numerous extensions granted at the eleventh hour and, in many instances, beyond the eleventh hour, and not withstanding several admonitions by the court and promises and commitments by the plaintiffs, the court does conclude that the conduct of the plaintiffs demonstrates the callous disregard of the responsibilities counsel owe to the court and to their opponents. The practices of the plaintiff exemplify flagrant bad faith when after being expressly directed to perform an act by a date certain . . . they failed to perform and compounded that non-compliance by waiting until five days afterwards before they filed any motions. Moreover, this action was taken in the face of warnings that their failure to provide certain information could result in the imposition of sanctions under Federal Rule of Civil Procedure 37. If the sanction of dismissal is not warranted by the circumstances of this case, then the Court can envisage no set of facts whereby that sanction should ever be applied.

Id. at 427 U.S. at 640-641.

Therefore, over-leniency is to be avoided where it results in inadequate protection of discovery rights. Diaz v. Southern Drilling Corporation, 427 F.2d 118 (5th Cir. 1970); In Re Liquid

Carbonic Truck Driver's Chemical Poisoning Litigation, NVL Docket No. 252 v. Turner, 580 F.2d

819 (5th Cir. 1978); Emerick v. Fenick Industries, Inc., 539 F.2d 1379 (5th Cir. 1976) (when a

defendant demonstrates flagrant bad faith and callous disregard of its discovery responsibilities, the

district court's choice in sanction is not an abuse of discretion).

## CONCLUSION

The record of delay in this case is clear where Claimants have repeatedly failed to comply

with the Courts' Orders.  Claimants have refused to respond to Court ordered discovery by filing

claim forms after numerous extensions of time and other assistance was granted by the Court.  The

contumacious conduct and delays presented by Claimants in this case frames the purpose of FRCP

37 and warrants dismissal of claims of those Claimants who have repeatedly failed to respond to

Court ordered discovery by filing Court Approved Claim Forms.  A lesser sanction has proven to

be futile and has caused an undue burden, administrative costs, and unnecessary expense on this

Court and on Limitation Petitioners.  Further delay, without the sanction of dismissal with prejudice,

violates Limitation Petitioners rights in the discovery process.

Accordingly, Limitation Petitioners move this Honorable Court to grant this Motion to

Dismiss with Prejudice those Claimants in Ex. "A" for failure to file a Court Approved Claim Form

as ordered by the Magistrate and Judge Lemelle by December 19, 2001 in violation of this Court's

Order of December 6, 2001. Limitation Petitioner's further move for an award of court costs and

attorney's fees incurred as a result of failure to respond to discovery.

Respectfully submitted,

GLENN G. GOODIER (#06130)
RUTH B. SCHUSTER (#26506)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana  70170-5100
Telephone: (504) 582-8438
Attorneys for Defendants:
American Commercial Lines L.L.C. and
American Commercial Barge Line, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this _____ day of January, 2002.

