FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN -4 PM 4:39

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N"<br><br>MAG. (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO CONTINUE HEARING

**NOW INTO COURT**, through undersigned counsel, come Petitioners-in-Limitation and move this Court for a continuance of the status conference set for Thursday, January 10, 2002 at 10:30 a.m. by reason of the fact that the undersigned, Petitioners' trial counsel, will be in Minnesota at depositions previously scheduled and unavailable. Accordingly, Petitioners request that this conference be continued to a date and time in which undersigned counsel is available to attend.

N0769502.1

DATE OF ENTRY

JAN - 8 2002



## ORDER

Considering the foregoing Motion to Continue Hearing;

IT IS ORDERED that the status conference scheduled for Thursday, January 10, 2002 at 10:30 a.m. is continued and is reset for the 25th day of January, 2002, at 10:00 o'clock.

New Orleans, Louisiana, this 8 day of January, 2002.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

_____
GLENN G. GOODIER (#06130)
RUTH B. SCHUSTER (# 26506)
Jones, Walker, Waechter, Poitevent,
 Carrere & Denegre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8174
Attorney for Defendants,
American Commercial Lines L.L.C. and
 American Commercial Barge Line L.L.C.

N0769502.1                               2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed or telefaxed to all known potential parties and/or their counsel on this ___4th___ day of ___January___, 2002.

_____
GLENN G. GOODIER

N0769502.1                                3