FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 SEP 21 PM 12: 02

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO: 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>Section "R" (5) |

## MOTION TO TAX COSTS PURSUANT TO LOCAL RULE 54.3

**NOW INTO COURT,** through undersigned counsel, comes defendant, Orion Refining Corporation, who respectfully request this Honorable Court tax those costs, including attorney fees, incurred on behalf of Orion Refining Corporation as a result of the filing, by plaintiffs Aaron Brown, Aaron Smith, Aaron Spears, Adam Reynaud, and Adele Adams (the "Brown" plaintiffs) Motion for Reconsideration on September 5, 2001. In its Order of August 6, 2001, this Honorable Court stated "the costs incurred in connection with the [plaintiffs'] motion [for reconsideration], including attorney fees, will be assessed against the party moving for a reconsideration." Defendant Orion submits the attached Bill of Costs setting forth those costs, including attorney fees, incurred as a result of plaintiffs' Motion for Reconsideration. Defendant respectfully request that this Court order, pursuant to its August 6, 2001 Order that plaintiffs Aaron Brown, Aaron Smith, Aaron Spears, Adam Reynaud, and Adele Adams reimburse Orion for all costs incurred as a result of their Motion for Reconsideration.

DATE OF ENTRY
JAN - 9 2002

___Fee___
___Process___
X Dktd
___CtRmDep
Doc.No. 110

Respectfully submitted:

_____
SIDNEY J. HARDY (1938)
RICHARD A. HOUSTON (25100)
CAMPBELL, McCRANIE, SISTRUNK,
 ANZELMO & HARDY
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 21 day of September, 2001.

_____
SIDNEY J. HARDY
RICHARD A. HOUSTON

☐ AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __LOUISIANA__

IN THE MATTER OF AMERICAN COMMERCIAL
BARGE LINES, L.L.C., et al.
Plaintiff

V.

Defendant

**BILL OF COSTS**

Case Number: 00-0252
c/w 00-2967
c/w 00-3147

Order
~~Judgment~~ having been entered in the above entitled action on __Aug. 6, 2001__ against __Aaron Brown, et al.__,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ N/A |
| Fees for service of summons and subpoena | N/A |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | N/A |
| Fees and disbursements for printing | N/A |
| Fees for witnesses (itemize on reverse side) | N/A |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | N/A |
| Docket fees under 28 U.S.C. 1923 | N/A |
| Costs as shown on Mandate of Court of Appeals | N/A |
| Compensation of court-appointed experts | N/A |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | N/A |
| Other costs (please itemize) | $1,785.00 |
| TOTAL | $ 1,785.00 |

SPECIAL NOTE. Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: __Walter Willard, Counsel for Plaintiffs__

Signature of Attorney: _____

Name of Attorney: __Richard A. Houston__

For: __Orion Refining Corporation__   Date: _____
Name of Claiming Party

Please take notice that I will appear before the clerk who will tax said costs on the following day and time: Date and Time: _____

Costs are ~~taxed in the amount of~~ _denied - attorney fees are_ ~~and included in the judgment.~~
_Not taxable_ by: _the Clerk_   _Loretta G. Whyte_
Clerk of Court _under 28 U.S.C. 1920_ , Deputy Clerk   1/08/02 Date

| | **WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
 "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
 "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
 "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
 "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
 "Entry of the judgment shall not be delayed for the taxing of costs."

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00–0252<br>c/w   00-2967<br>c/w   00-3147<br>Section "B" (5) |

AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

Before me, the undersigned Notary, personally appeared:

RICHARD ANDREW HOUSTON, III

who, after being duly sworn, do depose and state:

1. He is an attorney representing Orion Refining Corporation in the litigation currently pending in the United States District Court for the Eastern District of Louisiana bearing Civil Action No. 00-3147.

2. As a result of plaintiffs' filing of their Motion for Reconsideration on September 5, 2001, defendant Orion Refining Corporation has incurred costs, including attorney fees in the amount of $1,785.00 due to the need to review plaintiffs' Motion, research relevant statutory and juris prudential authorities both in support and in opposition to plaintiffs' Motion, and prepare the appropriate responsive pleadings.

_____
RICHARD A. HOUSTON

Sworn to and subscribed before me
this **20th** day of September, 2001.

_____
NOTARY PUBLIC