FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN -7 PM 4:40

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>No. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N"<br><br>MAG. (5) |

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

American Commercial Lines L.L.C. and American Commercial Barge Line L.L.C. (hereinafter referred to collectively as "Limitation Petitioners"), move for leave of Court to file the attached Supplemental Memorandum. The attached Memorandum contains information which the Court may wish to consider in connection with the January 9, 2002 hearing on Limitation Petitioners' three Motions to Dismiss.

N0769290.1

DATE OF ENTRY

JAN - 9 2002



Respectfully submitted,

_____
GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8438
Attorney for American Commercial Lines L.L.C. and
American Commercial Barge Line, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on January 2, 2002.

_____
GLENN G. GOODIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>No. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N"<br><br>MAG. (5) |

### ORDER

Considering the foregoing Motion, Limitation Petitioners are hereby given leave of Court to file the attached Supplemental Memorandum in Support of Motions to Dismiss, and same is hereby deemed filed into the record of this matter.

This _____ day of January, 2002, New Orleans, Louisiana.

_____
UNITED STATED DISTRICT JUDGE

N0769290 1