FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN -8 PM 3: 30

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>No. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N"<br><br>MAG. (5) |

## REPLY MEMORANDUM OF LIMITATION PETITIONERS TO CLAIMANTS' "OPPOSITION" TO THREE MOTIONS TO DISMISS

NOW INTO COURT through undersigned counsel come American Commercial Lines, L.L.C. and American Commercial Barge Line, L.L.C. (hereinafter referred to collectively as "Limitation Petitioners") and submit this Supplemental Memorandum in response to Claimant's "Opposition Motion"

### I.     Claimants Failed to Produce Discovery in violation of a Court Order

Counsel for Claimants argue that they produced discovery by October 17, 2001 and

N0769290 1

November 17, 2001 in accordance with the Magistrate Judge's Order of August 17, 2001. Such a position is unsupportable. Judge Chasez ordered Claimants to produce discovery for 300 claimants by the 17th of each month. A number of the first 300 Claimants failed to respond to discovery as ordered.

As noted in the Motion to Dismiss pertaining to the October 17, 2001 deadline, most Claimants failed to respond to discovery by October 17, 2001. (Ex. A). The only argument presented by Claimants on this point is wholly unrelated to the merits of the case. Counsel for Claimants argues that the original plaintiff's attorney in this case died in April of 2001. Obviously, this has no bearing on any substantive matter presented in the Motions to Dismiss or presented in the Claimant's Opposition. This discovery was not sent until months after Claimants' first counsel passed away.

Additionally, Counsel for Claimants "deny the assertion" that Claimants failed to produce discovery by November 17, 2001. Limitation Petitioners respectfully refer to the Motion to Dismiss pertaining to the November 17, 2001 Claimants discovery. In that Motion it is clear that Limitation Petitioners did not receive a discovery response from many of the 300 by the November 17, 2001 deadline. Those individuals failing to produce discovery by November 17, 2001 are attached hereto as Exhibit "B".

Many Claimants have not complied with the Courts' Orders. The claims of those individuals listed in Exhibits A and B should be dismissed for failure to respond to discovery.

**II    Claimants Failed to Produce Discovery by December 1, 2001 in Violation of a Court Order**

Claimants failed to respond to the September 17, 2001 discovery even after an extension of time was granted through December 1, 2001. This failure was in violation of Judge Lemelle's Order of November 26, 2001. Those claimants failing to respond to the discovery are attached hereto as Exhibit C. Claimants' counsel's argument that this Motion should not be granted is unrelated to the merits of the case. Claimants' counsel argue that they did not have the zip codes for their clients (although they simultaneously argue that they do, in fact, have their client's addresses) and therefore could not send out letters to their clients regarding discovery. Further, Claimants argue that an insufficient extension of time was granted. This plea for an extension is moot because Judge Lemelle decided on December 6, 2001 that no further extension would be granted. Claimants have stated no grounds upon which to deny the Motion to Dismiss those failing to respond to the December 1, 2001 deadline as set forth in Exhibit C. Therefore, those Claimants listed in Exhibit C should be dismissed from this case.

**III    Counsel for Claimants Had an Extension of Time Within Which to Respond to Discovery from September 17, 2001 to December 1, 2001 (Two and One-Half Months)**

Limitation Petitioners did not misrepresent that counsel for Claimants had a two and a half month extension of time within which to gather discovery by the December 1, 2001 deadline. Counsel for Claimants should have provided initial discovery no later than September 17, 2001. The Court granted an extension of time through and including December 1, 2001 within which Claimants could respond to the September 17th discovery. The passage of time between September and

December amounts to a two and a half month extension of time within which to gather and produce discovery. The fact that Claimants now state that they ceased gathering discovery or making any attempt to correct discovery relating to the September 17, 2001 Claimants is not dispositive and does not change Judge Lemelle's Order denying a "Motion to Enlarge" the December 1st extension of time.

**IV    Limitation Petitioners Have Not Violated a Court Order.**

Claimants state that Limitation Petitioners violated a court Order by "not submitting a complete list" of claimants' names and addresses. Counsel for Claimants presents a confusing misrepresentation of the procedural history of this case. While Claimants statement have absolutely no bearing on the merits of these motions, Limitation Petitioners must correct the inaccuracies presented.

On August 16, 2001, the names and addresses of the first discovery group were faxed to Counsel for Claimants. (Exhibit D). On August 22, 2001 another letter was sent enclosing the initial list of Claimants. (Exhibit E). On September 4, 2001, the same list was resent but this time the list was on a disk as requested by Counsel for Claimants. (Exhibit F). It wasn't until later that Counsel for Claimants notified Limitation Petitioners of their inadvertent omission of zip codes. In fact, on September 5, 2001, counsel for Claimants acknowledge the cooperation of Mr. Goodier in the discovery process by providing the information requested on disk, which was above and beyond the Court Ordered response. (Exhibit G). Counsel for Claimants was furnished the zip codes on September 24, 2001 after the inadvertent omission was detected. Limitation Petitioners

complied with each request of Claimants for additional information in an attempt to expedite discovery as evidenced by the repeated correspondence sent by Limitation Petitioners. Nevertheless, due to the mutual oversight, Judge Lemelle ordered an Extension of Time to December 1, 2001 within which the September 17, 2001 Claimants could submit discovery responses. Limitation Petitioners have not violated a Court Order.

**V    Claimant's Counsel Need Assistance Gathering the Names and Addresses of their Clients**

Counsel asserts that it is "unmitigated slur" for Limitation Petitioners to state that Claimants did not have a list of the names, addresses or contact information of their clients. In fact, it is apparent that counsel for Claimants did not have such information as demonstrated by Counsels repeated requests for the work-product of Limitation Petitioners. Counsel for Claimants filed a claim in the limitation action for 2,399 Claimants. One would assume that counsel would have the addresses and telephone numbers of his clients and could have notified them of the Court's requirement that a claim form must be filed or their case would be dismissed.

