FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN 11  AM 11: 23

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
ENGELHARDT, J.
January 11, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN COMMERCIAL        CIVIL ACTION
LINES, L.L.C., as Owner of the Barge        NO. 00-252
LCD 4907, et al                              c/w 00-2967
                                             c/w 00-3147
                                             SECTION: "N"

A status conference was held on January 10, 2002 regarding the hearing on class certification presently set for February 6, 2002.  Present were:

    Alan Zaunbrecher  - representing St. Charles Parish
    Ruth Schuster     - representing ACBL
    Richard Houston   - representing Orion Refining Corporation
    Walter Willard    - representing individual plaintiffs
    Randal Gaines     - representing individual plaintiffs

Pursuant to the discussion in Chambers addressing the class certification hearing and problems which arose concerning the related issue of discovery of plaintiffs' experts, inter alia,

**IT IS ORDERED** that hearing on the **Motion to Determine Class Certification** is hereby **CONTINUED** and **RESET FOR HEARING** on Wednesday, April 24, 2002, at 9:00 AM.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JAN 1 1 2002