

MINUTE ENTRY
ENGELHARDT, J.
January 17, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN COMMERCIAL  CIVIL ACTION
LINES,L.L.C., as Owner of the Barge    NO. 00-252
LCD 4907, et al                         c/w 00-2967
                                        c/w 00-3147
                                        SECTION:"N"

Before the Court is claimants' request for extension of time to respond to Limitation Petitioner's discovery request. Additionally pending before the Court at this time are the Limitation Petitioners' Motions to Dismiss Claims on account of claimants' failure to abide by the previously set rolling discovery schedule. The Petitioners' Motions to Dismiss and Claimants' opposition and most recent motion to extend discovery deadlines will be the subject of a January 25, 2002 status conference which was previously scheduled to address the recurring dilemma of deadline defiance, stunting the progress of this case.

DATE OF ENTRY
JAN 1 8 2002



IT IS ORDERED that Claimants' recent motion for extension of time to respond to discovery requests and proposed order granting same [attached] shall be filed <u>unsigned</u>.

_____
UNITED STATES DISTRICT JUDGE