UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "N" (5) |

\* \* \* \* \* \* \*

### MOTION AND INCORPORATED MEMORANDUM TO STRIKE AND/OR EXCLUDE WITNESSES

NOW INTO COURT, through undersigned counsel, comes St. Charles Parish, who moves this Court to strike and/or exclude certain expert witnesses from testifying at the class certification hearing in this matter. Plaintiff has listed and/or identified A. J. Englande; Davis Ford; and Tracy Dodd as expert witnesses they intend to call at the class certification hearing. Defendants have made numerous requests, both in writing and in person for available dates to depose these experts. On December 11, 2001, a written request was made for available dates and/or contact information regarding Davis Ford and Tracy Dodd (previously listed as Tracy Zurael) (see Exhibit A). On January 8, 2002, plaintiffs' counsel sent correspondence to counsel for St. Charles Parish announcing that Davis Ford would not be available for deposition until after January 28, 2002. Additionally, this correspondence added a new expert witness, A. J. Englande, who was also not available for deposition until January 28, 2002. On January 9, 2002, in response to the correspondence from plaintiffs' counsel, St. Charles Parish requested to depose Tracy Dodd on January 24, 2002; Davis Ford on January 28, 2002; and A. J. Englande on January 29, 2002 (see Exhibit B). Subsequent to this correspondence, counsel for plaintiff informed St. Charles Parish that the depositions could not



proceed as proposed. Plaintiffs' counsel, however, refused to provide any alternative dates. On January 15, 2002, another verbal request was made. Plaintiffs' counsel stated that he would be able to provide available dates by Friday, January 18, 2002. On January 18, 2002, another verbal request was made; however, plaintiffs' counsel stated that he was unable to provide available dates.

A district court has wide discretion in assessing sanctions against a party, including striking the party's expert, for its failure to cooperate in the discovery process. *Sierra Club v. Cedar Point Oil Co.*, 73 F.3d 546 (5th Cir. 1996).

Despite numerous requests for available dates, or simply contact information, plaintiffs' counsel has refused to cooperate in coordinating the deposition of his expert witnesses. If defendants are unable to depose these experts within a reasonable time prior to the class certification hearing, defendants will be prejudiced in their ability to properly defend this matter. St. Charles Parish, therefore, moves this Court to strike and/or exclude A. J. Englande, Davis Ford, and Tracy Dodd from testifying at the class certification hearing in this matter. St. Charles Parish remains willing to cooperate in scheduling the depositions of these experts to the extent that the depositions can be scheduled within a reasonable time so as not to prejudice the preparation of the defense in this matter.

                                                        **Respectfully submitted:**

_____
ALAN A. ZAUNBRECHER (#13783)
BRETT M. BOLLINGER (#24303)
3850 N. Causeway Boulevard
Lakeway II - Suite 1070
Metairie, Louisiana 70002
(504) 833-7300

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid, this 23 day of January, 2002.

_____
BRETT M. BOLLINGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "N" (5) |

* * * * * * *

### NOTICE OF HEARING

Glenn G. Goodier, Esq.
201 St. Charles Avenue
Suite 4800
New Orleans, LA 70170-5100

Sidney J. Hardy, Esq.
3445 N. Causeway Boulevard
Suite 800
Metairie, LA 70002

Randal L. Gaines, Esq.
311 Devon
LaPlace, LA 70068

Walter Willard, Esq.
1540 N. Broad Street
New Orleans, Louisiana 70119

PLEASE TAKE NOTICE that the foregoing Motion to Strike and/or Exclude Witnesses filed by defendant, St. Charles Parish, will be brought on for hearing in the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana, on the 20th day of February, 2002, beginning at 9:30 a.m., or as soon thereafter as counsel may be heard.

**Respectfully submitted:**

_____
ALAN A. ZAUNBRECHER (#13783)
BRETT M. BOLLINGER (#24303)
3850 N. Causeway Boulevard
Lakeway II - Suite 1070
Metairie, Louisiana 70002
(504) 833-7300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid, this 23 day of January, 2001.

BRETT M. BOLLINGER

December 11, 2001

**VIA TELEFAX**
Walter Willard, Esq.
1540 N. Broad Street
New Orleans, Louisiana 70119

      RE:   Margie Richard, et al
            v. American Commercial Lines, L.L.C., et al
            29th JDC No. 53,756 "E"
            Our File No. 00-119

Dear Walter:

      In your responses to interrogatories, you list Davis Ford as your water treatment plant operation expert and Tracy Zurael as your water testing expert. We would like to depose both of these experts and would appreciate if you could provide us with some available dates for the depositions and contact information for these experts. I would appreciate if you could provide me with this information as soon as possible. We would like to schedule and take these depositions within the next thirty days.

      Should you have any questions, please do not hesitate to call.

      With best regards, I remain

                                  Very truly yours,

                                  Brett M. Bollinger

BMB:pm

# LAW OFFICES OF
# Alan A. Zaunbrecher

3850 North Causeway Boulevard
Lakeway II - Suite 1070
Metairie, Louisiana 70002-1752

PHONE: (504) 833-7300
FAX: (504) 833-7338

Alan A. Zaunbrecher* +
Email alan@aazlaw.com

Brett M. Bollinger
Email: brett@aazlaw.com

* Master of Laws in Admiralty
+ Also admitted in Texas

MANDEVILLE OFFICE:
424 N. Causeway Blvd., Suite A
Mandeville, LA 70448
PHONE: (985) 674-0949
FAX: (985) 674-9749

January 9, 2002

**VIA TELEFAX NO.** ~~584-9142~~ 244-9921
Walter Willard, Esq.
1540 N. Broad Street
New Orleans, Louisiana 70119

      RE:   Margie Richard, et al
              v. American Commercial Lines, L.L.C., et al
              29th JDC No. 53,756 "E"
              Our File No. 00-119

Dear Walter:

    I was surprised to receive your fax January 8 in which you name two new experts less than one month prior to the class certification hearing. I have made repeated requests for you to provide me with available dates for all witnesses you intend to call at the class certification hearing. Despite these numerous written and verbal requests, you now declare that these witnesses will not be available to be deposed until after January 28, 2002 (nine days prior to the hearing). As we previously mentioned to you, we will file a motion to strike these witnesses to the extent that we are unable to adequately prepare for the hearing.

    Your correspondence seems to suggest that these experts should be all deposed in one day. I do not believe that these experts can be deposed in one day, especially given that the last two depositions in this case have each lasted three hours or more. I would like to depose Tracy Dodd on January 24, 2001. Additionally, if, as your letter indicates, A. J. Englande and Davis Ford are unavailable prior to January 28, 2002, I would like to depose Davis Ford on January 28 and A. J. Englande on January 29. You previously indicated that Davis Ford resides in Austin, Texas. Please let me know whether this deposition will take place in Austin or in New Orleans. I request that you respond immediately so that these depositions can be coordinated. I also request that all other counsel indicate whether they are available on the proposed dates.

Walter Willard, Esq.
January 9, 2002
Page 2

---

With best regards, I remain

Very truly yours,

*Brett M. Bollinger*

BMB:pm

cc:  Glenn Goodier, Esq. (via telefax no. 582-8010)
     Sid Hardy, Esq. (via telefax no. 831-2492)
     Randall Gaines, Esq. (via telefax no. 225-647-6771)