FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN 25 PM 4: 05

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN COMMERCIAL          CIVIL ACTION
LINES, L.L.C., as Owner of the Barge          NO. 00-252
LCD 4907, and AMERICAN COMMERCIAL             c/w 00-2967
BARGE LINE LLC as Charterer and               c/w 00-3147
Operator of the Barge LCD 4907,               SECTION: "N" (5)
Praying for Exoneration from and/or
Limitation of Liability

### ORDER AND REASONS

Before this Court are four Motions to Dismiss filed on behalf of petitioners-in-limitation (CA No.00cv252) American Commercial Lines LLC and American Commercial Barge Line LLC (ACBL), and corresponding Motions Extend Discovery Response Time filed on behalf of the claimants-in-limitation, to wit:

- ACBL's Motion to Dismiss Claimants failing to Produce Discovery by October 17, 2001;

- ACBL's Motion to Dismiss Claimants failing to Produce Discovery by November 17, 2001;

- ACBL's Motion to Dismiss Claimants failing to Produce Discovery by December 1, 2001;

- ACBL's Motion to Dismiss Claimants failing to file a Court Approved Claim Form by December 19, 2001; and

- Claimants' Motion to Extend Discovery Response Time.

DATE OF ENTRY
JAN 28 2002

These motions were all the subject of formal opposition, and a lengthy hearing in Chambers on January 25, 2002 (today), commencing at 10:00 A.M.  Having read the record of these proceedings in its entirety and having orally heard the positions of the parties through counsel of record, it is pellucid that yet another extension of time will only serve to further delay the progress of this action and likely garner yet another request for delay when the new deadline draws nigh.

The Court will not reiterate the continuing saga of repeated failure to comply with court orders entered in this case. Moreover, the rolling discovery schedule entered in this case and the claims form procedure utilized were the subject of agreement by the parties.  These agreed upon schedules have been the subject of numerous orders and extensions.  Lest the case completely stagnate, it is clear that further extensions of time will only ensure that event.  Numerous extensions of time and other assistance provided by the Magistrate Judge in the hopes of streamlining discovery in this matter have not gone unpunished.

Accordingly, and for all of the foregoing reasons,

IT IS ORDERED that the individual claimants' Motion to Extend Discovery Response Time is DENIED.

IT IS FURTHER ORDERED that ACBL's Motion to Dismiss Claimants failing to Produce Discovery by October 17, 2001 is GRANTED.

IT IS FURTHER ORDERED that ACBL's Motion to Dismiss Claimants failing to Produce Discovery by November 17, 2001 is GRANTED.

IT IS FURTHER ORDERED that ACBL's Motion to Dismiss Claimants failing to Produce Discovery by December 1, 2001 is GRANTED.

IT IS FURTHER ORDERED that ACBL's Motion to Dismiss Claimants failing to file a Court Approved Claim Form by December 19, 2001 is GRANTED.

New Orleans, Louisiana, this 25th day of January, 2002.

UNITED STATES DISTRICT JUDGE

cc: United States Magistrate Judge Alma L. Chasez