FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN 24 AM 9: 43

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>No. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N"<br><br>MAG. (5) |

## MOTION FOR EXPEDITED HEARING

American Commercial Lines, L.L.C. and American Commercial Barge Lines, L.L.C. ("Limitation Petitioners") respectfully request an expedited hearing on the attached Motion to Compel because the usual delays are insufficient for the hearing of this Motion. Additional discovery delays will be prejudicial to Limitation Petitioners' case as the deadline for discovery is rapidly approaching and as Counsel for Claimants has moved for another extension of time.

Respectfully submitted,

_____
GLENN G. GOODIER (#06130)
RUTH B. SCHUSTER (#26506)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8438
Attorney for American Commercial Lines L.L.C. and American Commercial Barge Line, L.L.C.

DATE OF ENTRY
JAN 30 2002

N0776230.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>No. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N"<br><br>MAG. (5) |

### ORDER

Considering the foregoing Motion of Limitation Petitioners requesting an expedited hearing on their Motion to Compel;

IT IS HEREBY ORDERED that Limitation Petitioners' Motion for Expedited Hearing is granted, the expedited hearing date being set for the __6th__ day of __February__, 2002, at __11:00 Am__, or as soon thereafter as counsel may be heard, with oral argument. before Magistrate Judge Chasez.

New Orleans, Louisiana, this 25 day of January, 2002.

_____
MAGISTRATE  JUDGE

N0776230.1                                    3

## CERTIFICATE OF SERVICE

I hereby certify that copies of the above and foregoing pleading have been served on all counsel of record by placing copies of same in the U.S. Mail, postage prepaid, properly addressed on January 24, 2002.

GLENN G. GOODIER