FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JAN 30  AM 9: 34

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ENGELHARDT, J.**
**JANUARY 29, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN THE MATTER OF AMERICAN COMMERCIAL** | **CIVIL ACTION** |
| **LINES,L.L.C., as Owner of the Barge** | **NO. 00-252** |
| **LCD 4907, and AMERICAN COMMERCIAL** | **c/w 00-2967** |
| **BARGE LINE LLC as Charterer and** | **c/w 00-3147** |
| **Operator of the Barge LCD 4907,** | **SECTION:"N"** |
| **Praying for Exoneration from and/or** | |
| **Limitation of Liability** | |

Considering that a status conference was previously scheduled in this matter for February 6, 2002 before Magistrate Judge Alma Chasez,

IT IS ORDERED that the status conference prescribed by the scheduling order for February 28, 2002 is hereby CANCELLED.

UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Alma L. Chasez

DATE OF ENTRY
**JAN 3 0 2002**

Fee
Process
X  Dktd
CtRmDep
Doc.No.