

```
         FILED
   U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

  2002 FEB -1  PM 5: 25

   LORETTA G. WHYTE
        CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>No. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N"<br><br>MAG. (5) |

### MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

American Commercial Lines, L.L.C. and American Commercial Barge Lines, L.L.C. ("Limitation Petitioners") respectfully request leave to file the attached Reply Memorandum to Claimants' "Memorandum in Opposition to Petitioners in Limitation's Motion to Compel" in order to reply to certain representations contained therein, as well as to provide the Court with data upon which it can fully analyze the claims asserted.

Respectfully submitted,

_____
GLENN G. GOODIER (#06130)
RUTH B. SCHUSTER (#26506)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8438
Attorney for American Commercial Lines L.L.C. and American Commercial Barge Line, L.L.C.

```
___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep_____
___Doc.No.__133__
```

N0781384 1

```
DATE OF ENTRY
FEB  6 2002
```

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this ___1st___ day of February, 2002.

_____
RUTH B. SCHUSTER

N0781384.1                                       2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>No. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N"<br><br>MAG. (5) |

### ORDER

Considering the foregoing Motion for Leave to File a Reply Memorandum to Claimants' Opposition Motion;

IT IS HEREBY ORDERED that the Motion for Leave to File a Reply be granted.

New Orleans, Louisiana, this 5th day of February, 2002.

_____
MAGISTRATE JUDGE

N0781384.1                                3