

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB -5 PM 3: 20

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>No. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N"<br><br>MAG. (5) |

## REPLY MEMORANDUM OF LIMITATION PETITIONERS TO CLAIMANTS' OPPOSITION TO MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, come American Commercial Lines, L.L.C. and American Commercial Barge Lines, L.L.C. (hereinafter collectively referred to as "Limitation Petitioners") and submit this Reply Memorandum in response to Claimants' "Memorandum in Opposition Limitation Petitioners' Motion to Compel."

## I.      Unilateral Appointment of a Depository

Claimants argue that Limitation Petitioners agreed to the depositary designated by Claimants. Claimants also suggest that such an agreement was reached prior to Claimant's letter of December 17, 2001. This argument is unsubstantiated and unsupportable.



_____ Fee
_____ Process
__X__ Dktd
_____ CtRmDep
_____ Doc.No. 134

N0781393.1

During the months of September, October and November, Claimants produced discovery directly to the office of counsel for Limitation Petitioners. However, citing the Court's Scheduling Order, on December 17, 2001, Claimants unilaterally and without notice appointed a depository for their document production. Limitation Petitioners were notified of this designation by letter, attached hereto as Exhibit "A" which stated that the December 17, 2001 production had been sent to Claimant's copy center. This notice came as a surprise as Claimants never contacted Limitation Petitioners prior to this change in course of conduct.

Upon receiving the December 17, 2001 letter, counsel for Claimants drafted a letter on December 18, 2001, attached hereto as Exhibit "B", voicing the confusion and surprise that the unilateral declaration caused due to the fact that no prior notice had been given that a change would occur. On December 19, 2001, after Claimants had transmitted their December 17th letter and after the December discovery was due, counsel for Claimants and Limitation Petitioners held their first telephone conference regarding the change in production procedure. That same day, on December 19, 2001, Limitation Petitioners memorialized the conversation in a letter, which is attached hereto as Exhibit "C". That letter indicates that no agreement had been reached, but that Limitation Petitioners were ready and willing to agree on a depository which was mutually acceptable to both parties despite the fact that the Judge's Scheduling Order does not expressly call for such mutual agreement. Again, on January 7, 2002, Limitation Petitioners drafted a letter indicating that an agreement on a depository location had not been reached. (See Exhibit "D" attached hereto.)

It is apparent from the correspondence referenced above that Limitation Petitioners did not agree to Claimants depository and continued to seek a depository mutually agreeable to both parties well into January.

**II    Limitation Petitioners Designated a Depositary in Accordance with the Court's Order and Claimants refuse to Comply with this Designation**

Claimants next contend that Docusource was not designated as Limitation Petitioners' depository until after January 17th.  Again, Limitation Petitioners' direct Claimants to correspondence dated January 14, 2002.  That letter states:

> Given your lack of responsiveness, we propose that all of the documents be moved to Docusource at 201 St. Charles Avenue, Suite 1401, New Orleans, Louisiana 70170. . . . Unless you indicate an objection to this proposal, we will forward the discovery responses we have received to Docusource on Wednesday, January 16, 2002.  We would appreciate your cooperation in having any outstanding discovery you have, including the December 17, 2001 discovery sent to Docusource by Wednesday, January 16, 2002 as well.

(See Exhibit "E".)

No objection was noted by Claimants.  Thereafter, on January 15, 2002 two days before the January 17, 2002 production deadline, Limitation Petitioners again informed Claimants that Docusource was the designated depository.  (See Exhibit F).  Therefore, in addition to oral communications, written communications were transmitted to Claimants in order to document the understanding of the parties. Nevertheless, Claimants still refuse to forward the document production to Limitation Petitioner's

designated depositary.

Claimants have not complied with the Court's Scheduling Order. The assertions made in Claimants' Opposition Memorandum that Claimants were not made aware of Limitation Petitioners' depository until January 24, 2002, after a Motion to Compel had been filed, is not reliable.


**III    Limitation Petitioners Have not Received Discovery Responses from December or January from Claimant's Depositary Despite Requests**

While Limitation Petitioners were willing to work with Claimants regarding the depositary designation, attempts to resolve the issues bilaterally between the parties have proved detrimental to Limitation Petitioners. Limitation Petitioners have been requesting copies of documents allegedly produced to Claimant's copy center for over one month. Limitation Petitioners put Claimants on notice orally and in writing that copies had not been forthcoming and Limitation Petitioners requested the assistance of Claimants in obtaining copies. (See Exhibit F). Nevertheless, Limitation Petitioners have been unable to obtain copies of December or January production despite repeated attempts and requests for assistance.


**IV    The Court's Order of November 21, 2001 Was Not Objected to and Does not Hinge on a Mere "Attempt" to Comply with the Order**

Claimants assert that they attempted to make a good faith effort to notify the Claimants in their case and therefore have been unable to provide a list of the names of individuals in accordance with the Court's Order. This assertion is irrelevant. Claimants have a complete list of names and addresses which

was provided to Claimants, on disk, by Limitation Petitioners. The Court's Order is clear that Claimants must provide a list of 300 names from who discovery was sought for the preceding month. No substantive reason for failing to comply with this Order has been given.

