FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB -8  AM 11: 39

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**CHASEZ, M.J.**
**FEBRUARY 6, 2002**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, ETC., ET. AL. | CIVIL ACTION<br><br>NUMBER: 00-252<br>& cons. cases<br><br>SECTION: "N"(5) |

### HEARING ON MOTION

APPEARANCES:   Ruth Schuster, Walter Willard, Randal Gaines, Alan Zaunbrecher, Sid Hardy

MOTION:

(1)   Limitation Petitioners' Motion to Compel (Rec. doc. 126).

_____ :   Continued to

_____ :   No Opposition

\_\_1\_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

DATE OF ENTRY
FEB  8 2002

## ORDERED

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

__1__ : Other. Counsel for claimants advised the Court that the November, December, and January discovery answers are now in the custody of Docusource. Any party desirous of obtaining a copy of the answers is to contact Docusource and make arrangement for payment of same. By March 1, 2002, counsel for claimants is to notify counsel for Limitation Petitioners of all potential claimants who he has attempted to be contact but who have not responded so that the appropriate motion(s) can be filed. Limitation Petitioners' motion is dismissed without prejudice to its right to re-urge same following a review of the documents at Docusource.

*/s/ ALC*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE