

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB 19  AM 10: 56

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION NO: 00–0252 c/w 00-2967 c/w 00-3147 SECTION "N" (5) |

### PRELIMINARY WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes defendant Orion Refining

Corporation who submits the following Preliminary Witness and Exhibit List.

### WITNESS LIST

Defendant, Orion Refining Corporation may call the following witnesses at trial on the

merits:

1.  Keith Johnson;

2.  Raymond Veillon;

3.  Rick Hein;

4.  Doug Triche;

5.  William Johnson;

6.  Dr. William George;
    As required by the Court's Scheduling Order, a copy of Dr. George's curriculum vitae is attached.

7.  Representative of the United States Coast Guard;



8.   Representative of Oil Mop, Inc.;

9.   Representative of ACBL and/or ACL;

10.   Representative of St. Charles Parish;

11.   Any individual listed by any other party in this litigation.

## EXHIBIT LIST

Defendant, Orion Refining Corporation may submit the following exhibits at trial on the merits;

1.   Correspondence dated December 28, 1999 from Lieutenant Commander Gayman of the United States Coast Guard in Case No. MV99004783;

2.   Correspondence dated January 13, 2000, from Ed Wieliczkiewicz of American Commercial Barge Line, L.L.C.;

3.   United States Coast Guard Payment Form in Cvase No. MV99004783 dated December 28, 1999;

4.   ACBL check no. 721634 dated 01/12/2000.

5.   Claim form submitted by the named class representatives or putative class members;

6.   Discovery responses submitted by the named class representatives or putative class members;

7.   Medical records of Margie Richard;

8.   Medical records of Samuel Price, III;

9.   Medical records of Shelly Moliere-Rainey;

10.     Medical records of Dr. Earl Alleman, M.D. pertaining to any of the named class representatives or putative class members;

11.     Medical records of New Back Medical Center pertaining to any of the named class representatives or putative class members;

12.     Medical records of any and all physicians or other medical providers who treated any class representative or putative class member;

13.     Any document produced in discovery by any party;

14.     Any exhibit listed by any other party.


Defendant, Orion Refining Corporation reserves the right to amend this Preliminary Witness and Exhibit List.

Respectfully submitted:

SIDNEY J. HARDY (1938)
RICHARD A. HOUSTON (25100)
CAMPBELL, McCRANIE, SISTRUNK,
   ANZELMO & HARDY
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 19th day of February, 2002.

SIDNEY J. HARDY
RICHARD A. HOUSTON

# CURRICULUM VITAE
## July 2001

| | |
|---|---|
| **NAME:** | William Jacob George |
| **CURRENT ADDRESS:** | Room 4724 Libby Hall<br>Department of Pharmacology<br>1430 Tulane Avenue<br>New Orleans, LA 70112 |
| **TELEPHONE NUMBER:** | (504) 588-5444 |
| **SEX:** | Male |
| **DATE AND PLACE OF BIRTH:** | June 19, 1938; Houtzdale, Pennsylvania |
| **MARITAL STATUS:** | Married |
| **WIFE'S MAIDEN NAME:** | Donna Marie Bongiorno |
| **CHILDREN'S NAMES:** | Camille, Michael |

## EDUCATION:

| | |
|---|---|
| Moshannon Valley High School, Houstzdale, PA | 1952-1956 |
| Pennsylvania State University | |
|    B.S. – Chemistry Major | 1956-1960 |
| University of Pittsburgh | |
|    B.S. – Pharmacy Major | 1961-1964 |
| University of Michigan | |
|    Ph.D. – Pharmacology Major | |
|       Biochemistry Minor | 1964-1968 |
| University of Minnesota | |
|    Postdoctoral Fellow | 1968-1970 |

## POSITIONS HELD:

| | |
|---|---|
| Pharmacy Extern, McGee Hospital, Pittsburgh, Pennsylvania | 1962-1964 |
| Predoctoral Research Fellow, Department of Pharmacology | |
|    University of Michigan | 1964-1968 |
| Postdoctoral Fellow, Department of Pharmacology | |
|    University of Minnesota | 1968-1970 |
| Assistant Professor, Department of Pharmacology | |
|    Tulane University | 1970-1973 |

**POSITIONS HELD (cont'd)**

| | |
|---|---|
| Associate Professor, Department of Pharmacology | |
|     Tulane University | 1973-1978 |
| Professor, Department of Pharmacology, Tulane University | 1978-present |
| Director of Toxicology, Tulane University | 1979-present |
| Adjunct Professor of Pathology | 1983-present |
| Adjunct Professor of Environmental Health | |
|     School of Public Health and Tropical Medicine | 1984-present |
| Adjunct Professor of Psychiatry and Neurology | 1989-present |

**CERTIFICATION/LICENSURE:**

| | |
|---|---|
| Certified Clinical Scientist, Department of Health and Human Services | 1995 |
| State of Louisiana # S00201 | |
| Diplomate of The American Board of Forensic Examiners | |
| in Toxicology & Pharmacology | 1996 |

**TEACHING EXPERIENCE:**

| | |
|---|---|
| Graduate Student Instructor, University of Michigan | |
|     School of Medicine, School of Dentistry | 1965-1968 |
| University of Minnesota, School of Dentistry | |
|     School of Pharmacy | 1968-1970 |
| Tulane University, Medical Pharmacology, Undergraduate | |
|     Pharmacology, Graduate School | 1970-present |

**HONORS AND AWARDS:**

| | |
|---|---|
| Pennsylvania Senatorial Scholarship | 1956-1960 |
| Darbaker Scholarship Award | 1961-1964 |
| Summa Cum Laude, University of Pittsburgh | 1964 |
| McKesson and Robbins Professional Service Award | 1964 |
| Lehn and Fink Gold Medal Award | 1964 |
| American Pharmaceutical Association Award | 1964 |
| A. R. Canter Award | 1964 |
| James H. Beal Memorial Scholarship | 1964 |
| Merck Faculty Development Award | 1970 |
| St. Louis Award | 1980 |
| Faculty Teaching Award, Joint Commission on Allied Health | 1996 |
|     Personnel in Ophthalmology | |

## PROFESSIONAL SOCIEITES:

| | |
|---|---|
| 1962 | Rho Chi |
| 1966 | New York Academy of Sciences |
| 1967 | American Association for the Advancement of Science |
| 1972 | American Society of Hematology |
| 1973 | International Study Group for Research in Cardiac Metabolism |
| 1973 | Society of Sigma Xi |
| 1973 | Society for Experimental Biology and Medicine |
| 1973 | American Federation for Clinical Research |
| 1973 | American Association of University Professors |
| 1974 | American Society for Pharmacology and Experimental Therapeutics |
| 1975 | American Chemical Society |
| 1978 | American College of Toxicology |
| 1989 | Society of Toxicology |
| 1989 | Southwestern Association of Toxicologists |
| 1991 | American College of Clinical Pharmacology |

## STATE, LOCAL AND NATIONAL COMMITTEES:

| | |
|---|---|
| 1975 | International Advisory Committee for Research in Cyclic Nucleotides |
| 1983 | Committee on Convocations (ASPET) |
| 1983 | Society of Toxicology; Regional Councillor |
| 1983 | Environmental Institute for Hazardous Waste Management Studies |
| 1984 | Louisiana Board of Regents Liaison Committee |
| 1989 | Mayor's Committee on Hazardous Materials |
| 1989 | Research Council – Center for Bioenvironmental Research |
| 1991 | Drug Free Workplace Hospital Task Force |
| 1991-97 | NIAIDS-ACTG Adult Pharmacology Committee Member |
| 1994-96 | NIAIDS-ACTG Pediatric Pharmacology Core Committee Chairman |
| 1995-96 | Member, Audubon Society Environmental Advisory Committee for Bayou Trepagnier |
| 1997-98 | Member, Steering Committee for the Environmental Research Consortium for Louisiana |
| 1999-2002 | Board Member, Environmental Research Consortium of Louisiana |

## UNIVERSITY COMMITTEES:

| | |
|---|---|
| 1975-77 | Committee on Student Affairs |
| 1976-present | Graduate Faculty, Tulane University |
| 1976-80 | Radioisotope Committee |
| 1977-78 | Tulane Budget Committee |
| 1978-79 | Tulane Curriculum Committee |
| 1977-79 | Basic Science Rep. GMF Advisory Council |
| 1978-00 | Graduate Student Education Committee |

## UNIVERSITY COMMITTEES (cont'd)

| | |
|---|---|
| 1979-82 | Committee on University Development |
| 1980-82 | Personnel and Honors Committee |
| 1983-86 | University Senator |
| 1983-85 | Committee on Research |
| 1984-90 | Pharmacy and Therapeutics Committee |
| 1984-85 | President's Advisory Committee |
| 1985-86 | Select Committee on University Athletics |
| 1986-87 | University Senate Committee on Athletics |
| 1987-92 | University Committee on Instrumentation |
| 1989-94 | Biohazards Center Committee |
| 1989-92 | Health Sciences Bioenvironmental Research Institute |
| 1989-92 | University Facilities Committee |
| 1989-96 | University Committee on Safety, Chairman |
| 1991-01 | Phoenix Society |
| 1991-95 | Risk Assessment Committee |
| 1991-94 | Central Instrumentation Advisory Committee |
| 1991-94 | Center for Bioenvironmental Research Analysis Committee |
| 1991-96 | Committee on Research |
| 1991-96 | Science Department Graduate Educational Review Committee |
| 1993-95 | Graduate School Admissions Committee |
| 1996-01 | Tulane University Student Judicial Committee |

## AREAS OF INTEREST:

### Education
Undergraduate teaching and graduate training

### Research
Drug metabolism and intermediary metabolism
Erythropoiesis
Toxicology of commercial products
Regulation of cell proliferation
Analysis of drugs and other chemicals in biological tissues
Mechanisms of toxicology
Development of methods for analysis of alcohols, antidepressants and anticonvulsants
Evaluation of industrial agents as carcinogens
Environmental toxicology
Adverse effect of metals on male reproduction
Hazardous waste management
Drug screening techniques and methodologies
Toxicity of nitrogen dioxide
Water quality

**CURRENT RESEARCH PROJECTS:**

1. Ethanol and effects on behavior
2. Drug Pharmacokinetics
3. Toxicity of metals on male reproduction
4. Biological fate on heavy metals
5. Development of procedures used in drug testing
6. Evaluation of toxicity of heavy metals
7. Cannabinoids and impairment
8. Environmental effects of chemicals in Louisiana waterways

**RESEARCH AWARDS:**

Various awards have been received from the National Institutes of Health,
Department of Energy, American Heart Association, private research foundations
and the pharmaceutical industry.

**GRADUATE STUDENT COMMITTEES:**

**Major Advisor**

George M. Rodgers, III, Ph.D. (1974) – Erythropoiesis and Cyclic Nucleotides
Daniel W. Briggs, Ph.D. (1974) – Metabolism of Erythropoietin
Ronald W. Busuttil, Ph.D. (1975) – Myocardial Anoxia and Cyclic Nucleotides
Robin E. Kreig, M.S. (1976) – Cyclic Nucleotides and Leydig Cell Tumors
LuAnn E. White, Ph.D. (1978) – Cyclic Nucleotides and Cellular Proliferation
Daniel Halpren Ruder, Ph.D. (1978) – Mechanism of Luteinizing Hormone in
   Porcine Follicular Cells
Richard M. Graeff, Ph.D. (1980) – Protein Kinases in Myocardial Tissue
Richard J. Francovitch (1989) – Mechanism of Toxicity of Ethylene Dichloride
Steven M. Pincus, Ph.D. (1989) – Studies of Diacylglycerides and Phorbol
   Esters on Differentiation and Proliferation of Friend Erythroleukemic Cells
Nancy Pedigo, Ph.D. (1986) – Evaluation of Toxicity of Cobalt on Reproduction
   in the Male
Sharon McCloskey, Ph.D. (1987) – Toxicity of Benzyl Alcohol
Paul Siegel, Ph.D. (1989) – Characterization of the Phase Dependent Pulmonary
   Response to Nitrogen Dioxide Gas
Genny T. Carillo, M.D., M.S. (1989) – TNT and Related Byproducts in Compost
   and Contaminated Soils
Michelle Emerson, M.S. (1990) – Analysis of TNT and TNT Metabolites
Yu-ling Cheng, M.S. (1990) – Solubility and Bioavailability of Lead Salts
Ching Yi Chang, M.S. (1990) – Bioavailability of Lead from Vitrified Slagged
   Aggregate in Fish
Carol L. Hillburger, M.S. (1991) – Metallothionein Regulation
Robert E. Michel, Ph.D. (1991) – Mechanism of Amphetamine Analogues

Lance Reynolds, M.S. (1991) – Effect of Methylmercury on Aggressive Behavior
    in the Rat
Hsiao-Lin Chen, M.S. (1991) – Methylmercury and Male Reproduction
Laura Barkdoll King, Ph.D. (1997) – Alteration in Cadmium Transport/Resistance
Hsiano-Lin Chen, D.Sc. (1999) – Chromium and Effects on Reproductive Function
Kristin Hopp, M.S. (2000) -  Pharmacology  and  Acute Mountain Sickness
Ryan Hanisch, M.S. (2000) – Lactic Acid and  Enzymatic Alcohol Analysis
Sam Mukherjee, M.S.  (2000) – Studies on Alcohol Pharmacokinetics
Jay Ciaravella, III, M.S.  (2000) - Marijuana and Impairment
April Peal, M.S.  (2000) -  Ethyl Alcohol and Intoxication
Jesse Shriki, M.S. (2001) –  Pharmacokinetics of Marijuana
Romney Miller, M.S. (2001) – Valvulopathy and Fenfluramine/Phentermine
Keith Dockery, Ph.D. (2002) – Organophosphates and Peripheral Neuropathy

Dr. George has served on the dissertation or thesis committees of 37 other students (66 total)
from the Departments of Biochemistry, Pharmacology, Chemistry, Anatomy and Environmental
Health Sciences.

