FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB 19 AM 10: 57

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
ENGELHARDT, J.
February 15, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES,L.L.C., as Owner of the Barge LCD 4907, et al | CIVIL ACTION NO. 00-252 c/w 00-2967 c/w 00-3147 SECTION:"N" |

IT IS ORDERED that St. Charles Parish's Motion to Strike and/or Exclude Certain Expert Witnesses is hereby CONTINUED and RESET for HEARING on Wednesday, March 6, 2002, at 9:30 A.M.

UNITED STATES DISTRICT COURT

DATE OF ENTRY
FEB 19 2002

Fee_____
Process_____
X Dktd_____ 7ol
Crtmdep_____
Doc.No._____ 139