

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB 19 PM 4: 11

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>No. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N"<br><br>MAG. (5) |

## ACBL'S PRELIMINARY MAY CALL WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, come American Commercial Lines L.L.C. and American Commercial Barge Lines L.L.C. ("ACBL"), who submit the following list of witnesses which may be called at the trial of this matter:

1. David Frazier;

2. Dwight Bradshaw;

3. Charles Toth;

4. Rusty Champagne;

N0786679.1



5. Keith Johnsen;

6. Dondi Troxler;

7. Steve Neurtin;

8. Representative(s) of Environmental Analytical Solutions, Inc.;

9. Representative(s) of Louisiana DHH;

10. R. Legendre;

11. Louis P. Wales, Jr.;

12. Representative(s) of EPA;

13. Dr. Doug Swift;

14. Dr. William George;

15. William M. Johnson;

16. Representative(s) of United States Coast Guard;

17. Warren Bourgeois;

18. Ray Schaefer;

19. Paul Book;

20. Representative(s) of Oil Mop;

21. Mike Whilton;

22. Reggie Branch;

23. John Foster;

24. Jamie Hymel;

25. Carl Bolton;

26. Grant Walsh;

27. Donald Ashworth;

28. Wayman DeBose;

29. Timothy Clogg;

30. Brett King;

31. Kenin Jacko;

32. Jeffery Mehous;

33. Charles Dole;

34. Jason Pettit, MST3;

35. Victor Culpepper;

36. Chad Alleman;

37. R. Veillon;

38. J. R. Chedester;

39. S. Wegeman;

40. D. Triche;

41. R. Hein;

42. K. Johnson;

43. Ricky Cheramie;

44. D. Hodges;

45. Tony Bowliig;

46. Ed Wieliczkiewicz;

47. Any or all of the 2,399 original claimants;

48. Representative(s) of Malcolm Pirnie;

49. Any witness whose name appears in discovery; and

50. Any witness listed by any party or by Orion or The Parish of St. Charles.

Respectfully submitted,

/s/ Glenn G. Goodier

GLENN G. GOODIER (#06130)
RUTH B. SCHUSTER (#26506)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8438
Attorney for American Commercial Lines L.L.C.
and American Commercial Barge Line L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this ___19th___ day of February, 2002.

_____
GLENN G. GOODIER