

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>No. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N"<br><br>MAG. (5) |

### ACBL'S PRELIMINARY EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, come American Commercial Lines L.L.C. and American Commercial Barge Lines L.L.C. ("ACBL"), who submit the following list of exhibits which may be introduced at the trial of this matter:

1. All discovery and responses thereto;

2. Orion sale documents for diesel;

3. EPA drinking water standards;

4. MSDS for diesel fuel;

N0786681.1

5. Orion dock reports;

6. Orion grocery records;

7. Saybolt records;

8. Orion incident review;

9. Orion incident summary;

10. Orion Vessel Time Log;

11. Oil Mop records;

12. Orion Incident Investigation Form;

13. Orion Rate Sheet;

14. Orion Vessel/Barge Time Log;

15. Orion Declaration of Inspection;

16. All exhibits to depositions;

17. All documents exchanged or produced in discovery;

18. Medical records of any claimant;

19. M/V GREENVILLE logs;

20. Tankerman notification sheet;

21. Towing vessel spill notification form;

22. Correspondence of Toth to Milton Schleismann;

23. National Response Center Report;

24. St. Charles Parish Spill Report;

25. St. Charles Parish Notice of Inspection;

26. St. Charles Parish Complaint Notices;

27. ACBL Oil Transfer Procedure;

28. ACBL Report of EAS;

29. ACBL Report of DHH;

30. Tankerman Certificate - Johnson;

31. Orion Memos and Incident Reviews;

32. Diagrams and drawings of St. Charles Parish Water Works System;

33. Records of St. Charles Parish Water Works Customers;

34. Statements of St. Charles Parish employees;

35. St. Charles Parish logs;

36. St. Charles Parish Toxic Spill Reports;

37. St. Charles Parish Scenario of Events;

38. St. Charles Parish Service Orders;

39. St. Charles Parish Detail History Report;

40. Records of Louisiana DEQ; and

41.   Any document listed by any other party.

Respectfully submitted,

_____
GLENN G. GOODIER (#06130)
RUTH B. SCHUSTER (#26506)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8438
Attorney for American Commercial Lines L.L.C.
and American Commercial Barge Line L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this ___14___ day of February, 2002.

_____
GLENN G. GOODIER