

```
         FILED
    U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

   2002 FEB 19 PM 3: 38

     LORETTA G. WHYTE
          CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO: 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N"<br>MAG: (5) |

### WITNESS AND EXHIBIT LISTS

NOW INTO COURT, through undersigned counsel, comes Margie Richard, et al, made claimant/petitioners herein, to submit that the following witnesses shall or may be called and the exhibits that shall or may be used in this proceeding:

### WITNESSES:

1. Margie Richard
2. Ella Mae Walker
3. Shelley Moliere-Rainey
4. Samuel Price
5. Holly Tortilich
6. Early Wayne Pier
7. Donald Brady
8. Oscar Brady
9. Coral Falgout
10. Linda Harper
11. Sheila Smothers

```
___Fee_____
___Process____
_X_ Dktd____7X5Z
___CtRmDep__142
___Doc.No____
```

12. Myrtel Smoothers

13. Latricia Johnson

14. Diana Dubon

15. Debra Pitre

16. Linda Rodgers

17. Sal Mayon

18. Linda Harper

19. Stacy Rodgers

20. Deborah Waguespack

21. Michelle Bergeron

22. Dorthy Jenkins

23. Daniel Keller

24. Ida Mitchel

25. Mr. Donllain

26. Lisa Huber

27. Heidi Girardot

28. Vance Grieshop

29. Roy Brondum

30. Sindy Speranbeo

31. Elwood Schexnayder

32. Jackie Schwtitzer

33. Stacy Falgout

34. Albert Hitt

35. Charles Robibaux

36. Marie Oswall

37. Anthony Fisher

38. Roxanne Fisher

39. John Richards

40. Ruby Tonslet

41. Myra Bass

42. Em Vass

43. Brett Duhe

44. Ronald Decoraro

45. Stacy Falgout

46. C.C. Kennedy

47. Robert Jenkins

48. Brett Hatley

49. Dennis Hymel

50. Kathy Walton

51. St. Charles Parish Waterworks Representative(s)

52. Chris A. Tregre

53. Charles J. Toth

54. Grant Walsh

55. David Abadie

56. Mickey Schmill

57. Orion Refining Corporation Representative(s)

58. Tony Bowling

59. Reginald Branch

60. Dennis Rousell

61. American Commercial Barge Line Representative(s), to include employees and corporate officers thereof.

62. Oil Mop, Inc. Company Representative(s)

63. R.B. Gayman, United States Coast Guard, or representative/designee

64. Lieutenant Lecato, U.S. Coast Guard Investigator, or representative/designee.

65. G.K. Goldman, PhD., Expert (Chemist)

66. Henry Evans, Jr., M.D., Expert

67. All Other Treating Physicians

68. Davis Ford, PhD., Expert (Environmental Engineer)

69. A.J. Englande, Jr., PhD., Expert (Environmental Engineer)

70. Sherri Rusnak, Expert (Toxicology)

71. Andrew Rodgers, Expert (Toxicology)

72. Joseph Sullivan, Expert, Superintendent of the Sewerage and Water Board of New Orleans.

73. Marvin Russell, Expert, Sewerage and Water Board, Chemist

74. Clyde Carlson, Fact and/or Expert

75. Douglas Vincent, Expert

76. Refinery/Dock Safety Expert

Claimant/petitioners, Margie Richard, et al., reserve the right to call all other previously identified witnesses as well as any witness listed by other parties to this proceeding.

**EXHIBITS:**

1. Report(s) and other documents from the United States Coast Guard, related to the July 28, 1999 incident, including Incident Report 493079, Lieutenant Lecato, Investigator.

2. All expert reports (all parties')

3. All claimant/petitioner(s) medical report(s)

4. News footage on the accident, electronic and/or print media.

5. St. Charles Waterworks Reports and other Documents related to the incident of July 28, 1999

6. Orion Refining Corporation Reports and other documents related to the incident of July 28, 1999.

7. ACBL Reports and other Documents related to the incident of July 28, 1999.

8. Available Diagram(s) or Drawings of ACBL Barge LCD 4907 and vessel, the "MV Greenville"

9. Available Diagrams and Ownership Documentation on "MV Greenville".

10. Certified copies of all policies of Insurance of ACBL for vessels, corporate officer/agent, employee coverage, and any/all other insurance coverage, primary and excess.

11. Certified copies of all policies of Insurance of Orion Refining Corporation corporate officer/agent, employee coverage and any/all other insurance coverage, primary and excess.

12. Certified copies of all policies of Insurance of St. Charles Parish Waterworks, primary and excess.

Claimant/petitioners, Margie Richard, et al., reserve the right to use as an exhibit any document or thing previously exchanged in discovery between the parties hereto, and that listed by each other party to this proceeding.

Respectfully submitted,

THE WILLARD FIRM

_____
WALTER I. WILLARD (Bar No. 2185)
Deer Park, Suite 3A
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921
For Claimant/Petitioners, Margie Richard, et al.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Pleading has been served upon all counsel of record by placing a copy of same in the U.S. Mail, postage prepaid on this 19 day of February, 2002.

_____
Walter I. Willard