```
                                             FILED
                                       U.S. DISTRICT COURT
              UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LA
              EASTERN DISTRICT OF LOUISIANA
                                          2002 FEB 19  PM 4:41
```

IN THE MATTER OF AMERICAN COMMERCIAL    CIVIL ACTION
LINES, L.L.C., as Owner of the Barge LCD   LORETTA G. WHYTE
4907 and AMERICAN COMMERCIAL BARGE LINE    CLERK
LLC.                                    NO. 00-0252
                                        c/w 00-2967
                                        c/w 00-3147

SECTION "N" (5)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## WITNESS AND EXHIBIT LISTS

NOW INTO COURT, through undersigned counsel, comes MARGIE RICHARD, et al, for the purpose of filing the following witness and exhibit list:

**WITNESSES:**

1. MARGIE RICHARD
2. GAYNELL JOHNSON
2. ALVIN SMITH JR.
3. LATRICE PEOPLES
4. FELICIA MACON
5. CLAUDIA SMITH
6. CHARLES SMOTHERS
7. MERTLE SMOTHERS
8. EDWARD PEOPLES
9. COREY EUGENE
10. MARGIE EUGENE
11. KIMBERLY JOHNSON
13. DR. EARL ALLEMAN,
14. DR. JEROME KURPEL, PREMIER MEDICAL REHAB/NEW BACK CLINIC
15. ALL TREATING PHYSICIANS
16. DR. HENRY EVANS



___ Fee_____
___ Process___
_X_ Dkd__ 7X4L_
___ CtRmDep_
___ Doc.No. _143_

17. DR. G.K. GOLDMAN

18. CHARLES TOTH

19. A REPRESENTATIVE OF THE ST. CHARLES WATER DEPT.

20. RICKY CHERAMIE

21. RAYMOND VERMILLION

22. TONY DAMIANO

23. RICK HEIN

24. KIETH JOHNSON

25. A REPRESENTATIVE OF THE U.S. COAST GUARD

26. A REPRESENTATIVE OF ACBL

27. A REPRESENTATIVE OF LOUISIANA DEQ AND DHH

28. DOCK OPERATION EXPERT(to be named)

29. ALL WITNESSES LISTED BY ATTORNEY WALTER WILLARD AND THOSE WITNESSES LISTED BY ALL DEFENDANTS HEREIN.

EXHIBITS

1. All Coast Guard Reports related to the July 28, 1999 diesel spill.

2. All expert reports

3. All medical records and bills

4. All investigative and incident reports compiled by the St. Charles Water Dept., ACBL, Orion, U.S. Coast Guard, DHH and DEQ related to the July 28, 1999 spill.

5. All diagrams and charts describing the layout and configuration of the St. Charles Parish East Bank water treatment plant, Orion's loading docks, ACBL's barge and vessel, the "MV Greenville".

6. All applicable insurance policies.

7. A diagram of St. Charles Water Plant's distribution system.

8. A copy of all written operations, safety, incident/accident, and regulatory policies and procedures of ACBL, Orion and The St. Charles Waterworks Department.

9. A copy of the St. Charles Waterworks Department customer complaint log.

10. Copies of applicable U.S. Coast Guard, EPA, DHH and DEQ regulations.

11. Copies of applicable lab reports.

12. Copies of any and all books, articles, and or publications demonstrating harmful effects of diesel exposure and consumption.

13. Copies of any and all disciplinary actions taken and or administered by any defendant or their employee or agent in regards to actions or inactions related to the July 28, 1999 spill.

14. Copies or recordings of any internal or external written or verbal communications by any defendant in response to the spill and or inregards to corrective actions or recommendations for corrective actions.

RESPECTFULLY SUBMITTED:

_____
RANDAL L. GAINES
Attorney at Law
311 Devon Rd.
Laplace, LA  70068
(985) 652-3299

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this ___18th___ day of ___February___ 2002.

_____
RANDAL L. GAINES