FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB 20 PM 2:40

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "N" (5) |

* * * * * * *

### PRELIMINARY WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes the Parish of St. Charles, who files the following preliminary witness list.

This witness list is filed in accordance with the Court order dated April 30, 2001. However, the class certification hearing has not yet been held as contemplated by the Court's scheduling order. The granting and/or denial of the Motion for Class Certification may affect the witnesses called by St. Charles Parish.

1)   Dondi Troxler;

2)   Charles Toth;

3)   Keith Johnson;

4)   Rusty Champagne;

5) Louis P. Wales, Jr., or another representative of the Louisiana Department of Health & Hospitals;

6) A representative of Environmental Analytical Solutions, Inc.;

7) Dr. William George;

8) An independent medical expert;

9) Various residents of St. Charles Parish to be identified through discovery.

10) Any witness listed or called by any other party.

St. Charles Parish reserves the right to supplement and/or amend this list.

**Respectfully submitted:**

_____
ALAN A. ZAUNBRECHER (#13783)
BRETT M. BOLLINGER (#24303)
3850 N. Causeway Boulevard
Lakeway II - Suite 1070
Metairie, Louisiana 70002
(504) 833-7300

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid, this 15 day of February_____, 2002.

_____
BRETT M. BOLLINGER