U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB 20  PM 2:40

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "N" (5) |

\* \* \* \* \* \* \*

**PRELIMINARY EXHIBIT LIST**

NOW INTO COURT, through undersigned counsel, comes the Parish of St. Charles, who submits the following preliminary list of exhibits to be used at the trial of this matter.

1) Louisiana Department of Health & Hospitals water sample results for Sample I.D. AB93898;

2) Louisiana Department of Health & Hospitals water sample results for Sample I.D. AB93897;

3) Environmental Analytical Solutions, Inc. results of water testing;

4) Toxic Materials Spill Reports completed by the St. Charles Parish Department of Waterworks;

5) Copies of all complaints received by the St. Charles Parish Department of

Waterworks from July 29, 1999 through August 1, 1999, relating to the incident in question;

6) Diagrams of the St. Charles Parish Department of Waterworks eastbank water treatment facility;

7) Diagrams of the St. Charles Parish Department of Waterworks eastbank water distribution system;

8) Medical records of all plaintiffs/class members;

9) Documents from Orion relating to the loading of Barge 4907;

10) Documents from ACBL relating to the loading of Barge 4907;

11) Any exhibit listed or used by any other party.

St. Charles Parish reserves the right to supplement and/or amend this exhibit list.

**Respectfully submitted:**

_____
ALAN A. ZAUNBRECHER (#13783)
BRETT M. BOLLINGER (#24303)
3850 N. Causeway Boulevard
Lakeway II - Suite 1070
Metairie, Louisiana 70002
(504) 833-7300

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid, this 15 day of February, 2002.

_____
BRETT M. BOLLINGER