FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 FEB 28  PM 4:09

LORETTA G. WHYTE
     CLERK

MINUTE ENTRY
ENGELHARDT, J.
February 28, 2002

               UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, et al | CIVIL ACTION NO. 00-252 c/w 00-2967 c/w 00-3147 SECTION:"N" |

    IT IS ORDERED that St. Charles Parish's Motion to Strike and/or Exclude Certain Expert Witnesses is hereby CONTINUED and RESET for HEARING on Wednesday, March 20, 2002, at 9:30 A.M.

                                                 _____
                                                 UNITED STATES DISTRICT COURT

DATE OF ENTRY
MAR 1 2002