```
                                          FILED
                                    U.S. DISTRICT COURT
                                   EASTERN DISTRICT OF LA

                                   2002 MAR 11  PM 4: 36

                                    LORETTA G. WHYTE
                                         CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:    00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N" (5) |

## OPPOSITION TO MOTION TO STRIKE AND/OR EXCLUDE CERTAIN EXPERT WITNESSES

MAY IT PLEASE THE COURT:

Respondents urge the court that the movant's Motion to Strike Certain Expert Witnesses should be deemed moot, that the depositions of the certain expert witnesses have been scheduled and, as of the date of this filing, one of said deposition have been concluded satisfactory, pursuant to Federal Rules of Civil Procedure Rule 26. *Union City Barge Line, Inc. v. Union Carbide Corp.*, 823 F.2d 129 (5th Cir. 1987); *Chevron U.S.A., Inc. v. Traillour Oil Co.*, 987 F.2d 1039, 1138, 1153 (5th Cir. 1993); *In Re Equinox Oil Co, Inc.*, 2001 WL 649806 (E.D. La. 2001); *Matter of Manges*, 29 F.3d 1034 (5th Cir. 1994).

Accordingly, movers urge that this motion be dismissed.

Respectfully submitted,

THE WILLARD FIRM

*Walter I. Willard*
WALTER I. WILLARD (Bar No. 2185)
Deer Park, Suite 3A
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Opposition has been served upon all counsel of record by placing a copy of same in the U.S. Mail, postage prepaid on this 11th day of March 2002.

*Walter I. Willard*
Walter I. Willard