```
                                              FILED
                                         U.S. DISTRICT COURT
                                        EASTERN DISTRICT OF LA

                                         2002 MAR 19 AM 11:01

                                           LORETTA G. WHYTE
                                                CLERK
```

MINUTE ENTRY
ENGELHARDT, J.
March 18, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, et al | CIVIL ACTION<br>NO. 00-252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION:"N" |

Pursuant to the request of counsel for movant,

IT IS ORDERED that St. Charles Parish's Motion to Strike and/or Exclude Certain Expert Witnesses which was reset for hearing on March 20, 2002 is hereby DISMISSED AS MOOT.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
MAR 19 2002

___ Fee
___ Process
 X  Dktd
___ CtRmDep
___ Doc No. 150