

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAR 19 PM 1: 39

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO: 00–0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "N" (5) |

### MOTION TO COMPEL
### RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS

Defendant, Orion Refining Corporation, moves the court to compel plaintiffs to answer the Defendant Orion Refining Corporation's Supplemental Requests for Production propounded on December 17, 2001, for the reasons that the requests were propounded on authority of Rule 34 of the Federal Rules of Civil Procedure and the delays for responding to this discovery as provided in the above state rules have now lapsed and for the reasons set forth in the attached memorandum.

Respectfully submitted:

_____
SIDNEY J. HARDY (1938)
RICHARD A. HOUSTON, III (25100)
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 N. Causeway Boulevard
Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 19TH day of March, 2002.

                _____
                SIDNEY J. HARDY
                RICHARD A. HOUSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00–0252<br>c/w   00-2967<br>c/w   00-3147<br><br>SECTION "N" (5) |

MEMORANDUM IN SUPPORT OF MOTION
TO COMPEL RESPONSES TO INTERROGATORIES

MAY IT PLEASE THE COURT:

On December 17, 2001, defendant Orion Refining Corporation propounded a request for production to plaintiffs, requesting those items reviewed by plaintiffs expert, Dr. G.K. Goldman. A copy of the Request is attached as Exhibit A.

The time for providing responses to the request for production has now elapsed. Defendant is entitled to have the information requested in order to properly prepare this action for the class certification hearing currently scheduled for April 24, 2002.

Based on the foregoing grounds, defendant, Orion Refining Corporation, respectfully requests that this court issue an order compelling plaintiffs to serve responses to the request for production previously propounded.

Respectfully submitted:

_____
SIDNEY J. HARDY (1938)
RICHARD A. HOUSTON, III (25100)
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 N. Causeway Boulevard
Suite 800
Metairie, Louisiana  70002
Telephone:  (504) 831-0946

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed, this 19th day of March, 2002.

_____
SIDNEY J. HARDY
RICHARD A. HOUSTON, III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00–0252<br>c/w   00-2967<br>c/w   00-3147<br><br>SECTION "B" (5)<br>Applies to 00-2967 ONLY |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant, Orion Refining Corporation ("Orion") will bring on before this Honorable Court, the attached Motion to Compel for hearing on April 3, 2002 at 9:30 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted:

_____
SIDNEY J. HARDY (1938)
RICHARD A. HOUSTON (25100)
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 19th day of March, 2002.

                                              SIDNEY J. HARDY
                                              RICHARD A. HOUSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00–0252<br>c/w   00-2967<br>c/w   00-3147<br><br>SECTION "N" (5) |

CERTIFICATE OF COUNSEL

Pursuant to Local Rule 37.1E, undersigned counsel has attempted to confer with counsel for plaintiffs in an attempt to resolve this discovery dispute but has been unable to do so. See correspondence attached as Exhibit B.

Respectfully submitted:

_____
SIDNEY J. HARDY (1938)
RICHARD A. HOUSTON (25100)
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 19th day of March, 2002.

SIDNEY J. HARDY
RICHARD A. HOUSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO: 00–0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "B" (5) |

### DEFENDANT ORION REFINING CORPORATION'S SUPPLEMENTAL SET OF REQUESTS FOR PRODUCTION

TO: PLAINTIFFS
MARGIE RICHARD,
GAYNELL JOHNSON,
FELECIA MACON,
BRYANT DEVON AND
ALVIN SMITH, JR.
by and through their attorney of record:
Randal L. Gaines, Esq.
311 Devon
LaPlace, Louisiana 70068

    Defendant Orion Refining Corporation, through undersigned counsel, requests that plaintiffs herein produce the following objects, documents or things for inspection, copying and/or photocopying, within thirty (30) days of the service of this First Set of Requests for Production at the office of Campbell, McCranie, Sistrunk, Anzelmo & Hardy, 3445 N. Causeway Boulevard, Suite 800, Metairie, Louisiana 70002, pursuant to the provisions of Rule 34 of the Federal Rules of Civil

1


EXHIBIT A

Procedure.

## REQUESTS FOR PRODUCTION:

1.  Please produce any photographs, motion pictures, maps, drawings, diagrams, measurements, textbooks, handbooks, notes, writings, or other documents or material, including electronic information, consulted by Dr. G.K. Goldman in the course of this litigation.

Respectfully submitted:

_____
SIDNEY J. HARDY (1938) (T.A.)
RICHARD A. HOUSTON, III (25100)
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 N. Causeway Boulevard
Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Counsel for Defendant Orion Refining
Corporation

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 17th day of December, 2001.

*[signature]*

SIDNEY J. HARDY
RICHARD A. HOUSTON

3

# CAMPBELL, MCCRANIE, SISTRUNK, ANZELMO & HARDY
### A PROFESSIONAL LAW CORPORATION

3445 N. CAUSEWAY BLVD., SUITE 800
METAIRIE, LOUISIANA 70002
(504) 831-0946 / FAX (504) 831-2492

FREDERICK R. CAMPBELL
BURGESS E. McCRANIE, JR.
MICHAEL R. SISTRUNK
THOMAS P. ANZELMO
SIDNEY J. HARDY*
ROY C. BEARD
CHARLES E. SUTTON, JR.
ISIDRO RENE DeROJAS
MARK E. HANNA
GEOFFREY J. ORR
PETER J. WANEK*
DONNA BRAMLETT WOOD
* Also Admitted in Alabama
* Also Admitted in Texas

NEW ORLEANS AFFILIATE
THE LAW OFFICE OF SALVADOR ANZELMO
365 CANAL STREET, SUITE 2800
NEW ORLEANS, LOUISIANA 70130

ERIN M. HART
Of Counsel

CATHERINE M. WILLIAMS
RICHARD A. HOUSTON III
MARTY R. DUPUY
KEN D. BROWN
SCOTT A. DECKER
KYLE P. KIRSCH
JAMES C. RATHER, JR.
LYNDA A. TAFARO
PHILIP A. DOMINIQUE
JACQUELINE BLANKENSHIP
JONATHAN M. ROLBIN **
DONALD J. PALMISANO, JR.
** Also Admitted in California

March 18, 2002

**VIA FACSIMILE - 225-647-6771**
**& U.S. MAIL**
Randal L. Gaines, Esq.
311 Devon
LaPlace, Louisiana 70068

**VIA FACSIMILE - 244-9921**
**& U.S. MAIL**
Walter I. Willard, Esq.
10555 Lakeforest Blvd. Suite 3E
New Orleans, LA 70127

Re: In the Matter of American Commercial Lines, L.L.C.
U.S.D.C. NO. 00-0252 c/w 00-2967 c/w 00-3147
Our Ref: 2000-99-0

Dear Counsel:

We previously submitted the attached discovery to you concerning the documents reviewed by Dr. Goldman. To date, however, we have not received a reply. We also issued a subpoena duces tecum to Dr. Goldman directly, but he has insisted on charging us his rate of $500 per hour for copies. That is simply unacceptable. I spoke with morning with Bobbie and requested that she provide the necessary material. This afternoon she called back to tell me to contact Randall to discuss the matter further. I have called but have not been able to reach him.

In light of the rapidly approaching class certification hearing, we have no choice but to file a Motion to Compel. In order to ensure that the Motion will be heard prior to the class certification hearing, it will be filed by tomorrow. Of course, if you are able to produce the documents prior to the hearing, we will be happy to have the hearing cancelled. Please call if you have any questions.

Sincerely,

Sidney J. Hardy
Richard A. Houston

RAH
Enclosure

