```
                                        FILED
                                   U.S. DISTRICT COURT
                                  EASTERN DISTRICT OF LA

                                   2002 MAR 21  PM 5:01

                                    LORETTA G. WHYTE
                                         CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
MARCH 20, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN                CIVIL ACTION
COMMERCIAL LINES LLC, ETC., ET. AL.
                                         NUMBER: 00-252
                                         & cons. cases

                                         SECTION: "N"(5)


Oral argument on Orion Refining Corporation's Motion to Compel will be conducted on April 3, 2002 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

                                           ALMA L. CHASEZ
                                  UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAR 22 2002