

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR - I  AM II: 04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN
COMMERCIAL LINES, LLC                    *    CIVIL ACTION

                                         *    NO. 00-252 c/w
                                              00-2967 & 3147

                                         *    SECTION "N"

ORDER GRANTING MOTION AS UNOPPOSED

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition

to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for

hearing of the motion.  No memorandum in opposition to the following motion set for hearing on

April 3, 2002 was timely submitted:

> Defendant Orion Refining Corporation's Motion and incorporated
> Memorandum to Strike Witnesses [Rec.Doc.No. 151].

Accordingly,  and it otherwise appearing that the defendant is entitled to the relief

requested, Orion's Motion to Strike Witnesses is GRANTED  as unopposed.

A motion for reconsideration of this order, if any, must be filed within ten days.  The

motion must be accompanied by an opposition memorandum to the original motion.  Because such

a motion would not have been necessary had a timely opposition memorandum been filed, the

costs incurred in connection with the motion, including attorneys' fees, will be assessed against

DATE OF ENTRY

APR  1 2002

the party moving for reconsideration. *See* FED. R. CIV. P. 16, 83. A statement of costs

conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and

attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 29th day of MARCH 2002.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE