FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR -2 PM 1:08

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00–0252<br>c/w   00-2967<br>c/w   00-3147<br><br>SECTION "N" (5) |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes defendant Orion Refining Corporation (hereinafter "Orion"), who respectfully requests leave to file the attached Reply Memorandum In Support Of Motion To Dismiss pursuant to F. R. C. P. 12(b)(6). Undersigned counsel believes said reply memorandum will clarify issues raised in the Motion To Dismiss or Plaintiffs' Opposition and will assist the Court in deciding defendant's Motion.

Respectfully submitted:

[signature]

SIDNEY J. HARDY (1938) (T.A.)
RICHARD A. HOUSTON, III (25100)
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 N. Causeway Boulevard
Suite 800
Metairie, Louisiana  70002
Telephone:  (504) 831-0946
Counsel for Defendant Orion Refining
Corporation

DATE OF ENTRY
APR 3 2002

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 2 day of April, 2002.

_____
Sidney J. Hardy
Richard A. Houston

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:    00–0252<br>c/w   00-2967<br>c/w   00-3147<br><br>SECTION "N" (5) |

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that the Motion For Leave To File Reply Memorandum is GRANTED.

New Orleans, Louisiana, this ___2___ day of ___April___, 2002.

_____
JUDGE