

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00–0252<br>c/w   00-2967<br>c/w   00-3147<br><br>SECTION "N" (5) |

### REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PURSUANT TO F. R. C. P. 12(b)(6)

In plaintiffs' Memorandum In Opposition To Orion Refining Corporation's Motion To Dismiss pursuant to F. R.C. P. 12(b)(6), plaintiffs take the position that the claims they have asserted against Orion Refining Corporation (hereinafter "Orion") arise out of Louisiana State law. Plaintiffs take this position despite the fact that plaintiff did not object when Orion removed this litigation to this court on the grounds that plaintiffs' claims were maritime in nature. Their failure to object to removal certainly implied plaintiffs' acquiescence to Orion's interpretation that plaintiffs' claims against Orion were maritime in nature.

However, setting aside plaintiffs' apparent change of heart, Orion does not take a position at this time as to whether plaintiffs have properly asserted claims under Louisiana state law.

That does not, however, resolve the question raised by Orion's Motion to Dismiss as to whether any general maritime claims that the plaintiff may have are preempted by the Safe Drinking



Water Act. Orion would point out that plaintiffs' Memorandum In Opposition does not actually dispute that, to the extent plaintiffs have claims under maritime law, those claims are preempted by the Safe Drinking Water Act. For this reason, and for the reasons asserted in the Memorandum In Support of the Motion to Dismiss pursuant to F.R.C.P. 12(b)(6), defendant Orion respectfully requests that this Honorable Court grant defendant's Motion To Dismiss, thereby dismissing with prejudice any of plaintiff's general maritime claims.

Respectfully submitted:

_____
SIDNEY J. HARDY (1938) (T.A.)
RICHARD A. HOUSTON, III (25100)
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 N. Causeway Boulevard
Suite 800
Metairie, Louisiana  70002
Telephone:  (504) 831-0946
Counsel for Defendant Orion Refining
Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 2 day of April, 2002.

_____
Sidney J. Hardy
Richard A. Houston