FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR -2 PM 3: 51

LORETTA G. WHYTE
    CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "N" (5) |

\* \* \* \* \* \* \*

### MOTION AND INCORPORATED MEMORANDUM
### TO COMPEL AND/OR STRIKE WITNESS

NOW INTO COURT, through undersigned counsel, comes St. Charles Parish, who moves this Court to compel plaintiffs to respond to defendant's discovery requests. On October 30, 2001, St. Charles Parish propounded Interrogatories and Requests for Production of Documents to Margie Richard. (Exhibit A) Additionally, on January 9, 2002, a separate set of Request for Production of Documents was propounded to Ms. Richard. (Exhibit B). To date, no responses have been received to any of these discovery requests. On March 22, 2001, a conference was held to discuss plaintiff's failure to respond in accordance with Local Rule 37.1. Defendant brings this motion in accordance with the provisions of Rule 37 of the Federal Rules of Civil Procedure.



A district court has wide discretion in assessing sanctions against a party, including striking the party's expert, for its failure to cooperate in the discovery process. *Sierra Club v. Cedar Point Oil Co.*, 73 F.3d 546 (5th Cir. 1996).

The October 30, 2001, discovery addresses issues raised by Margie Richard in her deposition. Ms. Richard claimed to have information about statements made by a representative of St. Charles Parish and violations of EPA regulations. Plaintiff's counsel now claims that Ms. Richard has no such information. If Ms. Richard, in fact does not have the information (which she claimed to have in her deposition), discovery responses need to be provided specifically admitting this fact.

The January 9, 2002, discovery requested copies of the materials referenced by Dr. Goldman in his deposition. Dr. Goldman made numerous references to materials he used in forming his opinion and reference materials that he believed contained information relevant to this case. Despite numerous requests, these materials have never been produced. Defendant requests that plaintiff be compelled to produce these materials or that Dr. Goldman be excluded from testifying at the Class Certification hearing.

**Respectfully submitted:**

ALAN A. ZAUNBRECHER (#13783)
BRETT M. BOLLINGER (#24303)
3850 N. Causeway Boulevard
Lakeway II - Suite 1070
Metairie, Louisiana 70002
(504) 833-7300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid, this 2 day of April , 2002.

_____
BRETT M. BOLLINGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "N" (5) |

* * * * * * *

## NOTICE OF HEARING

Glenn G. Goodier, Esq.  
201 St. Charles Avenue  
Suite 4800  
New Orleans, LA 70170-5100  

Sidney J. Hardy, Esq.  
3445 N. Causeway Boulevard  
Suite 800  
Metairie, LA 70002  

Randal L. Gaines, Esq.  
311 Devon  
LaPlace, LA 70068  

Walter Willard, Esq.  
1540 N. Broad Street  
New Orleans, Louisiana 70119  

PLEASE TAKE NOTICE that the foregoing Motion to Compel and/or Strike Witness filed by defendant, St. Charles Parish, will be brought on for hearing in the United States District Courthouse, 500 Camp Street, New Orleans, Louisiana, on the 17th day of April, 2002, beginning at 11:00 [9:30] a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted:

_____  
ALAN A. ZAUNBRECHER (#13783)  
BRETT M. BOLLINGER (#24303)  
3850 N. Causeway Boulevard  
Lakeway II - Suite 1070  
Metairie, Louisiana 70002  
(504) 833-7300

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "N" (5) |

\* \* \* \* \* \* \*

## LOCAL RULE 37.1 CERTIFICATE

Undersigned counsel certifies that a telephone conference was held on March 22, 2002, to discuss plaintiff's failure to respond to the discovery requests and attempt to amicably resolve this issue. Despite this conference, the discovery problems have not been resolved.

Respectfully submitted:

_____
ALAN A. ZAUNBRECHER (#13783)
BRETT M. BOLLINGER   (#24303)
3850 N. Causeway Boulevard
Lakeway II - Suite 1070
Metairie, Louisiana 70002
(504) 833-7300

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "B" (5) |

\* \* \* \* \* \* \*

### INTERROGATORIES

TO: MARGIE RICHARD
Through her attorney of record:
Randal L. Gaines, Esq.
311 Devon
LaPlace, LA 70068

Pursuant to the Federal Rules of Civil Procedure, defendant, St. Charles Parish propounds the following Interrogatories, to be answered separately, in writing, under oath, and within the deadlines provided by the Federal Rules of Civil Procedure.

