

MINUTE ENTRY
CHASEZ, M.J.
APRIL 3, 2002

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN         CIVIL ACTION
COMMERCIAL LINES LLC, ETC., ET. AL.

                                        NUMBER: 00-252
                                        & cons. cases

                                        SECTION: "N"(5)


      Oral argument on St. Charles Parish's Motion to Compel and/or Strike Witness will be conducted on April 17, 2002 at 11:00 a.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B311, New Orleans, Louisiana.

                                            _____
                                                ALMA L. CHASEZ
                                       UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
APR 4 2002

