```
                              FILED
                         U.S. DISTRICT COURT
                        EASTERN DISTRICT OF LA

                         2002 APR -4  AM 11: 32

                          LORETTA G. WHYTE
                               CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
APRIL 3, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, ETC., ET. AL. | CIVIL ACTION<br><br>NUMBER: 00-252<br>& cons. cases<br><br>SECTION: "N"(5) |

<u>HEARING ON MOTION</u>

APPEARANCES:

MOTION:

(1) Orion Refining Corporations's Motion to Compel Responses to
    Request for Production of Documents (Rec. doc. 152).

    _____:   Continued to

    ___1___:   No opposition filed.

    _____:   Opposition

    _____:   Local Rules 37.1E, 33.2, 36.1, 7.6E

```
┌─────────────────┐
│ DATE OF ENTRY   │        ___ Fee_____
│                 │        ___ Process___
│  APR  4 2002    │        _X_ Dktd___
│                 │        _✓_ CtRmDep__
└─────────────────┘        ___ Doc. No. 170
```

## ORDERED

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

__1__ :   Granted as unopposed. Plaintiffs are to respond to Orion's supplemental document requests within seven (7) days.

_____ :   Denied.

_____ :   Other.

*/s/ ALC*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE