FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR -9 PM 4: 17

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO: 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N" |

*Motion AND Order*
~~REQUEST~~ **FOR EXPIDITED HEARING**

*It is Ordered*

~~PLEASE TAKE NOTICE~~ that claimant/petitioners, Margie Richard, et al ~~request~~ ~~to~~ bring before this Honorable Court, the attached Motion in Limine for hearing on April 17, 2002 at 9:30 a.m. ~~or as soon thereafter as counsel may be heard.~~

Respectfully submitted,

THE WILLARD FIRM

WALTER I. WILLARD (La. Bar No. 21851)
Deer Park, Suite 3A
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921

DATE OF ENTRY
APR 1 2 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN COMMERCIAL  　　CIVIL ACTION
LINES, L.L.C., as Owner of the Barge LCD 4907, and  　　NO:   00-0252
AMERICAN COMMERCIAL BARGE LINE L.L.C., as  　　c/w 00-2967
Charterer and Operator of the Barge LCD 4907, Praying  　　c/w 00-3147
for Exoneration from and/or Limitation of Liability  　　SECTION "N"

## ORDER

After considering claimant/petitioners' Motion in Limine and the Memorandum in Support, the court hereby grants the ~~motion~~ *Expedited Hearing. There will be no oral hearing. Opposition memoranda shall be filed on or before April 17, 2002.*

New Orleans, Louisiana this __11__ day of __April__, 2002

_____
United States District Judge