FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 11  PM 4: 50

LORETTA G. WHYTE
    CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO: 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N" |

## MOTION IN LIMINE
~~AND REQUEST FOR EXPEDITED HEARING~~

NOW INTO COURT, come claimant/petitioners Margie Richard, et al.[1] who respectfully request that this Honorable Court limit the testimony of Dr. Earl Alleman, expert for defendant St. Charles Parish Department of Waterworks.

In addition, claimant/petitioners request this Honorable Court to exclude any additional would-be expert testimony for remaining defendant, Orion Refining Corporation, due to their failure to identify an expert witness for the class certification hearing to date. Movers request this relief to prevent prejudice to claimant/petitioners' position, and visiting irreparable harm upon them by effective denial of the opportunity whatsoever to properly prepare countervailing evidence and arguments.

Claimant/petitioners make these requests for the reasons further set forth in the accompanying Memorandum in Support.

---

[1] Note: Motion in Limine and Request for Expedited Hearing filed with the consent and o/b/o petitioners in both related consolidated cases of *Aaron Brown, et al v. Orion Refining Corporation*, et al. and *Margie Richard, et al. v. Orion Refining Corporation, et al.*

Finally, movers request that this matter be expedited due to other directly related matters now pending and scheduled to be heard by Chief Magistrate Judge Alma Chasez on April 17, 2002.

Respectfully submitted,

THE WILLARD FIRM

WALTER I. WILLARD (La. Bar No. 2185)
Deer Park, Suite 3A
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921
Counsel for Mover Claimant/Petitioners

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing a copy of same in the U.S. Mail, postage prepaid on this 9TH day of April, 2002.

Walter I. Willard

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION NO:   00-0252 c/w 00-2967 c/w 00-3147 SECTION "N" |

### MEMORANDUM IN SUPPORT OF MOTION IN LIMINE

As a general overview, a court should exclude matters that are inadmissible, irrelevant, or prejudicial to the material issues in this case. If the defendant St. Charles Parish Department of Waterworks is allowed to use unlimited testimony of an expert witness deposed only four days prior to the class certification hearing scheduled April 24, 2002, the defendant will cause irreparable harm to claimant/petitioners' case. (*See Exhibit "A"*). Furthermore, respondents could not adequately prepare for the proposed expert's testimony at the hearing.

Allowing the testimony of Dr. Alleman, or any expert witnesses yet to be identified for purposes of the eminent class certification hearing would undermine the utility of the discovery process in this litigation. As a result, movers request that this Honorable Court limit the testimony of Dr. Earl Alleman. *See Federal Rules of Civil Procedure 26.*

In addition, claimant/petitioners request this court to exclude any additional would-be expert testimony for defendants, Orion Refining Corporation, due for the same reasons as cited above.

WHEREFORE, in an effort to avoid prejudice to movers, claimant/petitioners pray this Motion in Limine be granted.

Respectfully submitted,

THE WILLARD FIRM

_____
WALTER I. WILLARD (La. Bar No. 2185)
Deer Park, Suite 3A
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by placing a copy of same in the U.S. Mail, postage prepaid on this 9th day of April, 2002.

_____
Walter I. Willard

## LAW OFFICES OF
# Alan A. Zaunbrecher

3850 North Causeway Boulevard
Lakeway II - Suite 1070
Metairie, Louisiana 70002-1752
PHONE: (504) 833-7300
FAX: (504) 833-7338

Alan A. Zaunbrecher* +
Email: alan@aazlaw.com

Brett M. Bollinger
Email: brett@aazlaw.com

* Master of Laws in Admiralty
+ Also admitted in Texas

MANDEVILLE OFFICE:
424 N. Causeway Blvd., Suite A
Mandeville, LA 70448
PHONE: (985) 674-0949
FAX: (985) 674-9749

April 4, 2002

**VIA TELEFAX NO. (225) 647-6771**
Randal L. Gaines, Esq.
311 Devon
LaPlace, LA 70068

**VIA TELEFAX NO. (504) 582-8010**
Glenn G. Goodier, Esq.
201 St. Charles Avenue
Suite 4800
New Orleans, LA 70170-5100

**VIA TELEFAX NO. 244-9921**
Walter I. Willard, Esq.
Deer Park, Suite 3A
10555 Lake Forest Boulevard
New Orleans, LA 70127

**VIA TELEFAX NO. (504) 831-2492**
Sidney J. Hardy, Esq.
3445 N. Causeway Boulevard
Suite 800
Metairie, LA 70002

RE: In the Matter of American Commercial Lines, LLC,
as Owner of the Barge LCD 4907, and American
Commercial Barge Line LLC, as Charterer and Operator
of the Barge LCD 4907, Praying for Exonerations from
and/or Limitation of Liability
Our File No. 00-119

Dear Counsel:

Enclosed please find a Notice of Deposition scheduling the deposition of Dr. Earl Alleman for April 19, 2002 at 3:00 p.m. in Norco.

With kind regards, I remain

Very truly yours,

Brett M. Bollinger

BMB:pm
Enclosure


Exhibit "A"