FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAR 19  PH 5: 02

LORETTA G. WHYTE
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN THE MATTER OF AMERICAN COMMERCIAL** | **CIVIL ACTION** |
| **LINES, L.L.C., as Owner of the Barge LCD 4907, and** | **NO:   00-0252** |
| **AMERICAN COMMERCIAL BARGE LINE L.L.C., as** | **c/w 00-2967** |
| **Charterer and Operator of the Barge LCD 4907, Praying** | **c/w 00-3147** |
| **for Exoneration from and/or Limitation of Liability** | **SECTION "N"** |

## MOTION TO EXTEND MARCH 19, 2002 DISCOVERY DEADLINE AND MEMORANDUM IN SUPPORT

NOW INTO COURT, through undersigned counsel, come mover/claimants who move for an enlargement of time to facilitate ongoing discovery among all parties, petitioner/claimants, Margie Richard, et al, along with Orion Refining Corporation, St. Charles Parish Waterworks Department, and American Commercial Barge Line, LLC, pursuant to *Rule 6 of the Federal Rules of Civil Procedure*; *See also, Rule 26 of the Federal Rules of Civil Procedure.*    The original deadline for discovery is March 19, 2002.  Movers request, and without opposition from any parties hereto, that the court extend the discovery timeline to facilitate further reasonable exchange of discovery.

Respectfully submitted,

THE WILLARD FIRM

WALTER I. WILLARD (La. Bar No. 2185)
Deer Park, Suite 3A
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion has been served upon all counsel of record by placing a copy of same in the U.S. Mail, postage prepaid on this _____ day of _____ , 2002.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN COMMERCIAL          CIVIL ACTION
LINES, L.L.C., as Owner of the Barge LCD 4907, and    NO:   00-0252
AMERICAN COMMERCIAL BARGE LINE L.L.C., as     c/w 00-2967
Charterer and Operator of the Barge LCD 4907, Praying   c/w 00-3147
for Exoneration from and/or Limitation of Liability    SECTION "N"

## MEMORANDUM IN SUPPORT OF MOTION TO EXTEND MARCH 19, 2002 DISCOVERY DEADLINE

MAY IT PLEASE THE COURT:

Movers request an extension of time for the March 19, 2002 discovery deadline because of the complex nature of this litigation, the ongoing claimant notification process, as well as further ongoing discovery between the parties. Movers request this extension in response to the December 12, 2001 court scheduling order (*See Notice of Order and Judgments Exhibit "A"*).

As discussed among the parties, with his honor, in the last pretrial conference, the complexity of the proceeding, with ongoing discovery in two separate proceedings under one consolidated caption, ongoing discovery is necessary to facilitate exchange between the parties, and thereby and perhaps best enhance opportunities to resolve the case wholly or partially before trial.

For these reasons, claimants pray that the following relief will be considered by this honorable court: that the March 19, 2002 court ordered discovery deadline be enlarged for the reasons as stated in this motion, as this need not delay these proceedings. *See Rule 6(b)* of the *Federal Rules of Civil Procedure.*

Respectfully submitted,

THE WILLARD FIRM

WALTER I. WILLARD (La. Bar No. 2185)
Deer Park, Suite 3A
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Memorandum has been served upon all counsel of record by placing a copy of same in the U.S. Mail, postage prepaid on this 14 day of March , 2002.

**Walter I. Willard**

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN COMMERCIAL          CIVIL ACTION
LINES, L.L.C., as Owner of the Barge LCD 4907, and          NO:    00-0252
AMERICAN COMMERCIAL BARGE LINE L.L.C., as          c/w 00-2967
Charterer and Operator of the Barge LCD 4907, Praying          c/w 00-3147
for Exoneration from and/or Limitation of Liability          SECTION "N"

## ORDER

Considering the foregoing, it is Ordered that mover/claimants be allowed until

_____, 2002 or until further order by the court, to provide the outstanding

discovery.

New Orleans, Louisiana this _____ day of _____, 2002.


_____
Judge, United States District Court