

```
          FILED
     U.S. DISTRICT COURT
   EASTERN DISTRICT OF LA

   2002 APR 15  AM 11: 39

     LORETTA G. WHYTE
          CLERK
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:  00-0252<br>c/w  00-2967<br>c/w  00-3147<br><br>SECTION "N" (5) |

## MEMORANDUM IN SUPPORT OF ST. CHARLES PARISH'S MOTION TO COMPEL AND/OR STRIKE WITNESS

On April 2, 2002, defendant, St. Charles Parish filed its Motion and Incorporated Memorandum To Compel and/or Strike Witness arising out of the failure of plaintiff's expert, Dr. Goldman, to provide those materials which he relied upon in formulating his opinion. A similar Motion to Compel had been previously filed on behalf of defendant Orion Refining Corporation. Orion's Motion was granted and plaintiffs received until April 11, 2002, in which to provide the necessary documentation. (See Minute Entry attached as Exhibit A.)

On April 9, 2002, undersigned counsel received a telephone call from Dr. Goldman

1



informing that he would provide "most" of the documents he relied upon in formulating his opinion. The next day, counsel for Orion received seven articles from Dr. Goldman. However, based on the previous telephone conversation with Dr. Goldman, defendant, Orion Refining believes that this packet of information does not constitute all of the materials relied upon by Dr. Goldman in formulating his opinion in this matter. Counsel for Orion wrote to plaintiffs requesting the remaining material which is responsive to the Request for Production. (See Exhibit B.) At this time, Orion has received no further documents on this issue.

For these reasons, Orion Refining Corporation respectfully requests that this Honorable Court grant the Motion and Incorporated Memorandum To Compel and/or Strike Witness filed by St. Charles Parish and exclude Dr. Goldman from testifying at the Class Certification Hearing.

Respectfully submitted:

_____
SIDNEY J. HARDY (1938) (T.A.)
RICHARD A. HOUSTON, III (25100)
CAMPBELL, McCRANIE, SISTRUNK,
 ANZELMO & HARDY
3445 N. Causeway Boulevard
Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Counsel for Defendant Orion Refining
Corporation

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 15 day of April, 2002.

                                        Sidney J. Hardy
                                        Richard A. Houston