FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 15 AM 11:38

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00–0252<br>c/w   00-2967<br>c/w   00-3147<br><br>SECTION "N" (5) |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes defendant Orion Refining Corporation (hereinafter "Orion"), who respectfully requests leave to file the attached Reply Memorandum In Support Of the Motions in Limine, or Alternatively, to Limit Testimony. Undersigned counsel believes said reply memorandum will clarify issues raised in the Motions in Limine and Plaintiffs' Opposition.

Respectfully submitted:

_____
SIDNEY J. HARDY (1938) (T.A.)
RICHARD A. HOUSTON, III (25100)
CAMPBELL, McCRANIE, SISTRUNK,
  ANZELMO & HARDY
3445 N. Causeway Boulevard
Suite 800
Metairie, Louisiana 70002
Telephone: (504) 831-0946
Counsel for Defendant Orion Refining
Corporation

DATE OF ENTRY
APR 16 2002

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by placing the same in the U.S. Mail, postage prepaid and properly addressed, this 15 day of April, 2002.

_____
Sidney J. Hardy
Richard A. Houston

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO: 00–0252<br>c/w  00-2967<br>c/w   00-3147<br><br>SECTION "N" (5) |

### ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that the Motion For Leave To File Reply Memorandum is GRANTED.

New Orleans, Louisiana, this ___15___ day of ___April___, 2002.

_____
JUDGE