

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "N" (5) |

\* \* \* \* \* \* \*

### MEMORANDUM IN RESPONSE TO MOTION IN LIMINE

MAY IT PLEASE THE COURT:

Defendant, St. Charles Parish, files this memorandum in response to the Motion in Limine filed on behalf of claimant/petitioners Margie Richard, et al. Ms. Richard's motion seeks to limit the testimony of Dr. Earl Alleman and "exclude any additional would-be expert testimony" by Orion Refining Corporation.

Dr. Alleman is not an expert for St. Charles Parish. Therefore, St. Charles Parish is not opposed to completely excluding Dr. Alleman from testifying at the class certification hearing. Dr. Alleman is a general practitioner practicing in St. Charles Parish. Several of the potential class members indicated that they sought medical treatment from Dr. Alleman. During the course of discovery, counsel for plaintiffs indicated that he intended to call Dr. Alleman at the class certification

hearing. In order to fully prepare a defense, St. Charles Parish decided to depose Dr. Alleman prior to the class certification hearing. In the process of coordinating this deposition, counsel for plaintiff called undersigned counsel, inquiring as to Dr. Alleman's involvement in the case. Undersigned counsel informed counsel for plaintiffs that he stated he intended to call Dr. Alleman as a witness for the plaintiffs at the class certification hearing. Counsel for plaintiff was additionally notified that if he did not intend to call Dr. Alleman at the class certification hearing, Dr. Alleman's deposition would not be necessary. Undersigned counsel was informed that plaintiff still intended to call Dr. Alleman at the hearing.

On April 9, 2002, St. Charles Parish received plaintiff's motion seeking to exclude Dr. Alleman from testifying. St. Charles Parish does not oppose, and in fact supports plaintiff's motion to exclude Dr. Alleman from testifying at the class certification hearing. Accordingly, the previously scheduled deposition of Dr. Alleman has been canceled as it is unnecessary.

Plaintiff's motion also seeks to "exclude any additional would-be expert testimony" on behalf of Orion Refining Corporation. Plaintiffs do not provide any specific grounds for excluding expert testimony on behalf of Orion, other than a vague reference that the testimony may be prejudicial. <u>Plaintiffs have been aware of all relevant witnesses for months</u>. Specifically, on February 19, 2002, Orion Refining Corporation, St. Charles Parish, and ACBL all filed witness lists detailing every relevant witness, including expert witnesses. Additionally, plaintiffs were provided with a CV of Orion's expert witness. Despite the fact that plaintiffs have had this information for months, they have chosen to do little discovery in preparation for the class certification hearing. Defendants, on the other hand, have conducted extensive discovery and noticed numerous depositions. Plaintiffs have continually delayed this matter, failed to respond to discovery requests, refused to produce their witnesses for depositions, and generally frustrated the discovery process. If any parties have been

prejudiced in this matter, it has been the defendants. Plaintiffs have failed to state any valid reasons for striking any witnesses of any defendants, nor do any valid reasons exist. Accordingly, plaintiffs' motion to exclude expert testimony on behalf of Orion Refining Corporation should be denied.

**Respectfully submitted:**

_____
ALAN A. ZAUNBRECHER (#13783)
BRETT M. BOLLINGER (#24303)
3850 N. Causeway Boulevard
Lakeway II - Suite 1070
Metairie, Louisiana 70002
(504) 833-7300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served on all counsel of record by depositing same in the United States Mail, properly addressed and postage prepaid, this _16_ day of _April_____, 2002.

_____
BRETT M. BOLLINGER