

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO: 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N" (5) |

**REPLY MEMORANDUM IN SUPPORT OF MOTION IN LIMINE**

MAY IT PLEASE THE COURT: movers in the Motion in Limine, original claimant/petitioners, urge this Honorable Court to allow the full scope of testimony of Dr. Earl Alleman, treating physician of individual clients of co-petitioners. Rather it is in the "eleventh hour" effort to depose Dr. Alleman, mover's objection lies. In the event the deposition scheduled can be accommodated by counsel for movers, noting that the selected dates were without input of all counsel, all objection raised in the motion is hereby withdrawn.

The objection raised as to any environmental engineers, toxicologist, or others on behalf of defendants Orion Refining Corporation or St. Charles Parish Waterworks Department, remain viable, and should be sustained. Throughout the development of the discovery phase in the case, which in all regards has been essentially accomplished in a spirit of cooperation, the determinative factor in properly arranging for claimant/petitioners expert witness depositions was the adequacy of the remaining time for defendants to (1) select experts if deemed needed, (2) notify all counsel of these

experts, and (3) accommodate needs for any deposition. Thus, the defendants obligated themselves to identify any experts they would select for class certification.

Accordingly, movers urge that any expert now identified for purposes of class certification, to provide opposing testimony to that of Dr. Gordon Goldman, Dr. Henry Evans, Dr. Andrew J. Englande, and Ms. Sharee Rusnak, should not and need not testify at the class certification hearing.

                Respectfully submitted,

                THE WILLARD FIRM

                WALTER I. WILLARD (Bar No. 2185)
Deer Park, Suite 3A
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Memorandum has been served upon all counsel of record by placing a copy of same in the U.S. Mail, postage prepaid on the 15<u>th</u> day of April, 2002.

_____
Walter I. Willard