FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 18  AM 11: 58

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
ENGELHARDT, J.
April 17, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES,L.L.C., as Owner of the Barge LCD 4907, et al | CIVIL ACTION<br>NO. 00-252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION:"N" |

Considering claimants' motion *in limine* to exclude the testimony of Dr. Earl Alleman (*i.e.*, claimants' treating physician) at the class action hearing, claimants' belated reply brief seeking to strike all of defendants' expert witnesses and exhibits, as well as the confusion and prejudice caused by the claimants' less lucid submissions to this Court,

IT IS ORDERED that Dr. Earl Alleman will not be permitted to testify unless he is made available for deposition prior to the class action hearing scheduled for Wednesday, April 24, 2002.

IT IS FURTHER ORDERED that the claimants' request to strike all of the defendants' expert witnesses and exhibits is DENIED, all such expert witnesses and exhibits having been timely identified in Orion Refining Corporation's Preliminary Witness

DATE OF ENTRY
APR 1 9 2002

and Exhibit Lists, nominating Dr. William George, *inter alia*, and St. Charles Parish's Preliminary Witness and Exhibit Lists.[1]

/s/ [signature]
UNITED STATES DISTRICT JUDGE

---

[1] See Orion Refining Corporation's Preliminary List of Witnesses and Exhibits (and appended curriculum vitae of Dr. William George)[Rec.Doc.No. 138]; see also St. Charles Parish's Preliminary Witness List [Rec.Doc.No. 144]; and St. Charles Parish's Preliminary Exhibit List [Rec.Doc.No. 145].