```
                              FILED
                         U.S. DISTRICT COURT
                        EASTERN DISTRICT OF LA

                         2002 APR 18  PM 12:59

                           LORETTA G. WHYTE
                                CLERK
```

MINUTE ENTRY
CHASEZ, M.J.
APRIL 17, 2002

                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN         CIVIL ACTION
COMMERCIAL LINES LLC, ETC., ET. AL.
                                            NUMBER: 00-252
                                            & cons. cases

                                            SECTION: "N"(5)


<u>HEARING ON MOTION</u>

APPEARANCES:   Brett Bollinger, Walter Willard, Randal Gaines, Richard Houston

MOTION:

(1) St. Charles Parish's Motion to Compel and/or Strike Witness (Rec. doc. 162).

____ : Continued to

__1_ : No opposition filed.

____ : Opposition

____ : Local Rules 37.1E, 33.2, 36.1, 7.6E

DATE OF ENTRY
APR 19 2002

## ORDERED

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

__1__ :   Other.  Plaintiffs have until 5:00 p.m. C.S.T. on April 19, 2002 within which to provide defendants with <u>all</u> materials relied upon by Dr. Goldman in rendering his expert opinion as testified to by him at his deposition, barring which plaintiffs may not call him to testify at the upcoming class certification hearing.

*/s/ ALC*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE