

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO: 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N" (5) |

## MOTION FOR LEAVE OF COURT TO FILE MOTION TO RECONSIDER

Margie Richard, et al. respectfully request leave of court, pursuant to Local Rule 7.5E, to file the attached Motion to Reconsider Ruling on Defendants' Motion In Limine and Incorporated Memorandum for Immediate Consideration.

Respectfully submitted,

THE WILLARD FIRM

_____
WALTER I. WILLARD (Bar No. 2185)
Deer Park, Suite 3A
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921

Counsel for Claimant/Petitioners

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N" (5) |

## PETITIONERS' MOTION TO RECONSIDER RULING ON DEFENDANTS' MOTION IN LIMINE AND INCORPORATED MEMORANDUM FOR IMMEDIATE CONSIDERATION

MAY IT PLEASE THE COURT:

Claimant/petitioners' in this consolidated matter respectfully urge this honorable court to revisit its ruling of April 17, 2002 on defendants' Motion(s) In Limine, regarding handling expert testimony in the class certification hearing on April 24, 2002.

Claimant/petitioners as movers herein urge that, as presently planned, the testimony of one or more of movers' four expert witnesses, Gordon Goldman, Henry Evans, A.J. Englande, and Sharee Rusnak, would proceed and be submitted without benefit of direct testimony. [1] The experts' depositions have been taken as discovery tools for discovery purposes only; and with exception of very limited questioning in the nature of re-direct, no direct testimony has been taken.

---

[1] It is hoped that this remaining concern may be addressed and resolved among counsel before the hearing. In compliance with the court's suggested course, movers and remaining counsel for all other parties are agreeable, in principle, to stipulating to the deposed expert witnesses' testimony.

As such, movers respectfully urge the court to consider whether an abbreviated direct testimony, either by counsel or alternatively, through question predetermined and submitted for the courts' approval, or as a third alternative, by questioning on direct examination by the court, with no input of claimant/petitioner counsel.

As presently contemplated, without benefit of direct questions by counsel or by the court, claimant/petitioners effectively are deprived of their right to full hearing on the issue of class certification.

Accordingly, movers pray the court factor into its management of the witness testimony for the April 24, 2002 proceeding some measure of direct examination of the expert witnesses.

Respectfully submitted,

THE WILLARD FIRM

*[signature]*

WALTER I. WILLARD (Bar No. 2185)
Deer Park, Suite 3A
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921

Counsel for Claimant/Petitioners

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion and Memorandum has been served upon all counsel of record by facsimile transmittal and/or placing a copy of same in the U.S. Mail, postage prepaid on this 24 day of April, 2002.

_____
Walter I. Willard

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION NO:   00-0252 c/w 00-2967 c/w 00-3147 SECTION "N" (5) |

### ORDER

Considering the foregoing Motion for Leave to file Motion to Reconsider;

**IT IS HEREBY ORDERED** that the leave to file the Motion to Reconsider is granted.

New Orleans, Louisiana this _____ day of _____, 2002.

_____
JUDGE