```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              EASTERN DISTRICT OF LA

                                              2002 APR 24  PM 1:38

                                              LORETTA G. WHYTE
                                                    CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NOTICE                00-252 N

The pending civil cases on the attached list are designated as Houma Cases pursuant to the court's order of April 18, 2002.

April 24, 2002                              LORETTA G. WHYTE, Clerk



## PENDING HOUMA CASES                                                     4/24/02

| | |
|---|---|
| 98-3133 A (5) | IN RE: K A J U N CONSULTANT |
| 99-0152 A (5) | TURNER V. HOUMA |
| 99-0586 L (5) | TOLLIVER V. NAOR |
| c/w 99-0587, | |
| 99-2164, | |
| 00-1002, | |
| 00-1008 | |
| 99-2347 T (1) | GISCLAIR TOWING CO V. MIRE |
| 99-3091 R (4) | SCOTT V. R J REYNOLDS TOBACCO |
| 99-3108 K (2) | BURLIN V. PAC PRESS & SHEAR CO |
| 99-3527 S (4) | FALGOUT V. HOUSTON |
| 99-3692 I (1) | OTTO CANDIES LLC V. USA |
| c/w 99-3693, | |
| 01-0450, | |
| 01-0452 | |
| 00-0252 N (5) | IN RE: AMER CML LINES LLC, ET AL |
| c/w 00-2967, | |
| 00-3147 | |
| 00-0372 S (2) | IN RE: BRUCE INVESTMENT |
| 00-0508 S (5) | SOLEY V. TIDEWATER INC |
| 00-0760 T (2) | POSEIDON OIL, ET AL V. TRANSOCEAN SEDCO, ET AL |
| c/w 01-3610 | |
| 00-1316 M (4) | POTTS V. R.J. REYNOLDS |
| 00-1960 A (4) | VICTORIA W. V. LARPENTER |
| 00-2049 I (2) | FALLON V. OXY USA |
| c/w 00-2450, | |
| 00-2850, | |
| 00-3205 | |
| 00-2476 S (2) | SANAMO V. TRICO |
| 00-2928 K (2) | GINTHER V. SEA SUPPORT SYC LLC |
| 00-2958 S (4) | RODRIGUE V. OFFSHORE MARINE SVC |
| c/w 01-0468 | |
| 00-2964 S (4) | GULF COAST MARINERS V. USA CORPS OF ENG |
| 00-3061 L (2) | SPRY V. LARPENTER |
| 00-3100 I (2) | KNOCK 1736 V. MARATHON ASHLAND |
| 00-3150 S (4) | BOUDREAUX V. HORIZON |
| c/w 01-0276 | |