UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN
COMMERCIAL

VERSUS

CIVIL ACTION

NO. 00-252 & cc

SECTION "N"

JUDGE KURT D. ENGELHARDT PRESIDING

**WEDNESDAY, APRIL 24, 2002 AT 9:00 AM**

COURTROOM DEPUTY: Pam Radosta     COURT RECORDER:   Toni Tusa

APPEARANCES: Randal Gaines, Walter Williard
            Sidney Hardy, Richard Houston, Alan Zaunbrecher, Brett Bollinger,
            Robert Raymond

**MOTION OF PLTF. TO CERTIFY CLASS (#38):**

Stipulations as to expert testimony and exhibits entered into the record.
Witnesses sequestered.
Plf's witnesses: Samuel Price, sworn & testifies.
            Margie Eugene Richard, sworn & testifies.
            Gaynel Marie Johnson, sworn & testifies.
            Charles Toth, sworn & testifies.
            Alvin Smith, Jr., testimony by deposition.
            Shelly Moliere-Rainey, testimony by deposition.
Pltf. Rests.
Defts. Rests.
Post trial memorandums ( no more than 15 pages) to be filed.
MATTER SUBMITTED.

DATE OF ENTRY
APR 2 5 2002

AO 187(Rev. 4/82)

# EXHIBIT AND WITNESS LIST

**DISTRICT COURT** — Eastern District of Louisiana

In the Matter of _____ vs American Commercial

**PLAINTIFF'S ATTORNEY:** Randall Gaines, Walter Williard

**DEFENDANT'S ATTORNEY:** Sidney Hardy, Richard Houston, Robert Raymond, Alan Zaunbrecher, Brett Bollinger

**DOCKET NUMBER:** 00-252 ycc

**TRIAL DATE(S):** 4-24-02

**PRESIDING JUDGE:** Kurt D. Englehardt

**COURT REPORTER:** Toni Tusa

**COURTROOM DEPUTY:** P. Redal

| PLT. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| JNT Exhibits-1 | | 4-24-02 | ✓ | ✓ | Records from Analytical Solutions |
| JNT-2 | | ✓ | ✓ | ✓ | Records from La. Dept of Health & Hosp. |
| JNT-3 | | ✓ | ✓ | ✓ | Records from Dr. Earl Alleman on Richard and Johnson |
| π Evans-1 | | ✓ | ✓ | ✓ | Curriculum vitae of Dr. Evans |
| Evans-2 | | ✓ | ✓ | ✓ | Report of Dr. Evans |
| Evans-3 | | ✓ | ✓ | ✓ | Deposition transcript of Dr. Evans |
| Goldman-1 | | ✓ | ✓ | ✓ | Curriculum vitae of Dr. Goldman |
| Goldman-2 | | ✓ | ✓ | ✓ | Report of Dr. Goldman |
| Goldman-3 | | ✓ | ✓ | ✓ | Depos. transcript of Dr. Goldman |
| Englande-1 | | ✓ | ✓ | ✓ | Curriculum vitae of Dr. Englande |
| Englande-2 | | ✓ | ✓ | ✓ | Report of Dr. Englande |
| Englande-3 | | ✓ | ✓ | ✓ | Depos. transcript of Dr. Englande |
| Rusnak-1 | | ✓ | ✓ | ✓ | Curriculum vitae of Dr. Rusnak |
| Rusnak-2 | | ✓ | ✓ | ✓ | Report of Dr. Rusnak |
| Rusnak-3 | | ✓ | ✓ | ✓ | Depos. transcript of Dr. Rusnak |
| Δ- | George-1 | ✓ | ✓ | ✓ | Curriculum vitae of Dr. George |
| | George-2 | ✓ | ✓ | ✓ | Report of Dr. George |
| | George-3 | ✓ | ✓ | ✓ | Depos. transcript of Dr. George |
| P-4-Toth | | ✓ | ✓ | ✓ | Consumer Complaint Form |
| P-5-Toth | | ✓ | ✓ | ✓ | Coast Guard report |
| P-Molier/Rainey 1 | | | ✓ | | deposition testimony |
| P-Smith-1 | | ✓ | ✓ | | depos. testimony |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages