FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 APR 24  PM 2: 01

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ENGELHARDT, J.**
**APRIL 24, 2002**

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-252<br>c/w 00-2967 & 3147<br>SECTION "N" |

Pursuant to the evidentiary hearing on class certification conducted this date in the captioned proceedings,

IT IS ORDERED that any post-hearing memoranda arguing the parties' respective positions with respect to the issue of class certification shall be filed with the Court on or before Monday, April 29, 2002 at 4:00 p.m., at which time the motions for class certification shall be deemed submitted for decision.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 2 5 2002