FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAY 14 PM 12: 39

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N"<br><br>MAG. (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## FIRST SUPPLEMENTAL WITNESS LIST

American Commercial Lines, L.L.C. and American Commercial Barge Line, L.L.C. ("Limitation Petitioners"), supplement their original Witness List to add the following witness who may be called to testify at the trial of this matter:

1. Peter Merrill
   President
   Merrill Marine Services, Inc.
   11722 Studt Avenue
   St. Louis, Missouri 63141

2. Any witness previously listed in this action or in any consolidated action; and

N0824446 1

3. Any witness listed by any other party.

Respectfully submitted,

_____
GLENN G. GOODIER (#06130)
RUTH B. SCHUSTER (#26506)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone:(504) 582-8174
Attorney for Defendants,
American Commercial Lines L.L.C. and
American Commercial Barge Line L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this ___ day of May, 2002.

_____
GLENN G. GOODIER

N0824446.1                           2