FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAY 20 PM 12: 50

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ENGELHARDT, J.**
**MAY 20, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-252<br>c/w 00-2967 & 3147<br>SECTION "N" |

Pursuant to the request of counsel, and considering that the Court is of the opinion that a status/settlement conference is appropriate at this juncture of the proceedings,

**IT IS ORDERED** that a **status/settlement conference** shall be conducted in the captioned matter on **Tuesday, May 28, 2002 at 9:00 a.m.**, before the Court in Chambers at 500 Camp St., **Rm. C317, 3rd Floor**, New Orleans, Louisiana. All counsel are expected to appear in person. Attending this conference by telephone is **not** an option.

_____
UNITED STATES DISTRICT JUDGE

cc: all counsel of record

DATE OF ENTRY
MAY 2 0 2002