FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 MAY 29 AM 9:53

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
ENGELHARDT, J.
MAY 28, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., ETC. | CIVIL ACTION<br><br>NO. 00-252<br>c/w 00-2936<br>c/w 00-3147<br><br>SECTION:"N" (5) |

    A Status Conference was held this date regarding the parties joint motion to continue deadlines.  Pursuant to the request of joint request counsel for all parties and status conference held this date,

    **IT IS ORDERED** that the captioned consolidated cases are hereby **REMOVED FROM THE HOUMA DOCKET**, and thus hereafter all proceedings, conferences, including the trial of this matter which is continued and reset as provided below, will be held at the United States District Court, Eastern District of Louisiana's Courthouse in New Orleans, Louisiana.

DATE OF ENTRY
MAY 29 2002

1

**IT IS FURTHER ORDERED** that the PRETRIAL CONFERENCE and the TRIAL of these consolidated matters previously scheduled for July 18, 2002 and August 12, 2002, respectively, are hereby CONTINUED and RESET as provided below.

All pretrial motions, except motions *in limine*, shall be filed and served in sufficient time to permit hearing thereon no later than the Court's November 13th, 2002 motion date (*i.e.*, motion deadline). Any motions filed for hearing in violation of this Order shall be deemed waived unless good cause is shown. Motions *in limine* shall be allowed to be filed up to the time of trial or as otherwise ordered by the Court, except that motions *in limine* related to the qualifications of an expert witness shall be filed not later than the date on which the pretrial order is due.

Counsel shall complete all disclosure of information as follows:

1. **Depositions for trial use** shall be taken and **all discovery shall be completed <u>not later than November 4, 2002.</u>** This adjustment of the discovery deadline does not affect the rolling discovery schedule and dismissal orders entered in the limitation proceeding (*i.e.*, docket no. 00-252).

2. **Amendments to pleadings**, third-party actions, cross-claims, and counterclaims shall be filed **<u>no later than June 28, 2002.</u>**

3. Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

4. **Written reports of experts who may be witnesses for Plaintiffs/Claimants** fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Defendants/Petitioners-in-Limitation as soon as possible, but **in no event later than September 2, 2002**.

5. **Written reports of experts who may be witnesses for Defendants/Petitioners-in-Limitation** fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for Plaintiff as soon as possible, but **in no event later than October 2, 2002.**

6. **Counsel for the parties shall file** in the record and serve upon their opponents a **list of all witnesses** who may or will be called to testify at trial and **all exhibits which may or will be used at trial not later October 2, 2002**.

7. The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

8. A settlement conference has been scheduled with Magistrate Judge Alma Chasez to commence on July 10, 2002.

9. A **TELEPHONE STATUS CONFERENCE** will be conducted on Thursday, **JULY 18, 2002 at 2:00 o'clock p.m.** for the purpose of scheduling a pre-trial conference date.

10. **TRIAL** will commence on **Monday, December 16, 2002, at 8:30 a.m.** The trial of these consolidated proceedings is expected to last the entire week. The undersigned will preside over limitation action. The Court with a jury will preside over the **removed consolidated tort claims**. Attorneys are instructed to report for trial not later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. **Trial is estimated to last an entire week.**

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with the Plan and Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE