

MINUTE ENTRY
CHASEZ, M.J.
MAY 28, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN            CIVIL ACTION
COMMERCIAL LINES LLC, ETC., ET. AL.
                                      NUMBER: 00-252
                                      & cons. cases

                                      SECTION: "N"(5)

A settlement conference in the above matter is hereby **SCHEDULED** for July 10, 2002 at 2:00 p.m. before Magistrate Judge Alma L. Chasez, 501 Magazine St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

---
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAY 3 0 2002