

MINUTE ENTRY
CHASEZ, M.J.
JULY 10, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN              CIVIL ACTION
COMMERCIAL LINES LLC, ETC., ET. AL.
                                       NUMBER: 00-252
                                       & cons. cases

                                       SECTION: "N"(5)


A settlement conference was conducted in the above matter this date.

PRESENT:  Randall Gaines, Sidney Hardy

An offer to settle this matter has been made by plaintiffs' counsel to Orion. On or before July 24, 2002, Orion is to advise if this offer has been accepted or rejected.

If Orion has not responded in some fashion by this date, there will be a further conference with the Court on August 8, 2002 at 2:00 p.m. to discuss the status of settlement, at which time

DATE OF ENT'L
JUL 1 2 2002

___Fee____
___Process___
_X_Dktd____
___CtRmDep___
Doc.No.__203__

Orion's insurer(s) shall also be in attendance. Orion is order to provide the Court with the names of its insurer(s) by the end of the business day on July 24th, if settlement has not been bound by that time so that notification of the August 8th conference can be provided to the proper parties.

                                         ALMA L. CHASEZ
                                 UNITED STATES MAGISTRATE JUDGE