

RECEIVED

JUN 27 2002

CHAMBERS OF
U.S. DISTRICT JUDGE
KURT D. ENGELHARDT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN COMMERCIAL
LINES, L.L.C., as Owner of the Barge LCD
4907 and AMERICAN COMMERCIAL BARGE LINE
LLC.

EASTERN DISTRICT OF LOUISIANA

FILED    JUL 18 2002

LORETTA G. WHYTE
CIVIL ACTION   CLERK

NO. 00-0252
c/w 00-2967
c/w 00-3147

SECTION "N" (5)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MOTION FOR RECONSIDERATION, IN THE ALTERNATIVE/MOTION FOR A NEW TRIAL, WITH INCORPORATED MEMORANDUM

NOW INTO COURT, through undersigned counsel, comes MARGIE RICHARD, et al, for the purpose of filing this Motion for Reconsideration and in the alternative, Motion for a New Trial.

An evidentiary hearing was held on plaintiffs/claimants' Motion seeking class certification in this matter on April 24, 2002. On May 28, 2002, this Honorable Court issued an Order denying claimants' Motion for Class Certification. Claimants respectfully request that the Court grant its' Motion for Reconsideration and in the alternative, its' Motion for a New Trial, lodged pursuant to Federal Rule Civ. P. 59(e). Claimants will further delineate its' reasons for the aforementioned motions in a supplemental memorandum.

RESPECTFULLY SUBMITTED:

RANDAL L. GAINES
Attorney at Law
311 Devon Rd.
Laplace, LA  70068
(985) 652-3299

____ Fee ____
____ Process ____
__X__ Dktd ____
____ CtRmDep ____
____ Doc. No. 204

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF AMERICAN COMMERCIAL          CIVIL ACTION
LINES, L.L.C., as Owner of the Barge LCD
4907 and AMERICAN COMMERCIAL BARGE LINE       NO. 00-0252
LLC.                                          c/w 00-2967
                                              c/w 00-3147

                                              SECTION "N" (5)

*************************************************************

                    NOTICE OF HEARING

        PLEASE TAKE NOTICE, that the plaintiffs' will present

its' Motion for Reconsideration/Motion for a New trial for

hearing before this Honorable Court on July 24, 2002 at 10:00a.m.

or as soon thereafter as counsel may be heard.


                              RESPECTFULLY SUBMITTED:


                              _____
                              RANDAL L. GAINES
                              Attorney at Law
                              311 Devon Rd.
                              Laplace, LA  70068
                              (985) 652-3299

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing the same to each, properly addressed and postage prepaid this ___27th___ day of ___June___ 2002 .

RANDAL L. GAINES