FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 JUL 18  AM 10: 54

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ENGELHARDT, J.**
**JULY 18, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-252<br>c/w 00-2967 & 3147<br>SECTION "N" |

Considering that settlement negotiations are ongoing,

**IT IS ORDERED** that the **status conference** presently scheduled for July 18, 2002 at 2:00 p.m. is hereby **CONTINUED** and **RESCHEDULED** for **Thursday, August 22, 2002 at 11:00 a.m.**

**IT IS FURTHER ORDERED** that the **plaintiffs' Motion for Reconsideration and/or New Trial,** regarding the Court's order denying class certification, is hereby **CONTINUED** and **RE-NOTICED** for hearing on **Wednesday, August 21, 2002 at 9:30 a.m.**

UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Alma Chasez
       all counsel of record

DATE OF ENTRY

JUL 19 2002

Fee_____
_/Process_____
X/Dkd_____
_/C_____
_/Doc. No._____