FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L

2002 JUL 24 P 3: 32

LORETTA G. WHYTE

**MINUTE ENTRY**
**ENGELHARDT, J.**
**JULY 24, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION NO. 00-252 c/w 00-2967 c/w 00-3147 SECTION:"N" |

Considering that parties to the captioned consolidated proceedings have agreed to settle their claims,

**IT IS ORDERED** that the Plaintiff's Motion for Reconsideration and Alternative Motion for New Trial [Rec. Doc. #204] is hereby DISMISSED AS MOOT and the hearing re-noticed for Wednesday, August 21, 2002 is hereby CANCELLED.

_____
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Alma L. Chasez
    counsel for all parties

DATE OF ENTRY
JUL 25 2002