```
                                    FILED
                              U.S. DISTRICT COURT
                             EASTERN DISTRICT OF LA

                              2002 AUG 22 PH 4:07

                                LORETTA G. WHYTE
                                      CLERK
```

**MINUTE ENTRY**
**ENGELHARDT, J.**
**AUGUST 22, 2002**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL | CIVIL ACTION |
| LINES, L.L.C., as Owner of the Barge | NO. 00-252 |
| LCD 4907, and AMERICAN COMMERCIAL | c/w 00-2967 |
| BARGE LINE LLC as Charterer and | c/w 00-3147 |
| Operator of the Barge LCD 4907, | SECTION:"N" |
| Praying for Exoneration from and/or | |
| Limitation of Liability | |

Pursuant to the status conference held this date,

IT IS ORDERED that a follow-up **status conference** is SCHEDULED for **Thursday, August 29, 2002 at 10:00 a.m.** to fine-tune the terms of the settlement agreement, and to revisit the matter of the manner best effecting the aforesaid agreement by and between the parties.

UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 23 2002

Fee____
Process____
X/Dktd____
CtRmDep____
Doc. No.____