

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 AUG 29 PM 4:35

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION NO. 00-252 c/w 00-2967 c/w 00-3147 SECTION:"N" (All Cases) |

## ORDER DECONSOLIDATING
## CASE NOS. 00-2967¹ AND 00-3147²
## FROM THE LIMITATION ACTION CA NO. 00-252

Pursuant to the status conference held in Chambers this date, regarding the settlement reached in connection with each of referenced proceedings,

**IT IS ORDERED** that the consolidation order entered October 23, 2002 [Rec. Doc. No. 10 attached] is hereby vacated and Civil Action No. 00-2967 is no longer consolidated with Civil Action No. 00-252 (*i.e.*, the Limitation Proceeding).

**IT IS FURTHER ORDERED** that the consolidation order entered November 16, 2000 [Rec. Doc. No. 22 attached] is hereby vacated and Civil Action No. 00-3147 is no longer consolidated with Civil Action No. 00-252 (*i.e.*, the Limitation Proceeding).

---

¹See Class Action Petition for Damages, at paragraph 2, filed in the matter entitled *Margie Richard, et al, v. American Commercial Lines LLC, et al*, Docket No. 53,756, Twenty-Ninth Judicial District Court for the Parish of St. Charles [USDC/EDLA Dkt.# 00cv2967 "N", Rec. Doc. No. 3].

²See Petition for Damages and for Class Action Certification, at paragraph 3, filed in the matter entitled *Aaron Brown, et al. v. Orion Refining Corp., et al*, Docket No. 53,737E, Twenty-Ninth Judicial District Court for the Parish of St. Charles [USDC/EDLA Dkt.# 00cv3147 "N", Rec. Doc. No. 1].

DATE OF ENTRY
AUG 3 0 2002



**IT IS FURTHER ORDERED** that Civil Action Nos. 00-2967 and 00-3147 shall be and remain consolidated as a group of two cases.

Pursuant to the Court's directive, all pleadings hereafter filed in the two consolidated proceedings (*i.e.*, Civil Action Nos. 00-2967 and 00-3147), shall bear the docket number of the lead consolidated case (*i.e.*, *Margie Richard, et al, v. American Commercial Lines LLC, et al,* Docket No. USDC/EDLA Dkt.# 00cv2967 "N").

The Clerk of Court is directed to establish a master file and a master docket sheet for this consolidated group of two cases. All entries shall be made on the master docket sheet only with a notation listing the cases to which the document applies, except that orders and documents terminating a party or disposing of a case will be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will be also be filed in the record of the individual case.

In the event that two cases are separated and no longer a consolidated group, it is the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case and to file such designation and copies of the documents with the clerk within five days of the deconsolidation order.

Dated at New Orleans, Louisiana, this 29 day of August, 2002.

KURT D. ENGELHARDT
United States District Judge

cc: all counsel of record



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 NOV 16 PM 12: 03

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO: 00-0252<br>c/w 00-2967<br><br>SECTION "B" (5) |

* * * * * * * * * * * * * *

### O R D E R

It having come to the Court's attention that C.A. 00-3147, *Aaron Brown, Aaron Smith, Aaron Spears, Adam Reynaud and Adele Adams vs. Orion Refining Corporation and The Parish of St. Charles,* is related to the above consolidated cases, accordingly,

IT IS ORDERED that the above matters are hereby consolidated.

Pursuant to the Court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

The Clerk of Court is directed to establish a master file and a master docket sheet for the consolidated group of cases.

All entries shall be made on the master docket sheet only, with a notation listing the

DATE OF ENTRY
NOV 1 6 2000

Fee_____
Process___
X Dktd___
CtRmDep___
Doc.No.___

cases to which the document applies, except that orders and documents terminating a party or disposing of a case will also be entered on the individual docket sheet. All documents shall be filed in the master file only, except that orders and documents terminating a party or disposing of a case will also be filed in the record of the individual case.

In the event that a case is separated from the consolidated group it shall be the responsibility of counsel to jointly designate the documents necessary to the continued litigation of the case and to file such designation and copies of the documents with the clerk within five days of the deconsolidation order.

Dated at New Orleans, Louisiana, this ___9th___ day of November, 2000.

---
**IVAN L.R. LEMELLE**
**UNITED STATES DISTRICT JUDGE**


```
          FILED
    U.S. DISTRICT COURT
   EASTERN DISTRICT OF LA

    2000 OCT 23 AM 11: 24

      LORETTA G. WHYTE
           CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC, as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO: 00-0252<br><br><br>SECTION "B" (5) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

It having come to the Court's attention that C.A. 00-2967, *Margie Richard, Gaynell Johnson, Felecia Macon, Bryant Devon and Alvin Smith, Jr. vs. American Commercial Lines, LLC, Orion Refining Corporation, XYZ Insurance Company and The St. Charles Parish Department of Waterworks*, is related to the above case, accordingly,

IT IS ORDERED that the above matters are hereby consolidated.

Pursuant to the Court's directive, all pleadings hereafter filed in this consolidated proceeding shall bear the caption of the lead consolidated case together with the docket number of all cases within the consolidation to which the document applies or the notation "ALL CASES" if it applies to all cases.

The Clerk of Court is directed to establish a master file and a master docket sheet for the consolidated group of cases.



```
DATE OF ENTRY
OCT 23 2000
```

John Holtz House of Vehicles, Inc., and Daniel A. Smith in Civil Action No. 01-714 are DISMISSED pursuant to the Order and Reasons dated June 11, 2001.

IT IS FURTHER ORDERED that the consolidation order dated July 25, 2001 is VACATED and Civil Action No. 01-2006 is no longer consolidated with Civil Action No. 01-714.

New Orleans, Louisiana, this 15 day of October, 2001.

_____
CHIEF JUDGE