FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 SEP 16  P 3: 54

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>No. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N"<br><br>MAG. (5) |

## JOINT AND UNOPPOSED MOTION FOR ENTRY OF FRCP 54(b) JUDGMENT

NOW INTO COURT, through undersigned counsel, come Petitioners, American Commercial Lines, L.L.C. and American Commercial Barge Lines, L.L.C. ("Limitation Petitioners") and all Claimants in Limitation in Civil Action No. 00-0252 to request, pursuant to Fed. R. Civ. P. 54(b), that this Court enter final judgment, finally dismissing with prejudice all claims asserted against Limitation Petitioners by those Claimants listed in Exhibit A attached to the Judgment and Memorandum in Support of Motion for Entry of FRCP 54(b) Judgment. Limitation Petitioners respectfully submit that there is no just reason for delay of entry of a final judgment in Limitation Petitioners' favor.

N0780620 1

Accordingly, as demonstrated by the attached supporting memorandum, Limitation Petitioners respectfully request that this Court sign and enter the attached proposed Judgment.

Respectfully submitted,

_____
GLENN G. GOODIER (#06130)
RUTH B. SCHUSTER (#26506)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana  70170-5100
Telephone: (504) 582-8438
Attorney for American Commercial Lines L.L.C. and
American Commercial Barge Line, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this __16__ day of September 2002.

_____
GLENN G. GOODIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>No. 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N"<br><br>MAG. (5) |

**MEMORANDUM IN SUPPORT OF**
**JOINT AND UNOPPOSED MOTION TO ENTER RULE 54(b) JUDGMENT**

This Court by Order and Reasons entered on November 26, 2001, on January 28, 2002 and on April 4, 2002, dismissed claims of certain Claimants from the Limitation of Liability Case against American Commercial Lines, L.L.C. and American Commercial Barge Lines, L.L.C. ("Limitation Petitioners"). Attached hereto as Exhibit "A" is a list of Claimants previously dismissed for failure to respond to discovery which counsel for Limitation Petitioners and counsel for Claimants agree are subject to Rule 54(b) Judgment. Exhibit "A" is a final consolidated list of those Claimants previously dismissed.

At the time the above referenced Order and Reasons were entered, other parties and claims remained to be decided. Thus, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, in

N0780620.1

order that this Judgment become final, the Court may make a certification pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

As the Court is aware, counsel for Claimants and Limitation Petitioners have reached a settlement agreement in this case, final settlement will not be possible until the time for appeal runs for those Claimants dismissed by this Court as designated in Exhibit "A." Rule 54(b) provides for the entry of a Final Judgment "as to one or more but fewer than all of the claims of parties" upon an "express determination that there is no just reason for delay and upon an express direction for the entry of Judgment." The above referenced Orders and Reasons fully adjudicated and dismissed, with prejudice, all claims between listed Claimants and Limitation Petitioners. Claimants do not oppose this motion, and it respectfully submitted that the Court should enter the attached Rule 54(b) Judgment.

Respectfully submitted,

_____
GLENN G. GOODIER (#06130)
RUTH B. SCHUSTER (#26506)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8438
Attorney for American Commercial Lines L.L.C. and
American Commercial Barge Line, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been properly mailed to all known potential parties and/or their counsel on this ___16___ day of ___September___, 2002.

_____
GLENN G. GOODIER