FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 NOV 20 PM 4:51

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
ENGELHARDT, J.
NOVEMBER 20, 2002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-252<br><br>SECTION:"N" |

Due to a conflict in this Court's calendar,

**IT IS ORDERED** that a follow-up **telephone status conference** presently SCHEDULED for **Thursday, November 21, 2002 at 9:00 a.m.** is hereby **CONTINUED** and **RESCHEDULED** for **Tuesday, November 26, 2002 at 9:30 A.M.**

cc: Glen Goodier
    Ruth Schuster
    Walter Willard
    Randall Gaines

DATE OF ENTRY
NOV 21 2002