MINUTE ENTRY
DECEMBER 4, 2002
ENGELHARDT, J.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 DEC -4  PM 1: 56

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-252<br><br>SECTION:"N" |

Pursuant to the November 26, 2002 telephone status conference conducted by the Court, the settlement scheduling order dated August 29, 2002 is modified in pertinent part as follows:

**IT IS ORDERED** that on or before December 31, 2002 **claimants' counsel** shall:
(1) identify by name all of the minor claimants participating in the settlement; and (2) provide the necessary information regarding each of the minor claimants to counsel for petitioners so that settlement documents can be confected forthwith.

**IT IS FURTHER ORDERED** that prior to January 31, 2003, **claimants' counsel shall** perfect the approval of the minors' settlements with the state court in St. Charles Parish.

**IT IS FURTHER ORDERED** that **claimants' counsel shall:** (1) contemporaneously **identify all possible claimants** to the settlement fund; and (2) provide the necessary information regarding the each of the claimants to counsel for petitioners, so that settlement documents can be confected forthwith counsel for petitioners, and **releases executed by all of the claimants** no later than February 14, 2003. Thereafter, counsel for petitioners shall tender a lump sum check in the total payment of those who have executed the requisite settlement documents.

DATE OF ENTRY
DEC  5 2002

UNITED STATES DISTRICT JUDGE

Fee_____
Process____
X Dktd_____
CtRmDep____
Doc.No._____