FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 NOV 14  PM 4: 30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO: 00-0252<br>c/w 00-2967<br>c/w 00-3147<br>SECTION "N" (5) |

## MOTION TO REMAND FOR LIMITED PURPOSE OF CONFECTING SETTLEMENT

NOW INTO COURT, through undersigned counsel, come claimants, parents and legal custodians for various minors, who submit this Motion to Remand for the purpose of confecting settlement of each of the minors' respective claims.

The parties to the captioned case recognize that this motion was confected for the limited purpose of settling the various minors' claims. As a result and in the interest of judicial economy the parties stipulate to the following:

1.

Included among the claimants in this consolidated matter are a number of unemancipated minors.

2.

The parents and/or legal custodians of each child seek to be authorized to execute and consummate the claim of the minors in furtherance of the proposed compromise and settlement of said claims.

**3.**

In requests for appointment brought by any non-natural tutor/tutrix on behalf of any individual child, said applicants for court appointment upon remand will provide the court with legal grounds for the appointment, and further, if appointed tutor/tutrix, will agree to indemnify and hold harmless any third party.

**4.**

**WHEREFORE**, mover claimants pray that this Motion to Remand be granted, and that they be permitted as the qualified legal tutor/tutrix of the subject minor children, to act on their behalf for purpose of confecting all involved minor settlements.

Respectfully submitted,

THE WILLARD FIRM

_____
WALTER I. WILLARD (Bar No. 2185)
BOBBIE F. MASON (Bar No. 27262)
Deer Park, Suite 3A
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921

Counsel for Claimant/Petitioners

APPROVED AS TO FORM:

_____
GLENN G. GOODIER, ESQ.
RUTH B. SCHUSTER, ESQ.
Jones Walker, Waechter, Poitevent
Carrere & Denegre, L.L.P.
201 St. Charles Ave., Suite 4800
New Orleans, LA 70170

Counsel for Defendant/ACBL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION NO:   00-0252 c/w 00-2967 c/w 00-3147 SECTION "N" (5) |

ORDER

Considering the foregoing Motion to Remand for the Limited Purpose of Confecting Settlement,

**IT IS HEREBY ORDERED** that the Motion be granted.

New Orleans, Louisiana this ___15___ day of ___November___, 2002.

_____
JUDGE

CERTIFICATE OF SERVICE

I hereby certify that a copy of above and foregoing Motion to Remand has been served upon all counsel of record by facsimile transmittal and/or placing a copy of same in the U.S. Mail, postage prepaid on the ___14th___ day of November 2002.

_____
Walter I. Willard