FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 NOV 14  PM 4: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION NO: 00-0252 c/w 00-2967 c/w 00-3147 SECTION "N" (5) |

### MOTION AND INCORPORATED MEMORANDUM FOR ENLARGEMENT OF TIME

*[handwritten notation: file unsigned moot see unsigned scheduling order entered 12/5/02 -jw]*

**NOW INTO COURT**, through undersigned counsel, come claimants, parents and legal custodians for various minors, who submit this Motion for Enlargement of Time in response to the August 30, 2002 Court Order, claimants request additional time within which to perfect the approval of the minors' settlements with the state court in St. Charles Parish.

**WHEREFORE**, the claimants, parents and legal custodians pray that this Motion for Enlargement of Time be granted allowing it an additional 30 days within which to perfect the approval of the minors' settlement, and same claimants urge that this motion will not further delay proceedings herein.

Respectfully submitted,

_____
WALTER I. WILLARD (Bar No. 2185)
BOBBIE F. MASON (Bar No. 27262)
Deer Park, Suite 3A
10555 Lake Forest Blvd.
New Orleans, LA 70127
Telephone No. (504) 244-9922
Telefax No. (504) 244-9921

Counsel for Claimant/Petitioners

Fee _____
Process _____
X Dktd _____
_ CtRmDep _____
Doc. No. 216

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION NO: 00-0252 c/w 00-2967 c/w 00-3147 SECTION "N" (5) |

### ORDER

Considering the foregoing Motion for Enlargement of Time to perfect the approval of the minors' settlements with the state court in St. Charles Parish,

**IT IS HEREBY ORDERED** that the Motion be granted.

New Orleans, Louisiana this _15_ day of _November_, 2002.

_____
JUDGE

### CERTIFICATE OF SERVICE

I hereby certify that a copy of above and foregoing Motion to Remand has been served upon all counsel of record by facsimile transmittal and/or placing a copy of same in the U.S. Mail, postage prepaid on the _14_ day of November 2002.

_____
Walter I. Willard

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE L.L.C., as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br>NO:   00-0252<br>c/w 00-2967<br>c/w 00-3147<br><br>SECTION "N" (5) |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that claimant/movers, now bring on before this Honorable Court, the underlying Motion and Incorporated Memorandum for Enlargement of Time for hearing on _____, 2002 at _____ a.m., or as soon thereafter as counsel may be heard.

THE WILLARD FIRM

Respectfully submitted,

_____
WALTER I. WILLARD, (Bar No. 2185)
Deer Park, Suite 3A
10555 Lake Forest Boulevard
New Orleans, Louisiana 70127
Telephone: (504) 244-9922
Telefax: (504) 244-9921

Counselors for the Claimants