

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2002 DEC -9 PM 1:37

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ENGELHARDT, J.**
**DECEMBER 9, 2002**

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES,L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-252<br><br>SECTION "N" |

Pursuant to the telephone status conference wherein claimants' motion to remand for the purpose of confecting minors' settlements, *inter alia*, was discussed, and the Court issued a revised scheduling order issued. *See* Minute Entry Order dated December 4, 2002 [copy attached]. Accordingly, and considering the revised scheduling order,

**IT IS ORDERED** that the claimants' Motion for Remand is DISMISSED AS PREMATURE.

**IT IS FURTHER ORDERED** that a copy of this Minute Entry Order and attachment be filed in related civil action entitled "Margie Richard, et al v. American Commercial Barge Lines, et al," Civil Action No. 00-2967"N".

_____
UNITED STATES DISTRICT JUDGE

cc: Glen Goodier
    Ruth Schuster
    Walter Willard
    Randall Gaines

DATE OF ENTRY
DEC 1 0 2002

MINUTE ENTRY
DECEMBER 4, 2002
ENGELHARDT, J.

```
                FILED
          U.S. DISTRICT COURT
         EASTERN DISTRICT OF LA

          2002 DEC -4 PM 1:56

           LORETTA G. WHYTE
                CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, LLC, as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-252<br><br>SECTION:"N" |

Pursuant to the November 26, 2002 telephone status conference conducted by the Court, the settlement scheduling order dated August 29, 2002 is modified in pertinent part as follows:

**IT IS ORDERED** that <u>on or before December 31, 2002</u> **claimants' counsel shall:** (1) identify by name all of the minor claimants participating in the settlement; <u>and</u> (2) provide the necessary information regarding each of the minor claimants to counsel for petitioners so that settlement documents can be confected forthwith.

**IT IS FURTHER ORDERED** that <u>prior to January 31, 2003</u>, **claimants' counsel shall** perfect the approval of the minors' settlements with the state court in St. Charles Parish.

**IT IS FURTHER ORDERED** that **claimants' counsel shall:** (1) contemporaneously **identify all possible claimants** to the settlement fund; and (2) provide the necessary information regarding the each of the claimants to counsel for petitioners, so that settlement documents can be confected forthwith counsel for petitioners, and **releases executed by all of the claimants** <u>no later than February 14, 2003</u>. Thereafter, counsel for petitioners shall tender a lump sum check in the total payment of those who have executed the requisite settlement documents.

DATE OF ENTRY

DEC 5 2002

UNITED STATES DISTRICT JUDGE