FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 APR -1 AM 11: 22

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**April 1, 2003**
**ENGELHARDT, J.**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-252<br><br>SECTION: "N" (5) |

**IT IS ORDERED** that a status conference be held in chambers before the Honorable Kurt D. Engelhardt, on Tuesday, April 22, 2003 at 9:30 a.m.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

cc: ALL COUNSEL OF RECORD

DATE OF ENTRY
APR 1 2003