

**MINUTE ENTRY**
**April 22, 2003**
**ENGELHARDT, J.**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES, L.L.C., as Owner of the Barge LCD 4907, and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-252<br><br>SECTION: "N" (5) |

A conference was held this day to discuss the status of the parties' efforts to consummate settlement in this matter. Present were Walter Willard for the limitation claimants, and Glenn Goodier and Ruth Schuster for the petitioner, American Commercial Lines L.L.C.

**IT IS ORDERED** that:

1. Counsel for Petitioner are to promptly provide releases for all identified limitation claimants to counsel for limitation claimants. Counsel for limitation claimants are promptly to make all reasonable efforts necessary to obtain and provide information regarding the limitation claimants and other documents required for preparation of these releases.

2. Upon receipt of the releases, counsel for limitation claimants will have forty-

DATE OF ENTRY
APR 23 2003

five (45) days to obtain executed releases from all identified limitation claimants.

3. Upon expiration of the forty-five (45) day period, Petitioner may file a motion to dismiss with prejudice all claims that arise out the transaction or occurrence on which this action is based and belong to any limitation claimants who have not been identified or who have not executed a release.

4. Upon this Court's entry of an order granting Petitioner's motion to dismiss, and expiration of applicable appeal delays, Petitioner will provide settlement funds to counsel for the limitation claimants for distribution to all limitation claimants who (1) have been identified, (2) have executed the releases and any other documents necessary for consummation of the settlement, and (3) have not had their claims dismissed by this Court.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

cc:   ALL COUNSEL OF RECORD