FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUN 10  AM 11: 21

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION <br><br> NO. 00-0252 <br><br><br> SECTION "N" <br><br> MAG. (5) |

## JOINT MOTION TO DISMISS ALL CLAIMS WITH PREJUDICE

Now come Claimants, through their counsel of record, and Limitation Petitioners, American

Commercial Lines, LLC, and American Commercial Barge Line, LLC, who respectfully move the

Court to enter a final judgement in this matter dismissing with prejudice all claims of all individuals

listed on Exhibits "F" and "G" attached herewith. Exhibit "F" is a list of Claimants who should be

dismissed because their claims have been settled and Releases executed by the parties and settlement

funds paid. Further, Claimants and Limitation Petitioners respectfully move this Court to enter a

judgment pursuant to rule 54(b) of the Federal Rules of Civil Procedure dismissing all claimants

listed in Exhibit "G" for failure to comply with this Court's Order to execute and return the

appropriate Receipt and Release documentation, and in the case of minor settlements, failure to file

N0973497.1

____ Fee_____
____ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
____ Doc. No._____

documentation required by the State Court Judgement.  All as is more fully shown in the attached

memorandum in support of this motion.

WALTER I. WILLARD (#2185 )
The Willard Firm, PLC
Deer Park, Suite 3A
10555 Lake Forest Boulevard
New Orleans, LA 70127
Telephone (504) 244-9922
Attorneys for Claimants in Limitation


GLENN G. GOODIER (#06130)
RUTH B. SCHUSTER (#26506 )
Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
201 St. Charles Avenue, Suite 4800
New Orleans, Louisiana 70170-5100
Telephone:(504) 582-8174
Attorneys for Petitioners in Limitation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been sent to opposing counsel, by placing a copy of same in the United States mail, properly addressed, postage prepaid, this _10_ day of _____, 2003.

_____
GLENN G. GOODIER

N0973497.1                              -3-

**SEE RECORD FOR
EXHIBITS
OR
ATTACHMENTS
NOT SCANNED**