

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF AMERICAN COMMERCIAL LINES LLC as Owner of the Barge LCD 4907 and AMERICAN COMMERCIAL BARGE LINE LLC as Charterer and Operator of the Barge LCD 4907, Praying for Exoneration from and/or Limitation of Liability | CIVIL ACTION<br><br>NO. 00-0252<br><br><br>SECTION "N"<br><br>MAG. (5) |

## ORDER AND JUDGMENT

Considering the Joint Motion to Dismiss All Claims with Prejudice and the Memorandum filed in support thereof, the Court orders as follows:

1. The claims of the 563 Claimants listed in Exhibit "F" to the Joint Motion to Dismiss All Claims with Prejudice are dismissed with prejudice as of compromise, each party to bear its own costs.

2. That pursuant to Rule 54(b) of the Federal Rules of Civil Procedure there be judgment in favor of American Commercial Lines LLC, and American Commercial Barge Line LLC and against those Claimants listed in Exhibit "G" to the Joint Motion to Dismiss All Claims with Prejudice, dismissing their claims with prejudice for failing to comply with the Court's Order of August 29, 2002 (amended by the

N0973497.1

DATE OF ENTRY
JUN 1 1 2003

-1-

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

        Court's Orders dated December 4, 2002 and April 22, 2003) for failing to execute a Receipt and Release or, in the case of a minor, for failing to produce and file an affidavit of a guardian and tutor with the state court by June 9, 2003.

3.     Once the time for appeal has run on the judgment in ¶2 above, Limitation Petitioners shall provide a check payable to Walter Willard, Counsel for Claimants, in the amount of $27,254.74 (the difference between the amount paid in settlement to the 563 Claimants listed on Exhibit "F" to the Joint Motion to Dismiss All Claims with Prejudice and the $150,000.00 in globo settlement) for his distribution of those funds to the qualified Claimants. With the payment of those funds by Limitation Petitioners to Mr. Willard Limitation Petitioners shall have no further obligations under the settlement agreement.

New Orleans, Louisiana, this _____ day of _____June_____, 2003.

                                                                           _____
                                                                         UNITED STATES DISTRICT JUDGE