GLENN G. GOODIER

# PEOPLE WHO HAVE NOT FILED CLAIM FORMS BY 2/19/01 DEADLINE

|  | Last Name | First | Middle |
|---|---|---|---|
| 1 | Adams | Adele | |
| 2 | Adams | Amanda | |
| 3 | Adams | Anthony | Jr. |
| 4 | Adams | Clifton | |
| 5 | Adams | Ernestine | |
| 6 | Adams | Johnny | |
| 7 | Adams | Oliver | Keith |
| 8 | Adams | Stephen | |
| 9 | Alexander | Carla | |
| 10 | Alexander | Eula | |
| 11 | Allen | D'Lonvo | |
| 12 | Allen | Dezlany | |
| 13 | Anderson | Consuella | |
| 14 | Anderson | Fannie | |
| 15 | Anderson | Georgia | |
| 16 | Anderson | Jermal | |
| 17 | Anderson | Joey | H. |
| 18 | Anderson | Judith | |
| 19 | Anderson | Kameron | |
| 20 | Anderson | Kardell | |
| 21 | Anderson | Kaston | Jr. |
| 22 | Anderson | Kiyon | |
| 23 | Anderson | Kyle | |
| 24 | Anderson | Michael | Sr. |
| 25 | Anderson | Rahsaan | Sr. |
| 26 | Anderson | Rashaan | |
| 27 | Anderson | Rayshawn | |
| 28 | Anderson | Russell | Jr. |
| 29 | Anthony | Thomas | Jr. |
| 30 | Armstron | Tanya | |
| 31 | Armstrong | Gaberilla | |
| 32 | Armstrong | Pierre | |
| 33 | Aubert | Tyron | |
| 34 | Bailey | Arthur | |
| 35 | Bailey | Dorothy | |
| 36 | Bailey | Everett | |
| 37 | Bailey | Karen | |
| 38 | Bailey | Mark | |
| 39 | Bailey | Scherline | |
| 40 | Baker | Cleopatra | |
| 41 | Baker | Shaymonique | |
| 42 | Bardell | Reginald | |
| 43 | Barney | Otis | |
| 44 | Barney | Tracy | |
| 45 | Barre | Pamela | |
| 46 | Barre | Pierre | Jr. |
| 47 | Barre | Pierre | Sr. |
| 48 | Bartley | Barbara | |
| 49 | Bartley | Roland | |
| 50 | Baxton | Countrell | |
| 51 | Beam | Richard | |
| 52 | Bell | Cherlyn | |
| 53 | Bell | Dejeane | |
| 54 | Blackmore | Marline | |
| 55 | Bolden | Cornell | Jr. |
| 56 | Bolden | Cornell | |
| 57 | Bolden | Juanita | |
| 58 | Bolden | Karina | |
| 59 | Boyd | Kenneth | |
| 60 | Brashears | LeRoy | |
| 61 | Breaux | Anthony | II |
| 62 | Breaux | Anthony | |
| 63 | Breaux | Marcel | |
| 64 | Breaux | Vernon | |
| 65 | Breaux | Wanda | |
| 66 | Broch | Priscilla | |
| 67 | Broden | Adrian | |
| 68 | Brown | Antonio | |
| 69 | Brown | De'Quan | |
| 70 | Brown | Graig | |
| 71 | Brown | Jeremy | |
| 72 | Brown | K'Von | |
| 73 | Brown | Milton | |



EXHIBIT
A

**PEOPLE WHO HAVE NOT FILED CLAIM FORMS B 2/19/01 DEADLINE**

| | Last Name | First | Middle |
|---|---|---|---|
| 74 | Brown | Mirris | |
| 75 | Brown | Ophelia | |
| 76 | Brown | Shantrell | |
| 77 | Brown | Sharon | |
| 78 | Brown | Tina | |
| 79 | Brown | Yolanda | |
| 80 | Brumfield | Breoin | |
| 81 | Brumfield | Brielle | |
| 82 | Brumfield | Bryant | |
| 83 | Brumfield | Yolanda | |
| 84 | Bryant | Calanum | |
| 85 | Burks | Alice | |
| 86 | Burks | Barry | |
| 87 | Burks | Tyrianna | |
| 88 | Burks | Victoria | |
| 89 | Burnett | Betty | |
| 90 | Burnett | Myron | |
| 91 | Burnett | Ryan | |
| 92 | Butler | Kiana | |
| 93 | Butler | Lenneth | Jr. |
| 94 | Butler | Terrance | |
| 95 | Cade | Lionel | |
| 96 | Calhoun | Nicholas | |
| 97 | Cammon | Keith | Jr. |
| 98 | Cammon | Keith | Sr. |
| 99 | Cammon | Ketrondra | |
| 100 | Cammon | Rhonda | |
| 101 | Cammon | Thaddeus | |
| 102 | Campbell | Davin | Jr |
| 103 | Campbell | Jada | |
| 104 | Carter | Alexsander | |
| 105 | Carter | Bryan | |
| 106 | Celistan | Celistan | T. |
| 107 | Chapman | Brenda | |
| 108 | Chapman | James | |
| 109 | Chapman | Narissa | |
| 110 | Chapman | Shantee | |
| 111 | Charles | Ta'Najee | |
| 112 | Charles | Wayland | Sr. |
| 113 | Clay | Joseph | Jr. |
| 114 | Clay | Joseph | |
| 115 | Clay | Lubertha | |
| 116 | Cockheran | Daz'Tar | |
| 117 | Cockheran | Elnora | |
| 118 | Cockheran | Shinece | |
| 119 | Cohoes | Alexandria | |
| 120 | Cohoes | Angela | |
| 121 | Coleman | Louis | |
| 122 | Coleman | Willie | |
| 123 | Collins | Brenda | |
| 124 | Cook | Christina | |
| 125 | Cook | Christina | |
| 126 | Cook | Devin | |
| 127 | Cook | Louria | |
| 128 | Cotton | Bonnie | |
| 129 | Cotton | Corey | |
| 130 | Cotton | Joseph | |
| 131 | Cousin | Troya | |
| 132 | Cousin | Veronica | |
| 133 | Crampton | Syreeta | |
| 134 | Cyrien | David | |
| 135 | Dabney | Audrey | |
| 136 | Dabney | Dameion | |
| 137 | Dabney | Deloyd | III |
| 138 | Dabney | Jadon | L. |
| 139 | Dabney | Jordan | M. |
| 140 | Daigle | Gertrude | |
| 141 | Daigle | Joseph | |
| 142 | Daigle | Larry | Jr |
| 143 | Daigle | Larry | |
| 144 | Daigle | Paige | |
| 145 | Daks | William | |
| 146 | Darensburg | Kirby | |