All but 684 of the 2,399 Claimants filed claim forms. One hundred thirty-eight of those filing claimed no injury and have been dismissed. Limitation Petitioners' information as to the addresses of the Claimants was taken from copies of the claim forms filed with the Court. Limitation Petitioners had no information prior to that for any of the 2,399 alleged Claimants. Counsel for Claimants could have obtained copies of the claim form filed by their clients and obtained the addresses of their own clients. Apparently, they chose not to do so but to get the information from Limitation Petitioners' work product.

Magistrate Chasez's August 14, 2001 Order required that Limitation Petitioners provide the names and addresses of the first 300-330 Claimants from whom discovery would be required. The only reason the Magistrate ordered that the addresses be given is because Claimants' counsel did not bother to get the addresses from the claim forms and counsel for Limitation Petitioners agreed to give them.

In fact, the requests for client addresses came as a result of the fact that Counsel knew his list of addresses was inadequate and that he had not spent the time to obtain the information from the claim forms. In June and July of 2001 Claimants' counsel sent all of their clients information relating to the Court approved claim form which was to be filed no later than July 2, 2001. Presumably, Claimants' counsel had some information as to their client's addresses. Counsel for Claimants states that this task was successfully completed "less those claimants with returned, postal marked envelopes stamped 'No Mail Receptacle.'" Claimants' counsel claim that over 600 envelopes were returned to their office as a result of inadequate address information. Therefore, while counsel claims that the distribution and return of the court approved claim forms was successfully completed, counsel simultaneously admits that it did not successfully complete and return of over 600 claim forms by July 2, 2001 due to inadequate mailing addresses. Further, the representation by counsel for Claimants that the only individuals whose envelopes were returned were those with no mail receptacles is inaccurate. Some envelopes had incorrect names, addresses, or no address at all. Nevertheless, numerous individuals filed claim forms with the court as a result of public notice of such requirement.

This assertion is bolstered by the demand for the names and addresses of all of counsel's clients on September 13, 2001. (Exhibit H). Counsel took this issue to the Magistrate Judge. Magistrate Judge Chasez noted in her Minute Entry of November 21, 2001, 2001 that Limitation Petitioners consented to providing a list of names and addresses of each of Counsel for Claimant's clients. Limitation Petitioners have spent a substantial amount of time and money copying the claim forms and compiling a list of Claimants with their addresses. Nevertheless, to the extent possible without violating privilege, Limitation Petitioners have assisted Counsel for Claimants with updated contact information. The Court allowed more than sufficient extensions as a result of the "zip code" error.

## CONCLUSION

Counsel for Claimants has stated no grounds upon which this Court could deny Limitation Petitioners' Motion to Dismiss. Accordingly, Limitation Petitioners' motions should be granted.

Respectfully submitted,

GLENN G. GOODIER (#06130)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8438
Attorney for American Commercial Lines L.L.C. and
American Commercial Barge Line, L.L.C.

N0769290.1                    7

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this ____ day of January, 2002.

GLENN G. GOODIER

**DISCOVERY NOT RECEIVED FROM SECOND DISCOVERY GROUP- DUE 10/17/01**

| | Last Name | First | Middle |
|---|---|---|---|
| 1 | Adams | Kevin | Tumar |
| 2 | Alexander | Willie | Mae |
| 3 | Antoine | Chantrell | |
| 4 | Atsina | Ahmi | |
| 5 | Augillard | Keith | |
| 6 | Augillard | Leo | Oliver |
| 7 | Augillard | Oliver | Jr. |
| 8 | Bailey | Joseph | |
| 9 | Bazile | Gloria | |
| 10 | Braud | Clarita | B. |
| 11 | Braud | Eugene | Paul |
| 12 | Braud | Vernel | Jr. |
| 13 | Braud | Vernel | Sr. |
| 14 | Brimmer | Fabian | |
| 15 | Brooks | Terrell | |
| 16 | Calhoun | Coronji | |
| 17 | Calhoun | Diamond | |
| 18 | Campbell | Cardell | Jr. |
| 19 | Carter | Dianne | N. |
| 20 | Chapman | Emerson | |
| 21 | Chapman | Jaleesa | |
| 22 | Chapman | Jamal | |
| 23 | Chapman | Jarvin | |
| 24 | Charles | Michael | |
| 25 | Chopin | Alma | |
| 26 | Chopin | Lawrence | |
| 27 | Chopin | Lillie | Mae |
| 28 | Chopin | Lucien | |
| 29 | Chopin | Micheal | |
| 30 | Cockerham | A'Jianeck | |
| 31 | Coily | Garry | Jim |
| 32 | Coleman | Ruth | |
| 33 | Dees | Latysha | |
| 34 | Diggs | Ashley | L. |
| 35 | Diggs | Zina | Rene |
| 36 | Duhe | Robbie | M. |
| 37 | Edwards | Cedric | Sr. |
| 38 | Ewing | Michelle | Wesco |
| 39 | Gilmore | Cedric | |
| 40 | Gilmore | Richard | |
| 41 | Grant | Christopher | |
| 42 | Grant | Gina | |
| 43 | Grant | Kevin | |
| 44 | Grant | Mary | |
| 45 | Hemphill | Shaquilla | |
| 46 | Henry | Tannisia | Reynaud |
| 47 | Hilaire | Reginald | A. |
| 48 | Hollins | Patrick | |
| 49 | Jackson | Latoya | |
| 50 | Jackson | Marcus | |
| 51 | Jackson | Michael | |
| 52 | Jackson | Nysheka | |
| 53 | Jackson | Qianna | R. |
| 54 | Jackson | Samielle | |
| 55 | Jackson | Tietiana | |
| 56 | Jenkins | Dajon | |

**EXHIBIT**

"A"