It appears that Claimants are objecting to or are requesting an amendment to the Court's Order of November 21, 2001 which requires a list of 300 names to be given to Limitation Petitioners each month. It is respectfully submitted that the time for objecting to the Court's Order has passed and therefore their request/objection is moot, as no grounds for an extension of time or alteration of the Order has been set forth.

### Conclusion

Accordingly, Limitation Petitioners move that this Honorable Court compel Claimants to comply with the Court's Scheduling Order and Minute Entry of August 14, 2001 by producing discovery on the 17th of each month to the depositary designated by limitation petitioners. Further, Claimants must also be compelled to comply with the Magistrate's Minute Entry of November 21, 2001 by providing a list of names used for the December and January discovery, and for each month discovery is produced thereafter. Further delay in this case is undeniably prejudicial to Limitation Petitioners.

Respectfully submitted,

GLENN G. GOODIER (#06130)
RUTH B. SCHUSTER (#26506)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8438
Attorney for American Commercial Lines L.L.C. and
American Commercial Barge Line, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this _____ day of February, 2002.

RUTH B. SCHUSTER

# THE WILLARD FIRM
## ATTORNEYS AND COUNSELORS AT LAW
### DEER PARK, SUITE 3A
### 10555 LAKE FOREST BOULEVARD
### NEW ORLEANS, LOUISIANA 70127

WALTER I. WILLARD *
BOBBIE F. MASON

NEW ORLEANS: (504) 244-9922
· LAPLACE: (985) 652-9923
FACSIMILE: (504) 244-9921

·LL.M. , ENERGY AND
ENVIRONMENTAL LAW
ALSO ADMITTED IN NJ & PA

**VIA FACSIMILE AND U.S. MAIL**

December 17, 2001

Glenn G. Goodier, Esq.
Jones Walker, Waechter, Poitevent
Carrere & Denegre, L.L.P.
201 St. Charles Ave., Suite 4800
New Orleans, LA 70170

Re: *Brown, et al. v. Orion Refinery Corporation, et al.*

Dear Mr. Goodier:

This comes to notify you that our office has previously submitted courtesy sets of questionnaires to your office in order to meet our court-ordered deadline quota every 17th of the month commencing September 2001 in the above referenced matter. However, under recommendation of the court, we now request that you please forward all originals of these previously submitted questionnaires into the designated repository located at *One On One Copy Center*, **5741 Crowder Boulevard, New Orleans, Louisiana 70127.** You can reach the Copy Center by telephone at (504) 244-8927.

We ask that you make copies of these questionnaires for your purposes; and forward the originals in the Copy Center in anticipation of co-defendants' need for copies of the same questionnaires.

In addition, we have submitted the original December 17, 2001 questionnaires to the Copy Center to be copied for you as needed. Please contact them directly.

If you have any questions, certainly feel free to call. Thank you.

Sincerely,

Bobbie F. Mason

cc:  All Counsel



CONFIRMATION REPORT - MEMORY SEND

```
                                  Time    : DEC-18-01  10:41
                                  Fax number:
                                  Name    :
```

| | | |
|---|---|---|
| Job | : | 914 |
| Date | : | DEC-18 10:39 |
| To | : | 92449921 |
| Doc. pages | : | 03 |
| Start time | : | DEC-18 10:39 |
| End time | : | DEC-18 10:41 |
| Pages sent | : | 03 |

Job:914                    *** SEND SUCCESSFUL ***

201 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70170-5100
504-582-8438
FAX 504-582-8010
E-MAIL rschuster@joneswalker.com

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

| Baton Rouge Office | Washington, D.C. Office | Lafayette Office |
|---|---|---|
| 8555 United Plaza Boulevard | 499 South Capital St., S.W., Suite 600 | 500 Dover Boulevard, Suite 120 |
| Baton Rouge, Louisiana 70809 | Washington, D.C. 20003 | Lafayette, Louisiana 70503 |
| Telephone: 225-248-2000 | Telephone: 202-203-1000 | Telephone: 337-406-5610 |
| Fax: 225-248-2010 | Fax: 202-203-0000 | Fax: 337-406-5620 |

## TELECOPY COVER SHEET
### PLEASE DELIVER THE FOLLOWING PAGES

To: _Bobby F Mason_
From: _Ruth B. Schuster_
Date: _12-18-01_
Total number of pages, including this cover page: _3_
Telecopier No.: _244-9921_        Local (X)        Long Distance ( )
Confirmation No.: _____

Special Instructions: _____

**This document is being faxed from 504/582-8010. If you do not receive the entire copy, please call Georgette at 504/582-8197 as soon as possible.**

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (call collect at 504-582-8000) and return the original facsimile to us by mail without retaining any copies. Thank you.

### FOR OFFICE USE ONLY

Client Number: _____
File Number: _75911-00_
Client Name: _____

EXHIBIT

tabbies* "_B_"

201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
504-582-8438
Fax 504-582-8010
E-mail rschuster@joneswalker.com

## JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

| Baton Rouge Office | Washington, D.C. Office | Lafayette Office |
|---|---|---|
| 8555 United Plaza Boulevard | 499 South Capital St., S.W., Suite 600 | 500 Dover Boulevard, Suite 120 |
| Baton Rouge, Louisiana 70809 | Washington, D.C. 20003 | Lafayette, Louisiana 70503 |
| Telephone: 225-248-2000 | Telephone: 202-203-1000 | Telephone: 337-406-5610 |
| Fax: 225-248-2010 | Fax: 202-203-0000 | Fax: 337-406-5620 |

### TELECOPY COVER SHEET
#### PLEASE DELIVER THE FOLLOWING PAGES

To: *BOBBY F MASON*

From: *RUTH B. SCHUSTER*

Date: *12-18-01*

Total number of pages, including this cover page: *3*

Telecopier No.: *244-9921*    Local (X)    Long Distance ( )

Confirmation No.:

Special Instructions:

This document is being faxed from 504/582-8010. If you do not receive the entire copy, please call Georgette at 504/582-8197 as soon as possible.