# BIBLIOGRAPHY

## BOOKS, CHAPTERS, MONOGRAPHS AND BRIEF COMMUNICATIONS:

1.   Kadowitz, P.J., George, W.J., Joiner, P.D. and Hyman, A.L.:  Effects of prostaglandin resistance and cyclic AMP levels in the canine lung. In:  Advances in Biological Sciences, Vol. 9, Pergamon Press, pp. 501-507, (1973).

2.   George, W.J., Ignarro, L.J. and White, L.E.:  Muscarinic stimulation of cardiac guanylate kinase. In:  Recent Advances in Studies on Cardiac Structure and Metabolism, Vol. VII. ed. by P. Harris, R. Bing and A. Fleckenstein, University Park Press, Baltimore, Maryland, pp. 381-391, (1974).

3.   George, W.J., Busuttil, R.W., Paddock, R.J., White, L.A. and Ignarro, L.J.:  Opposing regulatory influences of cyclic GMP and cyclic AMP in the control of cardiac muscle contraction. In:  Recent Advances in Studies on Cardiac Structure and Metabolism, Vol. 8. ed. by P.E. Roy and P. Harris, University Park Press, Baltimore, Maryland, pp. 243-250, (1975).

4.   Fisher, J.W., Busuttil, R., Rodgers, G.M., Mujovic, V., Paulo, L., Fink, G. and George, W.J.: The kidney and erythropoietin production:  A review. In:  Erythropoiesis. ed. by K. Nakao, J.W. Fisher and F. Takaku, University of Tokyo Press, Tokyo, pp. 315-336, (1975).

5.   George, W.J., Rodgers, G.M., Briggs, D.W., and Fisher, J.W.:  Role of cyclic AMP in the regulation of erythropoietin production.   Monograph on International Conference on Erythropoiesis, Tokyo, Japan, University Tokyo Press, pp. 277-293, (1975).

6.   George, W.J., Rodgers, G.M. and Fisher, J.W.:  Cyclic nucleotides and the regulation of erythropoiesis. In:  Kidney Hormones, Vol. II. ed. by J.W. Fisher, pp. 329-356, (1977).

7.   George, W.J., Briggs, W.D., Rodgers, G.M. and Fisher, J.W.:   Metabolism of erythropoietin. In:  Kidney Hormones, Vol. II. ed. by J.W. Fisher, pp. 73-107, (1977).

8.   George, W.J., Ignarro, L.J., Greengard, P. and Robison, G.A.:   Advances in Cyclic Nucleotide Research, Vol. IX. Raven Press, New York, (1978).

9.   George, W.J., Rodgers, G.M. and White, L.A.:   Cyclic nucleotides as regulators of erythrocyte proliferation. In:  Advances in Cyclic Nucleotide Research, Vol. IX. Raven Press, New York, pp. 517-533, (1978).

10.  Busuttil, R.W. and George, W.J.:  Myocardial ischemia, cyclic nucleotides and lysosomal enzymes. In:  Advances in Cyclic Nucleotide Research, Vol. IX, Raven Press, New York, pp. 785-803, (1978).

11.  White, L.E. and George, W.J.:  Proposed mechanism of action of erythropoietin in fetal liver culture.  Proceedings of the American Medical Student Research Forum, Galveston, Texas, (1978).

12.  Halpren-Ruder, D. and George, W.: Luteinizing hormone induced changes in protein kinase profiles in the porcine follicular cell. Proceeding of the American Medical Student Research Forum, Galveston, Texas, (1978).

13.  George, W.J. and White, L.A.: Cyclic nucleotides in the regulation of cell proliferation. In: Cyclic Nucleotides and Therapeutic Perspectives, Vol. 1. Pergmon Press, Paris, France, pp. 97-108, (1979).

14.  George, W.J., White, L.A. and Jeter, J.R.: Cyclic nucleotides and the control of erythroid cell proliferation. In: Nuclear-Cytoplasmic Interactions in the Cell Cycle. ed. by G.L. Whitson, Academic Press, pp. 293-308, (1980).

15.  George, W.J. and Graeff, R.M.: Cyclic nucleotides and cardiac function. In: Cardiac Pharmacology, Vol. 1. ed. by R.D. Wilkerson, Academic Press, pp. 75-93, (1981).

16.  White, L., Fisher, J.W. and George, W.J.: Role of erythropoietin and cyclic nucleotides in erythroid cell proliferation in fetal liver. Exp. Hematol. 8:168-181, (1981).

17.  George, W.J.: Drug testing proceedings of the Food Marketing Institute. 1:17-27, (1987).

18.  George, W.J.: Detection of Cocaine. The Collected Letters of the International Correspondence Society of Otolaryngologists, Series XXXIII. Pp. 142-143, (1988).

19.  Benoit, C.A., McCloskey, S.E., George, C.J. and George, W.J.: Toxic effects of chemical exposure. Proceedings of the Greater New Orleans Barge Fleeting Association, (1989).

20.  George, C.J. and George, W.J.: Environmental Health. In: Environmental Health, (ed. L. Cockerham) Telford Press, Caldwell, NJ, pp. 427-455, (1994).

21.  Hartley, E.R., White, L.E., Bollinger, J.E., Thiyagarajah, A., Mendler, J.M., George, W.J.:

     History and risk assessment of triazine herbicides in the Lower Mississippi River. Pesticides and Wildlife, pp. 225-239, American Chemical Society, Washington, DC. (2001).

**PUBLICATIONS:**

1.    George, W.J. and Tephly, T.R.:   Studies on the N- and O-dealkylation of morphine analogues. Mol. Pharmacol. 4:504-509, (1968).

2.    George, W.J., Polson, J. B., O'Toole, A.G. and Goldberg, N.D.:   Changes in rat heart cyclic 3',5'-guanosine monophosphate levels following drug induced alterations in myocardial contractility. Proc. Natl. Acad. Sci. 66:398-403, (1970).

3.    Rodgers, G.M., George, W.J. and Fisher, J.W.:   Increased kidney cyclic AMP levels and erythropoietin production following cobalt administration.  Proc. Soc. Exp. Biol. Med. 140:977-981, (1972).

4.    Paulo, L.G., Wilkerson, R.D., Roh, B.L., George, W.J. and Fisher, J.W.:   Effects of $PGE_1$ on erythropoietin production. Proc. Soc. Exp. Biol. Med. 142:771-775, (1973).

5.    George, W.J., Wilkerson, R.D. and Kadowitz, P.J.:   Influence of acetylcholine on contractile force and cyclic nucleotide levels in the isolated perfused rat heart.   J. Pharmacol. Expt. Ther. 184:228-235, (1973).

6.    George, W. J., Kadowitz, P.J. and Wilkerson, R.D.:   Role of cyclic GMP as mediator of the negative inotropic effects of acetylcholine in the perfused rat heart. In:   Recent Advances in Studies on Cardiac Structure and Metabolism, Vol. III. University Park Press, Baltimore, Maryland, pp. 331-343, (1973).

7.    Briggs, D.W., George, W.J. and Fisher, J.W.:   Metabolism of erythropoietin by hepatic lysosomes. Proc. Soc. Exp. Biol. Med. 144:394-400, (1973).

8.    Ignarro, L.J., Paddock, R.J. and George, W.J.:   Hormonal control of neurophil lysosomal enzyme release. Science 183:855-857, (1974).

9.    Rodgers, G.M., Fisher, J.W. and George, W.J.:   Activation of the renal erythropoietic factor by a cyclic AMP dependent protein kinase. Proc. Soc. Exp. Biol. Med 145:1207-1211, (1974).

10.   Ignarro, L.J. and George, W.J.:   Hormonal control of lysosomal enzyme release from human neutrophils. J. Exp. Med. 139:1396-1414, (1974).

11.   Busuttil, R.W., Paddock, R.J. and George, W.J.:   Protective effect of glucagon on the isolated perfused rat heart following severe hypoxia. Proc. Soc. Exp. Biol. Med. 147:527-532, (1974).

12.   Rodgers, G.M., Fisher, J.W. and George, W.J.:   Lactate stimulation of renal cortical adenylate cyclase. J. Pharmacol. Exp. Ther. 190:543-550, (1974).

13.   Briggs, D.W., Fisher, J.W. and George, W.J.:   Hepatic clearance of intact and desialyated erythropoietin. Am. J. Physiol. 227:1385-1389, (1974).

14.  Ignarro, L.J. and George, W.J.:  Hormonal control of lysosomal enzyme release from human neutrophils. Proc. Natl. Acad. Sci. 71:2027-2031, (1974).

15.  Rodgers, G.M., Fisher, J.W. and George, W.J.:  Elevation of renal cyclic GMP concentrations and plasma lysosomal enzymes following cobalt treatment. Biochem. Biophys. Res. Commun. 59:979-984, (1974).

16.  Cohen, L.K., Smith, R.J. and George, W.J.:  Metabolism of isoniazid in hypersensitive patients. Arch. Dermatol. 109:377-381, (1974).

17.  Greenberg, S., George, W.J., Kadowitz, P.J. and Wilson, W.R.:  Androgen-induced enhancement of vascular reactivity. Can. J. Physiol. Pharmacol. 52:1422, (1974).

18.  Ignarro, L.J. and George, W.J.:  Mediation of immunologic discharge by lysosomal enzymes from human neutrophils by guanosine 3',5'-monophosphate.  J. Exp. Med. 140:225-238, (1974).

19.  Kadowitz, P.J., Hyman, A.L., Joiner, P.D. and George, W.J.:  Influence of prostaglandin $E_1$ and $E_2$ on pulmonary vascular resistance of isolated lobar vessels and cyclic nucleotide content.  J. Pharmacol. Exp. Ther. 192:677-687, (1975).

20.  Rodgers, G.M., Fisher, J.W. and George, W.J.:  The role of renal adenosine 3',5'-monophosphate in the control of erythropoietin production. Am. J. Med. 58:31-38, (1975).

21.  Rodgers, G.M., Fisher, J.W. and George, W.J.:  Renal cortical cyclic AMP and erythropoietin production in the rat. Am. J. Physiol. 229:1387-1392, (1975).

22.  Busuttil, R.W., George, W.J. and Hewitt, R.L.:  Protective effect of methylprednisolone on the heart during ischemic cardiac arrest. J. Thorac. Cardiovasc. Surg. 70:955-965, (1975).

23.  Rodgers, G.M., Fisher, J.W. and George, W.J.:  Renal cyclic GMP and cholinergic mechanisms in erythropoietin production. Life Sci. 17:1807-1814, (1975).

24.  Busuttil, R.W., Paddock, R.J., Fisher, J.W. and George, W.J.:  Changes in cyclic nucleotide levels and contractile force in the isolated hypoxic rat heart during perfusion with glucagon. Cir. Res. 38:162, (1976).

25.  George, W.J., White, L., Paddock, R.J., Ignarro, L.J. and Kadowitz, P.J.:  Oppositional effects of acetylcholine and isoproterenol on isometric tension and cyclic nucleotide concentrations in rabbit atria. J. Cyclic Nucleotide Res. 1:339-349, (1976).