### INTERROGATORY NO. 1:

In the deposition of Margie Richard on October 23, 2001, Ms. Richard stated that a representative of the St. Charles Parish Waterworks Department attended a meeting of the Industrial Panel and stated that the St. Charles Parish Waterworks Department had violated EPA regulations. Please identify the date of the Industrial Panel meeting, the location of the meeting, and the identity of the representative of the St. Charles Parish Waterworks Department.

Ex. A.

**INTERROGATORY NO. 2:**

With regard to the meeting discussed in Interrogatory No. 1, please provide complete details of your understanding of the St. Charles Parish Waterworks Department's involvement with the diesel spill of July 28, 1999.

**INTERROGATORY NO. 3:**

Please provide specific details of what EPA regulation or regulations were violated in connection with the diesel spill of July 28, 1999.

Respectfully submitted:

_____
ALAN A. ZAUNBRECHER (#13783)
BRETT M. BOLLINGER  (#24303)
3850 N. Causeway Boulevard
Lakeway II - Suite 1070
Metairie, Louisiana 70002
(504) 833-7300

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid, this 30 day of October_____, 2001.

_____
BRETT M. BOLLINGER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "B" (5) |

\* \* \* \* \* \* \*

### REQUEST FOR PRODUCTION OF DOCUMENTS

TO:  MARGIE RICHARD
    Through her attorney of record:
    Randal L. Gaines, Esq.
    311 Devon
    LaPlace, LA 70068

Pursuant to the Federal Rules of Civil Procedure, defendant, St. Charles Parish requests that the following information be produced at the Law Offices of Alan Zaunbrecher, 3850 N. Causeway Boulevard, Suite 1070, Metairie, Louisiana 70002 within the delays provided by the Federal Rules of Civil Procedure.

### REQUEST FOR PRODUCTION OF DOCUMENTS NO. 1:

In the deposition of Margie Richard taken on October 23, 2001, Ms. Richard stated that a representative of the St. Charles Parish Waterworks Department attended an Industrial Panel meeting and discussed the Waterworks Department's involvement with the diesel spill of July 28, 1999 and violations of EPA regulations. Please produce all documents in any way related with this Industrial

Panel meeting, including, but not limited to, notes, correspondence, minutes, agendas, hand-outs, or any other documents or information generated or produced in connection with this meeting.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO. 2:**

Produce all documents or other tangible evidence which supports, or tends to support, your allegation that the St. Charles Parish Waterworks Department violated EPA regulations in connection with the diesel spill of July 28, 1999.

Respectfully submitted:

_____
ALAN A. ZAUNBRECHER (#13783)
BRETT M. BOLLINGER (#24303)
3850 N. Causeway Boulevard
Lakeway II - Suite 1070
Metairie, Louisiana 70002
(504) 833-7300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid, this 30 day of October, 2001.

_____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "N" (5) |

\* \* \* \* \* \* \*

REQUEST FOR PRODUCTION OF DOCUMENTS

TO: MARGIE RICHARD
Through her attorney of record:
Randal L. Gaines, Esq.
311 Devon
LaPlace, LA 70068

Pursuant to the Federal Rules of Civil Procedure, defendant, St. Charles Parish requests that the following information be produced at the Law Offices of Alan Zaunbrecher, 3850 N. Causeway Boulevard, Suite 1070, Metairie, Louisiana 70002 within the delays provided by the Federal Rules of Civil Procedure.

REQUEST FOR PRODUCTION OF DOCUMENTS NO. 1:

The deposition of Gordon Goldman was taken in this matter on December 14, 2001. In that deposition, Dr. Goldman referred to various reference materials which he relied on in forming his opinion and reaching various conclusions in this matter. Please produce all articles, treatises, books, pamphlets, or other reference material as referred to by Dr. Goldman in his deposition. This request

Ex. B

is specifically intended to include any tangible evidence which supports the findings or opinions of Dr. Goldman in this case.

Respectfully submitted:

_____
ALAN A. ZAUNBRECHER (#13783)
BRETT M. BOLLINGER   (#24303)
3850 N. Causeway Boulevard
Lakeway II - Suite 1070
Metairie, Louisiana 70002
(504) 833-7300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid, this ___ day of _____, 2002.

_____
BRETT M. BOLLINGER