# PEOPLE WHO HAVE NOT FILED CLAIM FORMS BY 12/19/01 DEADLINE

| | Last Name | First | Middle |
|---|---|---|---|
| 147 | Davis | Antoinette | |
| 148 | Davis | Betty | |
| 149 | Davis | Christy | |
| 150 | Davis | Gamoule | |
| 151 | Davis | Joseph | Jr. |
| 152 | Davis | Troynikka | |
| 153 | Delco | Collins | |
| 154 | Dominique | Georgianna | |
| 155 | Douglas | Allen | |
| 156 | Douglas | Floyd | |
| 157 | Douglas | Natasha | |
| 158 | Douglas | Racquel | |
| 159 | Douglas | Roosevelt | |
| 160 | Douglas | Troy | |
| 161 | Dunmiles | Dorain | |
| 162 | Dunmiles | Michell | |
| 163 | Edmond | Antoine | Jr |
| 164 | Elsworth | Desi | |
| 165 | Elsworth | Tikita | |
| 166 | Eugene | Calon | |
| 167 | Eugene | Christian | |
| 168 | Eugene | Christopher | |
| 169 | Eugene | Claude | Jr. |
| 170 | Eugene | Gary | Sr |
| 171 | Eugene | Lucretia | |
| 172 | Eugene | Theresa | |
| 173 | Evans | Oscar | |
| 174 | Evans | Robyn | |
| 175 | Evans | Sheena | |
| 176 | Evers | Corielle | |
| 177 | Favalora | Keisha | |
| 178 | Fenderson | Daniel | |
| 179 | Fenroy | Diquan | |
| 180 | Fenroy | Tiffany | |
| 181 | Firmin | Delilah | |
| 182 | Firmin | Marquita | |
| 183 | Firmin | Roneisha | |
| 184 | Fisher | Michelle | |
| 185 | Fleming | Timothy | |
| 186 | Forest | Savannah | |
| 187 | Forest | Shawn | |
| 188 | Forest | Valerie | |
| 189 | Foster | Stan | |
| 190 | Francis | Byron | Jr |
| 191 | Francis | Elbert | |
| 192 | Francis | Shelia | |
| 193 | Frank | Anna | |
| 194 | Frank | Brittany | |
| 195 | Frank | Cherrona | |
| 196 | Frank | Cherry | |
| 197 | Frank | Essie | |
| 198 | Frank | Ronald | |
| 199 | Franklin | Henry | |
| 200 | Frankling | Earnest | |
| 201 | Frankling | Madeline | |
| 202 | Frey | Shyheem | |
| 203 | Frost | Nathaniel | |
| 204 | Gastearl | Anthony | Jr. |
| 205 | Gastearl, Sr | Anthony | |
| 206 | Gentry | Rodney | |
| 207 | Ghergich | Luke | Jr |
| 208 | Ghergich | Mary | |
| 209 | Gibson | Lawrence | |
| 210 | Gibson | Lorraine | |
| 211 | Gilmore | Angel | |
| 212 | Gilmore | Anthony | |
| 213 | Gilmore | Antonio | |
| 214 | Gilmore | Kevin | |
| 215 | Gilmore | Tracy | |
| 216 | Givens | Latasha | |
| 217 | Glass | Ryan | |
| 218 | Goodall | Angilique | |
| 219 | Gracianette | Rebecca | |