**DISCOVERY NOT RECEIVED FROM SECOND DISCOVERY GROUP- DUE 10/17/01**

| | Last Name | First | Middle |
|---|---|---|---|
| 57 | Jenkins | Keisa | |
| 58 | Jenkins | Kendall | |
| 59 | Jenkins | Kentrell | |
| 60 | Jenkins | Yolanda | Jean |
| 61 | Johnson | Corian | |
| 62 | Johnson | Craig | Malane Jr. |
| 63 | Johnson | Darryl | A |
| 64 | Johnson | David | Jr. |
| 65 | Johnson | David | Sr. |
| 66 | Johnson | Gaynell | |
| 67 | Johnson | Terriyaka | |
| 68 | Jones | Undray | |
| 69 | Joseph | Elton | |
| 70 | King | Carol | L. |
| 71 | King | Deshawn | D |
| 72 | King | Whitnie | |
| 73 | Landry | Joseph | Jr. |
| 74 | Landry | Kamara | Tashie |
| 75 | Lathers | Danny | Jr. |
| 76 | Lee | Jovan | |
| 77 | Lennix | Deione | Wilson |
| 78 | Lennix | Kaci | L. |
| 79 | Levy | Richard | L |
| 80 | Llewellyn | Kayla | |
| 81 | Llewellyn | Kelly | |
| 82 | Llewellyn | Kester | |
| 83 | Llewellyn | Marcia | |
| 84 | Llewellyn | Neil | |
| 85 | Lockhart | Gregory | Lynn |
| 86 | Lockhart | Hikeem | Kaleef |
| 87 | Lockhart | Janica | |
| 88 | Lockhart | Malikaha | Kahala |
| 89 | Martin | Ricky | II |
| 90 | Mashia | Alexis | |
| 91 | Mashia | Allison | |
| 92 | Mashia | Chandler | |
| 93 | Mason | Curtis | |
| 94 | McKnight | Roderick | Delmar |
| 95 | McKnight | Sharlet | Lynette |
| 96 | Mealey | Kali | B. |
| 97 | Miller | Kamaria | |
| 98 | Mitchell | Wayne | |
| 99 | Moliere | Tinequa | |
| 100 | Monchaud | Rachelle | M. |
| 101 | Narcisse | Ella | |
| 102 | Narcisse | Kilvin | |
| 103 | Narcisse | Mariah | N. |
| 104 | Narcisse | Shawanda | |
| 105 | Nunnery | Deborah | |
| 106 | Nunnery | J'Rae | |
| 107 | Nunnery | Jamone | |
| 108 | Nunnery | Jimmie | |
| 109 | Oshunremi | Neffetti | A |
| 110 | Oshunremi | Shiba | |
| 111 | Perry | Jachelle | |
| 112 | Perry | Jasmine | |
| 113 | Perry | Jordan | |

**DISCOVERY NOT RECEIVED FROM SECOND DISCOVERY GROUP- DUE 10/17/01**

| | Last Name | First | Middle |
|---|---|---|---|
| 114 | Rainey | Ni'Jyle | D. |
| 115 | Reed | Cecelia | |
| 116 | Reed | Jovan | A. |
| 117 | Reynaud | Antoinette | |
| 118 | Reynaud | Herman | |
| 119 | Reynaud | Juliet | |
| 120 | Richard | Damien | |
| 121 | Richard | Demetrius | R. |
| 122 | Richard | Derrick | Jr. |
| 123 | Richard | Derrick, Sr. | J. |
| 124 | Richard | Kourtney | |
| 125 | Richard | Sonya | |
| 126 | Richardson | Johnie | |
| 127 | Robinson | Alexas | |
| 128 | Robinson | Gerlene | |
| 129 | Robinson | Gernika | |
| 130 | Robinson | Kendall | |
| 131 | Robinson | Wanda | |
| 132 | Rogers | George | III |
| 133 | Rose | Cheryl | J. |
| 134 | Rose | James | Jr. |
| 135 | Roussell | Deloris | M. |
| 136 | Roussell | Horatio | J. |
| 137 | Roussell | Lany | Sr. |
| 138 | Roussell | Lany, Jr. | J. |
| 139 | Russell | Brandon | |
| 140 | Russell | Gabriealle | |
| 141 | Russell | Kim | |
| 142 | Sanborn | Terrence | T. |
| 143 | Scott | Derrick | Lee |
| 144 | Scott | Kyra | |
| 145 | Scott | Lashante' | |
| 146 | Scott | Lionel | |
| 147 | Scott | Tarra | |
| 148 | Scott-Landry | Tamara | |
| 149 | Session | Tavonne | |
| 150 | Simmons | Joseph | |
| 151 | Simms | Cardell | |
| 152 | Simms | Darlene | |
| 153 | Simms | Dontrell | |
| 154 | Simms | Kenyatta | |
| 155 | Smith | Audis | B. |
| 156 | Smith | Dylan | Kentrell |
| 157 | Smith | Keion | Denise |
| 158 | Smith | Kendra | |
| 159 | Smith | Ramon | Dontrelle |
| 160 | Smith | Raymond | Lee |
| 161 | Smith | Tron | Tranelle |
| 162 | Smothers | Latoya | Aisha |
| 163 | Spears | Aaron | |
| 164 | Stewart | Essence | |
| 165 | Stewart | Lemond | |
| 166 | Stutes | James | |
| 167 | Sumlin | Kia | R. |