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney–client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (call collect at 504-582-8000) and return the original facsimile to us by mail, without retaining any copies. Thank you.

### FOR OFFICE USE ONLY

Client Number:

File Number: *75911-00*

Client Name:



# JONES WALKER

Ruth Brewer Schuster
Direct Dial 504-582-8438
Direct Fax 504-589-8438
rschuster@joneswalker.com

December 18, 2001

**Via Fax No. 244-9921**
**and Via Regular Mail**
Bobby F. Mason
The Willard Law Firm
Deer Park, Suite 3A
10555 Lake Forest Boulevard
New Orleans, LA 70127

             Re:    In the Matter of American Commercial Lines
                    LLC as Owner of the Barge LCD 4907
                    and American Commercial Barge Line LLC as Charterer and Operator of
                    the Barge LCD 4907, Praying for Exoneration from
                    and/or Limitation of Liability
                    U.S.D.C., E.D. La, Civil Action No. 00-0252, Section "B", Mag. (5)
                    Our File:  00775/75911-00

Dear Ms. Mason:

      I am writing in response to your letter of December 17, 2001. In that letter you request that we copy and return your September discovery responses. Obviously, this request is surprising to us because it is the first indication that we have had that you did not keep copies of your discovery responses from September. It is also the first indication that you have given that you were attempting to have ACBL pay for copies of the discovery responses. Nevertheless, if you require copies of the discovery, we will copy them at your expense, and send the copies to you. However, we will keep the discovery responses which you originally provided to us as we feel that the handwriting and information contained therein is important.

      Furthermore, the December 17, 2001 responses were due to be produced in our offices on December 17, 2001. However, you have unilaterally, by your December 17, 2001 letter, indicated that you will not provide discovery responses to us directly. I interpret your December 17th letter to mean you wish for us to undertake the burden and expense of copying the December 17th discovery responses. We do not believe that the Federal Rules require us to pay for copying your responses to our Interrogatories and Requests for Production of Documents. Also, you have not indicated before today's date that such discovery responses would not be delivered to us on time. Therefore, we consider your discovery to be late and the subject of an appropriate motion.

N0763610.1

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE  NEW ORLEANS, LOUISIANA 70170-5100  504-582-8000  FAX 504-582-8583  E-MAIL info@joneswalker.com  www.joneswalker.com
BATON ROUGE    HOUSTON    LAFAYETTE    MIAMI    NEW ORLEANS    WASHINGTON, D.C.

With kindest regards, I remain

Yours truly,

Ruth B. Schuster

RBS/geo

N0763610.1

CONFIRMATION REPORT - MEMORY SEND

```
                                    Time      :  DEC-19-01  14:27
                                    Fax number:
                                    Name      :
```

| Job | : | 947 |
|---|---|---|
| Date | : | DEC-19 14:25 |
| To | : | 92449921 |
| Doc. pages | : | 02 |
| Start time | : | DEC-19 14:26 |
| End time | : | DEC-19 14:27 |
| Pages sent | : | 02 |

Job:947                    *** SEND SUCCESSFUL ***

201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
504-582-8438
Fax 504-582-8010
E-MAIL rschuster@joneswalker.com

## JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

| Baton Rouge Office | Washington, D.C. Office | Lafayette Office |
|---|---|---|
| 8555 United Plaza Boulevard | 499 South Capitol St., S.W., Suite 600 | 500 Dover Boulevard, Suite 120 |
| Baton Rouge, Louisiana 70809 | Washington, D.C. 20003 | Lafayette, Louisiana 70503 |
| Telephone:  225-248-2000 | Telephone:  202-203-1000 | Telephone:  337-406-5610 |
| Fax:  225-248-2010 | Fax:  202-203-0000 | Fax:  337-406-562O |

### TELECOPY COVER SHEET
### PLEASE DELIVER THE FOLLOWING PAGES

To: _Bobby F Mason_

From: _Ruth B. Schuster_

Date: _12-19-01_

Total number of pages, including this cover page: _2_

Telecopier No.: _244 9921_          Local ( ✓ )          Long Distance ( )

Confirmation No.: _____

Special Instructions: _____

This document is being faxed from 504/582-8010.  If you do not receive the entire copy, please call Georgette at 504/582-8197 as soon as possible.

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege.  If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error and that any review, dissemination, distribution or copying of this communication is strictly prohibited.  If you  have received this communication in error, please notify us immediately by telephone (call collect at 504-582-8000) and return the original facsimile to us by  mail without retaining any copies.  Thank you.