26.  Rodgers, G.M., Fisher, J.W. and George, W.J.:  Elevated cyclic GMP concentrations in rabbit bone marrow culture and mouse spleen following erythropoietin stimulation. Biochem. Biophys. Res. Commun. 70:287, (1976).

27.  Fink, G.C., Busuttil, R.W., Rodgers, G.M. and George, W.J.:  Effects of vagal stimulation on cyclic nucleotide levels and rate of contraction in rabbit atria. Proc. Soc. Exp. Biol. Med. 153:78-82, (1976).

## PUBLICATIONS:

28. Wilkerson, R.D., Paddock, R.J. and George, W.J.: Effects of derivatives of cyclic AMP and cyclic GMP on contractile force in cat papillary muscle. Eur. J. Pharmacol. 36:247-251, (1976).

29. Busuttil, R.W. and George, W.J.: Protective action of methylprednisolone on the isolated perfused rat heart following severe hypoxia. Proc. Soc. Biol. Med. 157:578-581, (1978).

30. Busuttil, R.W. and George, W.J.: Possible role of cyclic nucleotides on the protective effect of methylprednisolone on the hypoxic rat heart. J. Cyclic Nucleotide Res. 3:510-522, (1978).

31. Fisher, J.W., Gross, D.M., Foley, J.E., Nelson, P.K., Rodgers, G.M., George, W.J. and Jubiz, W.: A concept for the control of kidney production of erythropoietin involving prostaglandins and cyclic nucleotides. Contr. Nephrol. 13:37-59, (1978).

32. Halpren-Ruder, D., Jungman, R. and George, W.J.: Mechanism of luteinizing hormone induced changes in protein kinase profiles. J. Endocrinol. 84:49-63, (1980).

33. White, L.A. and George, W.J.: Cyclic nucleotide modulation in fetal liver erythroid cells. Proc. Soc. Exp. Biol. Med. 166:186-193, (1981).

34. Gershanik, J., Boecler, B., Ensley, H., McCloskey, S. and George, W.: The gasping syndrome and benzyl alcohol poisoning. N. Engl. J. Med. 307:1384-1388, (1982).

35. Katsuoka, Y., Beckman, B., George, W.J. and Fisher, J.W.: Extraction of erythropoietin from kidneys of rats treated with cobalt and hypoxia. Am. J. Physiol. 244:F129-F133, (1983).

36. Gershanik, J., Boecler, B., Ensley, H., McCloskey, S. and George, W.J.: Gasping syndrome and benzyl alcohol poisoning. Intelligence Reports in Obstetrics and Gynecology 1(4):10-11, (1983).

37. Rege, A.B., Lertora, J.J.L. and George, W.J.: A rapid gas liquid chromatographic assay for plasma valproic acid. J. Chromatog. 309:2397-2402, (1984).

38. Woo, F.L., Johnson, A.P., Caldwell, D.R., Lertora, J.J.L. and George, W.J.: Piperacillin distribution in tears and aqueous humor. Am. J. Ophthalmol. 98:17-20, (1984).

39. Pincus, S.M., Beckman, B.S. and George, W.J.: Inhibition of Dimethylsulfoxide induced differentiation in Friend erythroleukemic cells by diacylglycerols and phospholipase C. Biochem. Biophys. Res. Commun. 125:491-499, (1984).

40. Woo, F.L., Johnson, A.P., Insler, M., George, W.J. and LaCorte, W.: Distribution of aminoglycoside antibiotics in tears and aqueous humor. Arch. Ophthalmol. 103:216-219, (1985).

41.  Francovitch, R.J. and George, W.J.: A dual function exposure system for acute exposure of mice to chemical vapors. J. Am. Coll. Toxicol. 4:63-69, (1985).

42.  George, W.J., Martin, L.A. and White, L.A.: Toxicology of organic solvents. In: Monogram on Organic Solvents. ed. by P.E. LaMoreaux and R.J. Wells. Alabama Press Vol. 1, No. 1, 1-79, (1985).

43.  Francovitch, R.J., Schor, N., Lertora, J.J.L. and George, W.J.: Effects of SKF 525-A and phenobarbital on ethylene dichloride toxicity. J. Am. Coll. Toxicol. 5:117-126, (1986).

44.  McCloskey, S.E., Lertora, J.J.L., White, L.A. and George, W.J.: Evaluation of the mechanism of benzyl alcohol toxicity. J. Pharmaceut. Sciences 75:702-705, (1986).

45.  George, C.J., Bennett, G., Simoneaux, D., and George, W.J.: Toxicology of polychlorinated biphenyls, In: Monogram on Hazardous Waste Products. ed. by P.E. LaMoreaux and R.J. Wells. Alabama Press 17:1-48, (1987).

46.  Insler, M., Helm, C.R. and George, W.J.: Topical vs systemic gentamicin penetration into the human cornea and aqueous humor. Archives of Ophthalmology 105:922-924, (1987).

47.  Vertigets, B.F., Benoit, C.A. and George, W.J.: Melanin: Does it cause false-positive cannabinoid assay results? Syva Monitor 6(2):6-8, (1988).

48.  Pedigo, N.G., George, W.J. and Anderson, M.L: Effect of acute and chronic exposure to cobalt on the male reproduction in mice. Journal of Reproductive Toxicology 2:45-53, (1988).

49.  George, C.J., Bennett, G.F., Simoneaux, D. and George, W.J.: Toxicity of Polychlorinated Biphenyls. J. Hazardous Materials 18:113-144, (1988).

50.  Benoit, C.A., McCloskey, S.E., George, C.J. and George, W.J.: Toxic effects of chemical exposure and causation. Proceedings of the GNOBFA. VIII 18:1-20, (1988).

51.  Wilson, J. Michael, George, Camille J., Bennett, Gary, Zimmerman, Rae and George, William: Toxicity of Dioxins. Monogram on Hazardous Waste Products. ed. by P.E. LaMoreaux and R.J. Wells. Alabama Press 20:1-192, (1988).

52.  George, William J., Schulte, Charles E., Simoneaux, D.E., and McCloskey, Sharon E.: Laboratory aspects of drug testing in athletics. Journal of American College Health 38(1):46-49, (1989).

53.  George, W.J., Agrawal, K.C., and Silver, C.: The zero threshold concept and carcinogenesis. Proceedings of the Environmental Institute for Hazardous Waste Management Studies 23:1-21, (1989).

54.  Ricci, M.J., Benoit, C.A., Lertora, J.J.L., George, W.J.: Melanin and other indole compounds do not cause false-positive cannabinoid assay results. Clin. Chem. 35:1809-1810, (1989).

## PUBLICATIONS:

55.  Siegel, P.D., Bozelka, B.E., Reynolds, C. and George, W.J.: Phase dependent response of the lung to $NO_2$ irritant insult. J. Environmental Pathol. Toxicol. & Oncol. 9:4/303-315, (1990).

56.  Pincus, S.M., Beckman, B.S., Broadway, R.L., George, W.J. and Jeter, J.R., Jr.: Early changes in phosphoprotein patterns of Friend erythroleukemia cells induced by dimethylsulphoxide or phorbol esters. Cytobios. 64:23-33, (1990).

57.  Siegel, P.D. and George, W.J.: Pharmacologic manipulation of the murine pulmonary biochemical response to $NO_2$. J. of Environmental Pathol. Toxicol. & Oncol. 10:231-236, (1990).

58.  Alfonzo, E.C., Preslan, J.E. and George, W.J.: Absorption of midazolam from submucosal and intramuscular routes. Anesthesia Prog. 38:277-281, (1990).

59.  Daroca, Philip, Jr. and George, J.W.: Tungsten and idiopathic giant cell interstitial pneumonia. Southern Medical Journal 84:257-263, (1991).

60.  Cheng, Y.-L., Preslan, J.E., Anderson, M.B. and George, W.J.: Solubility and bioavailability of lead following oral ingestion of vitrified slagged aggregate. J. of Hazardous Materials 27:137-147, (1991).

61.  Roche, M., Figueroa, T.E., Preslan, J.E., Neal, D.E., and George, W.J.: Ciprofloxacin versus gentamicin in prophylaxis against bacteremia in transrectal prostate needle biopsy. Uropharmacology 38:84-88, (1991).

62.  Gogu, S.R., Lertora, J.J.L., George, W.J. and Agrawal, K.C.: Protection of zidovudine-induced toxicity against murine erythroid progenitor cells by Vitamin E. Exper. Hematol. 19:649-653, (1991).

63.  Lertora, J.J.L., Rege, A.B., LaCour, J.T., Ferencz, N., Morgan, J., Williams, D., George, W.J., Van Dyke, R.B., Agrawal, K.C. and Hyslop, N.E.: Pharmacokinetics and long term tolerance to ribavirin in asymptomatic HIV infected patients. J. Clin. Pharmacol. & Therap. 50:442-449, (1991).

64.  Muchmore, James H., Krementz, Edward T., Carter, R. Davilene, Preslan, Janet E. and George, W.J.: Concomitant high dose intraarterial chemotherapy and hemofiltration in treating advanced regional abdominal malignancies. In: Cancer Chemotherapy. ed. Tetsuo Taguchi and Karl R. Aigner. Excerpta Medical, pp. 73-82, (1991).

65.  Muchmore, J.H., Krementz, E.T., Carter, R.D., Preslan, J.E., George, W.J.: Treatment of abdominal malignant neoplasms using regional chemotherapy with hemofiltration. Arch. Surg. 126(11):1390-6, (1991).

66.  Rege, A.B., Walker, J.Y., Clark, R.A., Lertora, J.J.L., Hyslop, N.E. and George, W.J.:  A rapid and sensitive assay for fluconazole using gas chromatography with electron capture detection. Antimicrobial Agents & Chemotherap. 36:647-650, (1992).

67.  Anderson, M.B., Pedigo, N.G., Katz, R.P., and George, W.J.:  Histopathology of testes from mice chronically treated with cobalt:  A light and electron microscopic study. Reproductive Toxicology 6:41-50, (1992).

68.  Walters, F.P., Neal, D.E., Jr., Rege, A.B., George, W.J., Ricci, M.J. and Hellstrom, W.J.G.: Cavernious tissue antibiotic levels in penile prosthesis surgery. J. Urol. 147:1282-1284, (1992).

69.  Muchmore, J.H., Preslan, J.E. and George, W.J.:  Peritoneal chemofiltration with mitomycin C. Cancer, (1993).

70.  Walters, F.P., Neal, D.E., Rege, A.B., Ricci, M.J., Roberts, J.A., Hellstrom and George, W.J.:  Cavernosal tissue antibiotic levels in penile prosthesis surgery. Urology 147:1282-1284, (1992).

71.  Anderson, M.B., Lepak, K., Farinas, V. and George, W.J.:  Protective action of zinc against coblat induced testicular damages in the mouse reproductive system.  Toxicol. 7:49-54, (1993).

72.  Yagci, A., Karcioglu, Z., George, W.J. and Cakiner, T.:  Ocular penetration of zidovudine in rabbit eye model. Tr. J. of Med. Sci. 17:101-108, (1993).

73.  Preslan, J.E., Hatrel, B.B., Emerson, M. and George, J.W.:  An improved high pressure liquid chromatographic method for analysis of TNT and metabolites from compost and contaminated soils. J. Hazardous Materials 32:150-158, (1993).

74.  Clarkson, C.W., Chang, C., Stolfi, A., George, W.J., Yamasaki, S. and Pickoff, A.S.: Electrophysiological effects of high cocaine concentrations on the intact canine heart: Evidence for modulation by both heart rate and the autonomic nervous system. Circulation 87:950-962, (1993).

75.  Lupia, R.H., Ferencz, N., Lertora, J.J.L., Aggarwal, S.K., George, W.J. and Agrawal, K.C.: Comparative pharmacokinetics of two prodrugs of zidovudines in rabbits; Enhanced levels of AZT in brain tissue. Antimicrob. Agents Chemother 37:818-824, (1993).

76.  Michel, R.E., Rege, A.B. and George, W.J.:  HPLC analysis of 3,4 methylenedioxy-methamphetamine. J. Neuroscience Methods, 50:61-66, (1993).

77.  Burnett, H., Maxwell, D.P., Jr., Preslan, J.E., Diamond, J.G., George, W.J.:  Ocular penetration of high dose oral ciprofloxacin. Ophthalmology Supplement 100(9A):14, (1993).