**PEOPLE WHO HAVE NOT FILED CLAIM FORMS BY 12/19/01 DEADLINE**

| | Last Name | First | Middle |
|---|---|---|---|
| 220 | Granger | Denise | |
| 221 | Granger | Toi | |
| 222 | Granger | Tonja | |
| 223 | Granger | Tori | |
| 224 | Granger | Tynese | |
| 225 | Granger | Tyrone | |
| 226 | Green | David | Jr. |
| 227 | Green | David | Sr |
| 228 | Green | Karen | |
| 229 | Griffin | Alex | Jr |
| 230 | Griffin | Augustine | |
| 231 | Griffin | Charles | |
| 232 | Gross | Flora | |
| 233 | Gross | Jacquelyn | |
| 234 | Gross | Thomas | |
| 235 | Grows | Alendryea | |
| 236 | Grows | Tiya | |
| 237 | Grows, Jr. | Lawrence | |
| 238 | Guillard | Aslee | |
| 239 | Guillard | Derrick | |
| 240 | Guillard | Johnny | |
| 241 | Guillard | Kynisha | |
| 242 | Guillard | Lionel | |
| 243 | Guillard | Shelia | |
| 244 | Hagans | Sylvia | |
| 245 | Hamailton | Idell | |
| 246 | Hamilton | Will | Jr. |
| 247 | Harding | Latorya | |
| 248 | Harding | Rah'Jana | |
| 249 | Harding | Rashanda | |
| 250 | Harding | Rashaud | |
| 251 | Harding | Unborn Baby | |
| 252 | Harney | David | |
| 253 | Harris | Antoine | |
| 254 | Harris | Emanuel | Sr. |
| 255 | Harris | Gerome | Jr. |
| 256 | Harris | James | |
| 257 | Harris | Joyce | |
| 258 | Harris | Leonard | |
| 259 | Harris | Norman | |
| 260 | Harris | Terry | |
| 261 | Harrison | Alexis | |
| 262 | Harrison | Arthur | |
| 263 | Harry | Labaroness | |
| 264 | Harvey | Mercenta | |
| 265 | Hawthorne | Jovan | |
| 266 | Hawthorne | Stephanie | |
| 267 | Hebert | Jennifer | |
| 268 | Hebert | Rachel | |
| 269 | Henderson | Leroy | |
| 270 | Henderson | Tanisha | |
| 271 | Henley | Chad | |
| 272 | Henry | Marquita | |
| 273 | Henry | Marvin | Jr. |
| 274 | Henry | Marvin | Sr. |
| 275 | Henry | Wanda | |
| 276 | Holder | Lekesha | |
| 277 | Hollins | Kimberley | |
| 278 | Holmes | Carl | |
| 279 | Howard | Joel | |
| 280 | Howard | Mercedes | |
| 281 | Ingram | Caroline | |
| 282 | Isaac | Curray | |
| 283 | Isom | Marcus | |
| 284 | Isom | Sheila | |
| 285 | Jackson | Geary | |
| 286 | Jackson | Stephanie | |
| 287 | Jackson | Sybil | |
| 288 | Jacque | Darvin | |
| 289 | Jacque | Durell | |
| 290 | Jacque | Dwan | |
| 291 | Jacque | Lynelle | |
| 292 | James | Baptiste | |

# PEOPLE WHO HAVE NOT FILED CLAIM FORMS BY 12/19/01 DEADLINE

|     | Last Name | First | Middle |
|-----|-----------|-------|--------|
| 293 | James | Cabrini | |
| 294 | James | Carl | Jr. |
| 295 | James | Carl | Sr. |
| 296 | James | Cristine | |
| 297 | James | Freddie | |
| 298 | James | Fredrika | |
| 299 | James | Nika | |
| 300 | James | Rhonda | |
| 301 | Jenkins | Alicha | |
| 302 | Jenkins | Andra | |
| 303 | Jenkins | Donald | Jr |
| 304 | Jenkins | Donald | |
| 305 | Jenkins | Iesha | |
| 306 | Jenkins | Rendell | |
| 307 | Jenkins | Unborn Baby | |
| 308 | John | Kendell | |
| 309 | John | Kimberly | |
| 310 | Johnson | Angela | |
| 311 | Johnson | Brandon | |
| 312 | Johnson | De'Vonte | |
| 313 | Johnson | Earnest | |
| 314 | Johnson | Gail | |
| 315 | Johnson | Halley | |
| 316 | Johnson | Marcel | |
| 317 | Johnson | Maya | |
| 318 | Johnson | Montinique | |
| 319 | Johnson | Montrice | |
| 320 | Johnson | Ryaneisha | |
| 321 | Jones | Barbara | |
| 322 | Jones | Darren | |
| 323 | Jones | Mary | |
| 324 | Jones | Paulette | |
| 325 | Jones | Peaches | |
| 326 | Jones | Rashad | |
| 327 | Jones | Raymond | Jr. |
| 328 | Joseph | Bennie | |
| 329 | Joseph | Darnell | |
| 330 | Joseph | Darrain | |
| 331 | Joseph | Deondra | |
| 332 | Joseph | Elandra | |
| 333 | Joseph | Jeanette | |
| 334 | Joseph | Kendra | |
| 335 | Joseph | Lacorido | |
| 336 | Joseph | Terry | |
| 337 | Joseph | Wanda | |
| 338 | Joseph | Willie | Mae |
| 339 | Kamica | John | |
| 340 | Keller | Karen | |
| 341 | Kenner | Marchele | |
| 342 | Keno | David | |
| 343 | Keys | Janell | |
| 344 | Keys | Jasmin | |
| 345 | Kilgore | Brione | |
| 346 | Kilgore | Lashanda | |
| 347 | King | Ashley | |
| 348 | King | Candace | |
| 349 | King | Fairetta | |
| 350 | King | Loretia | |
| 351 | King | Suzette | |
| 352 | King | Troy | |
| 353 | King | Troya | |
| 354 | Knight | Craig | |
| 355 | Knight | Jacolby | |
| 356 | Knight, Jr. | Craig | |
| 357 | Lambert | Catherine | |
| 358 | Lambert | Shantell | |
| 359 | Lambert | Terry | |
| 360 | Landry | Inez | |
| 361 | Lane | Wallace | |
| 362 | Lather | Charles | |
| 363 | LeBeau | Yanette | |
| 364 | Lee | Brittani | |
| 365 | Lee | Corey | |