**DISCOVERY NOT RECEIVED FROM SECOND DISCOVERY GROUP- DUE 10/17/01**

|     | Last Name | First | Middle |
| --- | --- | --- | --- |
| 168 | Swilley | Tania | |
| 169 | Sylvester | Tory | Jr. |
| 170 | Sylvester | Tory | Sr. |
| 171 | Taylor | Darrell | |
| 172 | Taylor | Robert | M. |
| 173 | Taylor | Rynesha | |
| 174 | Taylor | Ryshine | |
| 175 | Taylor | Sandra | L. |
| 176 | Tumblin | Deiontre' | S. |
| 177 | Vance | Kevin | W., Sr. |
| 178 | Walker | Jessie | Lee, Jr. |
| 179 | Walker | Jessie | Lee, Sr. |
| 180 | Wells | Devin | |
| 181 | Wells | Joyce | |
| 182 | Wells | Rhonda | |
| 183 | Wells | Ronald | |
| 184 | Wheeler | Leslie | D |
| 185 | Williams | Dominique | |
| 186 | Williams | LaTeda | |
| 187 | Wilson | Tiffany | |
| 188 | Wooten | Jeanie | |
| 189 | Wright | Shirley | |
| | | | |

**/DISCOVERY NOT RECEIVED FROM THIRD DISCOVERY GROUP- DUE 11/17/01**

| | LAST NAME | FIRST NAME | MIDDLE |
|---|---|---|---|
| 1 | Adams | Angela | |
| 2 | Adams | Clifton | |
| 3 | Adams | Kawani | |
| 4 | Adams | Tharnell | |
| 5 | Anderson | Gerald | |
| 6 | Anderson | Kenisha | J. |
| 7 | Anderson | Krystal | |
| 8 | Anderson | NyJa | |
| 9 | Anderson | Roland | III |
| 10 | Anderson | Roland | Jr. |
| 11 | Angeron | Wanda | |
| 12 | Arlie | Keiana | L. |
| 13 | Armstrong | Ashley | |
| 14 | Armstrong | Brittany | |
| 15 | Armstrong | Dale | |
| 16 | Armstrong | Joshua | |
| 17 | Armstrong | Percy | |
| 18 | Atsina | Buaku | |
| 19 | Atsina | Kwame | |
| 20 | Bailey | Everette | Jr. |
| 21 | Bailey | Marquette | |
| 22 | Barney | Kelisha | D. |
| 23 | Barney | Paula | |
| 24 | Bauman | Paulette | |
| 25 | Bennett | Michael | |
| 26 | Berry | Calvin | Jr. |
| 27 | Blossomgame | Alia | |
| 28 | Blue | Christian | |
| 29 | Blue | Clifton | |
| 30 | Blue | Darrence | C. |
| 31 | Blue | Wanda | |
| 32 | Bolden | Bruce | |
| 33 | Bordelon | Lawrence | Sr. |
| 34 | Borne | April | Marie |
| 35 | Borne | Devon | |
| 36 | Borne | Stella | L. |
| 37 | Bracewell | Andre | |
| 38 | Bracewell | Kimberly | |
| 39 | Breaux | Lawrence | |
| 40 | Brittany | Taylor | J. |
| 41 | Broden | Ora | Lee |
| 42 | Brown | Demetric | D. |
| 43 | Brown | Dominic | |
| 44 | Brown | Donrayell | |
| 45 | Brown | Dovona | |
| 46 | Brown | Ellen | |
| 47 | Brown | Ira | Nikia |
| 48 | Brown | Kimberly | K. |
| 49 | Burd | Audrey | M. |
| 50 | Burks | Alicia | M. |
| 51 | Burks | Ariane | |
| 52 | Burks | Carl | |
| 53 | Burks | Johnaton | |
| 54 | Burks | Roger | Jr. |
| 55 | Carter | Kevin | |
| 56 | Carter | Lance | |
| 57 | Charles | JonNeka | |
| 58 | Chopin | Darrell | |
| 59 | Chopin | Dashia | |
| 60 | Cockerham | Antreneck | |
| 61 | Cockerham | Kenneck | |
| 62 | Cohoes | Gene | Byron |
| 63 | Cohoes | Terry | J. |
| 64 | Creecy | Dwyna | |
| 65 | Creecy | Owen | |
| 66 | Diggs | Barbara | |
| 67 | Diggs | Courtney | J. |
| 68 | Diggs | Jeremy | J. |
| 69 | Diggs | Joshlee | J. |
| 70 | Diggs | Ryan | J. |
| 71 | Diggs | Torres | |
| 72 | Dorsey | Diesha | |

EXHIBIT

"B"