### FOR OFFICE USE ONLY

Client Number: _____

File Number: _75911-00_

Client Name: _____

---

**EXHIBIT**

_" C "_

201 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70170-5100
504-582-8438
FAX 504-582-8010
E-MAIL rschuster@joneswalker.com

## JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

| Baton Rouge Office | Washington, D.C. Office | Lafayette Office |
|---|---|---|
| 8555 United Plaza Boulevard | 499 South Capital St., S.W., Suite 600 | 500 Dover Boulevard, Suite 120 |
| Baton Rouge, Louisiana 70809 | Washington, D.C. 20003 | Lafayette, Louisiana 70503 |
| Telephone: 225-248-2000 | Telephone: 202-203-1000 | Telephone: 337-406-5610 |
| Fax: 225-248-2010 | Fax: 202-203-0000 | Fax: 337-406-5620 |

## TELECOPY COVER SHEET
## PLEASE DELIVER THE FOLLOWING PAGES

To: _Bobby F Mason_

From: _Ruth B. Schuster_

Date: _12-19-01_

Total number of pages, including this cover page: _2_

Telecopier No.: _244-5921_          Local (✓)          Long Distance ( )

Confirmation No.: _____

Special Instructions: _____

This document is being faxed from 504/582-8010. If you do not receive the entire copy, please call Georgette at 504/582-8197 as soon as possible.

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (call collect at 504-582-8000) and return the original facsimile to us by mail, without retaining any copies. Thank you.

### FOR OFFICE USE ONLY

Client Number: _____

File Number: _75911-00_

Client Name: _____

# JONES 
# WALKER

Ruth Brewer Schuster
Direct Dial 504-582-8438
Direct Fax 504-589-8438
rschuster@joneswalker.com

December 19, 2001

<u>Via Fax No. 244-9921</u>
Bobby F. Mason
The Willard Law Firm
Deer Park, Suite 3A
10555 Lake Forest Boulevard
New Orleans, LA 70127

> Re:  In the Matter of American Commercial Lines
> LLC as Owner of the Barge LCD 4907
> and American Commercial Barge Line LLC as Charterer and Operator of
> the Barge LCD 4907, Praying for Exoneration from
> and/or Limitation of Liability
> U.S.D.C., E.D. La, Civil Action No. 00-0252, Section "B", Mag. (5)
> Our File:  00775/75911-00

Dear Ms. Mason:

It was a pleasure speaking with you this morning.  This is to confirm that we have agreed to designate a depository for the original September and December production of documents. However, please send me the name of the depositary you wish to use and contact person who has agreed to be responsible for handling and safeguarding the original documents at the deposit location.  Further, as we discussed, ACBL has agreed to make copies of the September discovery responses at your expense.  We await your response on this issue.

Finally, we have not received copies of the December production due on December 17, 2001. You made the unilateral decision to produce discovery to a copy center without discussing this issue with us or consulting us.  As you are aware, this is not how the documents were handled in September, October or November.  In the past you delivered the documents to us at our offices, at your expense.  Your last minute, unilateral change in delivery and cost bearing practices concerns us.  We maintain that we are not responsible for the cost and expense of copying your discovery responses, and question why you never raised this issue with us in the past.  Please let us know how you wish to proceed.

With kindest regards, I remain

Yours truly,

Ruth B. Schuster

N0764517.1

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE  NEW ORLEANS, LOUISIANA 70170-5100  504-582-8000  FAX 504-582-8583  E-MAIL info@joneswalker.com  www.joneswalker.com
BATON ROUGE    HOUSTON    LAFAYETTE    MIAMI    NEW ORLEANS    WASHINGTON, D.C.

CONFIRMATION REPORT – MEMORY SEND

```
                                    Time    : JAN-07-02  13:22
                                    Fax number:
                                    Name    :


Job                 :   172

Date                :   JAN-07  13:21

To                  :   **022#7591100#92449921#

Doc. pages          :   02

Start time          :   JAN-07  13:21

End time            :   JAN-07  13:22

Pages sent          :   02

Job:172                 ***  SEND SUCCESSFUL  ***
```



# JONES WALKER

201 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70170-5100
504-582-8000
FAX 504-582-8583
E-MAIL info@joneswalker.com

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

| Baton Rouge Office | Houston Office | Lafayette Office | Miami Office | Washington, D.C. Office |
|---|---|---|---|---|
| Four United Plaza | 10001 Woodloch Forest Drive | 600 Dover Boulevard | 601 Brickell Key Drive | 499 South Capitol St., S.W. |
| 1555 United Plaza Boulevard | Suite 550 | Suite 120 | Suite 500 | Suite 600 |
| Baton Rouge, Louisiana 70809 | The Woodlands, Texas 77380 | Lafayette, Louisiana 70503 | Miami, Florida 33131 | Washington, D.C. 20003 |
| Telephone: 225-248-2000 | Telephone: 281-296-2800 | Telephone: 337-406-5610 | Telephone: 305-679-5700 | Telephone: 202-203-1000 |
| Fax: 225-248-2010 | Fax: 281-296-2910 | Fax: 337-406-5620 | Fax: 305-679-5710 | Fax: 202-203-0000 |

## TELECOPY COVER SHEET
### PLEASE DELIVER THE FOLLOWING PAGES

To: _WALTER WILLMS / BOBBY MASON_

From: _RUTH B. SCHUSTER_

Date: _1-07-02_

Total number of pages, including this cover page: _2_

Telecopier No.: _244-9921_          Local (X)          Long Distance ( )

Confirmation No.: _____

Special Instructions: _____

This document is being faxed from 504/582-_____. If you do not receive the entire copy, please call _Charlotte_ at 504/582-_8177_ as soon as possible.