78.  Hillburger, C.L., Gogu, S.R., Rider, B.J., White, L.E., George, W.J. and Agrawal, K.C.: Regulation of metallothionein mRNA in human hepatoma (Hep3B) cells. Intl. J. Rad. Oncol. Biol. Phys. 29:000, (1994).

**PUBLICATIONS:**

79.  Lertora, J.J.L., Rege, A.B., Greenspan, D.L., Akula, S., George, W.J., Hyslop, N.E. and Agrawal, K.C.:  Pharmacokinetic interaction between zidovudine and valproic acid in patients infected with human immunodeficiency virus.  Clin. Pharmacol. Ther. 56:272-278, (1994).

80.  Dreisbach, A.W., Ferencz, N., Hopkins, N.E., Fuentes, G., Rege, A.B., George, W.J. and Lertora, J.J.L.:  Urinary excretion of 6-OH-chlorzoxazone as an index of cytochrome CYP2EI activity.  Clin. Pharmacol. Ther. (58:498-505), (1995).

81.  Muchmore, M.H., Beg, M.H., Carter, R.D., Preslan, J.E. and George, W.J.:  Treatment of advanced pancreatic cancer with regional chemotherapy plus hemofiltration.  Reg. Cancer Treat. 8:77-81, (1995).

82.  Durwood, E.N., Jr., Smith, R., George, W.J. and Hellstrom  W.J.G.:  Ciprofloxacin in penile prosthesis surgery:  Correlation with cavernous tissue antibiotic levels.  Urology, (1996).

83.  Muchmore, J.H., Preslan, J.E., and George, W.J.:  Regional chemotherapy for inoperable pancreatic cancer.  Cancer, 78(3):664-73, (1996).

84.  Preslan, J.E., Chang, C.Y., Schiller, N. and George, W.J.:  Studies on bioavailability of lead from vitrified slagged aggregate in fish.  J. Hazardous Materials 48:207-218, (1996).

85.  Ortega, H.G., Lopez, M., Salvaggio, J.E., Reimers, R., Chen, H.-L., Bollinger, J.E. and George, W.J.:  Lymphocyte proliferative response and tissue distribution of methylmercury sulfide and chloride in exposed rats.  J. Toxicol. & Envtl. Health, 50:605-616, (1997).

86.  Anderson, M.B., Reddy, P., Preslan, J.E., Fingerman, M., Bollinger, J.E., Jolilbois, L., Maheshwarudu, G. and George, W.J.:  Metal accumulation in crayfish, procambarus clarkii, exposed to a petroleum contaminated bayou in Louisiana.  Ecotoxicology & Environmental Safety, 37:267-272, (1997).

87.  Bollinger, J.E., Bundy, K., Anderson, M.B., Millet, L., Jolibois, L., Chen, H.-L., Kamath, B. and George W.J.:  Bioaccumulation of chromium in red swamp crayfish (Procambarus clarkii).  J. Haz. Mat. 54:1-13, (1997).

88.  Anderson, M.B., Preslan, J.E., Jolibois, L., Bollinger, J.E. and George, W.J.:  Bioaccumulation of lead nitrate in red swamp crayfish.  J. Haz. Mat. 54:15-29, (1997).

89.  Preslan, J.E., Belkhouche, B., Swalm, C.M., Hughes, J.M., Chen, H.-L., Henry, M., Lin, D., Bakeer, R.M., Englande, A.J., Demtchouk, I., Anderson, M.B., Regens, J.L., Means, J.C., Bollinger, J.E., Steinberg, L.J., Luna, R., Hernandez, R., Hartley, W.R., George, W.J.:  A database on water quality of the Mississippi River.  Environmental Progress 16(3):145-163, (1997).

90.  King, L.M., Anderson, M.B., Sikka, S.C. and George, W.J.:  Murine strain differences and the effects of zinc on cadium concentrations in tissues after acute cadmium exposure. Arch. Tox. 72:650-655, (1998).

91.  Jolibois, Jr., L.S., Shi, W., George, W.J., Henson, M.C. and Anderson, M.B.:  Cadmium accumulation and effects on progesterone release by cultured human trophoblast cells. Reproductive Toxicology 13(3):215-221, (1999).

92.  King, L.M., Banks, W.A., George, W.J.:  Differences in cadmium transport to the testis, epididymis, and brain in cadmium-sensitive and –resistant murine strains 129/J and A/J.  J. Pharmacol. Exp. Ther. 289(2):825-830, (1999).

93.  Bollinger, J.E., Steinberg, L.J., Harrison, M.J., Crews, J.P., Englande, A.J., Valasco-Gonzales, C., White, L.E. and George, W.J.:  Comparative analysis of nutrient data in the lower Mississippi River.  Water Research, Vol. 33, No. 11, pp. 2627-2632, (1999).

94.  Jolibois, L.S., Burow, M.E., Swan, K.F., George, W.J., Anderson, M.B., Henson, M.C.: Effects of cadmium on cell viability, trophoblastic development and expression of low density lipoprotein receptor transcripts in cultured human placental cells.  J. Reprod. Toxicol., Vol. 13, issue 6, pp. 473-480, (1999).

95.  Bollinger, J.E., Steinberg, L., Englande, A.J., Crews, J.P., Hughes, J.M., Velasco, C., Watanabe, K.H., Harrison, M.J., Hartley, W.R., Swalm, C.M., Mendler, J.M., George, W.J.:  Nutrient load characterization from integrated-source data for the lower Mississippi River.  Journal of American Water Resources Association, Vol.36, No. 6, pp 1375-1390 (December, 2000).

96.  King, L.M., Banks, W.A. and George, W.J.:  Differential zinc transport into testis and brain of cadmium-sensitive and –resistant murine strains. Journal of Andrology , Vol. 2: No. 5, pp 656-661, September/October 2000.

97.  Hartley, E.R., White, L.E., Bollinger, J.E., Thijagarajah, A., Mendler, J.M., George, W.J.: History and risk assessment of triazine herbicides in the Lower Mississippi River. Pesticides and Wildlife, pp.  225-239, American Chemical Society, Washington, DC. (2001)

98.  Swalm, Christopher, Gunter, James, Miller, Vincent, Hodges, Donald, Regens, James, Bollinger, James and George, William.  GIS Blossoms on the Mighty Mississippi. Geo Info Systems. 4, 30-34. (2000)

99.  White, L.E., Langlois, E.C., Hartley, W.R., George, W.J.:  Characterization of heavy metals and volatile organic compounds in the lower Mississippi River.  Submitted to Environmental Toxicology, 2001.

100. George, W.J., Mendler, J.M., George, C.J.:  Assessment of alcohol and/or drug use in workplace accidents. (in preparation).

**PUBLICATIONS:**

101. George, W.J., Domer, F.R. and Guth, P.S. Novel Interactive Instruction in Medical Pharmacology (in preparation).

1.  George, W.J. and Tephly, T.R.: Evidence for different mechanisms operative in the N- and O-dealkylation of morphine analogues by rat liver microsomes. The Pharmacologist 9:2, (1967).

2.  George, W.J., Rodgers, G.M., Gibson, J.L. and Harbison, R.D.: Morphine and ethylmorphine metabolism in neonatal and adult rats. Fed. Proc. 39:2036, (1971).

3.  Rodgers, G.M., George, W.J. and Fisher, J.W.. Cyclic nucleotides and erythropoiesis. The Pharmacologist 13:287, (1971).

4.  Rodgers, G.M., George, W.J. and Fisher, J.W.: Cyclic AMP and the erythropoietic response to cobalt. Proc. Am. Soc. Hematol. 14, (1971).

5.  Rodgers, G.M., George, W.J. and Fisher, J.W.: Kidney cyclic AMP levels in rats following erythropoietin stimulation. Fed. Proc. 31:1921, (1972).

6.  George, W.J., Polson, J.B. and Kadowitz, P.J.: Influence of acetylcholine on contractility of the isolated perfused rat heart. Fifth Intl. Cong. Pharmacol. 5:80, (1972).

7.  Briggs, D.W., George, W.J. and Fisher, J.W.: Erythropoietin inactivation by rat liver lysosomes. Fifth Intl. Cong. Pharmacol. 5:29, (1972).

8.  George, W.J., Paddock, R.J. and Kadowitz, P.J.: Effects of prostaglandins on contractility of the isolated perfused rat heart. Fifth Intl. Cong. Pharmacol. 5:80, (1972).

9.  Paulo, L.G., Wilkerson, R.D., George, W.J., Roh, B.L. and Fisher, J.W.: Effects of prostaglandin $E_1$ on erythropoietin. Fifth Intl. Cong. Pharmacol. 5:252, (1972).

10. Rodgers, G.M., George, W.J. and Fisher, J.W.: Renal cyclic adenosine 3',5'-monophosphate as a possible mediator of erythropoietin production. SAMA-UTM Research Forum, April, (1972).

11. George, W.J., Kadowitz, P.J. and Wilkerson, R.D.: Role of cyclic GMP as a mediator of the negative inotropic effect of acetylcholine in the perfused rat heart. Proceedings of the International Study Group in Cardiac Metabolism, Winnipeg, Manitoba 5:59, (1972).

12. Kadowitz, P.J., George, W.J. and Hyman, A.L.: Effects of prostaglandins $E_1$ and $F_{2a}$ on adrenergic responses in the pulmonary circulation. Proceedings of the International Conference on Prostaglandins, Vienna, (September, 1972).

13. Hyman, A.L., George, W.J. and Kadowitz, P.J.: Spectrum of effects of prostaglandins E, A and F in the pulmonary circulation of the intact dog. Proceedings of the American Heart Association, (November, 1972).

14. Hyman, A.L., Joiner, P.D., George, W.J. and Kadowitz, P.J.: Influence of prostaglandins $E_1$ and $F_2$ on vascular resistance, responses to norepinephrine and cyclic 3',5'-adenosine monophosphate levels in the pulmonary circulation. Proc. South. Soc. Clin, Invest, (January, 1973). Clin. Res. 21:81, (1973).

**ABSTRACTS:**

15. George, W.J., Paddock, R.J., White, L.A., Smith, R.J. and Wilkerson, R.D.: The relationship of cyclic nucleotides to contractile responses of isolated cat papillary muscles. Proc. South. Soc. Clin. Invest. Clin. Res. 21:99, (1973).

16. Rodgers, G.M., Fisher, J.W. and George, W.J.: Cobalt induced erythropoiesis associated with alterations in the synthesis and degradation of renal cyclic AMP. Proc. Am. Soc. Hematol., Hollywood, Florida 15:105, (December, 1972).

17. Wilkerson, R.D., Paddock, R.J. and George, W.J.: Interaction of cyclic GMP and cyclic AMP on contractile force in cat papillary muscles. Fed. Am. Soc. Exp. Biol. 32:712, (1973).

18. George, W.J. and White, L.A.: Effects of guanosine 3',5'-monophosphate and adenosine 3',5'-monophosphate on calcium accumulation in the rat cardiac microsomes. Fed. Am. Soc. Exp. Biol. 32:711, (1973).

19. Rodgers, G.M., Fisher, J.W. and George, W.J.: Renal cyclic AMP and erythropoietin production. Fed. Am. Soc. Exp. Biol. 32:802, (1973).

20. Noveck, R.J., George, W.J. and Fisher, J.W.: Increased levels of renal cyclic AMP and plasma erythropoietin levels in dogs following 5-hydroxytryptamine infusion. Fed. Am. Soc. Exp. Biol. 32;775, (1973).

21. Briggs, D.W., Fisher, J.W. and George, W.J.: Erythropoietin inactivation by hepatic subcellular fractions. Fed. Am. Soc. Exp. Biol. 32:716, (1973).

22. George, W.J., Paddock, R.J. and Ignarro, L.J.: Cyclic 3',5'-adenosine monophosphate levels in human neutrophils during lysosomal enzyme release. The Pharmacologist 15:157, (1973).

23. White, L.E., Ignarro, L.J. and George, W.J.: Stimulation of rat guanylcyclase by acetylcholine. The Pharmacologist 15:16, (1973).

24. Rodgers, G.M., Fisher, J.W. and George, W.J.: A cyclic AMP-dependent mechanism for hypoxia-induced erythropoietin production. Am. Soc. Hematol. 16:161, (1973).

25. George, W.J., Rodgers, G.M. and Fisher, J.W.: Renal adenylate cyclase: A possible regulatory site for erythropoietin production following cobalt treatment in hypoxic stimulation. Am. Soc. Nephrol. 6:42, (1973).