| | Last Name | First | Middle |
|---|---|---|---|
| 366 | Lee | Darrell | |
| 367 | Lee | George | Jr. |
| 368 | Lee | Isaac | F. |
| 369 | Lee | Isaac | |
| 370 | Lee | Jallon | |
| 371 | Lee | John | |
| 372 | Lee | Kenneth | |
| 373 | Lee | Latasha | |
| 374 | Lee | Laura | |
| 375 | Lee | Lillien | |
| 376 | Lee | Linda | |
| 377 | Leewis | Monisha | |
| 378 | Lennix | Warren | Jr. |
| 379 | Lennix | Warren | |
| 380 | Lewis | Joseph | |
| 381 | Lewis | Vernon | |
| 382 | Llewellyn | Kerwyn | |
| 383 | Llewellyn | Unborn Baby | |
| 384 | Lockett | David | |
| 385 | Long | Stacy | |
| 386 | Long, Jr | Harold | |
| 387 | Lonzo | Lisa | |
| 388 | Lookadoo | Jonathan | |
| 389 | Love | Deron | |
| 390 | Lumar | Edna | |
| 391 | Lumbar | Kerchanna | |
| 392 | Lyes, Jr. | Alvin | |
| 393 | Lyles | DeJuane | |
| 394 | Lyles | Emareya | |
| 395 | Lyles | Joshua | |
| 396 | Lyles | Marcia | |
| 397 | Mack | Kaitlyn | |
| 398 | Mack | Keilah | |
| 399 | Marino | Mailey | |
| 400 | Marino | Shelby | |
| 401 | Martin | Carolyn | |
| 402 | Martin | Kevin | |
| 403 | Martin | Michael | |
| 404 | Martin | My'Keisha | |
| 405 | Martin | Shalana | |
| 406 | Martin | Sharon | |
| 407 | Mashia | Artesia | |
| 408 | Mashia | Ivan | |
| 409 | Mason | Demetri | |
| 410 | Mason | Howard | |
| 411 | Matthews | Terry | |
| 412 | McCray | Michael | Jr. |
| 413 | McCray | Michael | Sr. |
| 414 | McNish | Rhonda | |
| 415 | Melancon | Arthur | |
| 416 | Melancon | Gregory | |
| 417 | Miller | Edward | |
| 418 | Miller | Jeffery | |
| 419 | Miller | Kennetta | |
| 420 | Monchaud | Rhea | |
| 421 | Monchaud | Rhea | |
| 422 | Montgomery | Tredrick | |
| 423 | Moore | Bernice | |
| 424 | Moore | Donna | |
| 425 | Moore | Edwina | |
| 426 | Moore | Howard | |
| 427 | Morris | Brandon | |
| 428 | Morris | Carolyn | |
| 429 | Morris | Daman | |
| 430 | Morris | Keshell | |
| 431 | Morton | Vera | |
| 432 | Moses | Cheryl | |
| 433 | Moses | Willie | |
| 434 | Murphy | Javia | |
| 435 | Murphy | Melissa | |
| 436 | Murphy | Odie | R, |
| 437 | Murphy | Roy | M., Jr. |
| 438 | Murphy | Tre'mond | |