**/DISCOVERY NOT RECEIVED FROM THIRD DISCOVERY GROUP- DUE 11/17/01**

| | | | |
|---|---|---|---|
| 73 | Douglas | Angela | |
| 74 | Douglas | Charles | |
| 75 | Eugene | Amber | R |
| 76 | Eugene | Charles | O. |
| 77 | Eugene | Jaszmine | o |
| 78 | Eugene | Shontell | R |
| 79 | Eugene | Terrence | Jr. |
| 80 | Eugene | Terrence | Sr |
| 81 | Fagan | Kody | |
| 82 | Fagan | Koy | |
| 83 | Fagan | Kris | |
| 84 | Fenderson | Kerdell | |
| 85 | Fenderson | Kinyshann | |
| 86 | Fenderson | Terrence | T |
| 87 | Fenderson | Valena | |
| 88 | Fenderson | Yvette | |
| 89 | Gordon | Gary | Howard |
| 90 | Gordon | Jary | |
| 91 | Green | Bradlynn | Simara |
| 92 | Green | Derrick | |
| 93 | Green | Michelle | |
| 94 | Green | Monique | |
| 95 | Green | Nathan | |
| 96 | Green | Raymond | D. |
| 97 | Green | Robert | Jr. |
| 98 | Green | Romell | R. |
| 99 | Green | Sharon | C. |
| 100 | Green | Troy | |
| 101 | Green | Troynisha | |
| 102 | Grimes | Glory | |
| 103 | Grimes | Konjua | |
| 104 | Grimes | Lanette | |
| 105 | Gross | Barbara | |
| 106 | Harding | Frank | Sr. |
| 107 | Harding | Verline | Lee |
| 108 | Hart | Eula | |
| 109 | Hart | Kaysha | L. |
| 110 | Hawkins | Beliota | Parkquet |
| 111 | Hawkins | Briahn | Amari |
| 112 | Hawkins | Mark | Anthony |
| 113 | Hebert | Adrenee | |
| 114 | Hillard | Alonzo | R. |
| 115 | Hillard | Monica | S. |
| 116 | Hillard | Natoya | T. |
| 117 | Hollins | Ariana | |
| 118 | Hollins | Chad | |
| 119 | Hollins | Cory | |
| 120 | Hollins | Jule | |
| 121 | Hollins | Mary | |
| 122 | Hollins | Paula | |
| 123 | Hollins | Percy | Sr. |
| 124 | Isaac | Carolyn | |
| 125 | Isaac | Jairron | |
| 126 | Isaac | Jonathan | P. |
| 127 | Isaac | Joseph | |
| 128 | Isaac | Kathleen | E. |
| 129 | Jackson | Andrew | L. |
| 130 | Jackson | Andrew | |
| 131 | Jackson | Anna | |
| 132 | Jackson | Carient | L |
| 133 | Jackson | Felechie | |
| 134 | Jackson | Janiqua | K. |
| 135 | James | Kailon | |
| 136 | James | Shantel | |
| 137 | Jenkins | Camaro | Pierre |
| 138 | Jenkins | Fabian | Pierre |
| 139 | Jenkins | Robert | Langford |
| 140 | Jenkins | Virgie | S. |
| 141 | Johns | Tiffany | |
| 142 | Johnson | Carla | |
| 143 | Johnson | Enjolica | |
| 144 | Johnson | Peter | Jr. |

**/DISCOVERY NOT RECEIVED FROM THIRD DISCOVERY GROUP- DUE 11/17/01**

| | LAST NAME | FIRST | MIDDLE |
|---|---|---|---|
| 145 | Jones | Brandon | K. |
| 146 | Jones | Crystal | N. |
| 147 | Jones | Markell | Jr. |
| 148 | Knight | Alphonso | |
| 149 | Knight | Roselyn | |
| 150 | Knight | Trevon | |
| 151 | Lee | Brenda | n |
| 152 | Lee | Cyron | |
| 153 | Lee | Irece | |
| 154 | Lee | Kimberly | |
| 155 | Lee | William | |
| 156 | Leobaux | Karon | |
| 157 | Lewis | Carmen | G. |
| 158 | Lewis | Da'Javon | |
| 159 | Lewis | Gary | Allen |
| 160 | Lewis | Orvett | |
| 161 | Lewis | Rayford | D. |
| 162 | Lewis | Ta-Lar | |
| 163 | London | Clinisia | |
| 164 | London | Gregory | |
| 165 | Lopez | Floyd | |
| 166 | Martin | August | Jr. |
| 167 | Martin | Geraldine | |
| 168 | Massengale | Lorene | P. |
| 169 | Massengale | Robert | E. |
| 170 | Massengale | Steven | Jr. |
| 171 | Massengale | Steven | Sr. |
| 172 | Massengale | Sylvia | A. |
| 173 | Melancon | Neidra | T |
| 174 | Melancon | Theron | E., Jr. |
| 175 | Melancon | Tiera | |
| 176 | Miller | James | Sr. |
| 177 | Moliere | Kerry | B. |
| 178 | Moliere | Lydia | P. |
| 179 | Moliere | Tori | S. |
| 180 | Moliere-Rainey | Shelley | |
| 181 | Morris | Regina | |
| 182 | Morris | Terry | Sr. |
| 183 | Moses | Schamayne | A. |
| 184 | Moses | Shalayna | |
| 185 | Moses | Simone | |
| 186 | Moses | Wendy | |
| 187 | Nelson | Brittnay | |
| 188 | Nelson | Camesha | |
| 189 | Nelson | Carolyn | |
| 190 | Nelson | Demarcas | |
| 191 | Nicholas | Erica | |
| 192 | Nicholas | Mendel | |
| 193 | Nicholas | Tia | |
| 194 | Noble | Kelvin | Jr. |
| 195 | Noble | Kelvin | Sr. |
| 196 | Noble | Regina | |
| 197 | Parquet | Felton | Sr. |
| 198 | Patterson | Darrious | |
| 199 | Patterson | Floyd | |
| 200 | Patterson | Jeff | |
| 201 | Patterson | Linda | |
| 202 | Patterson | Marchez | |
| 203 | Pierre | Davin | C. |
| 204 | Robertson | Kentrell | |