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (call collect at 504-582-8000) and return the original facsimile to us by mail, without retaining any copies. Thank you.

### FOR OFFICE USE ONLY

Client Number: _____

File Number: _75911-00_

Client Name: _____



EXHIBIT "X"



201 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70170-5100
504-582-8000
FAX 504-582-8583
E-MAIL info@joneswalker.com

# JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

| Baton Rouge Office | Houston Office | Lafayette Office | Miami Office | Washington, D.C. Office |
|---|---|---|---|---|
| Four United Plaza | 10001 Woodloch Forest Drive | 500 Dover Boulevard | 601 Brickell Key Drive | 499 South Capital St., S.W. |
| 555 United Plaza Boulevard | Suite 350 | Suite 120 | Suite 500 | Suite 600 |
| ston Rouge, Louisiana 70809 | The Woodlands, Texas 77380 | Lafayette, Louisiana 70503 | Miami, Florida 33131 | Washington, D.C. 20003 |
| Telephone: 225-248-2000 | Telephone: 281-296-5900 | Telephone: 337-406-5610 | Telephone: 305-679-5700 | Telephone: 202-203-1000 |
| Fax: 225-248-2010 | Fax: 281-296-5910 | Fax: 337-406-5620 | Fax: 305-679-5710 | Fax: 202-203-0000 |

## TELECOPY COVER SHEET
## PLEASE DELIVER THE FOLLOWING PAGES

**To:** _WALTER WILLARD /BOBBY MASON_

**From:** _RUTH B. SCHUSTER_

**Date:** _1-07-02_

**Total number of pages, including this cover page:** _2_

**Telecopier No.:** _244-9921_          Local (X)          Long Distance ( )

**Confirmation No.:** _____

**Special Instructions:** _____

_____

_____

---

**This document is being faxed from 504/582-_____. If you do not receive the entire copy, please
call** _GEORGETTE_ **at 504/582-_8197_ as soon as possible.**

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (call collect at 504-582-8000) and return the original facsimile to us by mail, without retaining any copies. Thank you.

### FOR OFFICE USE ONLY

**Client Number:** _____

**File Number:** _75911-00_

**Client Name:** _____



# JONES WALKER

Ruth Brewer Schuster
Direct Dial 504-582-8438
Direct Fax 504-589-8438
rschuster@joneswalker.com

January 7, 2002

**Via Fax No. 244-9921**
**and Via Regular Mail**
Walter Willard
Bobby F. Mason
The Willard Law Firm
Deer Park, Suite 3A
10555 Lake Forest Boulevard
New Orleans, LA 70127

Re:    In the Matter of American Commercial Lines
LLC as Owner of the Barge LCD 4907
and American Commercial Barge Line LLC as Charterer and Operator of
the Barge LCD 4907, Praying for Exoneration from
and/or Limitation of Liability
U.S.D.C., E.D. La, Civil Action No. 00-0252, Section "B", Mag. (5)
Our File:  00775/75911-00

Dear Mr. Willard:

Despite several telephone conversations with Bobby Mason of your office, we have not been contacted by you regarding agreement on a depository or the allocation of costs related to discovery. As we have continued to indicate, we have not received your December 17, 2001 discovery responses and consider them to be long overdue.  However, because we have not heard from you and in an attempt to prevent even further delays, we are instructing your copy center to send us duplicates of the documents that they currently have.  We will bill you for the copies.

Further, in accordance with Magistrate Judge Chasez's November 21, 2001 Order, we would like a list of the 300 individuals who constituted the December discovery group.

With kindest regards, I remain

Yours truly,

Ruth B. Schuster

RBS/geo

N0769874.1

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE  NEW ORLEANS, LOUISIANA 70170-5100  504-582-8000  FAX 504-582-8583  E-MAIL info@joneswalker.com  www.joneswalker.com
BATON ROUGE   HOUSTON   LAFAYETTE   MIAMI   NEW ORLEANS   WASHINGTON, D.C.

CONFIRMATION REPORT – MEMORY SEND

Time    : JAN-14-02  09:58
Fax number:
Name    :

Job             :  290

Date            :  JAN-14 09:56

To              :  **022#7591100#92449921#

Doc. pages      :  04

Start time      :  JAN-14 09:56

End time        :  JAN-14 09:58

Pages sent      :  04

Job:290                    ***  SEND SUCCESSFUL  ***

# JONES  WALKER

201 St. Charles Avenue
New Orleans, Louisiana 70170-5100
504-582-8000
Fax 504-582-8583
E-MAIL info@joneswalker.com

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

| Baton Rouge Office | Houston Office | Lafayette Office | Miami Office | Washington, D.C. Office |
|---|---|---|---|---|
| Four United Plaza | 10001 Woodloch Forest Drive | 600 Dover Boulevard | 601 Brickell Key Drive | 499 South Capitol St., S.W. |
| United Plaza Boulevard | Suite 350 | Suite 120 | Suite 500 | Suite 600 |
| Rouge, Louisiana 70809 | The Woodlands, Texas 77380 | Lafayette, Louisiana 70503 | Miami, Florida 33131 | Washington, D.C. 20003 |
| phone: 225-248-2000 | Telephone: 281-296-2900 | Telephone: 337-406-5610 | Telephone: 305-679-5700 | Telephone: 202-203-1000 |
| fax: 225-248-2010 | Fax 281-296-2910 | Fax: 337-406-5620 | Fax: 305-679-5710 | Fax: 202-299-0000 |