26. Rodgers, G.M., Fisher, J.W. and George, W.J.: Renal cortical cyclic AMP as a mediator of erythropoietin production. Clin. Res. 22:67, (1974).

27.   Rodgers, G.M., Fisher, J.W. and George, W.J.:  Activation of renal cortical adenylate cyclase (AC) by lactate as a mechanism in the renal production of erythropoietin.  Fed. Proc. 33:355, (1974).

28.   Hyman, A.L., George, W.J., Joiner, P.D. and Kadowitz, P.J.:  Influence of acetylcholine on pulmonary resistance, isolated lobar vessels and cyclic nucleotide levels.  Circulation 48:456, (1973).

29.   Ignarro, L.J., White, L.E., Wilkerson, R.D. and George, W.J.:  Cardiac guanylcyclase stimulation by acetylcholine and calcium.  Circulation 48:12, (1973).

30.   Ignarro, L.J. and George, W.J.:  Hormonal control of lysosomal enzyme release for human neutrophils by autonomic neurohumors and cyclic nucleotides.  Clin. Res. 22:68, (1974).

31.   Paddock, R.J., Wilkerson, R.D., Ignarro, L.J. and George, W.J.:  Effects of derivatives of cyclic GMP and cyclic AMP on contractile force of cat papillary muscle.  Clin. Res. 22:56, (1974).

32.   Briggs, D.W., Fisher, J.W. and George, W.J.:  Effects of desialyation upon hepatic uptake of erythropoietin.  Clin. Res. 22:65, (1974).

33.   White, L.E., Ignarro, L.J. and George, W.J.:  Kinetic effects of acetylcholine on cardiac guanyl cyclase.  Clin. Res. 22:57, (1974).

34.   Busuttil, T.W., Paddock, R.J. and George, W.J.:  Protective effect of glucagon on the isolated perfused rat heart.  Clin. Res. 22:54, (1974).

35.   Briggs, D.W., Fisher, J.W. and George, W.J.:  Effects of orosomucoid and neuraminidase on the clearance of erythropoietin by the isolated perfused liver.  Fed. Proc. 33:355, (1974).

36.   George, W.J., Rodgers, G.M. and Fisher, J.W.:  Regulation of erythropoiesis by cyclic AMP and cyclic GMP.  Intl. Conf. Cyclic AMP 2:66, (1974).

37.   Rodgers, G.M., Fisher, J.W. and George, W.J.:  Lactate stimulation of renal cortical adenylate cyclase.  Texas Rept. Biol. Med. (1974).

38.   Rodgers, G.M., Fisher, J.W. and George, W.J.:  Cyclic GMP and erythropoiesis.  The Pharmacologist 15:309, (1974).

39.   Busuttil, R.W., Paddock, R.J. and George, W.J.:  Effects of glucagon on cardiac cyclic nucleotides in the hypoxic heart.  Proc. Intl. Study Gp. Res. Cardiac Metab. 7:83, (1974).

40.   Ignarro, L.J. and George, W.J.:  Regulation of lysosomal enzyme discharge from human neutrophils.  Proc. Intl. Conf. Cyclic AMP 2:52, (1974).

41.   George, W.J., Kadowitz, P.J. and Ignarro, L.J.:  Effects of autonomic agents on force of contraction and levels of cyclic AMP or cyclic GMP in isolated paced atria.  Proc. Intl. Conf. Cyclic AMP 2:69, (1974).

**ABSTRACTS:**

42.  Kadowitz, P.J., Joiner, P.D., Hyman, A.L. and George, W.J.: Influence of prostaglandin $E_1$ and $F_2$ on pulmonary vascular resistance and cyclic nucleotide levels. Advances in cyclic nucleotide research. Proc. Intl. Conf. Cyclic AMP 2:73, (1974).

43.  George, W.J., Briggs, D.W., Rodgers, G.M. and Fisher, J.W.: Hepatic inactivation of erythropoietin. XVth Intl. Congr. Hematol., Jerusalem, Israel 15:203, (1974).

44.  George, W.J., Rodgers, G.M., Briggs, D.W. and Fisher, J.W.: Role of cyclic AMP in the regulation of erythropoietin production. Proc. Intl. Symp. Erythropoietin, Tokyo, Japan 4:36, (1974).

45.  Ignarro, L.J., Cech, S.Y. and George, W.J.: Mediation of lysosomal enzyme secretion from human neutrophils by guanosine 3',5'-monophosphate: Requirement of calcium and inhibition of adenosine 3',5'-monophosphate. Pharmacologist 16:309, (1974).

46.  Fink, G.D., Paddock, R.J., Rodgers, G.M., Nobles, J.A. and George, W.J.: Elevated cyclic GMP levels in rabbit atria during vagal stimulation. Pharmacologist 16:288, (1974).

47.  Rodgers, G.M., Fisher, J.W. and George, W.J.: Cholinergic mechanisms in erythropoietin. Proc. Am. Soc. Hematol. 17:64, (1974).

48.  Rodgers, G.M., Fink, G.D., Fisher, J.W. and George, W.J.: An evaluation of erythropoietic function in New Zealand black mice. Proc. Am. Soc. Hematol. 17:101, (1974).

49.  Busuttil, R.W., Paddock, R.J. and George, W.J.: Effects of glucagon on cyclic nucleotide levels and cardiac performance in isolated perfused hearts following hypoxia. Fed. Proc. 33:344, (1974).

50.  George, W.J., Rodgers, G.M., Fink, G.D. and Fisher, J.W.: Role of cyclic AMP and cyclic GMP in kidney production of erythropoietin. Symposium on Regulation of Erythropoiesis, Prague, Czechoslovakia (1975).

51.  Rodgers, G.M., Fink, G.D., Fisher, J.W. and George, W.J.: Renal cyclic AMP and the erythropoietic response to hemolytic anemia in mice. Fed. Proc. 34:694, (1975).

52.  George, W.J., Paddock, R.J., Fink, G.D. and Rodgers, G.M.: Cyclic nucleotides as messengers of vagal action on the in vivo rabbit atrium. Fed. Proc. 34:366, (1975).

53.  Ignarro, L.J., Cech, S.Y. and George, W.J.: Inhibition of cyclic GMP accumulation in, and lysosomal enzyme secretion from, human neutrophils by glucocorticoids. Fed. Proc. 34:231, (1975).

54.  Busuttil, R.W., Ignarro, L.J., Shirkey, H.C. and George, W.J.: Improved recovery of the anoxic heart with methylprednisolone, a mechanism involving lysosomal enzyme release by cyclic nucleotides. Fed. Proc. 34:265, (1975).

55.  Krieg, D.W., Davis, K., Rice, B.F. and George, W.J.: Hyperkalcemia and increased nephrogenous cyclic AMP production in neoplasia. Fed. Proc. 59:312, (1975).

56.  Briggs, D.W., George, D.M., Fisher, J.W. and George, W.J.: Effects of SKF 525A and disulfiram on plasma clearance of erythropoietin by the isolated perfused rat liver. Fed. Proc. 59:805, (1975).

57.  George, W.J. and Busuttil, R.W.: Relationships between myocardial cyclic nucleotide content and lysosomal enzyme release in the anoxic heart following pretreatment with methylprednisolone. 6th Intl. Congr. Pharmacol. Helsinki, Finland (1975).

58.  Rodgers, G.M., Fisher, J.W. and George, W.J.: Cyclic nucleotides and the splenic responses to erythropoietic stimulation. Pharmacologist 17(2):269, (1975).

59.  George, W.J., Busuttil, R.W. and Ignarro, L.J.: Reduction of myocardial cyclic GMP content as a possible mechanism for protection of the hypoxic heart by methylprednisolone. Pharmacologist 17(2):269, (1975).

60.  White, L.A., Rodgers, G.M., Howley, P.S., Fisher, J.W. and George, W.J.: Cyclic GMP as a possible messenger for erythropoietin action in fetal liver culture. Pharmacologist 17(2):269, (1975).

61.  Ignarro, L.J. and George, W.J.: Guanylate cyclase activity in purified human polymorphonuclear leukocytes. Pharmacologist 17(2):270, (1975).

62.  Halpren-Ruder, D.H. and George, W.J.; Luteinizing hormone stimulation of acid nuclear protein phosphorylation in the porcine granulosa leuteal cell transformation. Clin. Res. 24:9, (1976).

63.  Rodgers, G.M., Fink, G.D., Fisher, J.W. and George, W.J.: Renal cyclic AMP erythropoiesis and the auto-immune hemolytic anemia of New Zealand black mice. Clin. Res. 24:18, (1976).

64.  White, L.A., Rodgers, G.M., Howley, P.S., Fisher, J.W. and George, W.J.: Cyclic GMP and erythroid cell response to erythropoietin in fetal rat liver culture. Clin. Res. 24:19, (1976).

65.  Rodgers, G.M., Fisher, J.W. and George, W.J.: Cyclic nucleotides and the anemia of auto-immune renal disease. Texas Rept. Biol. Med. 4:25, (1976).

66.  Graeff, R.M., von Rosenberg, C.S. and George, W.J.: Interaction between isoproterenol and acetylcholine on contractile force and cyclic nucleotide levels in the isolated perfused rat heart. Pharmacologist 18:222, (1976).

**ABSTRACTS:**

67.  Wicks, S.J., White, L.A. and George, W.J.:  The interaction between cyclic AMP and cyclic GMP with respect to myocardial phosphodiesterase activity.  Pharmacologist 18:222, (1976).

68.  Sykes, A.R., Busuttil, R.W., Ammarell, R.L., Paddock, R.J., Howley, P.S. and George, W.J.: Protective effects of insulin and glucose on contractile force in the isolated hypoxic perfused rat heart. Pharmacologist 18:248, (1976).

69.  Paddock, R.J., Howley, P.S., Ammarell, R.L. and George, W.J.:  Developmental changes in myocardial cyclic nucleotide content in neonatal rats. Pharmacologist 18:222, (1976).

70.  White, L.A., Fisher, J.W., Howley, P.S. and George, W.J.:  Cyclic nucleotide levels in synchronized rat fetal liver culture. Pharmacologist 18:216, (1976).

71.  Halpren-Ruder, D.H. and George, W.J.:  Phosphorylation in the porcine follicular cell as a component of luteinizing hormone-induced follicularluteal cell.  Pharmacologist 18:221, (1976).

72.  Sykes, A.R., Graeff, R.M. and George, W.J.: Effect of glucose, insulin, and potassium on contractile force in the hypoxic isolated perfused rat heart. Clin. Res. 25:8, (1977).

73.  White, L.A., Howley, P.S., Fisher, J.W. and George, W.J.:  A proposed role for cyclic GMP in initiation of mitosis. Clin. Res. 25:222, (1977).

74.  Halpren-Ruder, D.H. and George, W.J.:  Luteinizing hormone stimulated phosphorylation in porcine follicular cells. Clin. Res. 25:13, (1977).

75.  Graeff, R.M. and George, W.J.:  Effects of hypoxia on protein kinase activity in the isolated perfused rat heart. Adv. Cyclic Nucleotide Res. 9:1077, (1978).

76.  Sykes, A.R., Graeff, R.M. and George, W.J.:  Glucose, insulin and potassium:  Effects on cyclic nucleotides during myocardial hypoxia.  Adv. Cyclic Nucleotide Res. 9:1077, (1978).

77.  Von Rosenberg, C.S., Howley, P.S. and George, W.J.:  Studies on the interactions between isoproterenol and acetylcholine on contractile force and cyclic nucleotide levels in the isolated perfused rat heart. Adv. Cyclic Nucleotide Res. 9:1077, (1978).

78.  Halpren-Ruder, D.H. and George, W.J.:  Cyclic AMP binding to subcellular fractions of luteinizing hormone-treated and control porcine granulosa cells. Adv. Cyclic Nucleotide Res. 9:1098, (1978).

79.  White, L.A., Howley, P.S. and George, W.J.:  Bidirectional oscillation of cyclic nucleotide levels during mitosis. Adv. Cyclic Nucleotide Res. 9:1099, (1978).

80.  George, W.J., Busuttil, R.W., Kappelman, M.D. and Hewett, R.L.:  Effects of cardiac cooling upon left ventricular cyclic nucleotide concentrations and myocardial recovery following ischemic arrest.  Adv. Cyclic Nucleotide Res. 9:1099, (1978).

81.  White, L.E. and George, W.J.:  Possible role of cyclic GMP and cyclic AMP as mediators of action of erythropoietin.  Clin. Res. 26:22A, (1978).