**PEOPLE WHO HAVE NOT FILED CLAIM FORMS BY 12/19/01 DEADLINE**

| | Last Name | First | Middle |
|---|---|---|---|
| 439 | Murphy, | Taijehrell | S. |
| 440 | Narcisse | Antonyne | |
| 441 | Nelson | Michael | |
| 442 | Nicholas | Anika | |
| 443 | Nicholas | Koeka | |
| 444 | Nicholas | Unborn Baby | |
| 445 | Noble | Arthur | |
| 446 | Noble | Earline | |
| 447 | Noble | Gregory | |
| 448 | Nolan | Glourean | |
| 449 | Norman | Jimmy | |
| 450 | Page | Augustus | |
| 451 | Parfait | Deborah | |
| 452 | Patterson | Floyd | G. |
| 453 | Patterson | Freeman | III |
| 454 | Patterson | Tahjenik | |
| 455 | Paul | Alvin J. | |
| 456 | Payune | Mariah | |
| 457 | Peques | Marilyn | |
| 458 | Perkins | Espenida | |
| 459 | Perkins | Taja | |
| 460 | Perrilloux | Brianna | |
| 461 | Perrilloux | Danial | Jr |
| 462 | Perrilloux | Danial | Sr. |
| 463 | Perrilloux | Ferdinand | III |
| 464 | Perrilloux | Ferdinand | Jr |
| 465 | Perrilloux | Jonathon | |
| 466 | Perrilloux | Pamela | |
| 467 | Perriloux | Nathan | |
| 468 | Perriloux | Raven | |
| 469 | Peters | Chevelle | |
| 470 | Peters | Travis | |
| 471 | Peters | Tremecia | |
| 472 | Pinedo | Humalio | |
| 473 | Pinedo | Ruby | |
| 474 | Platenburg | Aleze' | |
| 475 | Polk | Durell | |
| 476 | Polk | Jason | |
| 477 | Polk | Michell | |
| 478 | Pollard | Althera | |
| 479 | Pollard | Mildred | |
| 480 | Preston | Roosevelt | III |
| 481 | Quarton | Michael | |
| 482 | Quinones | Jon | |
| 483 | Rachal | Ron | |
| 484 | Randall | Terri | |
| 485 | Ray | Ann | |
| 486 | Ray | Burnell | |
| 487 | Reynaud | Hilton | |
| 488 | Richard | DeWanda | |
| 489 | Richard | Ellis | |
| 490 | Richardson | Delores | |
| 491 | Rideaux | Leonard | |
| 492 | Roberts | Hilda | |
| 493 | Robertson | Sherell | |
| 494 | Robertson | Tierre | |
| 495 | Robertson | Troylicia | |
| 496 | Robertson | Vanessa | |
| 497 | Robinson | Clifford | |
| 498 | Robinson | Elgrice | |
| 499 | Robinson | Murray | |
| 500 | Rogers | Rachel | |
| 501 | Rowland | Tinesha | |
| 502 | Russell | Byron | |
| 503 | Sanders | Ebony | |
| 504 | Savoy | Tevinish | |
| 505 | Scheidel | Charles | |
| 506 | Scott | Christina | |
| 507 | Scott | Harry | Jr. |
| 508 | Scott | Katherine | |
| 509 | Scott | Nikeisha | |
| 510 | Scott | Tiffany | |
| 511 | Scott | Wardell L. | |