**DISCOVERY NOT RECEIVED FROM FIRST DISCOVERY GROUP- DUE 9/17/01**

| | | | |
|---|---|---|---|
| 1 | Albert | Junius | Jr. |
| 2 | Albert | Junius | Sr |
| 3 | Anderson | Veronica | |
| 4 | Antione | Brenda | |
| 5 | Arceneaux | Dionne | |
| 6 | Arceneaux | Patrick | |
| 7 | Arlie | Leatrice | W. |
| 8 | Augillard | Yolanda | |
| 9 | Bailey | Sherman | |
| 10 | Banks | Junius | Jr. |
| 11 | Blackmore | Steve | |
| 12 | Bodnar | Linda | Oddo |
| 13 | Bodnar | Ronald | |
| 14 | Borne | Tre' | A. |
| 15 | Borne | Trevon | A |
| 16 | Breaux | Akira | |
| 17 | Bridges | Alexis | M. |
| 18 | Bridges | Alincia | M. |
| 19 | Bridges | Ashley | |
| 20 | Bridges | Montel | |
| 21 | Briscoe | Janaica | |
| 22 | Briscoe | Javen | |
| 23 | Briscoe | Wayne | |
| 24 | Brown | Dwayne | A. |
| 25 | Brown | Gladys | L |
| 26 | Brown | Lawrance | |
| 27 | Brown | Stacey | M. |
| 28 | Bruce | Ellis | |
| 29 | Burks | Diondra | |
| 30 | Carter | Annie | |
| 31 | Charles | Perry | J. |
| 32 | Chopin | Branette | |
| 33 | Chopin | Daniel | A. |
| 34 | Chopin | Dantirio | |
| 35 | Chopin | Darius | |
| 36 | Chopin | Donovan | |
| 37 | Coleman | Clayton | |
| 38 | Coleman | Eddie | |
| 39 | Coleman | Katrina | |
| 40 | Coleman | Kendrelle | |
| 41 | Coleman | Mae | |
| 42 | Coleman | Mary | |
| 43 | Coler | Aaron | |
| 44 | Common | Secret | D |
| 45 | Counsel | Kevin | Jr. |
| 46 | Creecy | Cynthia | J. |
| 47 | Daigle | Eleanor | R. |
| 48 | Daks | William | |
| 49 | Daniels | Keshana | R. |
| 50 | Darensburg | Yolanda | |
| 51 | Davis | Imani | |
| 52 | Dewey | Benjamin | |
| 53 | Dixon | Shontell | |
| 54 | Dorsey | Earl | |
| 55 | Douglas | Loretta | B. |
| 56 | Douglas | Melvin | |
| 57 | Douglas | Veronica | |
| 58 | Dunmiles | Terrance | Lewis |
| 59 | Early | Donhosea | |
| 60 | Edmond | Gayle | |
| 61 | Edwards | Delores | |
| 62 | Elpheage | Stacie | |
| 63 | Elsworth | Dennis | K |
| 64 | Etienne | Helen | |
| 65 | Eugene | Azondra | Adine |
| 66 | Evans | James | |
| 67 | Evers | Aline | W. |
| 68 | Fagan | Karlanda | |
| 69 | Fenderson | Kendall | |
| 70 | Flowers | Catina | |
| 71 | Flowers | Darrell | Sr. |
| 72 | Flowers | Darrell | |

EXHIBIT

"C"

**DISCOVERY NOT RECEIVED FROM FIRST DISCOVERY GROUP- DUE 9/17/01**

| | | | |
|---|---|---|---|
| 73 | Flowers | James | |
| 74 | Flowers | Jamirer | |
| 75 | Flowers | Jasmine | |
| 76 | Flowers | She'Quita | L. |
| 77 | George | Terrence | Keith |
| 78 | Gibson | Barry | R. |
| 79 | Gomez | Deon | |
| 80 | Gomez | Leon | Jr. |
| 81 | Green | Latanya | Patrice |
| 82 | Grimes | Kenya | Kewanette |
| 83 | Grimes | Tanaka | |
| 84 | Grimes | Tylan | |
| 85 | Grimes | Tyler | |
| 86 | Hart | Keith | Jr. |
| 87 | Hayes | Brandon | D. |
| 88 | Hayes | Kayyonna | Nekia |
| 89 | Hill | Cheyney | Shelvin Elaine |
| 90 | Hollins | Jonre | |
| 91 | Hollins | Kristin | |
| 92 | Hollins | Latanya | |
| 93 | Howard | Freddie | |
| 94 | Howard | Isiah | |
| 95 | Howard | Karika | |
| 96 | Howard | Linda | M |
| 97 | Howard | Lloyd | III |
| 98 | Howard | Lloyd | Jr. |
| 99 | Ingram | Marvine | |
| 100 | Jackson | DeLawrance | |
| 101 | Jackson | Graylyn | M. |
| 102 | Jackson | Traveon | M. |
| 103 | James | Craig | |
| 104 | Jenkins | Joiya | |
| 105 | Jenkins | Joy | |
| 106 | Jenkins | Thomas | |
| 107 | Jenkins | Unborn Baby | |
| 108 | Johnson | Clever | |
| 109 | Jones | Nathaniel, Jr. | C. |
| 110 | Jordan | Audrey | |
| 111 | Joseph | Devon | |
| 112 | Keys | Jean | |
| 113 | King | Bernice | |
| 114 | King | Stefon | |
| 115 | King | Wyatt | |
| 116 | Knight | Thaddeus | |
| 117 | LaGrue' | Kristopher | |
| 118 | Landry | Kamryn | Tiree |
| 119 | Layosa | Amber | L. |
| 120 | Lee | Craige | Jr. |
| 121 | Lee | Craige | Sr. |
| 122 | Lee | Donald | |
| 123 | Lewis | Claude | |
| 124 | Lewis | Emmanuel | |
| 125 | Lewis | Joann | |
| 126 | Lewis | Trevine | A. |
| 127 | Logan | Glen | Sr. |
| 128 | Mashia | Jason | |
| 129 | Mashia | Jordan | |
| 130 | Mashia | Sybil | M. |
| 131 | Mason | Brandi | |
| 132 | Massengale | Michael | J. |
| 133 | McClain | Matilda | |
| 134 | McKnight | Jefferey | |
| 135 | Mitchell | Norris | |
| 136 | Moore | Sheila | |
| 137 | Morris | Arthur | III |
| 138 | Morton | Gerald | L |
| 139 | Noble | Dione | |
| 140 | Nora | Breione | R. |
| 141 | Norman | Matilda | |
| 142 | Parquet | Jeremy | |
| 143 | Parquet | Kerry | |
| 144 | Payne | Edward | Jr. |