## TELECOPY COVER SHEET
### PLEASE DELIVER THE FOLLOWING PAGES

**To:** _WALTER WILLARD_

**From:** _RUTH SCHUSTER_

**Date:** _01-14-02_

**Total number of pages, including this cover page:** _4_

**Telecopier No.:** _244-9921_        Local ( ✓ )        Long Distance ( )

**Confirmation No.:** _____

**Special Instructions:** _____

_____

This document is being faxed from 504/582-_____. If you do not receive the entire copy, please
call _CHARLOTTE_ at 504/582- _8797_ as soon as possible.

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (call collect at 504-582-8000) and return the original facsimile to us by mail, without retaining any copies. Thank you.

### FOR OFFICE USE ONLY

**Client Number:** _____

**File Number:** _75911-00_

**Client Name:** _____



EXHIBIT
"E"



# JONES WALKER

201 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70170-5100
504-582-8000
FAX 504-582-8583
E-MAIL info@joneswalker.com

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

| Baton Rouge Office | Houston Office | Lafayette Office | Miami Office | Washington, D.C. Office |
|---|---|---|---|---|
| Four United Plaza | 10001 Woodloch Forest Drive | 500 Dover Boulevard | 601 Brickell Key Drive | 499 South Capital St., S.W. |
| 55 United Plaza Boulevard | Suite 350 | Suite 120 | Suite 500 | Suite 600 |
| Baton Rouge, Louisiana 70809 | The Woodlands, Texas 77380 | Lafayette, Louisiana 70503 | Miami, Florida 33131 | Washington, D.C. 20003 |
| Telephone: 225-248-2000 | Telephone: 281-296-5900 | Telephone: 337-406-5610 | Telephone: 305-679-5700 | Telephone: 202-203-1000 |
| Fax: 225-248-2010 | Fax: 281-296-5910 | Fax: 337-406-5620 | Fax: 305-679-5710 | Fax: 202-203-0000 |

## TELECOPY COVER SHEET
## PLEASE DELIVER THE FOLLOWING PAGES

**To:** _WALTER WILLARD_

**From:** _RUTH SCHUSTER_

**Date:** _01-14-02_

**Total number of pages, including this cover page:** _4_

**Telecopier No.:** _244-9921_     Local (X)     Long Distance ( )

**Confirmation No.:** _____

**Special Instructions:** _____

This document is being faxed from 504/582-_____. If you do not receive the entire copy, please call _GEORGETTE_ at 504/582- _8197_ as soon as possible.

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (call collect at 504-582-8000) and return the original facsimile to us by mail, without retaining any copies. Thank you.

### FOR OFFICE USE ONLY

Client Number: _____

File Number: _75911-00_

Client Name: _____



# JONES WALKER

Ruth Brewer Schuster
Direct Dial 504-582-8438
Direct Fax 504-589-8438
rschuster@joneswalker.com

January 14, 2002

<u>**Via Fax No. 244-9921**</u>
<u>**and Via Regular Mail**</u>
Walter Willard
The Willard Law Firm
Deer Park, Suite 3A
10555 Lake Forest Boulevard
New Orleans, LA 70127

Re:  In the Matter of American Commercial Lines
LLC as Owner of the Barge LCD 4907
and American Commercial Barge Line LLC as Charterer and Operator of
the Barge LCD 4907, Praying for Exoneration from
and/or Limitation of Liability
U.S.D.C., E.D. La, Civil Action No. 00-0252, Section "B", Mag. (5)
Our File: 00775/75911-00

Dear Mr. Willard:

We have recently sent letters to you regarding cost of discovery, appointment of a depositary, and Claimants lists but have not received a response. Nevertheless, in accordance with our previous letters, we hold you responsible for producing, at your expense, answers to our interrogatories and other requests. We have not been advised of your objection to paying for copies of your answers to discovery, particularly interrogatories, and therefore expect that you will forward reimbursement of copying expenses of $1956.59 which was incurred by us in accordance with the attached invoice.

Further, we have repeatedly attempted to contact you regarding your unilaterally appointed depository. In accordance with the Magistrate's Order, both ACBL and Claimants were to mutually agree upon a depository. You have not not given us the opportunity to fully discuss your choice of depository with you and have not given us assurances that the documents will be handled appropriately by the depository. Therefore, given your lack of responsiveness, we propose that all of the documents be moved to Docusource at 201 St. Charles Avenue, Suite 1401, New Orleans, LA 70170. Docusource is a reputable company which has handled cases involving large document production. They have given assurances that they are sensitive to the needs of all counsel to have the documents remain segregated and secure. Further, Docusource is cheaper per copy than the company which you have chosen. Unless you indicate an objection to this proposal, we will forward

N0772382.1

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE  NEW ORLEANS, LOUISIANA 70170-5100   504-582-8000   FAX 504-582-8583   E-MAIL info@joneswalker.com   www.joneswalker.com
BATON ROUGE   HOUSTON   LAFAYETTE   MIAMI   NEW ORLEANS   WASHINGTON, D.C.


the discovery responses we have received to Docusource on Wednesday, January 16, 2002. We would appreciate your cooperation in having any outstanding discovery you have, including the December 17, 2001 discovery, sent to Docusource by Wednesday, January 16, 2002 as well.