82.  George, W.J. and White, L.A.:  Cyclic GMP and red blood cell proliferation in fetal rat liver.  Proc. Intl. Union Pharmacol. 5:224, (1978).

83.  George. W.J., White, L.A. and Jeter, J.R.:  Role of cyclic nucleotides in the control of cellular proliferation.  Proc. 7th Intl. Cell Cycle Conf. 7:4, (1978).

84.  Graeff, R.M., White, L.A. and George, W.J.:  Cyclic nucleotides and coronary flow in isolated perfused rat hearts.  Pharmacologist 21:247, (1979).

85.  White, L.A. and George, W.J.:  Indirect effects of erythropoietin on cyclic nucleotide content in fetal liver cells.  Pharmacologist 21:252, (1979).

86.  White, L.A. and George, W.J.:  The indirect effects of erythropoietin on cyclic nucleotide concentrations in erythroid cells.  Proc. Intl. Soc. Exp. Hematol. 8:120, (1979).

87.  Ryan, J.R., Garcia, A., McMahon, F.G., LaCorte, W. and George, W.J.:  Utilization of intravenous maltose as a calorie source in normal human subjects.  Clin. Pharmacol. Ther. 25(2):247, (1979).

88.  White, L.A., Figueroa, E. and George, W.J.:  Determination of cephalosporin antibiotics in serum employing high pressure liquid chromatography.  Fed. Proc. 39:825, (1980).

89.  Pincus, S.M., White, L.A., Francovitch, R. and George, W.J.:  Evaluation of possible roles of cyclic GMP in mediating effects of erythropoietin.  Fed. Proc. 39:765, (1980).

90.  Kutob, D., Graeff, R.M., Degnan, J.N. and George, W.J.:  Enhanced recovery of methylprednisolone and ibuprofen pretreated hearts following ischemia.  Fed. Proc. 39:530, (1980).

91.  Graeff, R.M. and George, W.J.:  Effects of acetylcholine and brominated nucleotides on the isolated perfused rat heart.  Fed. Proc. 39:742, (1980).

92.  McMahon, F.G., George, W.J., Ryan, J.R., Jain, A. and LaCorte, W.:  Cephalosporin-disulfiram (Antabuse) reactions.  Am. Soc. Clin. Pharmacol. Ther., (1982).

93.  Francovitch, R.J., Raitano, L., Lee, T. and George, W.J.:  Comparison of dermal and inhalation toxicities of volatile agents employing a dual function exposure chamber. FASEB 41:1568, (1982).

94.  White, L.E., Daum, R., Willard, S. and George, W.J.:  A high pressure liquid chromatographic (HPLC) method for the determination of the stability of rifampin in pharmaceutical preparations.  FASEB 41:1582, (1982).

**ABSTRACTS:**

95. Francovitch, R.J., Schor, N. and George, W.J.: Effects of metabolism on ethylene dichloride toxicity. Pharmacologist 25:103, (1983).

96. Woo, F.L., Johnson, A.P., Caldwell, D.R., Lertora, J.J.L. and George, W.J.: Piperacillin levels in human tears and aqueous humor. Pharmacologist 25:150, (1983).

97. Rege, A.B., Capistran, R.C. and George, W.J.: A rapid gas liquid chromatographic assay for plasma valproic acid. Pharmacologist 25:175, (1983).

98. McCloskey, S.E., White, L.A. and George, W.J.: Studies on the toxicity of benzyl alcohol. Pharmacologist 25:230, (1983).

99. McCloskey, S.E., Lertora, J.J.L., Gershanik, J.J. and George, W.J.: The effect of disulfiram on benzyl alcohol toxicity. Clin. Res. 31:852, (1984).

100. Pincus, S.M., Beckman, B.S. and George, W.J.: Effect of 12-O-tetradecanoyl-phorbol-13 acetate, a tumor promoter, on cyclic AMP levels in Friend erythroleukemic cells. Clin. Res. 31:855, (1984).

101. Subaiya, L., Rege, A., Weng, J.T., George, W.J. and Texidor, M.: The influence of isoflurane on plasma beta-endorphin immunoreactivity. Proc. Intl. Anesthesia Res. Soc. 58:3, (1984).

102. Pedigo, N.G., Anderson, M.B. and George, W.J.: Evaluation of cobalt toxicity on sperm development in mice. Proc. 9th Intl. Cong. Pharm., (1984).

103. Francovitch, R.J., Schor, N.A., and George, W.J.: Effect of alteration of cytochrome P450 activity in mice following inhalation exposure. Proc. of SOT, (1985).

104. Pedigo, N.G., Anderson, M.B., and George, W.J.: Toxic effect of cobalt on male reproduction. Proc. of SOT, (1985).

105. Johnson, A.P., Salisbury, C.R., Ensler, M.S., and George, W.J.: Systemic and Topical Gentamicin Penetration in Human Corneas. Proc. Amer. Acad. Ophthalmol., (1985).

106. Beckman, B., Pincus, S.M., Broadway, R.L., George, W.J. and Jeter, J.R., Jr.: Early changes in phosphorylation patterns in friend erythroleukemia cells. The Pharmacologist 27:142, (1985).

107. Lertora, J.J.L., Smith, W.B., George, W.J., Rege, A.B., Solomito, J.A., Pinsky, W.W. and Weinstein, E.W.: Monitoring amiodarone and reverse $T_3$ levels in patients with refractory arrhythmias. Clinical Research 34:(1)178A, (1986).

108. Weiner, J.S., Rege, A.B., Boineau, F.G. and George, W.J.: Blood level monitoring of cyclosporine in kidney transplant patients. Clinical Research 34:(1)179A, (1986).

109. McCloskey, S.E., Lertora, J.J.L., Gershanik, J.L., White, L.A., Simoneaux, D. and George, W.J.: Toxicity of benzyl alcohol in adult and neonatal mice. Clin. Research 34:(1)197A, (1986).

110. Anderson, M.B., Pedigo, N. and George, W.J.: Reproductive effects of chronic oral administration of cobaltous chloride. Proc. Soc. for the Study of Reproduction, (1986).

111. Pedigo, N.G., Anderson, M.B., and George, W.J.: Effects of chronic administration of cobaltous chloride on reproduction in male mice. Proceedings of Society of Toxicology 35:42, (1986).

112. Francovitch, R.J., Siegel, P.D., George, C.J., Schor, N.A. and George, W.J.: Toxicity of ethylene dichloride (EDC) following inhalation exposure. Proc. of Soc. Toxicol. 25:755, (1986).

113. McCloskey, S.E., Lertora, J.J.L., White, L.A., Simoneaux, D. and George, W.J.: Toxicity and metabolism of benzyl alcohol. Proc. of Soc. Toxicol. 25:1037, (1986).

114. Nigro, D.A., Richard, M.B., Fleischhacker, D.S., Francovitch, R.J., White, L.E. and George, W.J.: Effects of ethylene dichloride on lymphocyte blastogenesis. Proc. of Soc. of Toxicol. 25:15, (1986).

115. Preslan, J.E., Ensley, H.E., Jacobus, O.J. and George, W.J.: Enhanced extraction of organic contaminants from soils for GC/MS analyses using a methanol bridge and methylene chloride. Seventeenth Annual Symposium on Advances in Applied Analytical Chemistry 17:26, (1987).

116. George, W.J., Siegel, P.D., Reynolds, C. and Bozelka, B.E.: Pulmonary biochemical parameters as indicators of $NO_2$ exposure and damage. The Pharmacologist 29(3):122, (1987).

117. Siegel, P.D., Reynolds, C., Bozelka, B.E. and George, W.J.: Murine pulmonary tissue response to acute and subacute $NO_2$ exposure. The Pharmacologist 29(3):155, (1987).

118. George, W.J. and Preslan, J.E.: Who, What, When and Where to Test. Analytical Discussion Group of the American Chemical Society 18:4, (1988).

119. Lertora, J.J.L., Rege, A.B., Ferencz, N., LaCour, J.T., Jeffers, T., George, W.J.: Pharmacokinetics of Ribavirin. ACTU, (1989).

120. Anderson, Mary B., Lepak, K., Farinas, V. and George, W.J.: Zinc prevents cobalt induced testicular damage in the mouse. American Association of Anatomists, (1989).

121. Alfonzo, E.C., Preslan, J.E. and George, W.J.: Absorption and elimination of midazolam from submucosal and intramuscular routes. Ped. Dent. 11:3, (1989).

**ABSTRACTS:**

122. Muchmore, J.H., Preslan, J., Meyer, M., Krementz, E.T., Carter, R.D., Saha, S. and George, W.J.: Pharmacokinetics of high-dose intra-arterial chemotherapy with concomitant hemofiltration (HICCF). AACR, (1989).

123. Muchmore, J.H., Preslan, J., Meyer, M., Krementz, E.T., Carter, R.D., Saha, S. and George, W.J.: Pharmacokinetics of intra-arterial chemotherapy plus concomitant hemofiltration. ICRCT, June, (1989).

124. Muchmore, J.H., Krementz, E.T., Carter, R.D., Preslan, J., George, W.J. and Mesko, T.: Concomitant high-dose intra-arterial and hemofiltration in treating advanced regional abdominal malignancies. 15th International Cancer Congress, August, (1990).

125. Muchmore, J.H., Krementz, E.T., Carter, R.D., Preslan, J. and George, W.J.: Concomitant high-dose intra-arterial chemotherapy and hemofiltration in treating advanced regional abdominal malignancies. Southeastern Surgical Congress, (1990).

126. George, W.J., Yagci, A., El Dorghamy, A.A. and Karcioglu, Z.A.: Ocular penetration of AZT in the rabbit eye. Proc. Assoc. Research and Vision in Ophthalmol., May, (1990).

127. George, W.J.: Overview of toxicology of industrially important halogenated solvents and chemical intermediates. Proc. American Assoc. Advancement of Science 156:102, (1990).

128. Emerson, M., Preslan, J.E. and George, W.J.: Improved method for analysis of TNT and TNT metabolites from compost and contaminated soils. The Pharmacologist, August, (1990).

129. Cheng, Y.-L., Preslan, J.E., Anderson, M.B. and George, W.J.: Studies on the solubility and absorption of various forms of lead. 11th Annual Meeting of the American College of Toxicology, October, (1990).

130. Lertora, J.J.L., Rege, A.B., Lacour, J.T., Ferencz, N., Morgan, J., Williams, D., Earnst-Triana, L., George, W.J., VanDyke, R.B., Agrawal, K.C.: Steady-state pharmacokinetics and long-term tolerance to ribavirin in HIV-infected patients. Clinical Research 39(2):440A, (1991).

131. Maxwell, J.P., Stonecipher, K., Ainbinder, D. and George, W.J.: Experimentally induced infectious endophthalmitis: A look at arachidonic acid. ARVO, (1991).

132. Anderson, M.B., Sikka, S.C., Cherry, J., Preslan, J.E. and George, W.J.: Effects of different lead compounds on the murine testis. Soc. for the Study of Reproduction, (1991).

133. Michel, R.E., Rege, A.B., and George, W.J.: Improved method for quantitation of amphetamine derivatives in biological tissues using high pressure liquid chromatography and electrochemical detection. Annual Proceedings of the Southeastern Pharmacology Society, (1991).

134. Clarkson, C.W., Stolf, A., Yamasaki, S., George, W.J. and Pickoff, A.: Characterization of rate dependent effects of cocaine on conduction in the in vivo canine heart. Proc. Amer. Heart Assoc., November, (1991).

135. Preslan, J.E., Hatrel, B.B., White, L.E. and George, W.J.: Improved method for analysis of nitrobenzenes in soils. Proc. Soc. of Toxicol., (1992).

136. Mondecar, M., Bender, J., Ross, J., George, W. and Dummons, K.: Bioremediation of TNT by a mixed microbial ecosystem. Proc. Amer. Soc. Micro., (1992).

137. Lertora, J.J.L., Greenspan, D.L., Rege, A.B., Akula, S., Agrawal, K.C. and George, W.J.: Valproic acid inhibits zidovudine glucuronidation in patients with human immunodeficiency virus (HIV) infection. ACTG 191 Proceedings of the AIDS Clinical Trials Group, March, (1992).

138. Hillburger, C.L., Rider, B., White, L.E., George, W.J. and Agrawal, K.C.: Regulation of metallothionein synthesis in human hepatoma (Hep3B) cells. The Toxicologist 13:226, (1993).