# PEOPLE WHO HAVE NOT FILED CLAIM FORMS BY 12/19/01 DEADLINE

| | Last Name | First | Middle |
|---|---|---|---|
| 512 | Selders | Selders | J. |
| 513 | Sharlow | Desiraee | |
| 514 | Simmons | De"Shayka | |
| 515 | Simmons | Denyaka | |
| 516 | Simmons | Rosalie | |
| 517 | Simms | Joshua | |
| 518 | Simms | Nia | |
| 519 | Singleton | Brenda | |
| 520 | Singleton | Dougherty | |
| 521 | Smith | Alfred | |
| 522 | Smith | Angelina | |
| 523 | Smith | Ashly | |
| 524 | Smith | Felicia | |
| 525 | Smith | Jeanette | |
| 526 | Smith | Kaeleb | |
| 527 | Smith | KaJaun | |
| 528 | Smith | Kyle | |
| 529 | Smith | Kyle | |
| 530 | Smith | Lenard | |
| 531 | Smith | Louis | Sr |
| 532 | Smith | Louvenia | |
| 533 | Smith | Marie | |
| 534 | Smith | Nicholas | |
| 535 | Smith | Nyla | |
| 536 | Smith | Qiyas | |
| 537 | Smith | Richard | |
| 538 | Smith | Valerie | |
| 539 | Smith | Yarnell | |
| 540 | Steptoe | Lance | |
| 541 | Stewart | Savahn | |
| 542 | Stewart | Tiffany | |
| 543 | Straughter | Calvin | |
| 544 | Straughter | Cora | |
| 545 | Straughter | Ke'Michael | |
| 546 | Straughter | Kim | |
| 547 | Straughter | Kyron | |
| 548 | Straughter | Shantell | |
| 549 | Straughter | Simone | |
| 550 | Sumler | Dorothy | |
| 551 | Sumler | Jill | |
| 552 | Sumler | Mark | |
| 553 | Sumler | MarkKeisha | |
| 554 | Sumler, Sr | Alvin | |
| 555 | Sumlin | Asia | |
| 556 | Taylor | Charles | III |
| 557 | Taylor | Kendall | |
| 558 | Taylor | Sharon | |
| 559 | Taylor | Thadra | |
| 560 | Terrance | Ebony | |
| 561 | Terrance | Jamira | |
| 562 | Thomas | Courtney | |
| 563 | Thomas | Lacoya | |
| 564 | Thomas | Muriel | |
| 565 | Thomas | Ronald | |
| 566 | Thomas | Ronja'Neka | |
| 567 | Thompson | Betty | |
| 568 | Thompson | Louis | Jr. |
| 569 | Thompson | Mary | |
| 570 | Thompson | Maryann | |
| 571 | Thompson | Terrance | |
| 572 | Thompson | Trina | |
| 573 | Toney | Shelia | |
| 574 | Trench | Duyonne | |
| 575 | Trench | Maya | |
| 576 | Trench | Renilda | Jr |
| 577 | Trench | Shaun | |
| 578 | Trench | Tre'Shaun | |
| 579 | Tuckson | Landis | |
| 580 | Tuckson | Travis | |
| 581 | Turley | Keris | |
| 582 | Turley | Kerry | |
| 583 | Turley | Kerryonte | |
| 584 | Turner | Ta'Quincia | |

**PEOPLE WHO HAVE NOT FILED CLAIM FORMS BY 12/19/01 DEADLINE**

| | Last Name | First | Middle |
|---|---|---|---|
| 585 | Turner | Willie | |
| 586 | Ursin | Ladenia | |
| 587 | Ursin | Marilyn | |
| 588 | Ursin | Marshe' | |
| 589 | Ursin | Shemar | |
| 590 | Ursin | Sherman | |
| 591 | Vasquez | Melvin | |
| 592 | Walker | Dewayne | |
| 593 | Walker | Dominique | |
| 594 | Walker | K'Shawn | |
| 595 | Walker | Tiffany | |
| 596 | Walters | Angelica | |
| 597 | Washington | Antoine | |
| 598 | Washington | Bobby | |
| 599 | Washington | Carletha | |
| 600 | Washington | Darilyn | |
| 601 | Washington | Darinica | |
| 602 | Washington | Delvin | |
| 603 | Washington | Demond | |
| 604 | Washington | Dinah | |
| 605 | Washington | Gabrielle | |
| 606 | Washington | George | |
| 607 | Washington | Gregory | C. |
| 608 | Washington | La'Fabiyua | |
| 609 | Washington | Nicolette | |
| 610 | Washington | Pierre | |
| 611 | Washington | Ruth | |
| 612 | Washington | Shane | |
| 613 | Washington | Stephfon | |
| 614 | Washington | Trina | |
| 615 | Washington | Troy | |
| 616 | Washington | Tyrone | |
| 617 | Watkins | Grace L. | |
| 618 | Watson | Connie | |
| 619 | Watson | Louise | |
| 620 | Watson | Takio | |
| 621 | Watson | Tiara | |
| 622 | Webb | Annette | |
| 623 | Webb | Kenneth | |
| 624 | Weber | Cyrissa | |
| 625 | Weber | Felecia | |
| 626 | Weber | Jessica | |
| 627 | Weber | Willie | |
| 628 | Webster | Barbara | |
| 629 | Webster | Washington | |
| 630 | Wesco | Bryant | |
| 631 | Wesco | Edward | |
| 632 | White | Bonnie | |
| 633 | White | Cleveland | |
| 634 | White | Craig | |
| 635 | White | DaeJonae | |
| 636 | White | Jerry | |
| 637 | White | Mack | Jr |
| 638 | White | Michael | |
| 639 | White | Nathaniel | |
| 640 | White | Sterling | |
| 641 | White | Titus | |
| 642 | Wilderson | Neotha | |
| 643 | Williams | Angelle | |
| 644 | Williams | Charlene | |
| 645 | Williams | Clarence | |
| 646 | Williams | Corey | |
| 647 | Williams | Derrick | Jr. |
| 648 | Williams | Derrick | Sr. |
| 649 | Williams | Ethel | |
| 650 | Williams | Frankie | |
| 651 | Williams | Fred | |
| 652 | Williams | Galen | |
| 653 | Williams | Latosha | |
| 654 | Williams | Lorenz | |
| 655 | Williams | Maria | |
| 656 | Williams | Quinetta | |
| 657 | Williams | Ruby | |