**DISCOVERY NOT RECEIVED FROM FIRST DISCOVERY GROUP- DUE 9/17/01**

| | | | |
|---|---|---|---|
| 145 | Payne | Edward | Sr. |
| 146 | Payne | Gail | L. |
| 147 | Payne | Johnie | |
| 148 | Payne | Lorraine | |
| 149 | Payne | Margaret | |
| 150 | Payne | Tanganyika | |
| 151 | Payton | Donna | D. |
| 152 | Perrilloux | Taj | |
| 153 | Perry, Jr. | Israel | Jr. |
| 154 | Piper | Jairon | |
| 155 | Pollard | Dameona | |
| 156 | Populis | Freddie | Jr. |
| 157 | Posey | Quenisha | |
| 158 | Preston | Roosevelt | Sr. |
| 159 | Price | Delores | W. |
| 160 | Quetant | Brian | J. |
| 161 | Quetant | Sean | |
| 162 | Rainey | Terrell | M. |
| 163 | Raphile | Clarence | Jr. |
| 164 | Ratcliff | Jairielle | |
| 165 | Raymond | Christine | Green |
| 166 | Reynaud | Anthony | Keith, Jr. |
| 167 | Richard | Demond | |
| 168 | Richard | Winston | P. |
| 169 | Rideaux | Doris | L. |
| 170 | Robert | Edward | |
| 171 | Robertson | Kevin | |
| 172 | Robinson | Gerald | Jr. |
| 173 | Robinson | Gerald | |
| 174 | Robinson | Geralyn | |
| 175 | Robinson | Gurika | |
| 176 | Rybiskie | Walter | |
| 177 | Sanborn | Sean | L. |
| 178 | Sanders | Alger | Jr. |
| 179 | Sanders | Woodrick | |
| 180 | Scott | Lakeijah | T |
| 181 | Scott | Lakyron | T |
| 182 | Singleton | Bryan | Jr. |
| 183 | Smith | DaQuan | R. |
| 184 | Smith | Darius | M. |
| 185 | Smith | Dewaynika | |
| 186 | Smith | Dontonio | |
| 187 | Smith | Dwaynea | Edwardneisha |
| 188 | Smith | Ronald | |
| 189 | Smith | Shirley | |
| 190 | Smith | Sydney | |
| 191 | Stewart | Leona | |
| 192 | Stokes | Donald | Jr. |
| 193 | Stokes | Donette | La Nae |
| 194 | Taylor | Kevin | M. |
| 195 | Toliver | Mary | Louise |
| 196 | Walker | Christina | |
| 197 | Walker | Leonard | |
| 198 | Warren | Raynea | A. |
| 199 | Warren | Ryeisha | T. |
| 200 | Washington | Lovely | L. |
| 201 | Washington | Unborn Baby | |
| 202 | Washington | Zerick | Wayne |
| 203 | Watson | Edward | |
| 204 | Watts | Melvin | |
| 205 | Williams | Angel | |
| 206 | Williams | Ernest | |
| 207 | Williams | Marietta | |
| 208 | Wilson | Chandalier | Satina |
| 209 | Wilson | Chandler | Scott |
| 210 | Wilson | Chandler | |
| 211 | Wilson | Chandsler | S. |
| 212 | Woods | Fabian | II |
| 213 | Young | James | E. |

# Confirmation Report—Memory Send

Time      : Aug-15-2001  11:38am
Tel line 1 : 15045828549
Name      : Jones Walker

| | | |
|---|---|---|
| Job number | : | 326 |
| Date | : | Aug-16 11:25am |
| To | : | 92449921 |
| Document Pages | : | 042 |
| Start time | : | Aug-16 11:28am |
| End time | : | Aug-16 11:38am |
| Pages sent | : | 042 |
| Status | : | OK |

Job number    : 326              *** SEND SUCCESSFUL ***



# JONES WALKER

RUTH B. SCHUSTER
201 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA, 70170-5100
504-582-8000
FAX 504-582-8010
E-MAIL richuster@joneswalker.com

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

| Baton Rouge Office | Washington, D.C. Office | Lafayette Office |
|---|---|---|
| 8555 United Plaza Boulevard | 499 South Capitol Street, S.W., Suite 600 | 500 Dover Boulevard, Suite 120 |
| Baton Rouge, Louisiana 70809 | Washington, D.C. 20003 | Lafayette, Louisiana 70503 |
| Telephone: 225-248-2000 | Telephone: 202-828-8363 | Telephone: 337-406-5610 |
| Fax: 225-248-2010 | Fax: 202-828-6907 | Fax: 337-406-5620 |

## TELECOPY COVER SHEET
### PLEASE DELIVER THE FOLLOWING PAGES

To: _____ Walter I. Willard _____ [The Willard Firm, APLC]

From: _____ Ruth B. Schuster

Date: _____ August 15, 2001

Total number of pages, including this cover page: _____ 4 A

Telecopier No.: _____ 244-9921 _____ Local ( X ) _____ Long Distance ( )

Confirmation No.: _____ 244-9922

Special Instructions: _____ Please Deliver ASAP. Thanks.

_____

**This document is being faxed from 504/582-8010. If you do not receive the entire copy, please call Ruth Schuster at 504/582-8438 as soon as possible.**

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (call collect at 504-582-8000) and return the original facsimile to us by mail, without retaining any copies. Thank you.

### FOR OFFICE USE ONLY

Client Number: _____ 00775

File Number: _____ 75911-00

Client Name: _____ Alleged Spill

NO7113993.1



EXHIBIT

"D"

# JONES WALKER

Glenn G. Goodier
Direct Dial 504-582-8174
Fax 504-582-8010
ggoodier@joneswalker.com

August 22, 2001

**VIA TELEFAX NO. 244-9921**

Walter I. Willard, Esq.
Deer Park - Suite 3F
10555 Lake Forest Boulevard
New Orleans, Louisiana  70127

Re: IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as
Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL
BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907,
Praying for Exoneration from and/or Limitation of Liability
U.S.D.C. Civil Action No. 00-0252, c/w 00-2967, c/w 00-3147
Section "B" (5)
Our File No. 75911-00/00775

Dear Walter:

Pursuant to Magistrate Chasez's request, I attach a copy of the names with addresses of the initial 330 of your clients selected to respond to our discovery.  There are many with no address.  They did not put their address on the responses to the initial discovery.