Finally, we have not received a list of the 300 December Claimants from whom discovery was sought. We are entitled to this list in accordance with Magistrate Chasez's Order of November 21, 2001.

We are, attempting to amicably, and without resort to the court, resolve the issues that have arisen recently with regard to expenses, depository designation, and Claimant lists. However, if we do not hear from you regarding the resolution of the issues presented in this letter by Wednesday, January 16, 2002, we will have no choice but to resort to the Court yet again in this matter. I look forward to speaking with you as soon as possible.

With kindest regards, I remain

Yours truly,

Ruth B. Schuster

RBS/geo
Encl.

N0772382.1



# DOCUSOURCE
## litigation support solutions

DOCUSOURCE
LITIGATION SUPPORT SOLUTIONS.

INVOICE

DATE 1/10/02

INVOICE NO 86004

Bill To Customer # 38        QP: JONE    Originals From

Firm/Co: JONES WALKER ET AL
    Name: EFFIE ALFONSO
Address: 201 ST.CHARLES AVE.
         SUITE 4800
    City: NEW ORLEANS, St:LA Zip: 70170
Phone: (504) 582-8000 AM :

Name:
Address:
         P
    Phone: (    )    -

SR: KLC

Reference Number: 75911-00 (ANN CRITCHLOW)                    25269

===== Special Instructions =====

PLEASE MAKE 1 COPY OF ALL.
THANK YOU!

| Orig. | Copies | Description | Unit Price | Total |
|-------|--------|-------------|-----------|-------|
| 13808 | 1 | 001 Litigation Copy Rate | $0.1300 | 1795.04 |

Display your trial exhibits in a
*✱ FLASH ✱*
Using The Trial-Link Presentation System

Call us Today for a free Demo

Sub-Total:    1795.04
Freight:
Tax:          161.55
Total:        1956.59

**REMIT PAYMENT TO:**
201 ST. CHARLES AVE. • SUITE 1401 • NEW ORLEANS, LOUISIANA 70170-1401 • (504) 588-2679 • FAX (504) 588-2689

NET 15 DAYS

CONFIRMATION REPORT - MEMORY SEND

```
                              Time     :  JAN-15-02  12:23
                              Fax number:
                              Name     :
```

| | | |
|---|---|---|
| Job | : | 323 |
| Date | : | JAN-15 12:12 |
| To | : | **022#7591100#92449921# |
| Doc. pages | : | 03 |
| Start time | : | JAN-15 12:12 |
| End time | : | JAN-15 12:23 |
| Pages sent | : | 03 |

Job:323          *** SEND SUCCESSFUL ***

# JONES  WALKER

201 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70170-5100
504-582-8000
FAX 504-582-8583
E-MAIL info@joneswalker.com

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

| Baton Rouge Office | Houston Office | Lafayette Office | Miami Office | Washington, D.C. Office |
|---|---|---|---|---|
| Four United Plaza | 10001 Woodloch Forest Drive | 500 Dover Boulevard | 601 Brickell Key Drive | 499 South Capital St., S.W. |
| 8555 United Plaza Boulevard | Suite 350 | Suite 120 | Suite 500 | Suite 600 |
| Baton Rouge, Louisiana 70809 | The Woodlands, Texas 77380 | Lafayette, Louisiana 70503 | Miami, Florida 33131 | Washington, D.C. 20003 |
| Telephone: 225-248-2000 | Telephone: 281-296-2900 | Telephone: 337-406-3610 | Telephone: 305-679-5700 | Telephone: 202-203-1000 |
| Fax: 225-248-2010 | Fax: 281-296-2910 | Fax: 337-406-3620 | Fax: 305-679-5710 | Fax: 202-203-0000 |

## TELECOPY COVER SHEET
### PLEASE DELIVER THE FOLLOWING PAGES

To: _WALTER WILLARD_

From: _RUTH SCHUSTER_

Date: _01-15-02_

Total number of pages, including this cover page: _3_

Telecopier No.: _244-9921_          Local (X)          Long Distance ( )

Confirmation No.: _____

Special Instructions: _____

**This document is being faxed from 504/582-_____. If you do not receive the entire copy, please call _Catherine_ at 504/582- _8197_ as soon as possible.**

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (call collect at 504-582-8000) and return the original facsimile to us by mail, without retaining any copies. Thank you.