139. Preslan, J.E., Chang, C.-Y. and George, W.J.: Bioavailability of lead to fish from waters containing a vitrified slagged aggregate. The Toxicologist 13:233, (1993).

140. Michel, R.E., Rege, A.B. and George, W.J.: Highly sensitive method employing electrochemical detection of methylenedioxymethamphetamine in biological fluids. The Toxicologist 13:494, (1993).

141. Anderson, M.B., George, W.J., Pedigo, N. and Preslan, J.: Reproductive effects of cobalt in male mice. The Toxicologist 13:1146, (1993).

142. Dreisbach, A.W., Ferencz, N., Hopkins, N.E., Rege, A.B., George, W.J. and Lertora, J.J.L.: Hydroxylation index for chlorzoxazone as a measure of cytochrome P4502E1 activity. Clinical Research 41(4):758A, (1993).

143. Michel, R.E. and George, W.J.: The pretreatment of rats with acetone potentiates the serotonin depleting effect of 3,4-methylenedioxy-amphetamine (MDA). Society for Neuroscience, (1993).

144. Burnett, H., Maxwell, D.P., Jr., Preslan, J.E., Diamond, J.G., George, W.J.: Ocular penetration of high dose oral ciprofloxacin. Ophthalmology Supplement 100(9A):14, (1993).

145. Dreisbach, A.W., Ferencz, N., Hopkins, N.E., Rege, A.B., George, W.J. and Lertora, J.J.L.: Urinary excretion of 6-OH-chlorzoxazone (CXZ-OH) as an index of cytochrome P4502E1 activity. Am. Soc. Clin. Pharm. And Therap. 55(2):140, (1994).

146. Michel, R.E., Jones, B.K. and George, W.J.: Methylenedioxymethamphetamine (MDMA) causes dopamine depletion in striatum of acetone pretreated animals. Society of Toxicology, (1994).

## ABSTRACTS:

147. George, W.J., Anderson, M.B., Preslan, J. and Adams, S.:  Assessment of metals and organics in water and sediments at selected sites along Bayou Trepagnier.  Basics of the Basin Research Symposium, New Orleans, LA, May, (1994).

148. Akula, S.K., Rege, A.B., Dreisbach, A.W., George, W.J., Dejace, P., and Lertora, J.J.L.: Pharmacokinetic interaction between zidovudine and valproic acid in a patient with AIDS dementia.  J. Investigative Med. 43:16A, (1995).

149. VanDyke, R., Yogev, R., Cervia, J., Lertora, J.J.L., George, W.J. and ACTG #189 Study Team:  Pharmacokinetics (PK) and tolerance of intravenous pentamidine (IV-P) in HIV-infected children.  35th ICAAC, San Francisco, CA, (1995).

150. Michel, R.E., Jones, B.K., Lertora, J.J.L. and George, W.J.:  Role of cytochrome P4502E1 in the depletion of serotonin produced by 3,4-methylenedioxymethamphetamine (MDMA).  The International Toxicologist VII:99, 17 (1995).

151. George, W.J., Anderson, M.B., Preslan, J. and Adams, S.:  Assessment of metals and organics in water and sediments at selected sites along Bayou Trepagnier.  Basics of the Basin Research Symposium, May 26 & 27, 1995, New Orleans, LA.

152. George, W.J., Michel, R.E., and Price, G.M.:  Analytical challenges in forensic toxicology. 36th Conference on Analytical Chemistry in Energy Technology 36:2 (1995).

153. Preslan, J.E., Bollinger, J., Crews, J., Anderson, M.B. and George, W.J.:  Preliminary assessment of Bayou Trepagnier, a petroleum contaminated wetland site.  ORNL/DOE Conference on Analytical Chemistry 36:90 (1995).

154. High performance liquid chromatographic method for quantitation of ddI, ddC, 3TC, d4T and AZT from a single plasma sample.  20th AIDS Clinical Trials Group Meeting 20:13 (1995).

155. King. L., Jolibois, L., Anderson, M., Sikka, S. and George, W.:  Resistance to cadmium-induced testicular necrosis is associated with a decreased entry of cadmium through the blood-testis barrier. FASEB J.  A175, (1996).

156. Anderson, M.B., Preslan, J.E., Jolibois, L.S., Bollinger, J.E. and George, W.J.:  Bio-accumulation of lead in red swamp crayfish (ProcambArus Clarkii).  FASEB J. A174: (1996).

157. Bollinger, J.E., Bundy, K., Anderson, M., Millet, L., Preslan, J. and George, W.J.: Bioaccumulation of chromium in red swamp crayfish (ProcambArus Clarkii).  FASEB J. A174: (1996).

158. Michel, R.E., Tally, C.M., Brown, K.M., Lertora, J.J.L. and George, W.J.:  Ion pair HPLC method for the quantitation of ddI, ddC, 3TC, d4T and AZT from a single plasma sample. Southern Society for Clinical Research, March (1997).

159.  Michel, R.E., Tally, C.M., Brown, K.M., Lertora, J.J.L. and George, W.J.: Novel HPLC method for the quantitation of ddI, ddC, 3TC, d4T and ZDV from small plasma samples. American Society for Clinical Pharmacology and Therpeutics, March (1997).

160.  Preslan, J.E., Belkhouche, B., Hughes, J.M. and George, W.J.: A water quality data base and heographic information system for the Mississippi River in the State of Louisiana. Proc. Natl. Wetlands Federation, March (1997).

161.  Preslan, J., Bollinger, J.E., George, W.J., Swalm, C., Hodges, D., Regens, J.L.: Integration of multi-agency water quality data for development of a query and analysis GIS using arcview. ESRI User Conference, July 27-31, 1998, San Diego, California.

162.  George, W.J., Bollinger, J.E., Crews, J.P., Harrison, M.J., Steinberg, L.J., Hughes, J.M., Mendler, J.M., Watanabe, K.H., and Velasco, C.: Characterization of nutrient proportions and loads from integrated Mississippi River quality data.  Environmental Research Consortium of Louisiana State Conference, November 19, 1998, Baton Rouge, Louisiana.

163.  Chen, H.L., Anderson, M.B., King, L.B. and George, W.J.  Evaluation of effects of subchronic exposure to potassium dichromate (Cr-VI) and chromic chloride (Cr-III) on testicular histopathology and sperm parameters in mice.  Society of Toxicology 38th Annual Meeting, March 14-18, 1999, New Orleans, Louisiana.

164.  Dockery, K.F., Dreisbach, A.W., Lertora, J.J. and George, W.J.  Pharmacokinetics of dantrolene in the hen: For treatment of organophosphorus chemical exposure. Society of Toxicology 38th Annual Meeting, March 14-18, 1999, New Orleans, Louisiana.

165.  Steinberg, L.J., Wantanabe, K., Bollinger, J.E. and George, W.J.: Time series analysis of lower Mississippi River nutrient data.  218th American Chemical Society National Meeting, Vol. 39 (2), August 22-26, 1999, New Orleans, Louisiana.

166.  Bollinger, J.E., Mendler, J.M., Swalm, C.M. and George, W.J.: Historical and contemporary occurrence and distribution of volatile organic compounds (VOCS) in the lower Mississippi River. 218th American Chemical Society National Meeting, Vol. 39 (2), August 22-26, 1999, New Orleans, Louisiana.

167.  Hartley, W.R., White, L.E., Bollinger, J.E., Thiyagarajah, A., Mendler, J.M. and George, W.J.: History and risk assessment of triazine herbicides in the lower Mississippi River. 218th American Chemical Society National Meeting, Vol. 39 (2), August 22-26, 1999, New Orleans, Louisiana.

168.  Belkhouche, B., Bollinger, J.E. and George, W.J.  A water-quality information system for the lower Mississippi River. 218th American Chemical Society National Meeting, Vol. 39 (2), August 22-26, 1999, New Orleans, Louisiana.

169.  George, W.J., Bollinger, J.E., Crews, J.P. Steinberg, L.J., Hughes, J.M., Velasco, C., Watanabe, K.H.:  Comparison, source-integration and load characterization of existing

**ABSTRACTS:**

Lower Mississippi River nutrient data. Water Environment Federation 72nd Annual Conference & Exposition, October 9-13, 1999, New Orleans, Louisiana.

170. Bollinger, J.E., Mendler, J.M., Miller, R.M., George, W.J.: Historical occurrence of volatile organic compounds in the lower Mississippi River. Environmental State of the State Conference, November 5, 1999, New Orleans, Louisiana.

171. Jolibois, Jr., L.S., Anderson, M.B., George, W.J. and Henson, M.C.: Placental endocrine disruption induced by cadmium: Reduced expression of placental low density lipoprotein transcripts. Environmental State of the State Conference, November 5, 1999, New Orleans, Louisiana.

172. Hartley, W.R., White, L.E., Bollinger, J.E., Thiyagarajah, A., Mendler, J.M., George, W.J.: Triazine herbicides in the Lower Mississippi River. Environmental State of the State Conference, Environmental Research Consortium of Louisiana, November 5, 1999, New Orleans, Louisiana.

173. Steinberg, L.J., Watanabe, K.H., Bollinger, J.E., George, W.J.: Time series analysis of Lower Mississippi River nutrient data. Environmental State of the State Conference, November 5, 1999, New Orleans, Louisiana.

174. Belkhouche, B. Bollinger, J.E., George, W.J.: A water quality information system. Environmental State of the State Conference, November 5, 1999, New Orleans, Louisiana.

175. Hartley, W.R., White, L.E., Bollinger, J.E., Thiyagarajah, A., Mendler, J.M., George, W.J.: History and risk assessment of Triazine Herbicides in the Lower Mississippi River. Regional Meeting of the Water Environment Federation, June 8, 2000, Baton Rouge, Louisiana.

176. Swalm, C.M., Bollinger, J.E., Regens, J.L., George, W.J.: Assessing water quality of the Mississippi River using an integrated database and a geographic information system (GIS). Environmental State of the State Conference, November 16-17, 2000, Baton Rouge, Louisiana.

177. Hartley, W.R., White, L.E., Bollinger, J.E., Thiyagarajah, A., Mendler, J.M., Miller, R.K., George, W.J. History and risk assessment of Triazine herbicides in the lower Mississippi River. Environmental State of the State Conference, November 16-17, 2000, Baton Rouge, Louisiana.

178. Swalm, Christopher, Gunter, James, Miller, Vincent, Hodges, Donald, Regens, James, Bollinger, James and George, William. Measuring the Water Quality of the Mississippi River. Health GIS. Environmental systems Research Institute. 3,7 (2000)

179. Swalm, Christopher, Gunter, James, Miller, Vincent, Hodges, Donald, Regens, Larry, Bollinger, James and George, William. Using Oracle[TM] and Arcview[TM] to Query and Visualize Disparate Data Sets for Assessing Water Quality of the Mississippi River.

Annual Meetings of the Water Environmental Federation, November 2000. New Orleans, Louisiana.

180. Swalm, Christopher, Bollinger, James, Regens, George, William. Assessing Water Quality of the Mississippi River Using Integrated Database and a Geographic Information System (GIS). Annual Meetings of the Water Environmental Federation, November 2000. New Orleans, Louisiana.


**GRANT SUPPORT:**

Freeport McMoRan, Inc.: Inventory and Analysis of Historical and Current Water Quality Data in the Mississippi River; W. J. George, P.I. (20% effort); 7/1/95-6/30/03, $5,000,000. Current budget year $1,000,000.

National Science Foundation. Exploration of Feedback Mechanisms for the Lower Mississippi River System. W.J. George, P.I. (5 % effort); 11/1/00 – 10/30/01, $98,000.

## TECHNICAL REPORTS:

1. George, W.J. and White, L.E.: Metabolism of Methylcyclopentadienyl Manganese tricarbonyl by Hepatic Microsomes. Ethyl Corporation, May 21, 1979.

2. George, W.J.: Evaluation of Proposed Discharges of Aluminum into New Orleans Area Water Supplies with Respect to Potential Effects on Renal Dialysis Patients. December 12, 1986.

3. Descriptive Survey of Selected Organic Solvents. Environmental Institute for Waste Management Studies. August, 1985.

4. Fate of Solvents in a Landfill. Environmental Institute for Waste Management Studies. August, 1985.

5. Interaction of Organic Solvents with Saturates Soil Water Systems. Environmental Institute for Waste Management Studies. December, 1985.

6. Disposal of Solvents and Solvent Contaminated Wastes to Land. Environmental Institute for Waste Management Studies. August, 1985.