**PEOPLE WHO HAVE NOT FILED CLAIM FORMS BY 12/19/01 DEADLINE**

| | Last Name | First | Middle |
|---|---|---|---|
| 658 | Williams | Shannon | |
| 659 | Williams | Unborn Baby | |
| 660 | Wilson | Brian | |
| 661 | Wilson | Corey | |
| 662 | Wilson | Katrina | |
| 663 | Wilson | Linston | |
| 664 | Wilson | Shirley | |
| 665 | Wilson | Unborn Baby | |
| 666 | Winding | Shakedrna | |
| 667 | Winfield | Coi | |
| 668 | Winston | Brandon | |
| 669 | Withrow | Alicia | |
| 670 | Withrow | Anita | |
| 671 | Withrow | D'Aquin | |
| 672 | Withrow | Fredrick | |
| 673 | Wolfe, III | Henry L. | |
| 674 | Woods | Melvin | |
| 675 | Wright | Tara | |
| 676 | Young | Cortez | |
| 677 | Young | Edward | |
| 678 | Young | Everleana | |
| 679 | Young | Jacqueline | |
| 680 | Young | Tiffany | |
| 681 | Zeno | Jacquelyn | |
| 682 | Zeno | Quinetta | |
| 683 | Zeno, Sr. | Percy | |
| 684 | Zeringue | Renee | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN | CIVIL ACTION |
| COMMERCIAL LINES LLC as | |
| Owner of the Barge LCD 4907 | NO.  00-0252 |
| and AMERICAN COMMERCIAL | c/w  00-2967 |
| BARGE LINE LLC as Charterer and | c/w  00-3147 |
| Operator of the Barge LCD 4907, | SECTION "N" |
| Praying for Exoneration from and/or | |
| Limitation of Liability | MAG. (5) |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## STATEMENT OF MATERIAL FACTS NOT AT ISSUE

1.    Two thousand, three hundred ninety-nine claimants timely filed a claim in this Limitation.

2.    Petitioners in Limitation propounded Interrogatories and Requests for Production of Documents to all 2,399 claimants on June 9, 2000.

3.    To this day, no claimant has responded to that discovery.

4.    Magistrate Chasez ordered that a Court Approved Claim Form be filed with the Court by Claimants on or before July 2, 2001.

N0706404.1

5.    Claimants not filing the Court Approved Claim Form by July 2, 2001 were given an extension of time within which to file until December 19, 2001.

6.    Those claimants listed on Exhibit "A" to the memorandum filed in support of this motion did not file a claim form by December 19, 2001.

Respectfully submitted,

GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone:(504) 582-8174
Attorney for Defendants,
American Commercial Lines L.L.C. and
American Commercial Barge Line L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this _____day of January 2002.

GLENN G. GOODIER

N0706404.1                                    2

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN THE MATTER OF AMERICAN** | **CIVIL ACTION** |
| **COMMERCIAL LINES LLC as** | |
| **Owner of the Barge LCD 4907** | **No. 00-0252** |
| **and AMERICAN COMMERCIAL** | **c/w 00-2967** |
| **BARGE LINE LLC as Charterer and** | **c/w 00-3147** |
| **Operator of the Barge LCD 4907,** | **SECTION "N"** |
| **Praying for Exoneration from and/or** | |
| **Limitation of Liability** | **MAG. (5)** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that defendants, American Commercial Lines L.L.C. and American Commercial Barge Line L.L.C. will bring on before this Honorable Court, the attached Motion to Dismiss Certain Claims against Limitation Petitioners, for hearing on February 6, 2002 at 9:30 a.m., or as soon thereafter as counsel may be heard.

N0761158 1                                                     8

Respectfully submitted,

_____

GLENN G. GOODIER (#06130)
RUTH B. SCHUSTER (#26506)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana  70170-5100
Telephone: (504) 582-8438
Attorneys for Defendants:
American Commercial Lines L.L.C. and
American Commercial Barge Line, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential

parties and/or their counsel on this ___ day of _____, 2002.

_____

GLENN G. GOODIER

N0761158 1