With kindest regards, I remain

Very truly yours,

Glenn G. Goodier

GGG/dr
Enclosures
cc:    The Honorable Alma L. Chasez



JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE  NEW ORLEANS, LOUISIANA 70170-5100 · 504-582-8000  FAX 504-582-8583 · E-MAIL info@joneswalker.com · www.joneswalker.com
BATON ROUGE    LAFAYETTE    NEW ORLEANS    WASHINGTON, D.C.

N0714247.1



# JONES WALKER

Ruth Brewer Schuster
Direct Dial 504-582-8438
Direct Fax 504-589-8438
rschuster@joneswalker.com

September 4, 2001

**BY HAND**
Walter I. Willard, Esq.
The Willard Firm
A Professional Law Corporation
Deer Park ■ Suite 3F
10555 Lake Forest Boulevard
New Orleans, Louisiana  70127

Re:    In the Matter of American Commercial Lines LLC as Owner of the Barge LCD 4907
and American Commercial Barge Line LLC as Charterer and Operator of the
Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability
U.S.D.C., E.D. La, Civil Action No. 00-0252, Section "B", Mag. (5)
Our File:  00775/75911-00

Dear Mr. Willard:

Enclosed you will find the disk containing the names and addresses of the first 330 claimants who must file responses to Interrogatories and Requests for Production of Documents by September 17, 2001.  Should you have any questions, please contact me at your earliest convenience.

With kindest regards, I remain

Yours truly,

Ruth B. Schuster

Enc.



**EXHIBIT**

"F"

RBS/mkr

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE  NEW ORLEANS, LOUISIANA 70170-5100  504-582-8000  FAX 504-582-8583  E-MAIL info@joneswalker.com · www.joneswalker.com

N0719222.1    BATON ROUGE   LAFAYETTE   NEW ORLEANS   WASHINGTON, D.C.

# THE WILLARD FIRM
## ATTORNEYS AND COUNSELORS AT LAW
DEER PARK, SUITE 3F
10555 LAKE FOREST BOULEVARD
NEW ORLEANS, LOUISIANA 70127

WALTER I. WILLARD *
BOBBIE F. MASON

NEW ORLEANS: (504) 244-9922
LAPLACE: (985) 652-9923
FASCIMILE: (504): 244-9921

* LL.M , ENERGY AND
ENVIRONMENTAL LAW
ALSO ADMITTED IN NJ & PA

September 5, 2001

Sidney J. Hardy, Esq.
Richard A. Houston, Esq.
Campbell, McCranie, Sistrunk, Anzelmo, & Hardy
3445 N. Causeway Boulevard, Suite 800
Metairie, LA 70002

Alan A. Zaunbrecher, Esq.
Law Offices of Alan A. Zaunbrecher
Lakeway II, Suite 1070
3850 N. Causeway Blvd.
Metairie, LA 70002-1752

Glenn G. Goodier, Esq.
Ruth B. Schuster, Esq.
Jones Walker, Waechter, Poitevent
Carrere & Denegre, L.L.P.
201 St. Charles Ave., Suite 4800
New Orleans, LA 70170

Randall Gaines, Esq.
Law Office of Randal Gaines
311 Devon Road
LaPlace, LA 70068

Re: *Brown, et al. v. Orion Refinery Corporation, et al.*

Dear Counselors:

Attached is the Motion for Reconsideration as filed of record in this matter. Note that the court has issued a hearing date of October 3, 2001 at 9:00 a.m.

Finally, please allow us to acknowledge the cooperation of Mr. Goodier in providing requested computerized listings of the first 300 compliant claimants for purposes of discovery responses due on the September 17, 2001. I ask any additional parties wishing to receive copies of the discovery to note that we will make effort to provide the copies in an orderly, economical, and appropriate manner.

Certainly, call if you have any questions.

Very truly yours,

Walter I. Willard

WIW/bfm


EXHIBIT
"G"

# THE WILLARD FIRM
## ATTORNEYS AND COUNSELORS AT LAW
### DEER PARK, SUITE 3F
### 10555 LAKE FOREST BOULEVARD
### NEW ORLEANS, LOUISIANA 70127

WALTER I. WILLARD *
BOBBIE F. MASON

NEW ORLEANS: (504) 244-9922
LAPLACE: (985) 652-9923
FASCIMILE: (504). 244-9921

\* LL.M , ENERGY AND
ENVIRONMENTAL LAW
ALSO ADMITTED IN NJ & PA

September 13, 2001

Glenn G. Goodier, Esq.
Jones Walker, Waechter, Poitevent
Carrere & Denegre, L.L.P.
201 St. Charles Ave., Suite 4800
New Orleans, LA 70170

Re: ***Brown, et al. v. Orion Refinery Corporation, et al.***

Dear Mr. Goodier:

Attached is the court's ruling on our Motion for Continuance of the September 19, 2001 and September 26, 2001 previously scheduled hearings, which includes our Motion to Suspend the Magistrate's Order until Hearing on All Matters. Please note that in the interest of judicial efficiency, all pending hearing dates in this matter have been consolidated and continued until **October 3, 2001** at **9:00 a.m.**

We ask that you provide us with a disc in an intelligible, readable format, immediately compatible or convertible to either Microsoft Word or WordPerfect in label format for all claimants so that we can provide the necessary discovery responses in an efficient, timely manner. If you remain unable to provide the disc in an intelligible, readable, and convertible format, we will consider all ACBL discovery responses at a stand-still until further order of the court. We believe that your failure to provide the disc with the 330 names, if indeed not all responding claimants, ultimately. We believe your actions violate the spirit of the August 14, 2001 Magistrate's ruling instructing that you provide the list of the first round of claimants' names and addresses.

We look forward to receiving this information as soon as possible. Certainly, call if you have any questions.

Sincerely,

Bobbie F. Mason


EXHIBIT
"H"