**FOR OFFICE USE ONLY**

Client Number: _____

File Number: _759.11-00_

Client Name: _____



EXHIBIT
"F"



# JONES WALKER

201 ST. CHARLES AVENUE
NEW ORLEANS, LOUISIANA 70170-5100
504-582-8000
FAX 504-582-8583
E-MAIL info@joneswalker.com

## JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

| Baton Rouge Office | Houston Office | Lafayette Office | Miami Office | Washington, D.C. Office |
|---|---|---|---|---|
| Four United Plaza | 10001 Woodloch Forest Drive | 500 Dover Boulevard | 601 Brickell Key Drive | 499 South Capital St., S.W. |
| 8555 United Plaza Boulevard | Suite 350 | Suite 120 | Suite 500 | Suite 600 |
| Baton Rouge, Louisiana 70809 | The Woodlands, Texas 77380 | Lafayette, Louisiana 70503 | Miami, Florida 33131 | Washington, D.C. 20003 |
| Telephone: 225-248-2000 | Telephone: 281-296-5900 | Telephone: 337-406-5610 | Telephone: 305-679-5700 | Telephone: 202-203-1000 |
| Fax: 225-248-2010 | Fax: 281-296-5910 | Fax: 337-406-5620 | Fax: 305-679-5710 | Fax: 202-203-0000 |

## TELECOPY COVER SHEET
## PLEASE DELIVER THE FOLLOWING PAGES

**To:** _WALTER WILLARD_

**From:** _RUTH SCHUSTER_

**Date:** _01-15-02_

**Total number of pages, including this cover page:** _3_

**Telecopier No.:** _244-9921_     Local (X)     Long Distance ( )

**Confirmation No.:** _____

**Special Instructions:** _____

---

**This document is being faxed from 504/582-_____. If you do not receive the entire copy, please call** _Georgette_ **at 504/582-** _8197_ **as soon as possible.**

This facsimile communication contains information that is intended only for the recipient named and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this facsimile in error and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (call collect at 504-582-8000) and return the original facsimile to us by mail, without retaining any copies. Thank you.

### FOR OFFICE USE ONLY

**Client Number:** _____

**File Number:** _759 11-00_

**Client Name:** _____



# JONES WALKER

Ruth Brewer Schuster
Direct Dial 504-582-8438 Direct Fax 504-
589-8438
rschuster@joneswalker.com

January 15, 2002

**Via Fax No. 244-9921**
**and Via Regular Mail**
Walter Willard
The Willard Law Firm
Deer Park, Suite 3A
10555 Lake Forest Boulevard
New Orleans, LA 70127

Re:    In the Matter of American Commercial Lines
       LLC as Owner of the Barge LCD 4907
       and American Commercial Barge Line LLC as Charterer and Operator of
       the Barge LCD 4907, Praying for Exoneration from
       and/or Limitation of Liability
       U.S.D.C., E.D. La, Civil Action No. 00-0252, Section "B", Mag. (5)
       Our File:  00775/75911-00

Dear Mr. Willard:

Our brief conversation yesterday morning did not resolve the discovery issues presented in this case. You were unable to discuss the case with me in any detail due to an impending deposition scheduled to take place at your office. While I understand that your schedule is pressing, I never received a return call from you which has prompted me to write yet another letter in an effort to resolve issues which have arisen relating to discovery in this matter.

There has been confusion as to the Joint Scheduling and Case Management Order issued on April 2, 2001. Specifically, with regard to depositories, the Order states as follows:

> The claimants in a limitation action and the plaintiff in the proposed class action (hereinafter called 'claimants') will designate a single depository of copies of documents produced by the petitioners and defendants. The petitioners in the limitation action and the defendants in the proposed class actions (hereinafter called 'petitioners') will designate a single depository of copies of documents produced by the claimants. The producing party will maintain and preserve the originals.

N0773031.1

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

201 ST. CHARLES AVENUE  NEW ORLEANS, LOUISIANA 70170-5100  504-582-8000  FAX 504-582-8583  E-MAIL info@joneswalker.com  www.joneswalker.com
BATON ROUGE    HOUSTON    LAFAYETTE    MIAMI    NEW ORLEANS    WASHINGTON, D.C.

Previously, it appeared to be understood for the September, October and November production that Jones, Walker would be the depository for copies of Claimants' discovery and that the Willard Firm would be the depositary for production by Limitation Petitioners. However, we received a letter from your office designating a third party depository which indicated to us that a separate depository was now desired by the Willard Firm. You indicated to me yesterday, by phone, that a separate depositary would be of use because the other parties could access the documents more rapidly.

Upon review of the above language, it is clear that the Court's Order does not require mutual agreement regarding depositary designations. In accordance with the above-referenced Order, Limitation Petitioners have the ability to unilaterally appoint a depository for all discovery produced by Claimants. Therefore, your unilateral designation of a depository for Claimants documents was not in conformity with the Court's Order. Nevertheless, in an effort to accommodate you and work with you toward a mutually agreeable depository, we have attempted to contact you to discuss this issue. You failed to contact us and we therefore have designated Docusource as the depositary for Claimants production in accordance with our previous letter.

Of further concern, we still have not received the December discovery. We have repeatedly advised you that we consider this discovery to be late and not properly produced. In an attempt to prevent further delay we have made attempts to obtain copies through your unilaterally appointed copy center but have yet to receive copies. I personally spoke with the copy center last week and they could give me no solid time frame within which the copies would be made.

Finally, we repeat our demand for a copy of your list of the 300 December Claimants from which you sought discovery.

Obviously, we need to converse to rectify the issues which have arisen. Please contact us at your earliest convenience.


With kindest regards, I remain

Yours truly,

RBS/geo                                   Ruth B. Schuster

N0773031.1