7. Statistical Approaches to Groundwater Monitoring. Environmental Institute for Waste Management Studies. December, 1985.

8. Health Advisory on Nitrocellulose. Office of Drinking Water. U.S.E.P.A., September, 1987.

9. Health Advisory on Trinitroglycerol. E.P.A., September, 1987.

10. Feasibility and Limitation of Land Disposal of Organic Solvents. Environmental Institute for Waste Management Studies. November, 1987.

11. Hazardous Waste Incineration. Environmental Institute for Waste Management Studies. August, 1988.

12. Health Advisory for Octahydrotetranitrotetrazocine (HMX). U.S.E.P.A., November, 1988.

13. Health Advisory for Hexahydrotrinitrotriazine (RDX). U.S.E.P.A., November, 1988.

14. Health Advisory on Trinitrotoluene (TNT). U.S.E.P.A., January, 1989.

15. Diisopropyl Methylphosphorate (DIMP). U.S.E.P.A., January, 1989.

16. Health Advisory for Nitroguanidine. U.S.E.P.A., April, 1990.

17. Drug Level Monitoring in a Double Blind Multicenter Clinical Trial: False Positive Zodovudine Measurement. A Report presented at the Eighth Meeting of the AIDS Clinical Trials Group. Bethesda, Maryland, March, 1990.

18.   Member, Review Panel for Health Advisory for 1,4-Diithrane.  U.S.E.P.A., August, 1992.

19.   Member, Review Panel for Health Advisory on diphenylamine.  U.S.E.P.A., August, 1992.

20.   Review Panel for Health Advisory on Methylene Chloride.  U.S.E.P.A., July, 1998.

21.   Review Panel for Health Advisory on 2,4- and 2,6-Dinitrotoluene.  U.S.E.P.A., August, 1998.

22.   Member, Review Panel for the Toxicological Profile on Methylene Chloride. ATSDR (June 20, 2000).

23.   Member, Review Panel for Medical Management Guideline on Methylene Chloride. ATSDR  (June 8, 2000).

## SPECIAL EVENTS:

1.  Invited speaker on Cyclic Nucleotides and Erythropoietin, American Society of Hematology, Hollywood, Florida, December, 1972.

2.  Inivited speaker at Annual Meeting of International Study Group for Cardiac Metabolism, Winnipeg, Canada, June 29, 1972.

3.  Invited to participate in the Gordon Research Conference on Cyclic AMP, June 11-15, 1973, Tilton, New Hampshire.

4.  Invited speaker for the 2nd International Symposium on Cyclic Nucleotide Research, Vancouver, British Columbia, July 8, 1973.

5.  Invited speaker Recent Advances in Studies on Cardiac Metabolism, Quebec, Canada, June 20, 1974.

6.  Invited speaker International Symposium on Pathophysiology, Prague, Czechoslovakia, July, 1975.

7.  Chairman of Sessions at Meetings of the American Society of Pharmacology, 1973, 1974, 1975, 1976, 1977, 1978, 1979.

8.  Chairman, Symposium on Cyclic Nucleotides, American Society of Pharmacology, New Orleans, Louisiana, August, 1976.

9.  Invited to participate in Gordon Research Conference on Cyclic Nucleotides 1974, 1975, 1976, 1977, 1978.

10. Chairman, International Symposium on Cyclic Nucleotides, New Orleans, Louisiana, 1977.

11. Chairman, International Conference on Cyclic Nucleotide and Therapeutic Applications, Paris, France, 1978.

12. Invited speaker Symposium on Erythropoietin, Knoxville, Tennessee, October 6-8, 1980.

13. Chairman of Session Meetings of the American Society for Pharmacology and Experimental Therapeutics, 1983.

14. Co-chairman of Regional Meeting of the Society of Toxicology, New Orleans, Louisiana, June, 1984.

15. Invited Participant "Drug Program in Athletics" Annual Conference of the American College Health Association, New Orleans, Louisiana, 1986.

16. Invited Panelist "Drug Testing in the Workplace," Tulane University, New Orleans, Louisiana, 1986.

17.   Invited Lecturer Oklahoma-Arkansas Medical Technologists Association, Little Rock, Arkansas, 1987.

18.   Invited Panelist – Louisiana Engineering Society, "Pharmacology & Society," New Orleans, Louisiana, January, 1987.

19.   Invited Speaker – Annual Conference for Ford Marketing Institute, New Orleans, Louisiana, March, 1987.

20.   Invited Speaker – Effects of Hazardous Toxic Waste Disposal on Communities. Las Vegas, Nevada, September, 1987.

21.   Invited Speaker – American College of Epidemiology, September, 1987.

22.   Invited Speaker – Annual Meeting of the American Hydrology Association, Atlanta, Georgia, October, 1987.

23.   Invited Speaker – Pediatric Toxicology and American Academy of Pediatrics, San Francisco, California, November, 1987.

24.   Invited Speaker – New Orleans Chromatography Society, October 6, 1988.

25.   Invited Panelist – River Industry Seminar, New Orleans, Louisiana, September, 1988.

26.   Invited Speaker – Zero Threshold and Carcinogenesis Waste Management Symposium, Oakbrook, Illinois, October 14, 1988.

27.   Annual Speaker – Society of Sigma Xi, Stennis Space Center, November 16, 1988.

28.   Invited Speaker – Panel on Drug Abuse, Xavier University, April 16, 1989.

29.   Invited Speaker – Panel on Substance Abuse in the Maritime Industry, New Orleans, May 8, 1990.

30.   Chairman – Symposium on Risks of Halogenated Hydrocarbons in the Environment. American Association for the Advancement of Science, February, 1990.

31.   Participant – Symposium "Animal Models: New Directions for Future Use." Center for Bioenvironmental Research, November, 1990.

32.   Invited Panelist – NIDA Laboratory Review, San Jose, California, December, 1990.

33.   Invited Panelist – Cancer Risk Assessment, Center for Bioenvironmental Research, January, 1991.

34.   Invited Panelist – NIDA Laboratory Review, Leesburg, Florida, May, 1991.

35.   Invited Panelist – Steroids and Drug Abuse in Athletes, New Orleans, October 29, 1991.

## SPECIAL EVENTS:

36. Invited Panelist – Introduction to First Assisting in Cataract Surgery – Pharmacology of Drugs Used in Surgery, November 15, 1991.

37. Invited Speaker – AED Scholarship Society, April, 1992.

38. Invited Panelist – NIDA Laboratory Review, Princeton, New Jersey, April, 1992.

39. Speaker – Nephrology Grand Rounds – Department of Medicine, Tulane University School of Medicine, June 12, 1992.

40. Invited Speaker – Joint Commission of Allied Health Personnel in Ophthalmology, Dallas, Texas, November, 1992.

41. Invited Speaker – Joint Commission of Allied Health Personnel, New Orleans, Louisiana, February 26, 1993.

42. Invited Speaker – Tulane Medical Center Laboratory Medicine Seminar, "General Toxicology: An Introduction," New Orleans, Louisiana, March 19, 1993.

43. Invited Speaker – Tulane Medical Center Laboratory Medicine Seminar, "Toxicology and Laboratory Testing," New Orleans, Louisiana, April 2, 1993.

44. Invited Speaker – Joint Commission of Allied Health Personnel in Ophthalmology, Chicago, Illinois, November, 1993.

45. Chairman, NIAIDS Sponsored Interactive Session on Clinical Trials on HIV Infected Adolescents. Arlington, VA, March, 1994.

46. Invited Speaker – Joint Commission of Allied Health Personnel in Ophthalmology, San Francisco, California, November, 1994.

47. Invited Speaker – Joint Commission of Allied Health Personnel in Ophthalmology, Atlanta, Georgia, October, 1995.

48. Chairman, Session on Real Time Pharmacokinetics, AIDS Clinical Trials Group Meeting, Washington, DC, December 2-6, 1995.

49. Invited Lecture – College Health Rounds, Psychotropic Agents, Tulane University Medical Center, March 28, 1996.

50. Invited Panelist – Louisiana Association of Rehabilitation Professionals, Panel on Pain Management, June 27, 1996.

51. Invited Panelist – River Seminar, New Orleans, Louisiana, September, 1996.

52. Invited Speaker – Joint Commission of Allied Health Personnel in Ophthalmology, Chicago, Illinois, November, 1996.

53. Invited Panelist – American Society of Registered Ophthalmic Nurses, February, 1997.

54. Invited Speaker – American Society of Ophthalmic Registered Nurses, "Pharmacology for Patients with Glaucoma," February 21, 1997, New Orleans, Louisiana.

55. Invited Speaker – Occupational Health, School of Public Health and Tropical Medicine, September 10, 1997, New Orleans, Louisiana.

56. Invited Speaker – 1997 Mississippi River Water Quality Conference. September 19, 1997, University of New Orleans, New Orleans, Louisiana.

57. Invited Speaker – Loyola Nurse Practitioner Program, September 22, 1997, New Orleans, Louisiana.

58. Invited Speaker – Louisiana Chemical Association Meeting, October 2, 1997, Baton Rouge, Louisiana.

59. Seminar Speaker – U.S.E.P.A. – Region 5, October 8, 1997, Chicago, Illinois.

60. Invited Speaker – LWEA Meeting, October 16, 1997, Manchac, Louisiana.

61. Seminar Speaker – U.S. Geologic Survey/Illinois EPA, October 21, 1997, Moline, Illinois.

62. Invited Speaker – U.S. Army Corps of Engineers, October 31, 1997, New Orleans, Louisiana.

63. Invited Speaker – Sociology Department, Tulane University, November 11, 1997, New Orleans, Louisiana.

64. Invited Speaker – Fertilizer Institute Water Shed Management Steering Group Meeting, January 14, 1998, New Orleans, Louisiana.

65. Invited Speaker – ONDCP Meeting, "Drug Testing," May 14, 1998, New Orleans, Louisiana.

66. Invited Speaker – Loyola Nurse Practitioners Program, September 21, 1998, New Orleans, Louisiana.

67. Invited Speaker – Grand Rounds, Tulane University Health Services Physicians, "Methods of Testing of New Illicit Drugs," October 22, 1998, New Orleans, Louisiana.

68. Invited Lecturer – Course taught to supervisory personnel for Carline Fleet, "Drugs of Abuse," December 10, 1998, Gonzales, Louisiana.

69. Invited Speaker – Loyola Nurse Practitioner Program, April 19, 1999, New Orleans, Louisiana.

**SPECIAL EVENTS:**

70.  Invited Speaker – Orleans Parish  Juvenile Diversionary Program, "Tulane Drug Analysis Laboratory," February 24, 1999, New Orleans, Louisiana.

71.  Invited Speaker – Council on Alcohol & Drug Abuse, Recovery 2000, "Current Drug Testing Technologies, " April 16, 1999,  New Orleans, Louisiana.

72.  Invited Speaker – Bayou State Security, "Drugs of Abuse and Drug Testing," July 14, 1999, New Orleans, Louisiana.

73.  Invited Speaker – Loyola Nurse Practitioner Program, October 11, 1999, New Orleans, Louisiana.

74.  Invited Speaker – WEFTEC Meeting, "Inventory and Analysis of Historical Current Water Quality in the Mississippi River in the State of Louisiana," October 13, 1999, New Orleans, Louisiana.

75.  Invited Speaker – Environmental State of the State Conference, "Mississippi River Water Quality Database," November 5, 1999, New Orleans, Louisiana.

76.  Inspector Training Course/College of American Pathologists, October 9, 1999, San Juan Puerto Rico.

77.  Invited Speaker – LCA Nutrient Group, "Nutrients and the Mississippi River," November 16, 1999, Baton Rouge, Louisiana.

78.  Invited Speaker – Regional Technical Assistance Group Meeting, EPA, "Nutrient Data Organization and Presentation," November 18, 1999, Dallas, Texas.

79.  Chairman, Environmental State of the State Conference IV, November 5, 1999, New Orleans, Louisiana.

80.  Invited Speaker – Loyola Nurse Practitioner Program. Toxicology and Management of Poisoning. February 14, 2000,  New Orleans, Louisiana.

81.  Invited Speaker -  Drugs and Impairment in The Work Place. River and Marine Industry Conference, September 13-15, (2000), New Orleans, Louisiana.

82.  Invited Speaker – Loyola Nurse Practitioner Program.  Drug Metabolism. November 6, 2000, New Orleans, Louisiana.

83.  Invited Speaker – Carline Management  Company.  Signs and Symptoms. November 30, 2000, Gonzales, Louisiana.